**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

MAY 2 2 2025

**TAMMY H. DOWNS, CLERK**
By: _____
        **DEP CLERK**

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SIMPLEHUMAN, LLC**

                                                                **PLAINTIFF**

v.                          No. 4:25-cv-503-KGB

**HMS MANUFACTURING COMPANY LLC**                    **DEFENDANT**

**COMPLAINT**    This case assigned to District Judge Baker
                 and to Magistrate Judge Ervin

Plaintiff Simplehuman, LLC ("Simplehuman") hereby complains of Defendant HMS

Manufacturing Company LLC ("HMS" or "Defendant") and alleges as follows:

### NATURE OF THE ACTION

1.      Simplehuman seeks injunctive relief and damages for acts of patent infringement

engaged in by HMS in violation of the laws of the United States.

### JURISDICTION AND VENUE

2.      This Court has original subject matter jurisdiction over the claims in this action for

patent infringement pursuant to 35 U.S.C. §§ 271 and 281 and 28 U.S.C. §§ 1331 and 1338, as

these claims arise under the laws of the United States.

3.      This Court has personal jurisdiction over HMS because HMS has a continuous,

systematic, and substantial presence within this judicial district and within Arkansas. For example,

HMS has a manufacturing and distribution facility within this judicial district in the city of Little

Rock. Moreover, HMS is registered as a foreign limited liability company in Arkansas.

Furthermore, HMS has been selling and offering for sale infringing products in this judicial

district, including, but not limited to, selling products into the stream of commerce knowing such

products would be sold in Arkansas and this district. In addition, by committing acts of patent

infringement in this judicial district, HMS's acts form a substantial part of the events or omissions

giving rise to Simplehuman's claims.

4.     Venue is proper in this judicial district under 28 U.S.C. § 1400(b) because HMS has a regular and established place of business within this district and has committed acts of infringement by selling and/or offering to sell infringing products in this district.

## THE PARTIES

5.     Plaintiff Simplehuman is a California limited liability company having its principal place of business at 19850 Magellan Drive, Torrance, California 90502.

6.     HMS is a Michigan limited liability company, having places of business at 1230 East Big Beaver Road, Troy, Michigan 48083 and 6901 Lindsey Road, Little Rock, Arkansas 72206.

## GENERAL ALLEGATIONS

### Plaintiff Simplehuman

7.     Simplehuman was founded in 2000 with the goal of designing a better trash can. Since then, Simplehuman has been engaged in the manufacture and sale of highly stylistic and distinctive trash cans, making it an indisputable leader in the market. Simplehuman has leveraged this success to expand its product line to include a variety of innovations in other kitchen and bath tools. Through the skill and effort of its designers and engineers over more than two decades, Simplehuman has become a leader in the innovation, design, and production of a variety of consumer home goods, including trash cans, mirrors, sensor pumps, dishracks, sink caddies, and more.

8.     Simplehuman's trash cans have achieved remarkable success in the marketplace. Simplehuman's trash cans are available in retail locations throughout the United States and are sold by U.S. retailers such as Amazon, Bed Bath & Beyond, Lowe's, Home Depot, Crate and Barrel, Pottery Barn, Best Buy, Williams Sonoma, West Elm, Staples, Office Depot, Nordstrom, Bloomingdale's, Macy's, The Container Store, Target, Walmart, and many others.

9.    Simplehuman's trash cans have also received significant unsolicited media attention. Simplehuman's trash cans have been lauded by customers and the media, including Good Housekeeping, USA Today, Insider, Fast Company, The Spruce, Digital Trends, and others.

10.    To protect its substantial investment in innovation, Simplehuman is the owner of numerous patents relating to its trash cans, including U.S. Patent Nos. 10,683,165 (the "'165 Patent"), 11,136,186 (the "'186 Patent"), 11,279,555 (the "'555 Patent"), 11,603,263 (the "'263 Patent"), and 12,043,480 (the "'480 Patent") (collectively, the "Asserted Patents").

11.    On June 16, 2020, the United States Patent & Trademark Office ("USPTO") duly and lawfully issued the '165 Patent, titled "Trash Can Assembly."  Simplehuman is the assignee of the '165 Patent and holds all rights thereunder, including the right to sue for past infringement. A true and correct copy of the '165 Patent is attached hereto as **Exhibit 1**.

12.    On October 5, 2021, the USPTO duly and lawfully issued the '186 Patent, titled "Trash Can Assembly."  Simplehuman is the assignee of the '186 Patent and holds all rights thereunder, including the right to sue for past infringement. A true and correct copy of the '186 Patent is attached hereto as **Exhibit 2**.

13.    On March 22, 2022, the USPTO duly and lawfully issued the '555 Patent, titled "Receptacle Assemblies with Motion Dampers."  Simplehuman is the assignee of the '555 Patent and holds all rights thereunder, including the right to sue for past infringement. A true and correct copy of the '555 Patent is attached hereto as **Exhibit 3**.

14.    On March 14, 2023, the USPTO duly and lawfully issued the '263 Patent, titled "Trash Can Assembly."  Simplehuman is the assignee of the '263 Patent and holds all rights thereunder, including the right to sue for past infringement. A true and correct copy of the '263 Patent is attached hereto as **Exhibit 4**.

3

15.    On July 23, 2024, the USPTO duly and lawfully issued the '480 Patent, titled "Trash Can Assembly." Simplehuman is the assignee of the '480 Patent and holds all rights thereunder, including the right to sue for past infringement. A true and correct copy of the '480 Patent is attached hereto as **Exhibit 5**.

**Defendant HMS**

16.    HMS is engaged in the business of manufacturing and selling a variety of household goods, including trash cans. Trash cans sold by HMS include the Hefty-branded 12.7-gallon Stainless Waste Step Trash Can, model number 5211HFTCOM (the "Accused Product"). An example of the Accused Product is shown below.



17.    The Accused Product is offered for sale, for example, on Amazon.com, Target.com, and Walmart.com.

18.    HMS manufactures, uses, sells, offers for sale, and/or imports into the United States trash cans, including at least the Accused Product, that have infringed and continue to infringe Simplehuman's patent rights, including the Asserted Patents.

19.     On March 20, 2025, Simplehuman wrote to HMS regarding its infringing activities. In the letter, Simplehuman notified HMS that the Accused Product infringes the Asserted Patents and demanded, *inter alia*, that HMS stop selling the Accused Product.

20.     Despite Simplehuman's letter, HMS did not agree to comply with Simplehuman's demands and HMS has continued to sell the Accused Product.

21.     Simplehuman is informed and believes, and on that basis alleges, that HMS's acts complained of herein are willful and deliberate.

22.     HMS's acts complained of herein have caused Simplehuman to suffer irreparable injury to its business. Simplehuman will continue to suffer substantial loss and irreparable injury unless and until HMS is enjoined from its willful actions complained of herein.

## FIRST CLAIM FOR RELIEF

## INFRINGEMENT OF THE '165 PATENT

23.     Simplehuman repeats and re-alleges the allegations in Paragraphs 1-22 of this Complaint as if set forth fully herein.

24.     HMS, including through its employees and agents, has knowingly, intentionally, and willfully infringed the '165 Patent either literally or under the doctrine of equivalents, through, for example, the manufacture, use, sale, offer for sale, and/or importation into the United States of products, including the Accused Product, that infringe the '165 Patent. For example, as described below, HMS infringes at least Claim 1 of the '165 Patent.

25.     The Accused Product is a trash can assembly, as depicted below.



26.    The Accused Product has a body component comprising a lower base, an upper opening, and a front upper edge, as depicted below.



27.    The Accused Product has a lid assembly configured to couple with the body component, as depicted below.



28.     The Accused Product's lid assembly includes a lid configured to rotate, relative to the body component, between a lower position (as depicted below on the left) and an upper position (as depicted below on the right).






Lid in a lower position                    Lid in an upper position

29.    The Accused Product's lid assembly also includes a trim member configured to rotate between a closed position (as depicted below on the left) and an open position (as depicted below on the right), wherein in the closed position, a front of the trim member is adjacent the front upper edge of the body component (as depicted below on the left); and in the open position, the front of the trim member is spaced apart from and vertically higher than the front upper edge of the body component (as depicted below on the right).



30.  The Accused Product includes a power transmission device configured to drive the lid between the lower position and the upper position, namely a foot pedal that when pressed causes the lid to move between the lower and upper position.



31.     The Accused Product includes a retaining mechanism configured to maintain the trim member in the open position against the force of gravity, as depicted below.



32.     As a direct and proximate result of HMS's infringement of the '165 Patent, HMS has derived and received gains, profits, and advantages in an amount that is not presently known to Simplehuman.

33.     Pursuant to 35 U.S.C. § 284, Simplehuman is entitled to damages for HMS's infringement and treble damages, together with interest and costs as fixed by this Court.

34.     Pursuant to 35 U.S.C. § 285, Simplehuman is entitled to reasonable attorneys' fees for the necessity of bringing this claim in this exceptional case.

35.     Due to HMS's infringement, Simplehuman has suffered great and irreparable injury, for which Simplehuman has no adequate remedy at law.

36.     HMS will continue to willfully infringe Simplehuman's patent rights to the great and irreparable injury of Simplehuman unless enjoined by this Court.

## SECOND CLAIM FOR RELIEF

## INFRINGEMENT OF THE '186 PATENT

37.     Simplehuman repeats and re-alleges the allegations in Paragraphs 1–36 of this

Complaint as if set forth fully herein.

38.    HMS, including through its employees and agents, has knowingly, intentionally, and willfully infringed the '186 Patent either literally or under the doctrine of equivalents, through, for example, the manufacture, use, sale, offer for sale, and/or importation into the United States of products, including the Accused Product, that infringe the '186 Patent. For example, as described below, HMS infringes at least Claim 1 of the '186 Patent.

39.    The Accused Product is a trash can assembly, as depicted below.



40.    The Accused Product includes a body component comprising a lower base, an upper opening, and a front upper edge, as depicted below.

11



41.    The Accused Product includes a lid configured to rotate between a lower position and an upper position.


Lid in a lower position


Lid in an upper position

42.    The Accused Product includes a trim member that extends outwardly beyond a front edge of the lid (as depicted below on the left), the trim member configured to rotate between a closed position (as depicted below on the left) and an open position (as depicted below on the right).



Trim member in a closed position          Trim member in an open position

43.    As depicted below, in the closed position, a front of the Accused Product's trim member is in front of the front upper edge of the body component.




Trim member in a closed position          Trim member in an open position

44.    As depicted below, in the open position, the front of the Accused Product's trim member is spaced apart from and vertically higher than the front upper edge of the body component.



Front of the trim member

Front upper edge

Trim member in an open position

45.    The Accused Product includes a retaining mechanism configured to maintain the trim member in the open position against the force of gravity, as depicted below. When the trim ring is maintained in the open position, a user is enabled to switch a bag supported and restrained on an upper peripheral edge of the bag by the body component, as also shown below.



Retaining mechanism —————→                    ←————— Retaining mechanism



46.    As a direct and proximate result of HMS's infringement of the '186 Patent, HMS has derived and received gains, profits, and advantages in an amount that is not presently known to Simplehuman.

47.    Pursuant to 35 U.S.C. § 284, Simplehuman is entitled to damages for HMS's infringement and treble damages, together with interest and costs as fixed by this Court.

48.    Pursuant to 35 U.S.C. § 285, Simplehuman is entitled to reasonable attorneys' fees for the necessity of bringing this claim in this exceptional case.

49.    Due to HMS's infringement, Simplehuman has suffered great and irreparable injury, for which Simplehuman has no adequate remedy at law.

50.    HMS will continue to willfully infringe Simplehuman's patent rights to the great and irreparable injury of Simplehuman unless enjoined by this Court.

### THIRD CLAIM FOR RELIEF

### INFRINGEMENT OF THE '555 PATENT

51.    Simplehuman repeats and re-alleges the allegations in Paragraphs 1–50 of this Complaint as if set forth fully herein.

52.    HMS, including through its employees and agents, has knowingly, intentionally, and willfully infringed the '555 Patent either literally or under the doctrine of equivalents, through, for example, the manufacture, use, sale, offer for sale, and/or importation into the United States of products, including the Accused Product, that infringe the '555 Patent. For example, as described below, HMS infringes at least Claim 9 of the '555 Patent.

53.    The Accused Product is a trash can, as depicted below.



54.     The Accused Product includes a front wall comprising an opening, as depicted below.



55.     The Accused Product includes a rear wall opposite the front wall, as depicted below.



56.    The Accused Product includes a chamber, as depicted below.



57.    The Accused Product includes a peripheral lip, the peripheral lip configured to mate with a trash bag such that the trash bag is received in the chamber, as depicted below.




58.    The Accused Product includes a lid unit coupled to the rear wall, as depicted below.



59.    As depicted below, the lid unit of the Accused Product comprises a lid configured to pivot between a closed position and an open position.




Lid in a closed position                Lid in an open position

60.    As depicted below, the lid unit of the Accused Product also comprises a trim ring

configured to pivot between a lower position and an upper position, the trim ring being engaged around a portion of the peripheral lip in the lower position, a front of the trim ring being pivoted upward from the peripheral lip in the upper position.




Trim ring in a lower position                Trim ring in an upper position

61.    The Accused Product includes a foot pedal configured to move between a resting position (as depicted below on the left) and an actuated position (as depicted below on the right). The foot pedal is operably connected with the lid such that movement of the foot pedal from the resting position to the actuated position moves the lid from the closed position (as depicted below on the left) to the open position (as depicted below on the right).



Foot pedal

Foot pedal

Lid in a closed position          Lid in an open position

62.    A portion of the Accused Product's foot pedal is received in the opening in the front wall of the body, as depicted below.



Foot pedal

63.    The Accused Product includes a motion damper positioned near the front wall, the motion damper configured to dampen movement of the foot pedal from the actuated position to the resting position, as depicted below.



64.    As a direct and proximate result of HMS's infringement of the '555 Patent, HMS has derived and received gains, profits, and advantages in an amount that is not presently known to Simplehuman.

65.    Pursuant to 35 U.S.C. § 284, Simplehuman is entitled to damages for HMS's infringement and treble damages, together with interest and costs as fixed by this Court.

66.    Pursuant to 35 U.S.C. § 285, Simplehuman is entitled to reasonable attorneys' fees for the necessity of bringing this claim in this exceptional case.

67.    Due to HMS's infringement, Simplehuman has suffered great and irreparable injury, for which Simplehuman has no adequate remedy at law.

68.    HMS will continue to willfully infringe Simplehuman's patent rights to the great and irreparable injury of Simplehuman unless enjoined by this Court.

**FOURTH CLAIM FOR RELIEF**

**INFRINGEMENT OF THE '263 PATENT**

69.    Simplehuman repeats and re-alleges the allegations in Paragraphs 1–68 of this Complaint as if set forth fully herein.

70.    HMS, including through its employees and agents, has knowingly, intentionally, and willfully infringed the '263 Patent either literally or under the doctrine of equivalents, through, for example, the manufacture, use, sale, offer for sale, and/or importation into the United States of products, including the Accused Product, that infringe the '263 Patent. For example, as described below, HMS infringes at least Claim 1 of the '263 Patent.

71.    The Accused Product is a trash can assembly, as depicted below.



72.    The Accused Product includes a body component comprising an interior configured to receive a trash bag.



73.     The Accused Product includes a lid rotatable between an upper position and a lower position, the lid comprising a front.





Lid in a lower position                Lid in an upper position

74.     The Accused Product includes a trim member rotatable between an open position

and a closed position, the trim member comprising a recess.



Trim member in a closed position



Trim member in an open position



75.     The Accused Product includes a retainer configured to maintain the trim member in the open position against the force of gravity.



76.    As depicted below, the recess of the trim member receives the front of the lid when the trim member is in the closed position and the lid is in the lower position.



77.    As a direct and proximate result of HMS's infringement of the '263 Patent, HMS has derived and received gains, profits, and advantages in an amount that is not presently known to Simplehuman.

78.    Pursuant to 35 U.S.C. § 284, Simplehuman is entitled to damages for HMS's

infringement and treble damages, together with interest and costs as fixed by this Court.

79.     Pursuant to 35 U.S.C. § 285, Simplehuman is entitled to reasonable attorneys' fees for the necessity of bringing this claim in this exceptional case.

80.     Due to HMS's infringement, Simplehuman has suffered great and irreparable injury, for which Simplehuman has no adequate remedy at law.

81.     HMS will continue to willfully infringe Simplehuman's patent rights to the great and irreparable injury of Simplehuman unless enjoined by this Court.

**FIFTH CLAIM FOR RELIEF**

**INFRINGEMENT OF THE '480 PATENT**

82.     Simplehuman repeats and re-alleges the allegations in Paragraphs 1–81 of this Complaint as if set forth fully herein.

83.     HMS, including through its employees and agents, has knowingly, intentionally, and willfully infringed the '480 Patent either literally or under the doctrine of equivalents, through, for example, the manufacture, use, sale, offer for sale, and/or importation into the United States of products, including the Accused Product, that infringe the '480 Patent. For example, as described below, HMS infringes at least Claim 1 of the '480 Patent.

84.     The Accused Product is a trash can assembly, as depicted below.



85.    The Accused Product includes a body comprising a front wall, a rear wall, a lower base, an upper opening, and an upper lip.



86.    The Accused Product includes a lid that is rotatable between a closed position and an open position.




Lid in a closed position                    Lid in an open position

87.    The Accused Product includes a trim that is rotatable between a lower resting

position and an upper retained position.






Trim in a lower resting position           Trim in an upper retained position

88.    In the Accused Product, the trim can be moved independently of the lid and is

movable relative to the lid, the trim being visible to a user of the trash can assembly when the lid

is in the closed position and the trim is in the lower resting position, as depicted below.




Lid in a closed position and trim in a lower resting position

89.     As depicted below, in the lower resting position, the trim comprises a flat exterior front surface positioned horizontally outward from the upper lip of the body such that the flat exterior front surface is positioned farther frontward than any other portion of the trim, the flat exterior front surface extending downward beyond the upper lip and upward beyond the upper lip.



Trim in a lower resting position

90.     The Accused Product includes a retainer configured to maintain the trim in the upper retained position against the force of gravity.



91.     As depicted below, when the trim is in the lower resting position and the lid is in the closed position, no part of the lid is positioned directly above the highest point on the trim.



92.     As a direct and proximate result of HMS's infringement of the '480 Patent, HMS has derived and received gains, profits, and advantages in an amount that is not presently known to Simplehuman.

93.     Pursuant to 35 U.S.C. § 284, Simplehuman is entitled to damages for HMS's infringement and treble damages, together with interest and costs as fixed by this Court.

94.     Pursuant to 35 U.S.C. § 285, Simplehuman is entitled to reasonable attorneys' fees for the necessity of bringing this claim in this exceptional case.

95.     Due to HMS's infringement, Simplehuman has suffered great and irreparable injury, for which Simplehuman has no adequate remedy at law.

96.     HMS will continue to willfully infringe Simplehuman's patent rights to the great and irreparable injury of Simplehuman unless enjoined by this Court.

## DEMAND FOR JURY TRIAL

97.     Plaintiff Simplehuman hereby demands a jury trial, as provided by Rule 38 of the Federal Rules of Civil Procedure, on all claims that are triable to a jury.

## PRAYER FOR RELIEF

**WHEREFORE**, Simplehuman prays for judgment in its favor against HMS for the following relief:

A.     A final judgment in favor of Simplehuman and against HMS on all claims for relief alleged herein;

B.     A preliminary and permanent injunction enjoining HMS, as well as its officers, agents, servants, employees, representatives, successors, and assigns, and those persons or entities in active concert or participation with HMS, from making, using, selling, offering to sell, and/or importing any products that infringe any of the Asserted Patents, or otherwise infringing the Asserted Patents in any manner;

C.     An Order that HMS pay to Simplehuman actual damages in the form of lost profits, or in the alternative, other damages adequate to compensate for HMS's infringement, but in no event less than a reasonable royalty, for the use made of the Asserted Patents in accordance with 35 U.S.C. § 284;

D.      An Order adjudging that HMS willfully infringed the Asserted Patents under 35 U.S.C. § 271;

E.      An Order that HMS pay to Simplehuman treble damages under 35 U.S.C. § 284 for its willful infringement of the Asserted Patents;

F.      An Order adjudging that this case is exceptional under 35 U.S.C. § 285 and ordering HMS to pay to Simplehuman its reasonable attorneys' fees incurred in this action;

G.      An award of pre-judgment and post-judgment interest and costs of this action against HMS; and

H.      That the Court award Simplehuman any such other relief that the circumstances may require and that the Court deems just and proper.

DATED: May 22, 2025.                    Respectfully submitted,

Peter Shults (Ark. Bar No. 2019021)
Amanda G. Orcutt (Ark. Bar No. 2019102)
SHULTS LAW FIRM LLP
200 West Capitol Avenue, Suite 1600
Little Rock, AR 72201
(501) 375-2301
pshults@shultslaw.com
aorcutt@shultslaw.com

-and-

Joseph F. Jennings (*pro hac vice application forthcoming*)
Matthew S. Bellinger (*pro hac vice application forthcoming*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
(949) 760-0404
joe.jennings@knobbe.com
matt.bellinger@knobbe.com

*Attorneys for Plaintiff Simplehuman, LLC*

# EXHIBIT 1



US010683165B2

(12) **United States Patent**
Yang et al.

(10) **Patent No.:** **US 10,683,165 B2**
(45) **Date of Patent:** **Jun. 16, 2020**

(54) **TRASH CAN ASSEMBLY**

(71) Applicant: **simplehuman, LLC**, Torrance, CA (US)

(72) Inventors: **Frank Yang**, Rancho Palos Verdes, CA (US); **David Wolbert**, Redondo Beach, CA (US); **Joseph Sandor**, Newport Beach, CA (US); **Kenneth Yen**, Torrance, CA (US); **Orlando Cardenas**, Laguna Niguel, CA (US); **Michael James Basha**, Brisbane, CA (US); **Christopher B. Fruhauf**, San Anselmo, CA (US)

(73) Assignee: **simplehuman, LLC**, Torrance, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 223 days.

(21) Appl. No.: **15/783,370**

(22) Filed: **Oct. 13, 2017**

(65) **Prior Publication Data**

US 2018/0093827 A1     Apr. 5, 2018

**Related U.S. Application Data**

(63) Continuation of application No. 13/787,638, filed on Mar. 6, 2013, now Pat. No. 9,790,025.
(Continued)

(51) **Int. Cl.**
| | |
|---|---|
| ***B65F 1/16*** | (2006.01) |
| ***B65F 1/04*** | (2006.01) |
| ***B65F 1/06*** | (2006.01) |

(52) **U.S. Cl.**
CPC .............. ***B65F 1/1638*** (2013.01); ***B65F 1/04*** (2013.01); ***B65F 1/06*** (2013.01); ***B65F 1/068*** (2013.01); ***B65F 1/1646*** (2013.01)

(58) **Field of Classification Search**
CPC .................................................. B65F 1/1638
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 830,182 | A | 9/1906 | Skov |
| 1,426,211 | A | 8/1922 | Pausin |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 622536 | 4/1992 |
| AU | 365296 | 11/2015 |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 29/484,903, filed Mar. 13, 2014, Yang et al.
(Continued)

*Primary Examiner* — David Luo
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson & Bear, LLP

(57) **ABSTRACT**

Various embodiments of a trash can assembly (e.g., a receptacle configured to receive refuse, recyclable materials, or otherwise), and related methods, are provided. Some embodiments of the trash can assembly include a body component and a lid configured to move between an open position and a closed position. In some variants, the lid can be moved between the open and closed positions by a power operated driving mechanism, such as a motor and/or other drivetrain components. In certain embodiments, the trash can assembly includes a clutch mechanism to facilitate manual operation of the lid while inhibiting or preventing damage to the motor and/or other drivetrain components.

**23 Claims, 13 Drawing Sheets**



## US 10,683,165 B2
Page 2

### Related U.S. Application Data

(60) Provisional application No. 61/609,233, filed on Mar. 9, 2012.

(58) **Field of Classification Search**
USPC ........................................ 318/3, 34
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,461,253 A | 7/1923 | Owen |
| 1,754,802 A | 4/1930 | Raster |
| 1,820,555 A | 8/1931 | Buschman |
| 1,891,651 A | 12/1932 | Padelford et al. |
| 1,922,729 A | 8/1933 | Geibel |
| 1,980,938 A | 11/1934 | Geibel |
| 2,308,326 A | 1/1943 | Calcagno |
| D148,825 S | 2/1948 | Snider |
| 2,457,274 A | 12/1948 | Rifken |
| 2,759,625 A | 8/1956 | Ritter |
| 2,796,309 A | 6/1957 | Taylor |
| 2,888,307 A | 5/1959 | Graves et al. |
| 2,946,474 A | 7/1960 | Knapp |
| 3,008,604 A | 11/1961 | Garner |
| 3,023,922 A | 3/1962 | Arrington et al. |
| 3,137,408 A | 6/1964 | Taylor |
| 3,300,082 A | 1/1967 | Patterson |
| 3,392,825 A | 7/1968 | Gale et al. |
| 3,451,453 A | 6/1969 | Heck |
| 3,654,534 A | 4/1972 | Fischer |
| 3,800,503 A | 4/1974 | Maki |
| 3,820,200 A | 6/1974 | Myers |
| 3,825,150 A | 7/1974 | Taylor |
| 3,825,215 A | 7/1974 | Borglum |
| 3,886,425 A | 5/1975 | Weiss |
| 3,888,406 A | 6/1975 | Nippes |
| 3,891,115 A | 6/1975 | Ono |
| 4,014,457 A | 3/1977 | Hodge |
| 4,027,774 A | 6/1977 | Cote |
| 4,081,105 A | 3/1978 | Dagonnet et al. |
| 4,189,808 A | 2/1980 | Brown |
| 4,200,197 A | 4/1980 | Meyer et al. |
| 4,217,616 A | 8/1980 | Jessup |
| 4,303,174 A | 12/1981 | Anderson |
| 4,320,851 A | 3/1982 | Montoya |
| 4,349,123 A | 9/1982 | Yang |
| 4,357,740 A | 11/1982 | Brown |
| 4,416,197 A | 11/1983 | Kehl |
| 4,417,669 A | 11/1983 | Knowles et al. |
| 4,457,483 A | 7/1984 | Gagne |
| 4,535,911 A | 8/1985 | Goulter |
| 4,570,304 A | 2/1986 | Montreuil et al. |
| 4,576,310 A | 3/1986 | Isgar et al. |
| D284,320 S | 6/1986 | Kubic et al. |
| 4,609,117 A | 9/1986 | Pamment |
| 4,630,332 A | 12/1986 | Bisbing |
| 4,630,752 A | 12/1986 | DeMars |
| 4,664,347 A | 5/1987 | Brown et al. |
| 4,697,312 A | 10/1987 | Freyer |
| 4,711,161 A | 12/1987 | Swin et al. |
| 4,729,490 A | 3/1988 | Ziegenbein |
| 4,753,367 A | 6/1988 | Miller et al. |
| 4,763,808 A | 8/1988 | Guhl et al. |
| 4,765,548 A | 8/1988 | Sing |
| 4,765,579 A | 8/1988 | Robbins, III et al. |
| 4,785,964 A | 11/1988 | Miller et al. |
| 4,792,039 A | 12/1988 | Dayton |
| 4,794,973 A | 1/1989 | Perisic |
| 4,813,592 A | 3/1989 | Stolzman |
| 4,823,979 A | 4/1989 | Clark, Jr. |
| 4,834,260 A | 5/1989 | Auten |
| 4,863,053 A | 9/1989 | Oberg |
| 4,867,339 A | 9/1989 | Hahn |
| 4,869,391 A | 9/1989 | Farrington |
| 4,884,717 A | 12/1989 | Bussard et al. |
| 4,888,532 A | 12/1989 | Josson |

| | | |
|---|---|---|
| 4,892,223 A | 1/1990 | DeMent |
| 4,892,224 A | 1/1990 | Graham |
| D307,344 S | 4/1990 | Massonnet |
| 4,913,308 A | 4/1990 | Culbertson |
| 4,915,347 A | 4/1990 | Iqbal et al. |
| 4,918,568 A | 4/1990 | Stone et al. |
| D308,272 S | 5/1990 | Koepsell |
| 4,923,087 A | 5/1990 | Burrows |
| 4,944,419 A | 7/1990 | Chandler |
| 4,948,004 A | 8/1990 | Chich |
| 4,964,523 A | 10/1990 | Bieltvedt et al. |
| 4,972,966 A | 11/1990 | Craft, Jr. |
| 4,996,467 A | 2/1991 | Day |
| 5,031,793 A | 7/1991 | Chen et al. |
| 5,048,903 A | 9/1991 | Loblein |
| 5,054,724 A | 10/1991 | Hutcheson |
| 5,065,272 A | 11/1991 | Owen et al. |
| 5,065,891 A | 11/1991 | Casey |
| 5,076,462 A | 12/1991 | Perrone |
| D323,573 S | 1/1992 | Schneider |
| 5,090,585 A | 2/1992 | Power |
| 5,090,785 A | 2/1992 | Stamp |
| 5,100,087 A | 3/1992 | Ashby |
| 5,111,958 A | 5/1992 | Witthoeft |
| D327,760 S | 7/1992 | Donnelly |
| D329,929 S | 9/1992 | Knoedler et al. |
| 5,147,055 A | 9/1992 | Samson et al. |
| 5,156,290 A | 10/1992 | Rodrigues |
| D331,097 S | 11/1992 | Sieren |
| 5,170,904 A | 12/1992 | Neuhaus |
| 5,174,462 A | 12/1992 | Hames |
| D332,852 S | 1/1993 | Delmerico |
| D335,562 S | 5/1993 | Evans |
| 5,213,272 A | 5/1993 | Gallagher et al. |
| 5,222,704 A | 6/1993 | Light |
| D337,181 S | 7/1993 | Warman |
| 5,226,558 A | 7/1993 | Whitney et al. |
| 5,230,525 A | 7/1993 | Delmerico et al. |
| 5,242,074 A | 9/1993 | Conaway et al. |
| D340,333 S | 10/1993 | Duran et al. |
| 5,249,693 A | 10/1993 | Gillispie et al. |
| 5,261,553 A | 11/1993 | Mueller et al. |
| 5,265,511 A | 11/1993 | Itzov |
| 5,295,607 A | 3/1994 | Chang |
| 5,305,916 A | 4/1994 | Suzuki et al. |
| 5,314,151 A | 5/1994 | Carter-Mann |
| 5,322,179 A | 6/1994 | Ting |
| 5,329,212 A | 7/1994 | Feigleson |
| 5,348,222 A | 9/1994 | Patey |
| 5,353,950 A | 10/1994 | Taylor et al. |
| 5,372,272 A | 12/1994 | Jennings |
| 5,381,588 A | 1/1995 | Nelson |
| 5,385,258 A | 1/1995 | Sutherlin |
| 5,390,818 A | 2/1995 | LaBuda |
| 5,404,621 A | 4/1995 | Heinke |
| 5,407,089 A | 4/1995 | Bird et al. |
| 5,419,452 A | 5/1995 | Mueller et al. |
| 5,471,708 A | 12/1995 | Lynch |
| 5,474,201 A | 12/1995 | Liu |
| 5,501,358 A | 3/1996 | Hobday |
| 5,520,067 A | 5/1996 | Gaba |
| 5,520,303 A | 5/1996 | Bernstein et al. |
| 5,531,348 A | 7/1996 | Baker et al. |
| 5,535,913 A | 7/1996 | Asbach et al. |
| 5,558,254 A | 9/1996 | Anderson et al. |
| 5,560,283 A | 10/1996 | Hannig |
| 5,584,412 A | 12/1996 | Wang |
| D377,554 S | 1/1997 | Adriaansen |
| 5,611,507 A | 3/1997 | Smith |
| 5,628,424 A | 5/1997 | Gola |
| 5,632,401 A | 5/1997 | Hurd |
| 5,636,416 A | 6/1997 | Anderson |
| 5,636,761 A | 6/1997 | Diamond et al. |
| 5,644,111 A | 7/1997 | Cerny et al. |
| 5,645,186 A | 7/1997 | Powers et al. |
| 5,650,680 A | 7/1997 | Chula |
| D383,277 S | 9/1997 | Peters |
| 5,662,235 A | 9/1997 | Nieto |
| 5,671,847 A | 9/1997 | Pedersen et al. |

US 10,683,165 B2

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,690,247 A | 11/1997 | Boover |
| 5,695,088 A | 12/1997 | Kasbohm |
| 5,699,929 A | 12/1997 | Ouno |
| D388,922 S | 1/1998 | Peters |
| D389,631 S | 1/1998 | Peters |
| 5,704,511 A | 1/1998 | Kellams |
| 5,724,837 A | 3/1998 | Shin |
| 5,730,312 A | 3/1998 | Hung |
| 5,732,845 A | 3/1998 | Armaly, Jr. |
| 5,735,495 A | 4/1998 | Kubota |
| 5,738,239 A | 4/1998 | Triglia |
| 5,770,935 A | 6/1998 | Smith et al. |
| 5,799,900 A | 9/1998 | Ziegler |
| 5,816,431 A | 10/1998 | Giannopoulos |
| 5,816,640 A | 10/1998 | Nishimura |
| D401,383 S | 11/1998 | Gish |
| D401,719 S | 11/1998 | Van Leeuwen et al. |
| 5,873,643 A | 2/1999 | Burgess, Jr. et al. |
| 5,881,896 A | 3/1999 | Presnell et al. |
| 5,881,901 A | 3/1999 | Hampton |
| 5,884,237 A | 3/1999 | Kanki et al. |
| 5,887,748 A | 3/1999 | Nguyen |
| D412,552 S | 8/1999 | Burrows |
| 5,961,105 A | 10/1999 | Ehrnsberger et al. |
| 5,967,392 A | 10/1999 | Niemi et al. |
| 5,987,708 A | 11/1999 | Newton |
| 6,000,569 A | 12/1999 | Liu |
| 6,010,024 A | 1/2000 | Wang |
| 6,024,238 A | 2/2000 | Jaros |
| 6,036,050 A | 3/2000 | Ruane |
| 6,102,239 A | 8/2000 | Wien |
| 6,105,859 A | 8/2000 | Stafford |
| 6,123,215 A | 9/2000 | Windle |
| D431,700 S | 10/2000 | Roudebush |
| 6,126,031 A | 10/2000 | Reason |
| 6,129,233 A | 10/2000 | Schiller |
| 6,131,861 A | 10/2000 | Fortier, Jr. et al. |
| D435,951 S | 1/2001 | Yang et al. |
| 6,209,744 B1 | 4/2001 | Gill |
| 6,211,637 B1 | 4/2001 | Studer |
| 6,234,339 B1 | 5/2001 | Thomas |
| 6,250,492 B1 | 6/2001 | Verbeek |
| D445,980 S | 7/2001 | Tjugum |
| 6,286,706 B1 | 9/2001 | Tucker |
| 6,328,320 B1 | 12/2001 | Walski et al. |
| 6,345,725 B1 | 2/2002 | Lin |
| 6,364,147 B1 | 4/2002 | Meinzinger et al. |
| 6,386,386 B1 | 5/2002 | George |
| 6,390,321 B1 | 5/2002 | Wang |
| 6,401,958 B1 | 6/2002 | Foss et al. |
| 6,519,130 B1 | 2/2003 | Breslow |
| 6,557,716 B1 | 5/2003 | Chan |
| D476,456 S | 6/2003 | Englert et al. |
| 6,596,983 B2 | 7/2003 | Brent |
| 6,612,099 B2 | 9/2003 | Stravitz |
| 6,626,316 B2 | 9/2003 | Yang |
| 6,626,317 B2 | 9/2003 | Pfiefer et al. |
| 6,632,064 B1 | 10/2003 | Walker et al. |
| D481,846 S | 11/2003 | Lin |
| D482,169 S | 11/2003 | Lin |
| 6,659,407 B2 | 12/2003 | Asaro |
| 6,681,950 B2 | 1/2004 | Miller, Jr. et al. |
| D488,604 S | 4/2004 | Yang et al. |
| D488,903 S | 4/2004 | Yang et al. |
| D489,503 S | 5/2004 | Lin |
| D489,857 S | 5/2004 | Yang et al. |
| D490,583 S | 5/2004 | Yang et al. |
| D490,954 S | 6/2004 | Brand |
| D491,706 S | 6/2004 | Yang et al. |
| 6,758,366 B2 | 7/2004 | Bourgund et al. |
| D493,930 S | 8/2004 | Wang |
| D494,723 S | 8/2004 | Lin |
| 6,774,586 B1 * | 8/2004 | Shih .................... B65F 1/06 |
| | | 100/43 |
| 6,785,912 B1 | 9/2004 | Julio |

| | | |
|---|---|---|
| 6,812,655 B1 | 11/2004 | Wang et al. |
| 6,814,249 B2 | 11/2004 | Lin |
| D499,450 S | 12/2004 | Goodman et al. |
| 6,837,393 B1 | 1/2005 | Kuo |
| 6,857,538 B2 | 2/2005 | Lin |
| 6,859,005 B2 | 2/2005 | Boliver |
| D503,021 S | 3/2005 | Yang et al. |
| 6,866,826 B2 | 3/2005 | Moore et al. |
| 6,883,676 B2 | 4/2005 | Lin |
| D507,090 S | 7/2005 | Yang et al. |
| 6,920,994 B2 | 7/2005 | Lin |
| 6,974,948 B1 | 12/2005 | Brent |
| D513,445 S | 1/2006 | Lin |
| 6,981,606 B2 | 1/2006 | Yang et al. |
| D517,764 S | 3/2006 | Wang |
| D517,767 S | 3/2006 | Yang et al. |
| D518,266 S | 3/2006 | Yang et al. |
| 7,017,773 B2 | 3/2006 | Gruber et al. |
| 7,044,323 B2 | 5/2006 | Yang |
| D525,756 S | 7/2006 | Yang et al. |
| 7,073,677 B2 | 7/2006 | Richardson et al. |
| 7,077,283 B2 | 7/2006 | Yang et al. |
| 7,080,750 B2 | 7/2006 | Wein et al. |
| 7,086,550 B2 | 8/2006 | Yang et al. |
| D528,726 S | 9/2006 | Lin |
| 7,121,421 B2 | 10/2006 | Yang et al. |
| D531,499 S | 11/2006 | Zaidman |
| D535,799 S | 1/2007 | Epps |
| D535,800 S | 1/2007 | Yang et al. |
| 7,163,591 B2 | 1/2007 | Kim et al. |
| 7,168,591 B1 | 1/2007 | Miller |
| D537,223 S | 2/2007 | Lin |
| D537,599 S | 2/2007 | Lin |
| D537,601 S | 2/2007 | Lin |
| D537,999 S | 3/2007 | Lin |
| D538,995 S | 3/2007 | Lin |
| D539,498 S | 3/2007 | Yang et al. |
| D540,001 S | 4/2007 | Zimmerman |
| D542,001 S | 5/2007 | Yang et al. |
| D542,995 S | 5/2007 | Lin |
| D543,673 S | 5/2007 | Yang et al. |
| D544,170 S | 6/2007 | Lin |
| D544,171 S | 6/2007 | Lin |
| D544,671 S | 6/2007 | Saunders et al. |
| D545,024 S | 6/2007 | Liao |
| 7,225,943 B2 | 6/2007 | Yang et al. |
| D547,020 S | 7/2007 | Chen |
| 7,243,811 B1 | 7/2007 | Ramsey |
| D550,918 S | 9/2007 | Wang et al. |
| D552,319 S | 10/2007 | Gusdorf |
| D552,321 S | 10/2007 | Yang et al. |
| D552,823 S | 10/2007 | Yang et al. |
| D552,824 S | 10/2007 | Zimmerman |
| D552,825 S | 10/2007 | Yang et al. |
| D555,320 S | 11/2007 | Yang et al. |
| D559,494 S | 1/2008 | Yang et al. |
| D559,495 S | 1/2008 | Yang et al. |
| D562,522 S | 2/2008 | Daams |
| 7,328,842 B2 | 2/2008 | Wagner et al. |
| D564,169 S | 3/2008 | Wang |
| D564,723 S | 3/2008 | Yang et al. |
| D566,367 S | 4/2008 | Lin |
| D566,369 S | 4/2008 | Shek |
| D566,923 S | 4/2008 | Lin |
| D567,468 S | 4/2008 | Yang et al. |
| D568,572 S | 5/2008 | Yang et al. |
| D569,720 S | 5/2008 | Lablaine |
| 7,374,060 B2 | 5/2008 | Yang et al. |
| D571,520 S | 6/2008 | Lin |
| 7,395,990 B1 | 7/2008 | Stevens |
| 7,398,913 B2 | 7/2008 | McClure |
| 7,404,499 B1 | 7/2008 | Ramsey |
| D574,569 S | 8/2008 | Yang et al. |
| D576,371 S | 9/2008 | Zimmerman |
| D578,265 S | 10/2008 | Presnell |
| D578,266 S | 10/2008 | Yang et al. |
| D578,268 S | 10/2008 | Yang et al. |
| D578,722 S | 10/2008 | Yang et al. |
| 7,438,199 B1 | 10/2008 | Tidrick |

US 10,683,165 B2

Page 4

(56)                References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D580,120 S | 11/2008 | Lin | |
| D580,613 S | 11/2008 | Yang et al. | |
| D580,615 S | 11/2008 | Yang et al. | |
| D581,622 S | 11/2008 | Presnell et al. | |
| D584,470 S | 1/2009 | Bizzell et al. | |
| D585,171 S | 1/2009 | Bizzell et al. | |
| D585,618 S | 1/2009 | Yang et al. | |
| D586,070 S | 2/2009 | Lin | |
| 7,494,021 B2 | 2/2009 | Yang et al. | |
| D587,874 S | 3/2009 | Lin | |
| D593,271 S | 5/2009 | Yang et al. | |
| 7,530,578 B2 | 5/2009 | Niemeyer et al. | |
| 7,540,396 B2 | 6/2009 | Yang et al. | |
| 7,543,716 B2 | 6/2009 | Lin | |
| 7,559,433 B2 | 7/2009 | Yang et al. | |
| D599,074 S | 8/2009 | Bizzell et al. | |
| D603,119 S | 10/2009 | Yang et al. | |
| 7,607,552 B2 | 10/2009 | Efstathiou | |
| D604,472 S | 11/2009 | Blanks et al. | |
| 7,614,519 B2 | 11/2009 | Krauth et al. | |
| 7,621,420 B2 | 11/2009 | Bandoh et al. | |
| 7,656,109 B2 | 2/2010 | Yang et al. | |
| D611,216 S | 3/2010 | Yang et al. | |
| D611,217 S | 3/2010 | Bizzell et al. | |
| D611,671 S | 3/2010 | Yang et al. | |
| 7,694,838 B2 | 4/2010 | Yang et al. | |
| 7,703,622 B1 | 4/2010 | Bynoe | |
| D615,270 S | 5/2010 | Yang et al. | |
| D615,722 S | 5/2010 | Yang et al. | |
| 7,712,285 B2 | 5/2010 | Stravitz et al. | |
| 7,741,801 B2 | 6/2010 | Fukuizumi | |
| 7,748,556 B2 | 7/2010 | Yang et al. | |
| 7,781,995 B2 | 8/2010 | Yang et al. | |
| D623,817 S | 9/2010 | Yang et al. | |
| D625,068 S | 10/2010 | Shannon | |
| 7,806,285 B2 | 10/2010 | Yang et al. | |
| D627,533 S | 11/2010 | Yang et al. | |
| D627,944 S | 11/2010 | Wang et al. | |
| D629,172 S | 12/2010 | Liao | |
| D630,404 S | 1/2011 | Yang et al. | |
| D631,221 S | 1/2011 | Yang et al. | |
| D632,039 S | 2/2011 | Yang et al. | |
| D632,864 S | 2/2011 | Yang et al. | |
| D634,911 S | 3/2011 | Yang et al. | |
| D635,319 S | 3/2011 | Meyerhoffer | |
| 7,896,187 B2 | 3/2011 | Haibel | |
| 7,922,024 B2 | 4/2011 | Yang et al. | |
| 7,950,543 B2 | 5/2011 | Yang et al. | |
| D644,390 S | 8/2011 | Smeets et al. | |
| 7,992,742 B1 | 8/2011 | Kim | |
| 8,006,857 B2 | 8/2011 | Lin | |
| D644,806 S | 9/2011 | Yang et al. | |
| D644,807 S | 9/2011 | Yang et al. | |
| D649,728 S | 11/2011 | Campbell | |
| 8,074,833 B2 | 12/2011 | Yang et al. | |
| 8,096,445 B2 | 1/2012 | Yang et al. | |
| D655,061 S | 2/2012 | Scaturro | |
| 8,136,688 B2 | 3/2012 | Lee et al. | |
| D657,108 S | 4/2012 | Yang et al. | |
| D657,109 S | 4/2012 | Liao | |
| 8,297,470 B2 | 10/2012 | Yang et al. | |
| 8,317,055 B2 | 11/2012 | Zawrotny et al. | |
| D672,520 S | 12/2012 | Yang et al. | |
| D673,750 S | 1/2013 | Quan | |
| D675,802 S | 2/2013 | Yang et al. | |
| D675,803 S | 2/2013 | Yang et al. | |
| 8,393,489 B1 | 3/2013 | Stravitz | |
| 8,418,869 B2 | 4/2013 | Yang et al. | |
| D689,255 S | 9/2013 | Sun Ting Kung et al. | |
| 8,567,630 B2 | 10/2013 | Yang et al. | |
| 8,569,980 B2 | 10/2013 | Yang et al. | |
| 8,575,537 B2 | 11/2013 | Yao et al. | |
| 8,672,171 B2 | 3/2014 | Wynn et al. | |
| 8,678,219 B1 * | 3/2014 | Wang ...................... | B65F 1/163 |
| | | | 220/211 |

| | | | |
|---|---|---|---|
| 8,686,676 B2 | 4/2014 | Yang et al. | |
| D704,406 S | 5/2014 | Kern | |
| 8,716,969 B2 | 5/2014 | Yang et al. | |
| 8,720,728 B2 | 5/2014 | Yang et al. | |
| D709,662 S | 7/2014 | Yang et al. | |
| 8,766,582 B2 | 7/2014 | Yang et al. | |
| 8,807,378 B2 | 8/2014 | Kaberna | |
| 8,807,379 B1 | 8/2014 | Hammond | |
| D714,510 S | 9/2014 | Yang et al. | |
| D715,575 S | 10/2014 | Williams et al. | |
| D716,015 S | 10/2014 | van de Leest | |
| 8,851,316 B2 | 10/2014 | Barrett et al. | |
| 8,872,459 B2 | 10/2014 | Yang et al. | |
| D725,860 S | 3/2015 | Spivey et al. | |
| D725,861 S | 3/2015 | Yang et al. | |
| D730,008 S | 5/2015 | Yang et al. | |
| 9,051,093 B2 | 6/2015 | Yang et al. | |
| D755,461 S | 5/2016 | Wall | |
| D758,686 S | 6/2016 | Beumer | |
| D759,934 S | 6/2016 | Yang et al. | |
| D762,037 S | 7/2016 | Chen | |
| D765,937 S | 9/2016 | Chen | |
| D766,998 S | 9/2016 | Kao et al. | |
| 9,434,538 B2 | 9/2016 | Yang et al. | |
| D770,121 S | 10/2016 | Chen | |
| D771,344 S | 11/2016 | Yang et al. | |
| D773,145 S | 11/2016 | Yang et al. | |
| 9,481,515 B2 | 11/2016 | Yang et al. | |
| D773,769 S | 12/2016 | Chen | |
| 9,573,759 B2 | 2/2017 | Yang et al. | |
| 9,586,755 B1 | 3/2017 | Yang et al. | |
| D787,828 S | 5/2017 | Thoma et al. | |
| D790,145 S | 6/2017 | Chen | |
| D793,642 S | 8/2017 | Yang et al. | |
| D798,016 S | 9/2017 | Yang et al. | |
| D804,133 S | 9/2017 | Yang et al. | |
| 9,751,692 B2 | 9/2017 | Yang et al. | |
| 9,790,025 B2 | 10/2017 | Yang et al. | |
| 9,856,080 B2 | 1/2018 | Yang et al. | |
| D820,544 S | 6/2018 | Joseph | |
| D825,876 S | 8/2018 | Chen | |
| D830,029 S | 10/2018 | Greenspoon et al. | |
| D858,024 S | 8/2019 | Yang et al. | |
| D858,923 S | 9/2019 | Yang et al. | |
| 10,472,170 B2 | 11/2019 | Yang et al. | |
| 10,494,175 B2 | 12/2019 | Yang et al. | |
| 2001/0002690 A1 | 6/2001 | Rosky | |
| 2001/0020619 A1 | 9/2001 | Pfeifer et al. | |
| 2001/0045512 A1 | 11/2001 | Brent | |
| 2002/0066736 A1 | 6/2002 | Pyles | |
| 2002/0092853 A1 | 7/2002 | Wang | |
| 2002/0096523 A1 | 7/2002 | Pyles | |
| 2002/0096524 A1 | 7/2002 | Hardesty | |
| 2002/0100758 A1 | 8/2002 | Pyles | |
| 2002/0104266 A1 | 8/2002 | Ranaudo | |
| 2002/0116924 A1 | 8/2002 | Winkelmann et al. | |
| 2003/0089719 A1 | 5/2003 | Berger | |
| 2003/0102316 A1 | 6/2003 | Forest | |
| 2003/0201265 A1 | 10/2003 | Lin | |
| 2003/0205979 A1 | 11/2003 | Papari et al. | |
| 2003/0230576 A1 | 12/2003 | Lin | |
| 2004/0016756 A1 | 1/2004 | Lin | |
| 2004/0028572 A1 | 2/2004 | Sham et al. | |
| 2004/0134924 A1 | 7/2004 | Hansen et al. | |
| 2004/0140782 A1 | 7/2004 | Okabe et al. | |
| 2004/0164077 A1 | 8/2004 | Kuo | |
| 2004/0174268 A1 | 9/2004 | Scott et al. | |
| 2004/0175303 A1 | 9/2004 | Lin | |
| 2004/0199401 A1 | 10/2004 | Wagner | |
| 2004/0200938 A1 | 10/2004 | Forlivio | |
| 2004/0206758 A1 | 10/2004 | Lin | |
| 2004/0206760 A1 | 10/2004 | Gagnebin | |
| 2004/0250711 A1 | 12/2004 | Ernst | |
| 2004/0251746 A1 | 12/2004 | Ichimaru et al. | |
| 2005/0017006 A1 | 1/2005 | Kuo | |
| 2005/0017010 A1 | 1/2005 | Siegel et al. | |
| 2005/0029281 A1 | 2/2005 | Westermann et al. | |
| 2005/0129803 A1 | 6/2005 | Umeda et al. | |
| 2005/0258177 A1 | 11/2005 | Woodson | |

US 10,683,165 B2

Page 5

(56)        References Cited

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2005/0258794 A1 | 11/2005 | Fukuizumi |
| 2006/0027579 A1 | 2/2006 | Yang et al. |
| 2006/0103086 A1 | 5/2006 | Niemeyer et al. |
| 2006/0138149 A1 | 6/2006 | Tracy |
| 2006/0163257 A1 | 7/2006 | Golbert |
| 2006/0175336 A1 | 8/2006 | Wang |
| 2006/0186121 A1 | 8/2006 | Yang et al. |
| 2006/0196874 A1 | 9/2006 | Yang |
| 2006/0237641 A1 | 10/2006 | Moeller et al. |
| 2006/0249510 A1 | 11/2006 | Lin |
| 2006/0278643 A1 | 12/2006 | Chiou |
| 2007/0012699 A1 | 1/2007 | Yang et al. |
| 2007/0034334 A1 | 2/2007 | Ramsey et al. |
| 2007/0045326 A1 | 3/2007 | Tramontina et al. |
| 2007/0090112 A1 | 4/2007 | Kalman et al. |
| 2007/0114847 A1 | 5/2007 | Ichimaru et al. |
| 2007/0181579 A1 | 8/2007 | Kuo et al. |
| 2007/0209846 A1 | 9/2007 | Wilson |
| 2007/0215622 A1 | 9/2007 | Perez |
| 2007/0241109 A1 | 10/2007 | Lin |
| 2007/0266637 A1 | 11/2007 | McGowan |
| 2007/0272691 A1 | 11/2007 | Wang et al. |
| 2007/0289972 A1 | 12/2007 | Wynn et al. |
| 2008/0011754 A1 | 1/2008 | Ramsey |
| 2008/0011910 A1 | 1/2008 | Ramsey |
| 2008/0041863 A1 | 2/2008 | Forest |
| 2008/0083756 A1 | 4/2008 | Daniels |
| 2008/0083757 A1 | 4/2008 | Parker et al. |
| 2008/0099274 A1 | 5/2008 | Seel |
| 2008/0128428 A1 | 6/2008 | Beckerman |
| 2008/0164257 A1 | 7/2008 | Boll et al. |
| 2008/0236275 A1 | 10/2008 | Breed et al. |
| 2008/0257889 A1 | 10/2008 | Kovacevich et al. |
| 2008/0257890 A1 | 10/2008 | Kovacevich et al. |
| 2008/0257891 A1 | 10/2008 | Kovacevich et al. |
| 2008/0264948 A1 | 10/2008 | Kovacevich et al. |
| 2008/0264950 A1 | 10/2008 | Kovacevich et al. |
| 2008/0272119 A1 | 11/2008 | Efstathiou |
| 2008/0272127 A1 | 11/2008 | Kovacevich et al. |
| 2009/0071959 A1 | 3/2009 | Cheung |
| 2009/0084788 A1 | 4/2009 | Yang et al. |
| 2009/0136341 A1 | 5/2009 | Kenyon |
| 2009/0230131 A1 | 9/2009 | McDuffie et al. |
| 2009/0261105 A1 | 10/2009 | Cunningham et al. |
| 2009/0266836 A1 | 10/2009 | Mobley |
| 2010/0006572 A1 | 1/2010 | Chiou |
| 2010/0084235 A1 | 4/2010 | Lu |
| 2010/0096894 A1 | 4/2010 | Fukai |
| 2010/0122985 A1 | 5/2010 | Peters et al. |
| 2010/0147865 A1 | 6/2010 | Yang et al. |
| 2010/0170904 A1 | 7/2010 | Kalman et al. |
| 2010/0178105 A1 | 7/2010 | Monneret |
| 2010/0193518 A1 | 8/2010 | Tontarelli |
| 2010/0237074 A1 | 9/2010 | Yang et al. |
| 2010/0252557 A1 | 10/2010 | Clements |
| 2010/0294769 A1 | 11/2010 | Lee et al. |
| 2011/0017735 A1 | 1/2011 | Wang et al. |
| 2011/0049149 A1 | 3/2011 | Shih |
| 2011/0056952 A1 | 3/2011 | Borowski et al. |
| 2011/0139781 A1 | 6/2011 | Jin et al. |
| 2011/0272409 A1 | 11/2011 | Kasbohm |
| 2012/0145932 A1 | 6/2012 | Yao et al. |
| 2012/0234849 A1 | 9/2012 | Hughes et al. |
| 2012/0261423 A1 | 10/2012 | Zawrotny et al. |
| 2013/0048641 A1 | 2/2013 | Romano |
| 2013/0097809 A1 | 4/2013 | Weber et al. |
| 2013/0098913 A1 | 4/2013 | Yang et al. |
| 2013/0105487 A1 | 5/2013 | Baik |
| 2013/0240592 A1 | 9/2013 | Woodruff |
| 2013/0248535 A1 | 9/2013 | Wolfe et al. |
| 2013/0300119 A1 | 11/2013 | Anzalon et al. |
| 2014/0183193 A1 | 7/2014 | Hammond et al. |
| 2014/0238989 A1 | 8/2014 | Wang et al. |
| 2014/0305946 A1 | 10/2014 | Han |
| 2014/0345453 A1 | 11/2014 | Oh et al. |

| | | |
|---|---|---|
| 2015/0251849 A1 | 9/2015 | Yang et al. |
| 2015/0259139 A1 | 9/2015 | Yang et al. |
| 2015/0321841 A1 | 11/2015 | Salas et al. |
| 2016/0200508 A1 | 7/2016 | Thoma et al. |
| 2017/0050404 A1 | 2/2017 | Henken et al. |
| 2017/0127669 A1 | 5/2017 | Yang et al. |
| 2017/0166167 A1 | 6/2017 | Heller et al. |
| 2017/0253429 A1 | 9/2017 | Yang et al. |
| 2019/0077595 A1 | 3/2019 | Wang et al. |
| 2019/0185263 A1 | 6/2019 | Yang et al. |
| 2019/0276232 A1 | 9/2019 | Yang et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2182840 | 9/1997 |
| CA | 2519295 | 3/2007 |
| CA | 132181 | 6/2010 |
| CA | 2695086 | 9/2010 |
| CA | 136938 | 5/2011 |
| CA | 141819 | 4/2012 |
| CA | 146601 | 2/2013 |
| CA | 152797 | 4/2014 |
| CA | 158595 | 4/2015 |
| CA | 158685 | 4/2015 |
| CA | 164264 | 10/2016 |
| CA | 164265 | 10/2016 |
| CA | 167073 | 10/2016 |
| CN | 2075182 U | 4/1991 |
| CN | 101177946 A | 5/2008 |
| CN | 201105898 Y | 8/2008 |
| CN | 201372076 Y | 12/2009 |
| CN | 201447201 U | 5/2010 |
| CN | 201512253 U | 6/2010 |
| CN | 201597962 U | 10/2010 |
| CN | 301947175 S | 6/2012 |
| CN | 103207416 A | 7/2013 |
| CN | 103300590 A | 9/2013 |
| CN | 103303618 A | 9/2013 |
| CN | 302771721 S | 3/2014 |
| CN | 104016030 A | 9/2014 |
| CN | 303188855 S | 4/2015 |
| CN | 303206241 S | 5/2015 |
| CN | 303611394 S | 3/2016 |
| CN | 303622098 S | 3/2016 |
| CN | 205169479 U | 4/2016 |
| CN | 303967208 S | 12/2016 |
| CN | 304018339 S | 1/2017 |
| CN | 304018340 S | 1/2017 |
| DE | 1610087 | 7/1950 |
| DE | 822316 | 11/1951 |
| DE | 1283741 | 11/1966 |
| DE | 8436939 | 3/1985 |
| DE | 9108341 | 10/1991 |
| DE | 4225936 | 2/1994 |
| DE | 19525885 | 3/1997 |
| DE | 19617823 | 11/1997 |
| DE | 19809331 | 5/1999 |
| DE | 29918687 | 3/2000 |
| DE | 19933180 | 1/2001 |
| DE | 10148997 | 4/2003 |
| DE | 20217561 | 3/2004 |
| DE | 10337806 A1 | 2/2005 |
| EP | 0582240 | 7/1993 |
| EP | 0903305 A1 | 3/1999 |
| EP | 0906876 A2 | 4/1999 |
| EP | 1094017 A1 | 4/2001 |
| EP | 1361176 A1 | 11/2003 |
| EP | 1136393 B1 | 4/2004 |
| EP | 1447342 A2 | 8/2004 |
| EP | 1600373 A2 | 11/2005 |
| EP | 1647503 A1 | 4/2006 |
| EP | 1686073 A1 | 8/2006 |
| EP | 1918223 A1 | 5/2008 |
| EP | 1700799 B1 | 2/2009 |
| EP | 001164826-0001 | 9/2009 |
| EP | 001232904-0001 | 10/2010 |
| EP | 2343250 A1 | 7/2011 |
| EP | 001908575-0001 | 8/2011 |
| EP | 001317416-0001 | 4/2012 |

US 10,683,165 B2

Page 6

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| EP | 001317416-0002 | | 4/2012 |
|----|----|----|----|
| EP | 001335285-0001 | | 7/2012 |
| EP | 001335293-0001 | | 7/2012 |
| EP | 001381636-001 | | 8/2013 |
| EP | 001381792-0001 | | 8/2013 |
| EP | 2636611 | A1 | 9/2013 |
| EP | 3144251 | A1 | 3/2014 |
| EP | 001420590-0001 | | 9/2014 |
| EP | 2772454 | A2 | 9/2014 |
| EP | 2636613 | B1 | 3/2015 |
| EP | 2915763 | A1 | 9/2015 |
| EP | 2918518 | A2 | 9/2015 |
| EP | 002766782-0001 | | 11/2015 |
| EP | 002766782-0002 | | 11/2015 |
| EP | 002766881-0001 | | 11/2015 |
| EP | 2364932 | B1 | 4/2016 |
| EP | 3042864 | A1 | 7/2016 |
| EP | 003177500-0001 | | 9/2016 |
| EP | 003177500-0002 | | 9/2016 |
| EP | 003362235-0001 | | 10/2016 |
| EP | 003362052-0001 | | 11/2016 |
| EP | 3214019 | A1 | 9/2017 |
| FR | 2887152 | | 12/2006 |
| GB | 191004921 | | 6/1910 |
| GB | 2384418 | | 7/2003 |
| JP | 02-152670 | | 6/1990 |
| JP | H06-56011 | | 8/1994 |
| JP | 06-272888 | | 9/1994 |
| JP | 2004-106713 | | 4/2004 |
| JP | 2004-231237 | | 8/2004 |
| JP | D1300450 | | 5/2007 |
| JP | D1300451 | | 5/2007 |
| JP | D1322056 | | 2/2008 |
| JP | D1398668 | | 10/2010 |
| JP | D1550907 | | 4/2016 |
| JP | D1551184 | | 4/2016 |
| KR | 3003841370000 | | 6/2005 |
| KR | 3004095430000 | | 3/2006 |
| KR | 3004095430001 | | 7/2006 |
| NL | 6908550 | | 12/1970 |
| TW | 183920 | | 5/1992 |
| TW | 230977 | | 9/1994 |
| TW | 395392 | | 6/2000 |
| TW | D112733 | | 9/2006 |
| TW | D129485 | | 7/2009 |
| TW | D133382 | | 2/2010 |
| TW | D133678 | | 3/2010 |
| TW | 145989 | | 3/2012 |
| TW | D147147 | | 5/2012 |
| TW | D154797 | | 7/2013 |
| TW | D158187 | | 1/2014 |

| TW | D161587 | | 7/2014 |
|----|----|----|----|
| TW | D162495 | | 8/2014 |
| TW | D168957 | | 7/2015 |
| TW | D170334 | | 9/2015 |
| TW | 201538406 | | 10/2015 |
| TW | D176312 | | 6/2016 |
| TW | D176313 | | 6/2016 |
| TW | D183552 | | 6/2017 |
| TW | D184449 | | 7/2017 |
| WO | WO 92/02430 | A1 | 2/1992 |
| WO | WO 96/33671 | | 10/1996 |
| WO | WO 2005/080232 | A1 | 9/2005 |
| WO | WO 2006/079263 | A1 | 8/2006 |
| WO | WO 2007/139570 | | 12/2007 |
| WO | WO 2009/114495 | A1 | 9/2009 |
| WO | WO 2015/134902 | A1 | 9/2015 |
| WO | WO 2015/138625 | A1 | 9/2015 |
| WO | WO 2016/054109 | A1 | 4/2016 |

OTHER PUBLICATIONS

U.S. Appl. No. 29/584,385, filed Nov. 14, 2016, Yang et al.
U.S. Appl. No. 15/476,285, filed Mar. 31, 2017, Yang et al.
U.S. Appl. No. 29/583,627, filed Jun. 22, 2017, Yang et al.
U.S. Appl. No. 29/608,587, filed Jun. 22, 2017, Yang et al.
U.S. Appl. No. 29/610,345, filed Jul. 11, 2017, Yang et al.
U.S. Appl. No. 15/809,218, filed Nov. 10, 2017, Yang et al.
Simplehuman Liner Rim Dual Bucket Rectangular Recycler with Liner Pocket, Stainless Steel, 58 Liter / 15 Gallon, Item No. CW2025, www.Amazon.com, site visited Dec. 29, 2015.
Trento Corner 23 Trash Can, Hailo product webpage, May 2008, http://www.hailo.de/html/default.asp?site=12_71_107&lang=en.
Office Action for Chinese Application No. 201310076336.0, dated Dec. 23, 2015, in 14 pages.
Office Action for Chinese Application No. 201310076336.0, dated Aug. 30, 2016, in 17 pages.
Office Action for Chinese Application No. 201310076336.0, dated Jan. 25, 2017, in 18 pages.
Extended European Search Report for European Application No. 13158229.8, dated Jul. 2, 2013, in 8 pages.
Search Report for Taiwanese Design Application No. 102302061, dated Jun. 20, 2013, in 1 page.
Web page showing picture of Hero Bullet trash can, archived Nov. 17, 2004, downloaded from http://web.archive.org/web/20041117003115/http://www.simplehuman.com/images/hero_bullet.jpg.
Office Action for European Application No. 13158229.8, dated Jul. 12, 2018, in 5 pages.
Office Action for European Application No. 13158229.8, dated Jun. 27, 2019, in 5 pages.

* cited by examiner



*FIG. 1*



FIG. 2



*FIG. 3*



*FIG. 4*



FIG. 5



FIG. 6



FIG. 7



FIG. 8



*FIG. 9*



FIG. 10



FIG. 11



FIG. 12



FIG. 13

US 10,683,165 B2

**1**

**TRASH CAN ASSEMBLY**

CROSS-REFERENCE TO RELATED
APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 13/787,638, filed Mar. 6, 2013, which claims the priority benefit under 35 U.S.C. § 119(e) of U.S. Provisional Patent Application No. 61/609,233, filed Mar. 9, 2012. The entirety of each of the aforementioned applications is incorporated herein by reference.

BACKGROUND

Field

Some embodiments relate to power transfer devices, such as mechanisms for operating lids or doors for receptacles.

Description of the Related Art

Receptacles and other devices with mechanisms for transferring power to a subcomponent, such as a lid or a door, are used in a variety of different settings. For example, in both residential and commercial settings, trash cans and other devices often have lids for protecting or preventing the escape of the contents of the receptacle. Some trash cans include lids or doors to prevent odors from escaping and to hide the trash within the receptacle from view. Additionally, the lid of a trash can help prevent contamination from escaping from the receptacle.

Some commercially available trash cans have powered or manually operated lids. Such cans generally include a motor that drives a gear assembly, which in turn drives the lid open and closed. Such trash cans can include a sensor positioned on or near the lid. Such a sensor can be configured to detect movement, such as a user's hand being waived near the sensor, as a signal for opening the lid. When such a sensor is activated, a motor within the trash receptacle opens the lid or door and thus allows a user to place items into the receptacle. Afterwards, the lid can be automatically closed.

However, certain conventional power or manually operated lids present some difficulties. For example, users of current trash cans with power operated lids can experience problems if the trash within the receptacle or can is piled higher than the level of the lid itself. If the trash or other material within the can is higher than the level of the lid itself, the lid will be unable to completely close. This can cause the motor or batteries to wear down, continue running, and/or ultimately fail. It can also force the user to reset the controller, remove trash, or manually compress the trash until the lid can be closed.

A number of other problems are associated with the deployment, use, and removal of receptacle liners, such as trash bags. A common problem is associated with maintaining the trash bag suspended at the top of the trash open with the mouth of the trash bag opened. For example, a user typically needs to fold the top edge of the trash bag over the top edge of the trash can or its internal liner to maintain the mouth of the trash bag opened at the top of the trash can or an internal liner. However, the weight of the waste materials deposited into the trash bag may cause the trash bag to slip from the mouth of the trash can and fall into the interior of the trash can. This can result in the undesirable spillage of the waste material inside the trash bag and/or the inconvenience of having to reach into the interior of the trash can to retrieve and reposition the bag onto the trash can.

**2**

Further, problems can exist when a user manually opens and closes the lid or door of a trash receptacle configured to transfer power to the lid or door. Whether intentional or accidental, the act of directly manually opening or closing the lid (e.g., not opened and/or closed by the motor or another power transmission device, such as a foot pedal) may, for example, wear down, strip or lead to the failure of the components and parts of the power operated trash receptacle, such as the motor or gears. For instance, when the lid is manually operated, certain of the gears in connection with the lid are encouraged to move (e.g., rotate and/or translate). However, because the motor may be relatively difficult to rotate when not being operated, the motor may inhibit one or more of the gears from moving. Thus, when the lid is manually operated, a stress can result between the gears that the lid is urging to move and the gears that the motor is inhibiting from moving. Such a stress can result in damage to the gears, motor, lid, or other components of the receptacle. For instance, such stress can strip one or more teeth of the gears. Damage to the gears can, for example, result in reduced control over the motion of the lid, cause noise, and even inhibit or prevent the motor from operating the lid.

SUMMARY

Various embodiments of a trash can assembly (e.g., a receptacle configured to receive refuse, recyclable materials, or otherwise), and related methods, are provided. In some embodiments, the trash can assembly includes a body component, such as a shell or housing. In some embodiments, the body component is made of a metal, such as stainless steel. The body component can be configured to receive a portion of a removable liner, such as a trash bag, bin bag, bin liner, or otherwise.

Various embodiments of the trash can assembly include a trim member, such as a plastic or metal edge, border region, or otherwise. The trim member can be pivotally coupled (e.g., rotatably, hingedly, or otherwise) with the body. The trim member can be configured to move between a closed position and an open position. When the trim member is in the closed position and an upper portion (e.g., edge, ridge, rim, or otherwise) of the removable liner is positioned over an upper edge (e.g., lip, rim, or otherwise) of the body component, the trim member can be configured to engage the upper edge of the body component to secure (e.g., pinch, grasp, or otherwise) the upper portion of the removable liner between the trim member and the upper edge of the body component.

In some embodiments, the trash can assembly includes a lid, such as a cover, top, closure member, or otherwise. The lid can be pivotally coupled with the body component and configured to move between a first position (e.g., closed or shut) and a second position (e.g., open). In some implementations, a periphery (e.g., an edge and/or radially outer portion) of the lid can be generally received in the trim when the trim is in the closed position and the lid is in the first position. In some implementations, a periphery (e.g., lip, rim, or otherwise) of the lid being positioned generally outside of the trim when the trim is in the closed position and the lid is in the second position. In some embodiments, the lid is made of the same material as the body. In some embodiments, the lid is made of the same material as the trim member.

In some embodiments, the trim member includes a wall extending generally downwardly (e.g., transverse direction to a top surface of the trim member, generally toward a base of the trash can assembly, or otherwise from

US 10,683,165 B2

3 4

a top surface of the trim member. In certain variants, the trim member includes a liner retention feature (e.g., one or more hooks, wings, detents, snaps, magnets, or otherwise) positioned on an inside surface of the wall. In some embodiments, the liner retention feature includes an inwardly (e.g., radially inwardly, in a direction generally toward the body, or otherwise) extending flap positioned on an inner surface of the wall. The inwardly extending flap can be configured to receive a portion of the upper edge of the body component. For example, in some embodiments, the upper edge of the body component includes an annular lip and the inwardly extending flap includes an engagement element (e.g., recess, aperture, channel, protrusion, or otherwise) configured to secure a portion of the removable liner between the flap and the annular lip.

In some embodiments, the trim member includes a retaining mechanism, such as a latch, detent, or other securing and/or holding device. The retaining mechanism can be configured to maintain the trim member in the open position, thereby allowing a user to mount the removable liner in the trash can assembly. In some embodiments, the retaining mechanism includes a first cam structure (e.g., arm, wheel, shaft, cylinder, gear, etc.) and a second cam structure. The first cam structure can be configured to be received in a holding feature (e.g., a recess, channel, or otherwise) of the second cam structure as the trim member moves (e.g., rotates, slides, translates, or otherwise) toward the open position.

In some embodiments, the trash can assembly includes a power operated driving mechanism, such as a motor and shaft. The power operated driving mechanism can be configured (e.g., with a linkage or gearing) to move the lid between the first and second positions. In some implementations, the power operated driving mechanism is activated by a sensor, such as an infrared sensor, proximity sensor, ultrasonic sensor, or otherwise. For example, a signal from the sensor can be provided to a controller, which can be configured to regulate the operation of the power operated driving mechanism to move the lid between the first and second positions based on the signal. In certain variants, the sensor is configured to sense (e.g., detect, monitor, measure, or otherwise) the presence and/or lack thereof of an object or user in a vicinity of the trash can assembly. For example, the sensor can sense the presence of a user generally in front and/or above the trash can assembly, and thus signal for the lid to be opened. Some implementations of the sensor are configured to sense the presence and/or lack thereof of an object or user in a volume of space relative to the trash can assembly, such as within a generally conical volume of space above the trash can assembly. In some embodiments, at least one of the power operated driving mechanism and the sensor is deactivated (e.g., generally depowered, turned off, or otherwise) when the trim member is in the open position. Certain such implementations can, for example, reduce the likelihood of false positive readings and/or can conserve energy.

In accordance with some implementations, a trash can assembly includes a body component. The trash can assembly can have a lid mounted relative to the body component. The lid can be configured to move between open and closed positions. In some variants, the lid has a lid driving mechanism. Certain embodiments of the trash can assembly include a power operated driving mechanism that includes a motor coupled (e.g., directly or indirectly) with a shaft. In various embodiments, the motor is powered (e.g., by alternating current, direct current, or otherwise). In some implementations, the motor is configured to receive electrical

power from one or more batteries. In some implementations, solar panels provide power to at least some components of the trash can, such as the motor.

Certain implementations of the trash can assembly include a clutch mechanism, such as a selectively engageable power and/or torque transfer member. In some variants, the clutch mechanism can be engageable with (e.g., abutted against, securable with, connectable to, or otherwise) the lid driving mechanism. The clutch mechanism can be configured to receive torque from the motor, such as via the shaft, and to transmit the torque to the lid driving mechanism to move the lid between the open and closed positions. The lid driving mechanism and the clutch member can be configured to allow a user to manually move (e.g., push, pull, rotate, translate, lift, etc.) the lid between the open and closed positions substantially without applying a force (e.g., torque) to at least one of: the motor, the shaft, and the clutch mechanism. In some embodiments, the lid driving mechanism and the clutch member can be configured to allow a user to manually move the lid between the open and closed positions substantially without applying a force (e.g., torque) to at least two of: the motor, the shaft, and the clutch mechanism (e.g., the motor and the shaft, the shaft and the clutch, and/or the motor and the clutch). In certain implementations, the lid driving mechanism and the clutch member can be configured to allow a user to manually move the lid between the open and closed positions substantially without applying a force (e.g., torque) to the motor, the shaft, and the clutch mechanism.

In some embodiments, the lid driving mechanism is attached to a bottom surface of the lid, such as an underside, back, and/or surface generally directed toward the base of the trash can assembly. The lid driving mechanism can be configured to directly or indirectly abut (e.g., contact, touch, or otherwise) with the clutch mechanism. In some embodiments, when the clutch mechanism is operated (e.g., rotated by the shaft and/or the motor), such abutment can result in the lid driving mechanism being moved (e.g., rotated), thereby moving the lid between the open and closed positions.

According to some implementations, the lid driving mechanism includes first and second flanges, such as flaps, wings, protrusions, or otherwise. The flanges can be configured to abut with first and second torque transmission members (e.g., arms, shafts, etc.) of the clutch mechanism, respectively. In certain variants, at least one of the first and second flanges extend radially inwardly (e.g., generally toward the body, generally toward a radial center of the trash can assembly, or otherwise). According to certain variants, rotation of the clutch mechanism results in rotation of the first and second flanges, which in turn results in movement (e.g., rotation) of the lid between the open and closed positions. In some embodiments, the first and second flanges are positioned on the lid. For example, the first and second flanges can be molded or otherwise formed with the lid, or joined (e.g., by welding or adhesive) with the lid.

Some implementations include at least one circumferential space (e.g., a gap or recess) between the first and second flanges. In certain embodiments, at least one of the first and second torque transmission members is configured to be positioned within the at least one circumferential space. Certain embodiments include first and second circumferential spaces between the first and second flanges, with the first torque transmission member being positioned in the first circumferential space and the second torque transmission member being positioned in the second circumferential space.

US 10,683,165 B2

5

In some embodiments, the first and second torque transmission members have at least one arm extending from a central body of the clutch mechanism. For example, some embodiments include first and second arms extending radially outward from the central body. In some variants, at least one of the arms has a first surface and second surface. The first surface can be configured to abut with the first flange and the second surface can be configured to abut with the second flange. In certain implementations, when the first surface is abutted with the first flange, a first circumferential distance is defined between the second surface (e.g., non-abutted surface) and the second flange. In some embodiments, the first circumferential distance is greater than or equal to the amount of rotation of the lid between the closed and open positions. For example, in certain variants, the rotation of the lid between the closed and open positions can be at least about 80° and the circumferential distance can be greater than or equal to about 80°. In some embodiments, the circumferential distance being greater than or equal to the amount of rotation of the lid between the closed and open positions facilitates a user being able to manually (e.g., without operating the driving mechanism, etc.) open and/or close the lid without applying a force to the arms.

In some embodiments, the trash can assembly includes one or more lid position sensing elements, such as flagging members, proximity sensors, interrupt-type sensors, potentiometers, or otherwise. In certain implementations, the lid position sensing elements are communicatively (e.g., electrically connected, etc.) connected with a controller, such as a processor or other electrical circuit configured to execute one or more algorithms. The controller can be configured to determine whether the lid is in the open or closed position, such as based on a signal from the lid position sensing elements.

In accordance with some embodiments, a trash can assembly includes a body component and a lid that is mounted relative to the body component and is configured to move between open and closed positions. The trash can assembly can include a driving mechanism operable to move the lid between the open and closed positions. Some embodiments of the driving mechanism can include a motor, a shaft, and an end member. The motor can be configured to rotate the shaft, and the shaft can be configured to rotate the end member. In some embodiments, the end member is generally rigidly coupled (e.g., fixed or secured) with the shaft such that the end member is generally prevented from rotating relative to the shaft.

In some variants, the driving mechanism includes a clutch mechanism. The clutch mechanism can be rotatably engageable (e.g., able to be engaged and disengaged) with the lid. The driving mechanism can be adapted to receive torque from the end member, so as to move the lid between the open and closed positions. The clutch mechanism can be configured to move (e.g., rotate, translate, slide, etc.) relative to the end member when the lid is moved between the opened and closed positions generally without operation of the driving mechanism (e.g., generally without rotational movement of the motor and/or the shaft relative to the body).

In some embodiments the driving mechanism includes a biasing member, such as a spring, elastic member or otherwise. The biasing member can be configured to bias (e.g., to apply a force to) the clutch mechanism into engagement (e.g., contact, abutment, securement, or otherwise) with the end member. In certain implementations, the bias of the biasing member can facilitate torque from the motor being transmitted to the clutch mechanism via the engagement between the end member and the clutch mechanism.

6

In some embodiments, the clutch mechanism is configured to move (e.g., translate and/or rotate) relative to the end member and/or the shaft. For example, in some embodiments, the clutch mechanism can move relative to the end member and/or the shaft when the lid is moved between the opened and closed positions generally without operation of the driving mechanism, such as when the lid is opened or closed manually (e.g., by hand). In some embodiments, when the clutch mechanism moves relative to the end member and/or the shaft, the clutch mechanism translates toward the motor along a portion of a longitudinal length of the shaft and/or rotates relative to the end member. In some embodiments, when movement of the clutch mechanism relative to the end member and/or the shaft ceases, the biasing member is configured to move (e.g., to translate and/or rotate) the clutch mechanism towards and/or into engagement with the end member.

In some embodiments, the clutch mechanism and the end member include corresponding cam surfaces. In certain implementations, the corresponding cam surfaces are configured to allow the clutch mechanism to translate and rotate relative to the end member. In some embodiments, the clutch mechanism includes a first inclined cam surface and the end member includes a second inclined cam surface. The first and second inclined cam surfaces can be configured to allow mating engagement between the clutch mechanism and the end member. In some embodiments, when the lid is moved between the opened and closed positions generally without operation of the driving mechanism, the first and second inclined cam surfaces slide (e.g., translate and/or rotate) relative to each other.

BRIEF DESCRIPTION OF THE DRAWINGS

The above-mentioned and other features of the trash cans disclosed herein are described below with reference to the drawings of certain embodiments. The illustrated embodiments are intended to illustrate, but not to limit the disclosure. The drawings contain the following Figures:

FIG. 1 is a top, front, and left side perspective view of an embodiment of an enclosed receptacle, with a lid and a trim member in a closed position.

FIG. 2 is an enlarged top, front, and left side perspective view of the receptacle illustrated in FIG. 1, with the lid in an open position and the trim member is the closed position.

FIG. 3 is a top, rear, and right side perspective view of the receptacle shown in FIG. 1.

FIG. 4 is an exploded top, front, and left side perspective view of an embodiment of an enclosed receptacle with the lid closed.

FIG. 5 is an enlarged rear perspective view of the receptacle shown in FIG. 1, with a back cover removed.

FIG. 6 is an enlarged top, rear, and left side perspective view of the receptacle illustrated in FIG. 1, with the lid and trim member removed to show a lifting mechanism.

FIG. 7 is an enlarged bottom view of a portion of the trim member of FIG. 1.

FIG. 8 is an enlarged partial cross sectional view of the receptacle of FIG. 1.

FIG. 9 is an enlarged partial rear perspective view of the receptacle illustrated in FIG. 1, with the back cover removed.

FIG. 10 is an enlarged top, rear, and left side perspective view of the receptacle illustrated in FIG. 1, with the lid and trim member in the open position.

FIG. 11 is an enlarged front, bottom, and left side perspective view of the lid of FIG. 1.

US 10,683,165 B2

7

FIG. 12 is an enlarged perspective view of the motor and gear drive mechanism of the lifting mechanism illustrated in FIG. 6.

FIG. 13 is an enlarged partial rear perspective view of the receptacle illustrated in FIG. 1, with the back cover removed.

DETAILED DESCRIPTION OF CERTAIN EMBODIMENTS

The various embodiments of a system for transmitting power for opening and closing a lid or door of a receptacle, such as a trash can, or other device is disclosed in the context of a trash can. The present disclosure describes certain embodiments in the context of a trash can due to particular utility in this context. However, the subject matter of the present disclosure can be used in many other contexts as well, including, for example, commercial trash cans, doors, windows, security gates, and other larger doors or lids, as well as doors or lids for smaller devices such as high precision scales, computer drives, etc. The embodiments and/or components thereof can be implemented in powered or manually operated systems.

With reference to FIGS. 1-3, a trash can assembly 20 can include a body or shell component 22 and lid 24 and other modular pieces or components. The trash can assembly 20 is generally easy to assemble and maintain. It can have minimal parts and have a compact design. Lid 24 can include door components, such as an air filter (not shown). The trash can assembly 20 can be configured to rest on a floor, and can be of varying heights and widths depending on, among other things, consumer need, cost, and ease of manufacture. Additional details and examples of trash can assemblies that can be used with, or instead of, components discussed herein are provided in U.S. Patent Application Publication No. 2011/0220647, filed Mar. 4, 2011, and U.S. Patent Application Publication No. 2009/0194532, filed Feb. 1, 2008, the entirely of each of which is incorporated herein by reference.

The trash can assembly 20 can include the body component 22. In some embodiments, the trash can assembly can be configured to receive a liner or trash bag (not shown), which can be retained at least partly within the body component 22. For example, an upper peripheral edge of the body component 22 can be configured to support an upper peripheral edge of the liner such that the liner is suspended and/or restrained by its upper peripheral edge within the body component 22. In some embodiments, the trash can assembly 20 can include a liner support member (not shown) supported by the body component 22 and configured to support the liner at least partly within the interior of the body component 22. In some embodiments, the body component 22 is configured such that the liner can be seated on a lower portion of the body component 22.

With reference to FIG. 4, in some embodiments, the body component 22 includes an upper edge 26. As illustrated, the upper edge 26 of the body component 22 can be rolled, include an annular lip, or otherwise include features that extend outwardly from a generally vertical wall of the body component 22. In some embodiments, the upper edge 26 has a generally rounded cross-section. Other designs can also be used.

The body component 22 can assume many configurations. The non-limiting embodiments of FIGS. 1-3 illustrate the body component 22 having a generally semi-circular configuration with a rear wall 28 and a curved, front wall 30. However, other configurations can also be used, for example, rectangular. The liner or trash bag (not shown) can

8

have the same general configuration, or a different configuration from the body component 22. The body component 22 can be made from plastic, steel, stainless steel, aluminum or any other material.

As illustrated in FIG. 4, the trash can assembly 20 can include a base portion 44. The base portion 44 can have a generally annular and curved skirt upper portion and a generally flat lower portion for resting on a surface, such as a kitchen floor. The base portion 44 of the trash can assembly 20 can be made integrally, monolithically, or separate from the body component 22. In some implementations, the base portion 44 comprises plastic, metal (e.g., steel, stainless steel, aluminum, etc.) or any other material. In some embodiments, such as those in which the body component 22 is metal (e.g., stainless steel), the base portion 44 can be a plastic material. In some embodiments, the base portion 44 includes projections 40 that are open or vented to the ambient environment (e.g., thorough the generally flat lower portion of the base portion 44), as will be discussed in further detail below. As illustrated, certain embodiments of the base portion 44 include a generally centrally located passage thorough the generally flat lower portion of the base portion 44.

In some embodiments, the base portion 44 can be connected with or attached to the body component 22 by connection components 46, such as hooks and/or fasteners (e.g., screws). For example, in some embodiments, the base portion 44 includes hooked tabs that are configured to connect with a lower edge (e.g., a rolled edge) of the body component 22. In some embodiments, the hooked tabs engage the lower edge of the body component 22, such a by snap-fit connection. In some embodiments, the base portion 44 and the body component 22 are joined with adhesive, welding, hooks and similar attachment mechanisms.

In some embodiments, a liner insert 100 is connected with, or attached to, the base portion 44. In some embodiments, the liner insert 100 can have support members, such as legs 48, which can support and/or elevate the liner insert 100 above an interior bottom of the base portion 44. In some embodiments, the legs 48 are joined with the base portion 44 (e.g., with fasteners, welding, etc.).

In some embodiments, the liner insert 100 is configured to generally support and/or cradle a lower portion of a trash bag disposed in the trash can assembly 20. For example, as illustrated, the liner insert 100 can be generally concave or bowl-shaped. In some embodiments, the liner insert 100 is configured to protect a trash bag from rupture or damage and retain spills. For instance, the liner insert 100 can have a generally smooth surface to reduce the likelihood of the trash bag being torn or punctured by contact with the liner insert 100. Several embodiments of the liner insert 100 thus can reduce the chance of damage to the trash bag even in embodiments of the trash can assembly 20 that do not utilize a generally rigid liner that extends along some or all of the height of the body component 22.

In certain implementations, the liner insert 100 forms a seal (e.g., generally liquid resistant) with a lower portion of the body component 22. In some embodiments, the liner insert 100 can include openings 42 that are configured to correspond to, or mate with, the projections 40 located on the interior bottom surface of the base portion 44, thereby placing the openings 42 and the projections 40 in fluid communication. By aligning the openings 42 of the liner insert 100 and the projections 40 of the base portion 44, the openings 42 can allow ambient air to pass into and out of the interior of the trash can assembly, which can inhibit or prevent the occurrence a negative pressure region (e.g., in

US 10,683,165 B2

9

comparison to ambient) inside the trash can assembly 20 when a user removes a trash bag from the trash can assembly 20. Further, in certain variants, when a user inserts refuse or other materials into the trash bag in the trash can assembly 20, air within the trash can assembly 20 can exit via the openings 42 and the projections 40, thereby inhibiting the occurrence of a positive pressure region (e.g., in comparison to ambient) inside the trash can assembly 20 and allowing the trash bag to freely expand.

As described above, the trash can assembly 20 can include the rear wall 28. Along the rear wall 28, the trash can 20 can include a back cover 54. The back cover 54 can enclose and/or protect a back side enclosure 56, as illustrated in FIG. 5. In some embodiments, the back side enclosure 56 can house the power source 66 for the trash can 20. For example, in some embodiments, the back side enclosure 56 can be configured to receive and retain at least one battery. The back side enclosure 56 can have a generally low profile configuration. For example, the back side enclosure 56 can extend rearwardly from the rear wall 28 a distance of less than or equal to about 1 inch, or less than or equal to about ⅓th of the distance between the outside surfaces of the rear wall 28 and the front-most portion of the front wall 30.

With reference to FIG. 6, in some embodiments, a housing 64 for a power operated driving mechanism 58 can be positioned on or near the rear wall 28, such as above or on top of the back side enclosure 56. In the illustrated embodiment, the housing 64 is a generally cylindrical structure or shell. In other embodiments, the housing 64 can be of other various designs and shapes. In some embodiments, the shape and location of the housing 64, the compactness of the driving mechanism 58 within the housing 64, and/or the generally low-profile of the back side enclosure 56 can allow the trash can assembly 20 to be positioned flush or substantially flush with a wall (not shown) or other generally flat vertical structure of a building or home. Thus, the trash can assembly 20 can have a smaller footprint and/or take up less floor space. In some embodiments, the back side enclosure 56 and/or the driving mechanism housing 64 extend rearwardly from the rear wall 28 less than or equal to about 1.5 inches.

Certain embodiments of the trash can assembly 20 include a trim member 38. As illustrated in FIG. 4, in some embodiments, the trim member 38 is connected with the back side enclosure 56 and/or body components, such as by fasteners 29 (e.g., screws). Some embodiments of the trim member 38 are configured to rotate with respect to the body component 22 and/or the lid 24. The trim member 38 can be made of various materials, such as plastic or metal. The trim member 38 and the body component 22 can be made from the same or different materials. For example, the trim member 38 and the body component 22 can comprise a plastic material. Some embodiments of the trim member 38 can engage and/or overlap the upper edge 26 of the trash can assembly 20.

As illustrated in FIG. 7, which shows a bottom portion of the trim member 38, certain embodiments of the trim member 38 are configured to support and/or mask electrical components, such as a sensor assembly 102 and/or wire 112 that connects the sensor assembly 102 to the power source 66 or a controller. One or several guide members 114 can be positioned underneath a top surface of the trim member 38 to generally inhibit movement of the wire 112 within the trim member 38, thereby generally hiding the wire from view and reducing the chance of rubbing or other damage to the wire 112.

10

With reference to FIGS. 7-8, in some embodiments, the trim member 38 is configured to secure or retain an upper portion of the trash bag between the trim member 38 and the upper edge 26 of the body component 22. The trim member 38 can include a wall 116 that extends generally downwardly (e.g., in a generally transverse direction to the top surface of the trim member 38). In certain configurations of the trim member 38, the wall 116 extends downwardly beyond the upper edge 26 and along the body component 22. In some embodiments, bag retention features, such as radially inwardly extending flaps 118, are positioned on the inside of the wall 116. The flaps 118 can include an edge engagement element, such as a recess 119. In some embodiments, the recess 119 is positioned at one end of the flap 118 and/or near the top surface of the trim member 38. The flaps 118 can be configured to receive, nest with, and/or removably lock onto the upper edge 26, such as by a friction fit. In some embodiments, when a trash bag is placed in the body component 22 and the upper portion of the trash bag is positioned over the rolled edge or annular lip of the upper edge 26, the trim member 38 can be positioned (e.g., rotated into position) such that the trash bag is disposed between the trim member 38 and the body component 22. Further, the flaps 118 can be configured to receive the rolled edge or annular lip of the upper edge 26, thereby generally securing a portion of the trash bag between the flaps 118 and the upper edge 26 and inhibiting the trash bag from falling into the body component 22.

In some embodiments as illustrated in FIGS. 9-10, the trim member 38 can be positioned and/or maintained in an open position (e.g., against the force of gravity and/or without requiring a person to hold or otherwise keep the trim member 38 in the open position). The open position can, for example, allow a user to mount a trash bag in the trash can assembly 20 and/or do extended chores, such as cleaning the inside of the trash can assembly 20. As illustrated, in some embodiments, the trim member 38 rotates with respect to the body component to reach the open position. In some embodiments, the trim member 38 includes a retaining mechanism. For example, as shown in FIG. 9, the trim member 38 can include a first cam structure 120, such as a tooth, which can be located at the rear of the trim member 38 and on an adjacent side of the housing 64. The first cam structure 120 can be configured to engage a second cam structure, such as a ramp 122. In some embodiments, the second cam structure includes a recess 124 that is configured to receive some or all of the first cam structure 120. The recess 124 can be located at or near an end of the ramp 122 and may be positioned near the rear of the trash can assembly 20. In some embodiments, as the trim member 38 rotates (e.g., toward the open position), the first cam structures 120 rotate (e.g., clockwise) into abutment with the ramp 122. The first cam structure 120 can engage (e.g., slide and/or ride up) the ramp 122 and into the recess 124, which can retain the first cam structure. Thus, the trim member 38 can remain in the open position while the user switches bags or completes one or more chores. When such tasks are complete, the trim member 38 can be rotated in the generally opposite direction (e.g., counter-clockwise) to a closed position, in which the flaps 118 can be engaged with the upper edge 26 of the body component, as discussed above.

The lid 24 and trim member 38 can be pivotally attached to the trash can assembly 20 by any manner. In the illustrated embodiments, the lid 24 and trim member 38 are pivotally coupled to the trash can assembly 20 generally along the same pivot axis. The pivotal connection can be any type of connection allowing for pivotal movement, such as, hinge

US 10,683,165 B2

11

elements, pins, or rods. For example, with reference to FIGS. 6 and 9, first pivot features, such as pins 50, 52, extend laterally through the housing 64 of the driving mechanism 28 that opens and closes the lid 24, and can be adapted to be received in corresponding second pivot features, such as through-holes 36, provided at the rear of the trim member 38. The pins 50, 52 can extend through the through-holes 36 to pivotably connect the trim member 38 to the housing 64 of the trash can assembly 20 along a pivot axis. With reference to FIG. 2, in some embodiments, a portion of or the entire lid 24 can be positioned, located, or received in a recess 68 in the interior of the trim member 38. In some embodiments, a damper 110 (e.g., foam, springs, rubber pads, or any other generally pliable, resilient, and/or damping structure) can be positioned between the lid 24 and trim member 38, such as to provide noise reduction when the lid 24 closes onto the trim 38.

In some embodiments, a rear portion of lid 24 can be pivotably coupled to the trash can assembly 20 along the same pivot axis as the trim member 38. For example, the rear portion of lid 24 can be pivotably coupled to the trash can assembly 20 along the same pivot axis as the trim member 38 via the pins 50, 52, which can also connect the trim member 38 to the driving mechanism housing 64 of the trash can assembly 20.

In some embodiments, the pins 50, 52 can extend through the trim member 38 and the housing 64 and are adapted to be received in corresponding through-holes 72 of additional structures secured to the inside of the rear of the lid 24 located adjacent to the driving mechanism components 74. In some embodiments, the pins 50, 52 can pivotably couple the lid 24 and trim member 38 to the trash can assembly 20 along the same pivot axis. In some embodiments, as illustrated in FIG. 5, bias members 126, such as one or more torsion springs, can be positioned on the pins 50, 52. The biasing members 126 can provide a biasing force to assist in opening and/or closing the lid 24, which can reduce the amount of power consumed by the motor 78 when moving the lid 24 between the open and closed positions and/or can allow for the use a smaller motor (e.g., in dimensional size and/or in power output).

With reference to FIG. 11, the lid can include lid driving mechanism components 74. In certain variants, the lid driving mechanism components 74 are configured to abut, mate, contact, receive and/or be received in the drive mechanism 58 in the housing 64 to facilitate opening and closing the lid 24. In some variants, the lid driving mechanism components 74 include a generally C-shaped portion. In certain implementations, the lid driving mechanism components 74 can include rotation support members, such as flanges 88, 90, and lid position sensing elements, such as flagging members 92, 94. As illustrated, the flanges 88, 90 and/or the flagging members 92, 94 can extend radially inwardly and can be attached at or near the rear underside of the lid 24. As described in further detail below, the controller 70 can communicate with a sensing system to determine various functions and parameters of the trash can assembly, such as when to drive the motor 78 so as to open or close the lid 24. As illustrated, in some embodiments, a portion of or the entire lid driving mechanism components 74 can be secured to the inside of the rear of the lid 24.

With reference to FIGS. 5-6 and 11-12, the driving mechanism 58 can include a controller or circuit board 70. In some embodiments, the driving mechanism components in the housing 64 can include a drive motor 78 and shaft or axle 80. Some embodiments include a bias member, such as a spring 82. Certain embodiments include a clutch mecha-

12

nism 84 and/or a torque transmission member, such as an end member 86. At least some of the driving mechanism components can be removable from the other components. For example, the drive motor 78, or other component, can be removable such so as to facilitate repair, replacement, etc.

With reference to FIG. 9, the driving mechanism 58 can include a first position sensor 96 (e.g., a closed position sensor) and a second position sensor 98 (e.g., an open position sensor). The position sensors 96, 98 can comprise paired optical proximity detectors, such as light emitters, that cooperate with an intermediate sensor 128, such as a light receiver. However, other types of sensors can also be used. As illustrated, the position sensors 96, 98 can be located together in one housing, which can facilitate manufacturability and repair and can reduce the overall space occupied by the position sensors 96, 98. As described in more detail below, in some embodiments, the position sensors 96, 98 can be configured to facilitate detection of the position of the lid 24 as it moves between the open and closed positions. The motor 78 and the position sensors 96, 98 can be configured to communicate with the controller 70 so as to facilitate control of the movement of the lid 24.

In some embodiments, the lid 24 includes the flagging members 92, 94, which can be oriented or otherwise configured as to indicate, in cooperation with the position sensors 96, 98, a position of the lid 24. As shown in FIG. 9, when the lid 24 is in its home or fully closed position, the flagging member 92 is located between the position sensor 96 and the intermediate sensor 128 and the flagging member 94 is not located between the position sensor 98 and the intermediate sensor 128. In some configurations, the flagging member 92 being between the position sensor 96 and the receiver 128 blocks an emission (e.g., a signal) between the position sensor 96 to intermediate sensor 128. In some embodiments, such emission blocking can be interpreted (e.g., by the controller implementing an algorithm) to discern a position of the lid 24. For example, the controller 70 can be configured to determine that the lid 24 is in its home or closed position when flagging member 92 is located in position sensor 96 to block emissions to the intermediate sensor 128.

In some embodiments, as the lid 24 rotates into the fully open position, the flagging member 92 rotates such that it is no longer between the position sensor 96 and the intermediate sensor 128. However, in certain embodiments, as the lid 24 rotates into the fully open position, the flagging member 94 rotates such that it is between the position sensor 98 and the intermediate sensor 128, thereby blocking emissions (e.g., a signal) between the sensor 98 to intermediate sensor 128.

In some embodiments, when the flagging member 94 is located between the position sensor 98 and the intermediate sensor 128, and the flagging member 92 is not located between the position sensor 96 and the intermediate sensor 128, the controller 70 can be configured to determine that the lid 24 is in a fully open position. In certain embodiments, the controller 70 can be configured to determine that the lid 24 is in a fully open position when the opposite orientation occurs. In some embodiments, the intermediate sensor 128 is configured to receive emissions from one or both of the position sensors 96, 98. In some embodiments, the one or both of the position sensors 96, 98 are configured to receive emissions from the intermediate sensor 128.

Any combination of flagging members and position sensors can be used to detect various positions of the lid 24. For example, additional positions (e.g., an about half-way opened position) can be detected with additional sensors and

US 10,683,165 B2

13

flagging members in a manner similar or different than that described above. Some embodiments have flagging members located in the housing 64 and position sensors on the lid 24.

With reference to FIG. 2, the trash can assembly 20 can also include a sensor assembly 102 disposed on a generally outer portion of the trash can assembly 20. In the illustrated embodiment, the sensor assembly 102 is disposed near the front of the trim member 38, in an upper generally central portion. In some embodiments, the sensor assembly 102 can include an outer covering 104 which can include a transparent or translucent structure that permits transmission and/or receipt of light signals. For example, the outer covering 104 can be made of glass or plastics, such as Polycarbonate, Makrolon®, etc. In some embodiments, the outer covering 104 can be substantially flush with a top surface of the trim member 38. In some embodiments, the sensor assembly 102 can sense a user's movements to direct the lid 24 to open or close. For example, the sensor assembly 102 can sense a reflected or emitted signal or characteristic (e.g., light, thermal, conductivity, magnetism, or otherwise) from a user (e.g., a body part). In some embodiments, the sensor assembly 102 is configured as is described in U.S. Patent Application Publication No. 2011/0220647, filed Mar. 4, 2011, the entirety of which is hereby incorporated by reference.

In some embodiments, the lid 24 can be configured to permit manual operation of the lid 24 generally without damage (e.g., stripping or wearing down) to components of the trash can assembly 20, such as the motor 78, shaft 80, or otherwise. As previously noted, and as illustrated in FIG. 11, the lid 24 can include flanges 88, 90, which can be positioned on the rear underside of the lid 24. As illustrated, generally open circumferential spaces exists between the flanges 88, 90.

The flanges 88, 90 can be configured to engage a clutch mechanism 84, which can enable the lid 24 to rotate without, or without substantial, rotation of the motor 78, shaft 80, or certain other components of the trash can assembly 20, as discussed in more detail below. As illustrated in FIG. 12, the clutch mechanism 84 includes one or more torque transmission members, such as arms 106, 108, that can extend radially outward from a body of the clutch mechanism 84. In some embodiments, the arms 106, 108 are spaced apart from each other, such as by about 180 degrees. Various other angles are contemplated, such as at least: about 30°, about 45°, about 60°, about 90°, about 120°, values in between, or otherwise.

The arms can be positioned in the circumferential spaces between the flanges 88, 90. For example, the arms 106, 108 can abut or contact a surface the flanges 88, 90, as illustrated in FIG. 13. In certain such configurations, when the arm 106 is abutted with flange 90 and the arm 108 is abutted with flange 90, a circumferential distance D1 exists between a non-abutted surface 108a of the arm 108 and a non-abutted surface 88a of the flange 88. In some embodiments, a generally equal circumferential distance D2 (not shown) exists between a non-abutted surface 106a of the arm 106 and a non-abutted surface 90a (not shown) of the flange 90. In certain configurations, the circumferential distance D1 and/or D2 is greater than or equal to the amount of rotation of the lid from the open to the closed position. For example, the circumferential distance D1 and/or D2 can be at least about 60° and/or less than or equal to about 125°. In certain variants, the circumferential distance D1 and/or D2 is greater than or equal to about 80°. As discussed below, such

14

a configuration can allow the lid 24 to be manually moved between the open and closed positions.

In some embodiments, the clutch mechanism 84 is positioned on the motor shaft 80 between a biasing member, such as a spring 82, and an end member 86. In some embodiments, the end member 86 is fixed to the motor shaft 80, thus torque from the motor 78 can be transmitted through the shaft 80 and into the end member 86. In some embodiments, the bias on the clutch mechanism 84 against the end member 86 can result in a frictional interface between the clutch 84 and end member 86. The frictional interface between the clutch 84 and end member 86 can result in the clutch 84 rotating when the shaft 80 rotates. For example, torque from the motor 78 can be transmitted through the shaft 80, through the end member 86, and into the clutch mechanism 84. In some variants, certain components (e.g., the spring 82, clutch mechanism 84, and end member 86) are positioned in general coaxial alignment along a portion of the longitudinal length of the shaft 80.

During operation of some embodiments, the motor 78 can turn the shaft 80, which can turn the end member 86, which can turn the clutch mechanism 84 (e.g., by the frictional interface between the end member 86 and clutch mechanism 84). Rotation of the clutch mechanism 84 can result in rotation of the arms 106, 108. Because, in some embodiments, the arms 106, 108 generally abut or contact the flanges 88, 90 of the lid 24, rotation of the arms 106, 108 can result in rotation of the flanges 88, 90, and thus the lid 24 (e.g., from the closed to the open position).

As illustrated in FIG. 13, due to the circumferential distances D1, D2 between the non-abutted surfaces 88a, 90a of the flanges 88, 90 and the non-abutted surfaces 106a, 108a of the arms 106, 108, the lid 24 can be manually opened without turning the motor 78. As an example, manual operation of the lid as illustrated in FIG. 13 will now be discussed. As illustrated in FIG. 13, the lid 24 is in the home or closed position. If a user, were to manually operate the lid 24 toward the open position (e.g., rotate the lid clockwise in the illustrated embodiment), the flange 88 would rotate generally clockwise in an arc path and the flange 90 would rotate about an equivalent distance in generally the same direction (e.g., clockwise). No force would be applied to the arms 106, 108 of the clutch mechanism 84, which, as discussed above, is connected with motor shaft 80 via the end member 86. Similarly, a user could then close the lid 24 and the flanges 88, 90 would rotate in generally the opposite direction (e.g., counterclockwise) as when the lid was opened, back to their original positions when the lid 24 was in the home position, without applying any force to the arms 106, 108 of the clutch mechanism 84. Thus, in certain embodiments, no force is required to be applied to the arms 106, 108 to turn the clutch mechanism 84 and motor shaft 80.

As noted above, in some embodiments, the power operated driving mechanism 58 can be used to open or close the lid 24. For instance, the motor 78 can rotate the shaft 80, which can rotate the end member 86, which can transmit the torque to the clutch mechanism 84, which can rotate the flanges 88, 90 and the lid 24. In some embodiments, a coupling device can be positioned between the motor 78 and the shaft 80 to reduce vibrations from being transferred from the motor 78 to other mechanism being driven, such as the lid 24. In certain instances, after or during operation of the driving mechanism 58 (e.g., after or as the lid 24 is being moved between the open and closed positions), a user may accidentally or intentionally try to manually close or open the lid 24. In certain such situations, the flanges 88, 90

US 10,683,165 B2

15                                                    16

generally remain in contact with the arms **106, 108** rather than rotating relative to the arms **106, 108** as discussed above. In some embodiments, this is because the rotational force produced by the motor **78** (via the shaft **80**, end member **86**, and/or clutch mechanism **84**) encourages rotation of the arms **106, 108** against the flanges **88, 90** (e.g., the arms **106, 108** apply a pushing force to the surfaces of the flanges **88, 90** to rotate the lid **24**). Thus, in some embodiments, a user who manually closes the lid **24** when the motor has opened, or is in the process of opening the lid **24**, acts against the operation of the motor **78**.

For example, when the motor **78** of FIG. 13 is opening the lid **24**, the motor **78** encourages the arms **106, 108** to abut against and turn the flanges **88, 90** to turn in a clockwise direction (viewed from the perspective of FIG. 13). Yet when a user manually attempts to close the lid **24**, the lid and the flanges **88, 90** are encouraged in a counter-clockwise direction (viewed from the perspective of FIG. 13). Thus, in certain configurations, the arms **106, 108** are being encouraged to rotate in opposite directions concurrently. Such a scenario can result in damage to the arms **106, 108** of the clutch mechanism **84**, the shaft **80**, the motor **78**, or otherwise. In some embodiments, to generally avoid such damage, the clutch mechanism **84** or other structure can be configured to rotate with respect to the end member **86** or other components.

In some embodiments, the clutch mechanism **84** includes a first cam surface **180** and a first return surface **182**. As shown in FIG. 12, the first cam surface **180** can be inclined from a first level to a second level, in relation to a plane extending generally transverse to the longitudinal axis of the clutch mechanism **84**. The first return surface **182** can intersect the first cam surface **180** and can be disposed between the first and second levels.

In some embodiments, the end member **86** includes a second cam surface **184** and a second return surface **186**. The second cam surface **184** can be inclined from a first level to a second level, in relation to a plane extending generally transverse to the longitudinal axis of the end member **86** and the shaft **80**. The second return surface **186** can intersect the first cam surface **180** and can be disposed between the first and second levels.

The second cam surface **184** and the second return surface **186** of the end member **86** can be shaped to correspond with the first cam surface **180** and the first return surface **182** of the clutch mechanism **84**, thereby allowing mating engagement of the end member **86** and the clutch mechanism **184**. For example, summits **180**a of the first cam surface **180** can be nested in the valleys **184**b of the second cam surface **184**, and summits **184**a of the second cam surface **184** can be nested in the valleys **180**b of the first cam surface **180**.

As previously discussed, in some embodiments, torque from the motor **112** can be transmitted through the shaft **80** to the end member **86**. In some embodiments, the end member **86** is generally rigidly connected with the shaft **80**, such as by a fastener (e.g., a screw). Thus, in certain variants, the end member **86** is inhibited or prevented from rotating relative to the shaft **80**. In certain implementations, the end member **86** is configured to transmit torque from the motor **112** to the clutch mechanism **84**, such as by friction between the first and second cam surfaces **180, 184** and/or between the first and second return surfaces **182, 186**.

In some embodiments, the clutch mechanism **84** can translate along a portion of the longitudinal length of the shaft **80**. As shown, the biasing member **82** can bias the clutch mechanism **84** into engagement with the end member **86**. In some embodiments, translation of the clutch mecha-

nism **84** (e.g., in a direction generally toward the motor **112**) along a portion of the drive shaft **80** is generally against the bias of the biasing member **82**.

In some embodiments, when the lid **24** is manually operated, the clutch mechanism **84** and the end member **86** rotate relative to each other. For example, in some embodiments, when the lid **24** is manually operated the first and second inclined cam surfaces **180, 184** move relative to each other. In certain configurations, the inclined cam surfaces **180, 184** slide relative to each other, which results in the inclined cam surfaces climbing each other. For example, as the inclined cam surfaces **180, 184** slide relative to each other, the summits **180**a, **184**a of the inclined cam surfaces **180, 184** circumferentially approach each other.

In certain embodiments, the relative movement between the first and second inclined cam surfaces **180, 184** (e.g., by the interaction of the inclines) urges the clutch mechanism **84** and the end member **86** apart. For example, the clutch mechanism **84** and the end member **86** can be urged in generally opposite directions along the longitudinal axis of the shaft **80**. In some embodiments, the end member **86** is generally restrained from moving longitudinally (e.g., by the fastener). However, certain embodiments of the clutch mechanism **84** are able to move away from end member **86** by translating along the shaft **80** (e.g., against the bias of the biasing member **82**). Thus, in certain implementations, relative rotation of the inclined cam surfaces **180, 184** results in the clutch mechanism **84** translating along a portion of the longitudinal length of the shaft **80** (e.g., in a direction generally toward from the motor **78**), against the bias of the biasing member **82**. Certain embodiments can facilitate relative rotation of the clutch mechanism **84** and the end member **86** without imposing undue stress on, or damage to, the clutch mechanism **84**, end member **86**, shaft **80**, and/or motor **78**. Accordingly, manual operation of the lid **24** can be performed without imposing undue stress on, or damage to, components of the trash can assembly **20**.

In some implementations, when manual operation of the lid **24** ceases, the bias of the biasing member **82** can return the clutch mechanism **84** into generally full engagement with the end member **86**. For example, after manual operation of the lid **24** ceases, the bias of the biasing member **82** can facilitate re-engagement of the inclined cam surfaces **180, 184**. In some embodiments, re-engaging the clutch mechanism **84** and the end member **86** allows the transmission of torque from the motor **78** to the clutch mechanism **84**, which can provide powered operation of the lid. Thus, some embodiments provide automatic and/or passive engagement and/or disengagement of the motor **78** and/or drive shaft **80** from the clutch mechanism **84** and/or the lid **24**.

Although the trash cans have been disclosed in the context of certain embodiments and examples, it will be understood by those skilled in the art that the present disclosure extends beyond the specifically disclosed embodiments to other alternative embodiments and/or uses of the trash cans and obvious modifications and equivalents thereof. In addition, while several variations of the trash cans have been shown and described in detail, other modifications, which are within the scope of the present disclosure, will be readily apparent to those of skill in the art. For example, a gear assembly and/or alternate torque transmission components can be included. For instance, in some embodiments, the trash can assembly **20** includes a gear assembly. Some embodiment of the gear assembly include a gear reduction (e.g., greater than or equal to about 1:5, 1:10, 1:50, values in between, or any other gear reduction that would provide the

US 10,683,165 B2

17                                        18

desired characteristics), which can modify the rotational speed applied to the shaft 80, clutch mechanism 84, and/or other components.

It is also contemplated that various combinations or sub-combinations of the specific features and aspects of the embodiments can be made and still fall within the scope of the present disclosure. It should be understood that various features and aspects of the disclosed embodiments can be combined with or substituted for one another in order to form varying modes of the trashcans. Thus, it is intended that the scope of the present disclosure should not be limited by the particular disclosed embodiments described above.

The following is claimed:

1. A trash can assembly comprising:
a body component comprising a lower base, an upper opening, and a front upper edge; and
a lid assembly configured to couple with the body component, the lid assembly comprising:
a lid configured to rotate, relative to the body, between a lower position and an upper position; and
a trim member configured to rotate between a closed position and an open position, wherein:
in the closed position, a front of the trim member is adjacent the front upper edge of the body component; and
in the open position, the front of the trim member is spaced apart from and vertically higher than the front upper edge of the body component; and
a power transmission device configured to drive the lid between the lower position and the upper position; and
a retaining mechanism configured to maintain the trim member in the open position against the force of gravity.

2. The trash can assembly of claim 1, wherein the retaining mechanism comprises a detent.

3. The trash can assembly of claim 1, wherein, in the open position, the trim member is at an acute angle with respect to a longitudinal axis of the body component.

4. The trash can assembly of claim 1, wherein the retaining mechanism comprises a cam structure and a recess, the cam structure configured to be received in the recess when the trim member is in the open position.

5. The trash can assembly of claim 4, wherein:
the retaining mechanism further comprises a ramp; and
the trash can assembly is configured such that, as the trim member rotates from the closed position to the open position, the cam structure slides along the ramp and engages into the recess.

6. The trash can assembly of claim 5, wherein:
the cam structure is positioned on the trim ring; and
the ramp is positioned on a backside enclosure that is positioned on an exterior surface of a rear wall of the trash can assembly.

7. The trash can assembly of claim 1, wherein:
a majority of the periphery of the lid is received in the trim member when the trim member is in the closed position and the lid is in the lower position; and
a majority of the periphery of the lid is positioned outside of the trim member when the trim member is in the closed position and the lid is in the upper position.

8. The trash can assembly of claim 1, wherein, when the lid is in the lower position and the trim ring is in the closed position, the entire periphery of the lid is received in the trim ring.

9. The trash can assembly of claim 1, wherein the trim member and the lid are configured to rotate about the same axis.

10. The trash can assembly of claim 1, wherein the trim member further comprises an exterior wall that extends:
generally parallel with a longitudinal axis of the trash can;
downward beyond an upper lip of the body component; and
radially outward from the upper lip of the body component.

11. The trash can assembly of claim 1, wherein the body component has a rectangular shape.

12. The trash can assembly of claim 1, wherein at least a front half of the body portion has a generally cylindrical shape.

13. The trash can assembly of claim 1, wherein the power transmission device comprises a motor.

14. The trash can assembly of claim 13, wherein the lid assembly further comprises an electronic sensor, wherein the motor is configured to be activated in response to a signal from the electronic sensor, and wherein the trash can assembly is configured such that the electronic sensor is disabled when the trim member is in the open position.

15. The trash can assembly of claim 1, wherein the power transmission device comprises a footpedal.

16. The trash can assembly of claim 1, wherein the body component further comprises an internal liner configured to support a trash bag.

17. A method of mounting a trash bag, the method comprising:
obtaining a trash can assembly comprising a body component, lid, and trim ring, the lid and trim ring each configured to rotate relative to the body component;
rotating the trim ring from a closed position to an open position;
engaging the trim ring with a retaining mechanism;
maintaining the trim ring in the open position against the force of gravity with a retaining mechanism, the trim ring being held in the open position at an acute angle with respect to a longitudinal axis of the body component;
inserting a trash bag into the trash can assembly;
positioning an upper portion of the trash bag over an upper edge of the body component;
disengaging the trim ring from the retaining mechanism; and
rotating the trim ring from the open position to the closed position.

18. The method of claim 17, further comprising visually obscuring, with the trim ring, the upper portion of the trash bag and the upper edge of the body component.

19. The method of claim 17, further comprising rotating the lid from a lower position to an upper position, rotating the lid from the upper position the lower position, and receiving the entire periphery of the lid in the trim ring.

20. The method of claim 17, wherein rotating the trim ring from the closed position to the open position further comprises rotating the trim ring about the same axis as the lid.

21. The method of claim 17, wherein engaging the trim ring with the retaining mechanism comprises engaging the trim ring with a detent.

22. The method of claim 17, wherein engaging the trim ring with the retaining mechanism comprises sliding a cam structure along a ramp in a first direction, and receiving the cam structure in a recess.

23. The method of claim 22, wherein disengaging the trim ring with the retaining mechanism comprises removing the

US 10,683,165 B2

19

20

cam structure from the recess, and sliding the cam structure along the ramp in a second direction that is generally opposite the first direction.

* * * * *

# EXHIBIT 2



US011136186B2

(12) **United States Patent**
    Yang et al.

(10) **Patent No.:** US 11,136,186 B2
(45) **Date of Patent:** Oct. 5, 2021

(54) **TRASH CAN ASSEMBLY**

(71) Applicant: **simplehuman, LLC**, Torrance, CA (US)

(72) Inventors: **Frank Yang**, Rancho Palos Verdes, CA (US); **David Wolbert**, Redondo Beach, CA (US); **Joseph Sandor**, Newport Beach, CA (US); **Kenneth Yen**, Torrance, CA (US); **Orlando Cardenas**, Laguna Niguel, CA (US); **Michael James Basha**, Brisbane, CA (US); **Christopher B. Fruhauf**, San Anselmo, CA (US)

(73) Assignee: **simplehuman, LLC**, Torrance, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/901,376**

(22) Filed: **Jun. 15, 2020**

(65) **Prior Publication Data**
    US 2020/0407159 A1    Dec. 31, 2020

**Related U.S. Application Data**

(63) Continuation of application No. 15/783,370, filed on Oct. 13, 2017, now Pat. No. 10,683,165, which is a (Continued)

(51) **Int. Cl.**
    *B65F 1/16*      (2006.01)
    *B65F 1/04*      (2006.01)
    *B65F 1/06*      (2006.01)

(52) **U.S. Cl.**
    CPC .............. *B65F 1/1638* (2013.01); *B65F 1/04* (2013.01); *B65F 1/06* (2013.01); *B65F 1/068* (2013.01); *B65F 1/1646* (2013.01)

(58) **Field of Classification Search**
    CPC ...................................................... B65F 1/06
    (Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 830,182 A | 9/1906 | Skov | |
| 1,426,211 A | 8/1922 | Pausin | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 622536 | 4/1992 |
| AU | 365296 | 11/2015 |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 29/484,903, filed Mar. 13, 2014, Yang et al.
(Continued)

*Primary Examiner* — David Luo
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson & Bear, LLP

(57) **ABSTRACT**

Various embodiments of a trash can assembly (e.g., a receptacle configured to receive refuse, recyclable materials, or otherwise), and related methods, are provided. Some embodiments of the trash can assembly include a body component and a lid configured to move between an open position and a closed position. In some variants, the lid can be moved between the open and closed positions by a power operated driving mechanism, such as a motor and/or other drivetrain components. In certain embodiments, the trash can assembly includes a clutch mechanism to facilitate manual operation of the lid while inhibiting or preventing damage to the motor and/or other drivetrain components.

**22 Claims, 13 Drawing Sheets**



## US 11,136,186 B2
Page 2

### Related U.S. Application Data

continuation of application No. 13/787,638, filed on Mar. 6, 2013, now Pat. No. 9,790,025.

(60) Provisional application No. 61/609,233, filed on Mar. 9, 2012.

(58) **Field of Classification Search**
USPC .......................................... 318/3, 34
See application file for complete search history.

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,461,253 A | 7/1923 | Owen | |
| 1,754,802 A | 4/1930 | Raster | |
| 1,820,555 A | 8/1931 | Buschman | |
| 1,891,651 A | 12/1932 | Padelford et al. | |
| 1,922,729 A | 8/1933 | Geibel | |
| 1,980,938 A | 11/1934 | Geibel | |
| 2,308,326 A | 1/1943 | Calcagno | |
| D148,825 S | 2/1948 | Snider | |
| 2,457,274 A | 12/1948 | Rifken | |
| 2,593,455 A | 4/1952 | James | |
| 2,759,625 A | 8/1956 | Ritter | |
| 2,796,309 A | 6/1957 | Taylor | |
| 2,888,307 A | 5/1959 | Graves et al. | |
| 2,946,474 A | 7/1960 | Knapp | |
| 3,008,604 A | 11/1961 | Garner | |
| 3,023,922 A | 3/1962 | Arrington et al. | |
| 3,137,408 A | 6/1964 | Taylor | |
| 3,300,082 A | 1/1967 | Patterson | |
| 3,392,825 A | 7/1968 | Gale et al. | |
| 3,451,453 A | 6/1969 | Heck | |
| 3,654,534 A | 4/1972 | Fischer | |
| 3,800,503 A | 4/1974 | Maki | |
| 3,820,200 A | 6/1974 | Myers | |
| 3,825,150 A | 7/1974 | Taylor | |
| 3,825,215 A | 7/1974 | Borglum | |
| 3,886,425 A | 5/1975 | Weiss | |
| 3,888,406 A | 6/1975 | Nippes | |
| 3,891,115 A | 6/1975 | Ono | |
| 4,014,457 A | 3/1977 | Hodge | |
| 4,027,774 A | 6/1977 | Cote | |
| 4,081,105 A | 3/1978 | Dagonnet et al. | |
| 4,189,808 A | 2/1980 | Brown | |
| 4,200,197 A | 4/1980 | Meyer et al. | |
| 4,217,616 A | 8/1980 | Jessup | |
| 4,303,174 A | 12/1981 | Anderson | |
| 4,320,851 A | 3/1982 | Montoya | |
| 4,349,123 A | 9/1982 | Yang | |
| 4,357,740 A | 11/1982 | Brown | |
| 4,416,197 A | 11/1983 | Kehl | |
| 4,417,669 A | 11/1983 | Knowles et al. | |
| 4,457,483 A | 7/1984 | Gagne | |
| 4,535,911 A | 8/1985 | Goulter | |
| 4,570,304 A | 2/1986 | Montreuil et al. | |
| 4,576,310 A | 3/1986 | Isgar et al. | |
| D284,320 S | 6/1986 | Kubic et al. | |
| 4,609,117 A | 9/1986 | Pamment | |
| 4,630,332 A | 12/1986 | Bisbing | |
| 4,630,552 A | 12/1986 | DeMars | |
| 4,664,347 A | 5/1987 | Brown et al. | |
| 4,697,312 A | 10/1987 | Freyer | |
| 4,711,161 A | 12/1987 | Swin et al. | |
| 4,729,490 A | 3/1988 | Ziegenbein | |
| 4,753,367 A | 6/1988 | Miller et al. | |
| 4,763,808 A | 8/1988 | Guhl et al. | |
| 4,765,548 A | 8/1988 | Sing | |
| 4,765,579 A | 8/1988 | Robbins, III et al. | |
| 4,785,964 A | 11/1988 | Miller et al. | |
| 4,792,039 A | 12/1988 | Dayton | |
| 4,794,973 A | 1/1989 | Perisic | |
| 4,813,592 A | 3/1989 | Stolzman | |
| 4,823,979 A | 4/1989 | Clark, Jr. | |
| 4,834,260 A | 5/1989 | Auten | |
| 4,863,053 A | 9/1989 | Oberg | |
| 4,867,339 A | 9/1989 | Hahn | |
| 4,869,391 A | 9/1989 | Farrington | |
| 4,884,717 A | 12/1989 | Bussard et al. | |
| 4,888,532 A | 12/1989 | Josson | |
| 4,892,223 A | 1/1990 | DeMent | |
| 4,892,224 A | 1/1990 | Graham | |
| D307,344 S | 4/1990 | Massonnet | |
| 4,913,308 A | 4/1990 | Culbertson | |
| 4,915,347 A | 4/1990 | Iqbal et al. | |
| 4,918,568 A | 4/1990 | Stone et al. | |
| D308,272 S | 5/1990 | Koepsell | |
| 4,923,087 A | 5/1990 | Burrows | |
| 4,944,419 A | 7/1990 | Chandler | |
| 4,948,004 A | 8/1990 | Chich | |
| 4,964,523 A | 10/1990 | Bieltvedt et al. | |
| 4,972,966 A | 11/1990 | Craft, Jr. | |
| 4,996,467 A | 2/1991 | Day | |
| 5,031,793 A | 7/1991 | Chen et al. | |
| 5,048,903 A | 9/1991 | Loblein | |
| 5,054,724 A | 10/1991 | Hutcheson | |
| 5,065,272 A | 11/1991 | Owen et al. | |
| 5,065,891 A | 11/1991 | Casey | |
| D322,350 S | 12/1991 | Craft, Jr. et al. | |
| 5,076,462 A | 12/1991 | Perrone | |
| D323,573 S | 2/1992 | Schneider | |
| 5,090,585 A | 2/1992 | Power | |
| 5,090,785 A | 2/1992 | Stamp | |
| 5,100,087 A | 3/1992 | Ashby | |
| 5,111,958 A | 5/1992 | Witthoeft | |
| D327,760 S | 7/1992 | Donnelly | |
| D329,929 S | 9/1992 | Knoedler et al. | |
| 5,147,055 A | 9/1992 | Samson et al. | |
| 5,156,290 A | 10/1992 | Rodrigues | |
| D331,097 S | 11/1992 | Sieren | |
| 5,170,904 A * | 12/1992 | Neuhaus ................ | B65F 1/08 |
| | | | 220/262 |
| 5,174,462 A | 12/1992 | Hames | |
| D332,852 S | 1/1993 | Delmerico | |
| D335,562 S | 5/1993 | Evans | |
| 5,213,272 A | 5/1993 | Gallagher et al. | |
| 5,222,704 A | 6/1993 | Light | |
| D337,181 S | 7/1993 | Warman | |
| 5,226,558 A | 7/1993 | Whitney et al. | |
| 5,230,525 A | 7/1993 | Delmerico et al. | |
| 5,242,074 A | 9/1993 | Conaway et al. | |
| D340,333 S | 10/1993 | Duran et al. | |
| 5,249,693 A | 10/1993 | Gillispie et al. | |
| 5,261,553 A | 11/1993 | Mueller et al. | |
| 5,265,511 A | 11/1993 | Itzov | |
| 5,295,607 A | 3/1994 | Chang | |
| 5,305,916 A | 4/1994 | Suzuki et al. | |
| 5,314,151 A | 5/1994 | Carter-Mann | |
| 5,322,179 A | 6/1994 | Ting | |
| 5,329,212 A | 7/1994 | Feigleson | |
| 5,348,222 A | 9/1994 | Patey | |
| 5,353,950 A | 10/1994 | Taylor et al. | |
| 5,372,272 A | 12/1994 | Jennings | |
| 5,381,588 A | 1/1995 | Nelson | |
| 5,385,258 A | 1/1995 | Sutherlin | |
| 5,390,818 A | 2/1995 | LaBuda | |
| 5,404,621 A | 4/1995 | Heinke | |
| 5,407,089 A | 4/1995 | Bird et al. | |
| 5,419,452 A | 5/1995 | Mueller et al. | |
| 5,471,708 A | 12/1995 | Lynch | |
| 5,474,201 A | 12/1995 | Liu | |
| 5,501,358 A | 3/1996 | Hobday | |
| D368,563 S | 4/1996 | Brightbill et al. | |
| 5,520,067 A | 5/1996 | Gaba | |
| 5,520,303 A | 5/1996 | Bernstein et al. | |
| 5,531,348 A | 7/1996 | Baker et al. | |
| 5,535,913 A | 7/1996 | Asbach et al. | |
| 5,558,254 A | 9/1996 | Anderson et al. | |
| 5,560,283 A | 10/1996 | Hannig | |
| 5,584,412 A | 12/1996 | Wang | |
| D377,554 S | 1/1997 | Adriaansen | |
| 5,611,507 A | 3/1997 | Smith | |
| 5,628,424 A | 5/1997 | Gola | |
| 5,632,401 A | 5/1997 | Hurd | |
| 5,636,416 A | 6/1997 | Anderson | |

US 11,136,186 B2

Page 3

(56)             **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,636,761 | A | 6/1997 | Diamond et al. |
| 5,644,111 | A | 7/1997 | Cerny et al. |
| 5,645,186 | A | 7/1997 | Powers et al. |
| 5,650,680 | A | 7/1997 | Chula |
| D383,277 | S | 9/1997 | Peters |
| 5,662,235 | A | 9/1997 | Nieto |
| 5,671,847 | A | 9/1997 | Pedersen et al. |
| 5,690,247 | A | 11/1997 | Boover |
| 5,695,088 | A | 12/1997 | Kasbohm |
| 5,699,929 | A | 12/1997 | Ouno |
| D388,922 | S | 1/1998 | Peters |
| D389,631 | S | 1/1998 | Peters |
| 5,704,511 | A | 1/1998 | Kellams |
| 5,724,837 | A | 3/1998 | Shin |
| 5,730,312 | A | 3/1998 | Hung |
| 5,732,845 | A | 3/1998 | Armaly, Jr. |
| 5,735,495 | A | 4/1998 | Kubota |
| 5,738,239 | A | 4/1998 | Triglia |
| 5,770,935 | A | 6/1998 | Smith et al. |
| 5,799,909 | A | 9/1998 | Ziegler |
| 5,816,431 | A | 10/1998 | Giannopoulos |
| 5,816,640 | A | 10/1998 | Nishimura |
| D401,028 | S | 11/1998 | Ahern, Jr. et al. |
| D401,383 | S | 11/1998 | Gish |
| D401,719 | S | 11/1998 | Van Leeuwen et al. |
| 5,873,643 | A | 2/1999 | Burgess, Jr. et al. |
| 5,881,896 | A | 3/1999 | Presnell et al. |
| 5,881,901 | A | 3/1999 | Hampton |
| 5,884,237 | A | 3/1999 | Kanki et al. |
| 5,887,748 | A | 3/1999 | Nguyen |
| D412,552 | S | 8/1999 | Burrows |
| 5,961,105 | A | 10/1999 | Ehrnsberger et al. |
| 5,967,355 | A | 10/1999 | Ragot |
| 5,967,392 | A | 10/1999 | Niemi et al. |
| 5,987,708 | A | 11/1999 | Newton |
| 6,000,569 | A | 12/1999 | Liu |
| 6,010,024 | A | 1/2000 | Wang |
| 6,024,238 | A | 2/2000 | Jaros |
| 6,036,050 | A | 3/2000 | Ruane |
| 6,102,239 | A | 8/2000 | Wien |
| 6,105,859 | A | 8/2000 | Stafford |
| 6,123,215 | A | 9/2000 | Windle |
| D431,700 | S | 10/2000 | Roudebush |
| 6,126,031 | A | 10/2000 | Reason |
| 6,129,233 | A | 10/2000 | Schiller |
| 6,131,861 | A | 10/2000 | Fortier, Jr. et al. |
| D435,951 | S | 1/2001 | Yang et al. |
| 6,209,744 | B1 | 4/2001 | Gill |
| 6,211,637 | B1 | 4/2001 | Studer |
| 6,234,339 | B1 | 5/2001 | Thomas |
| 6,250,492 | B1 | 6/2001 | Verbeek |
| D445,980 | S | 7/2001 | Tjugum |
| 6,286,706 | B1 | 9/2001 | Tucker |
| 6,328,320 | B1 | 12/2001 | Walski et al. |
| 6,345,725 | B1 | 2/2002 | Lin |
| 6,364,147 | B1 | 4/2002 | Meinzinger et al. |
| 6,386,386 | B1 | 5/2002 | George |
| 6,390,321 | B1 | 5/2002 | Wang |
| 6,401,958 | B1 | 6/2002 | Foss et al. |
| D466,667 | S | 12/2002 | Lin |
| 6,519,130 | B1 | 2/2003 | Breslow |
| 6,557,716 | B1 | 5/2003 | Chan |
| D476,456 | S | 6/2003 | Englert et al. |
| D476,457 | S | 6/2003 | Verbeek |
| 6,596,983 | B2 | 7/2003 | Brent |
| D480,193 | S | 9/2003 | Wang |
| 6,612,099 | B2 | 9/2003 | Stravitz |
| 6,626,316 | B2 | 9/2003 | Yang |
| 6,626,317 | B2 | 9/2003 | Pfeifer et al. |
| D481,508 | S | 10/2003 | Wang |
| 6,632,064 | B1 | 10/2003 | Walker et al. |
| D481,846 | S | 11/2003 | Lin |
| D482,169 | S | 11/2003 | Lin |
| 6,659,407 | B2 | 12/2003 | Asaro |
| 6,681,950 | B2 | 1/2004 | Miller, Jr. et al. |

| | | | |
|---|---|---|---|
| 6,701,832 | B1 | 3/2004 | Hawkins |
| D488,604 | S | 4/2004 | Yang et al. |
| D488,903 | S | 4/2004 | Yang et al. |
| D489,503 | S | 5/2004 | Lin |
| D489,855 | S | 5/2004 | Tseng |
| D489,857 | S | 5/2004 | Yang et al. |
| D490,583 | S | 5/2004 | Yang et al. |
| D490,954 | S | 6/2004 | Brand |
| D491,706 | S | 6/2004 | Yang et al. |
| 6,758,366 | B2 | 7/2004 | Bourgund et al. |
| D493,930 | S | 8/2004 | Wang |
| D494,723 | S | 8/2004 | Lin |
| 6,774,586 | B1 | 8/2004 | Shih |
| 6,785,912 | B1 | 9/2004 | Julio |
| 6,812,655 | B1 | 11/2004 | Wang et al. |
| 6,814,249 | B2 | 11/2004 | Lin |
| D499,450 | S | 12/2004 | Goodman et al. |
| 6,837,393 | B1 | 1/2005 | Kuo |
| 6,857,538 | B2 | 2/2005 | Lin |
| 6,859,005 | B2 * | 2/2005 | Boliver .................. B65F 1/1638 |
| | | | 220/200 |
| D503,021 | S | 3/2005 | Yang et al. |
| D503,022 | S | 3/2005 | Lai |
| D503,502 | S | 3/2005 | Lai |
| 6,866,826 | B2 | 3/2005 | Moore et al. |
| 6,883,676 | B2 | 4/2005 | Lin |
| D507,090 | S | 7/2005 | Yang et al. |
| 6,920,994 | B2 | 7/2005 | Lin |
| D509,339 | S | 9/2005 | Lin |
| 6,974,948 | B1 | 12/2005 | Brent |
| D513,445 | S | 1/2006 | Lin |
| 6,981,606 | B2 | 1/2006 | Yang et al. |
| D517,764 | S | 3/2006 | Wang |
| D517,767 | S | 3/2006 | Yang et al. |
| D518,266 | S | 3/2006 | Yang et al. |
| 7,017,773 | B2 | 3/2006 | Gruber et al. |
| D522,203 | S | 5/2006 | Lin |
| D522,204 | S | 5/2006 | Lin |
| 7,044,323 | B2 | 5/2006 | Yang |
| D522,704 | S | 6/2006 | Lin |
| D524,504 | S | 7/2006 | Lin |
| D525,756 | S | 7/2006 | Yang et al. |
| 7,073,677 | B2 | 7/2006 | Richardson et al. |
| 7,077,283 | B2 | 7/2006 | Yang et al. |
| 7,080,750 | B2 | 7/2006 | Wein et al. |
| D526,457 | S | 8/2006 | Lin |
| D526,458 | S | 8/2006 | Lin |
| D526,756 | S | 8/2006 | Yang et al. |
| 7,086,550 | B2 | 8/2006 | Lin |
| D528,726 | S | 9/2006 | Lin |
| D530,476 | S | 10/2006 | Lin |
| D530,874 | S | 10/2006 | Lin |
| 7,121,421 | B2 | 10/2006 | Yang et al. |
| D531,499 | S | 11/2006 | Zaidman |
| D535,450 | S | 1/2007 | Chen |
| D535,799 | S | 1/2007 | Epps |
| D535,800 | S | 1/2007 | Yang et al. |
| 7,163,591 | B2 | 1/2007 | Kim et al. |
| 7,168,591 | B1 | 1/2007 | Miller |
| D537,223 | S | 2/2007 | Lin |
| D537,597 | S | 2/2007 | Bolden |
| D537,599 | S | 2/2007 | Lin |
| D537,601 | S | 2/2007 | Lin |
| D537,999 | S | 3/2007 | Lin |
| D538,995 | S | 3/2007 | Lin |
| D539,498 | S | 3/2007 | Yang et al. |
| D539,499 | S | 3/2007 | Yang et al. |
| D540,001 | S | 4/2007 | Zimmerman |
| D542,001 | S | 5/2007 | Yang et al. |
| D542,995 | S | 5/2007 | Lin |
| D543,673 | S | 5/2007 | Yang et al. |
| D544,170 | S | 6/2007 | Lin |
| D544,171 | S | 6/2007 | Lin |
| D544,671 | S | 6/2007 | Saunders et al. |
| D545,024 | S | 6/2007 | Liao |
| 7,225,943 | B2 | 6/2007 | Yang et al. |
| D547,020 | S | 7/2007 | Chen |
| 7,243,811 | B1 | 7/2007 | Ramsey |
| D550,918 | S | 9/2007 | Wang et al. |

US 11,136,186 B2

Page 4

(56)          References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D552,319 | S | 10/2007 | Gusdorf |
| D552,321 | S | 10/2007 | Yang et al. |
| D552,823 | S | 10/2007 | Yang et al. |
| D552,824 | S | 10/2007 | Zimmerman |
| D552,825 | S | 10/2007 | Yang et al. |
| D555,330 | S | 11/2007 | Yang et al. |
| D557,869 | S | 12/2007 | Hawker et al. |
| D559,494 | S | 1/2008 | Yang et al. |
| D559,495 | S | 1/2008 | Yang et al. |
| D562,522 | S | 2/2008 | Daams |
| 7,328,842 | B2 | 2/2008 | Wagner et al. |
| D564,169 | S | 3/2008 | Wang |
| D564,723 | S | 3/2008 | Yang et al. |
| D566,367 | S | 4/2008 | Lin |
| D566,369 | S | 4/2008 | Shek |
| D566,923 | S | 4/2008 | Lin |
| D567,468 | S | 4/2008 | Yang et al. |
| D568,572 | S | 5/2008 | Yang et al. |
| D569,720 | S | 5/2008 | Lablaine |
| 7,374,060 | B2 | 5/2008 | Yang et al. |
| D571,520 | S | 6/2008 | Lin |
| D574,119 | S | 7/2008 | Sofy |
| 7,395,990 | B1 | 7/2008 | Stevens |
| 7,398,913 | B2 | 7/2008 | McClure |
| 7,404,499 | B1 | 7/2008 | Ramsey |
| D574,569 | S | 8/2008 | Yang et al. |
| D576,371 | S | 9/2008 | Zimmerman |
| D578,265 | S | 10/2008 | Presnell |
| D578,266 | S | 10/2008 | Yang et al. |
| D578,268 | S | 10/2008 | Yang et al. |
| D578,722 | S | 10/2008 | Yang et al. |
| 7,438,199 | B1 | 10/2008 | Tidrick |
| D580,120 | S | 11/2008 | Lin |
| D580,613 | S | 11/2008 | Yang et al. |
| D580,615 | S | 11/2008 | Yang et al. |
| D581,622 | S | 11/2008 | Presnell et al. |
| D582,121 | S | 12/2008 | Wang et al. |
| D584,470 | S | 1/2009 | Bizzell et al. |
| D585,171 | S | 1/2009 | Bizzell et al. |
| D585,172 | S | 1/2009 | Lin |
| D585,618 | S | 1/2009 | Yang et al. |
| D586,065 | S | 2/2009 | Lin |
| D586,066 | S | 2/2009 | Lin |
| D586,069 | S | 2/2009 | Lin |
| D586,070 | S | 2/2009 | Lin |
| 7,494,021 | B2 | 2/2009 | Yang et al. |
| D587,874 | S | 3/2009 | Lin |
| D588,321 | S | 3/2009 | Schoofs |
| D589,670 | S | 3/2009 | Smeets |
| D593,271 | S | 5/2009 | Yang et al. |
| 7,530,578 | B2 | 5/2009 | Niemeyer et al. |
| 7,540,396 | B2 | 6/2009 | Yang et al. |
| 7,543,716 | B2 | 6/2009 | Lin |
| D596,820 | S | 7/2009 | Yang et al. |
| 7,559,433 | B2 | 7/2009 | Yang et al. |
| D599,074 | S | 8/2009 | Bizzell et al. |
| D599,971 | S | 9/2009 | Lin |
| D603,119 | S | 10/2009 | Yang et al. |
| 7,607,552 | B2 | 10/2009 | Efstathiou |
| D604,472 | S | 11/2009 | Blanks et al. |
| 7,614,519 | B2 | 11/2009 | Krauth et al. |
| 7,621,420 | B2 | 11/2009 | Bandoh et al. |
| D608,069 | S | 1/2010 | Schoofs |
| 7,656,109 | B2 | 2/2010 | Yang et al. |
| D611,216 | S | 3/2010 | Yang et al. |
| D611,217 | S | 3/2010 | Bizzell et al. |
| D611,671 | S | 3/2010 | Yang et al. |
| 7,694,838 | B2 | 4/2010 | Yang et al. |
| 7,703,622 | B1 | 4/2010 | Bynoe |
| D615,270 | S | 5/2010 | Yang et al. |
| D615,722 | S | 5/2010 | Yang et al. |
| 7,712,285 | B2 | 5/2010 | Stravitz et al. |
| 7,741,801 | B2 * | 6/2010 | Fukuizumi ............ B65F 1/1638 318/480 |
| 7,748,556 | B2 | 7/2010 | Yang et al. |

| | | | |
|---|---|---|---|
| 7,781,995 | B2 | 8/2010 | Yang et al. |
| D623,817 | S | 9/2010 | Yang et al. |
| D625,068 | S | 10/2010 | Shannon |
| 7,806,285 | B2 | 10/2010 | Yang et al. |
| D627,533 | S | 11/2010 | Yang et al. |
| D627,944 | S | 11/2010 | Wang et al. |
| D629,172 | S | 12/2010 | Liao |
| D629,579 | S | 12/2010 | Lin |
| D630,404 | S | 1/2011 | Yang et al. |
| D631,221 | S | 1/2011 | Yang et al. |
| D632,039 | S | 2/2011 | Yang et al. |
| D632,864 | S | 2/2011 | Yang et al. |
| D634,911 | S | 3/2011 | Yang et al. |
| D635,319 | S | 3/2011 | Meyerhoffer |
| 7,896,187 | B2 | 3/2011 | Haibel |
| 7,922,024 | B2 | 4/2011 | Yang et al. |
| 7,950,543 | B2 | 5/2011 | Yang et al. |
| D639,520 | S | 6/2011 | Lin |
| D644,390 | S | 8/2011 | Smeets et al. |
| 7,992,742 | B1 | 8/2011 | Kim |
| 8,006,857 | B2 | 8/2011 | Lin |
| D644,806 | S | 9/2011 | Yang et al. |
| D644,807 | S | 9/2011 | Yang et al. |
| D649,728 | S | 11/2011 | Campbell |
| 8,074,833 | B2 | 12/2011 | Yang et al. |
| 8,096,445 | B2 | 1/2012 | Yang et al. |
| D655,061 | S | 2/2012 | Scaturro |
| 8,136,688 | B2 | 3/2012 | Lee et al. |
| D657,108 | S | 4/2012 | Yang et al. |
| D657,109 | S | 4/2012 | Liao |
| 8,297,470 | B2 | 10/2012 | Yang et al. |
| 8,317,055 | B2 | 11/2012 | Zawrotny et al. |
| D672,520 | S | 12/2012 | Yang et al. |
| D673,750 | S | 1/2013 | Quan |
| D675,802 | S | 2/2013 | Yang et al. |
| D675,803 | S | 2/2013 | Yang et al. |
| 8,393,489 | B1 | 3/2013 | Stravitz |
| 8,418,869 | B2 | 4/2013 | Yang et al. |
| D684,741 | S | 6/2013 | Harris |
| D689,255 | S | 9/2013 | Kung et al. |
| 8,567,630 | B2 | 10/2013 | Yang et al. |
| 8,569,980 | B2 | 10/2013 | Yang et al. |
| 8,575,537 | B2 | 11/2013 | Yao et al. |
| 8,607,932 | B2 | 12/2013 | Cooper et al. |
| 8,672,171 | B2 | 3/2014 | Wynn et al. |
| 8,678,219 | B1 | 3/2014 | Wang et al. |
| 8,686,676 | B2 | 4/2014 | Yang et al. |
| D704,406 | S | 5/2014 | Kern |
| 8,716,969 | B2 | 5/2014 | Yang et al. |
| 8,720,728 | B2 | 5/2014 | Yang et al. |
| D709,662 | S | 7/2014 | Yang et al. |
| 8,766,582 | B2 | 7/2014 | Yang et al. |
| 8,807,378 | B2 | 8/2014 | Kaberna |
| 8,807,379 | B1 | 8/2014 | Hammond |
| D714,510 | S | 9/2014 | Yang et al. |
| D715,575 | S | 10/2014 | Williams et al. |
| D716,015 | S | 10/2014 | van de Leest |
| 8,851,316 | B2 | 10/2014 | Barrett et al. |
| 8,872,459 | B2 | 10/2014 | Yang et al. |
| D717,012 | S | 11/2014 | Han |
| D717,013 | S | 11/2014 | Han |
| D717,014 | S | 11/2014 | Han |
| D717,015 | S | 11/2014 | Han |
| D719,313 | S | 12/2014 | Kao |
| D725,860 | S | 3/2015 | Spivey et al. |
| D725,861 | S | 3/2015 | Yang et al. |
| D730,008 | S | 5/2015 | Yang et al. |
| 9,051,093 | B2 | 6/2015 | Yang et al. |
| D755,461 | S | 5/2016 | Wall |
| D758,686 | S | 6/2016 | Beumer |
| D759,934 | S | 6/2016 | Yang et al. |
| D762,037 | S | 7/2016 | Chen |
| D765,937 | S | 9/2016 | Chen |
| D766,998 | S | 9/2016 | Kao et al. |
| 9,434,538 | B2 | 9/2016 | Yang et al. |
| D770,121 | S | 10/2016 | Chen |
| D771,344 | S | 11/2016 | Yang et al. |
| D773,145 | S | 11/2016 | Yang et al. |
| 9,481,515 | B2 | 11/2016 | Yang et al. |

US 11,136,186 B2

Page 5

(56)　　　References Cited

U.S. PATENT DOCUMENTS

| D773,769 S | 12/2016 | Chen |
| 9,573,759 B2 | 2/2017 | Yang et al. |
| 9,586,755 B1 | 3/2017 | Yang et al. |
| D787,828 S | 5/2017 | Thoma et al. |
| D790,145 S | 6/2017 | Chen |
| D793,642 S | 8/2017 | Yang et al. |
| D798,016 S | 9/2017 | Yang et al. |
| D804,133 S | 9/2017 | Perez |
| 9,751,692 B2 | 9/2017 | Yang et al. |
| 9,790,025 B2 | 10/2017 | Yang et al. |
| 9,856,080 B2 | 1/2018 | Yang et al. |
| D820,544 S | 6/2018 | Joseph |
| D825,876 S | 8/2018 | Chen |
| D827,968 S | 9/2018 | Chen |
| D829,400 S | 9/2018 | Yang et al. |
| D830,029 S | 10/2018 | Greenspoon et al. |
| D835,378 S | 12/2018 | Yang et al. |
| D835,376 S | 12/2018 | Yang et al. |
| D836,278 S | 12/2018 | Berberet et al. |
| D840,628 S | 2/2019 | Chang |
| 10,279,996 B2 | 5/2019 | Yang et al. |
| 10,279,997 B2 | 5/2019 | Yang et al. |
| D855,919 S | 8/2019 | Yang et al. |
| D858,024 S | 8/2019 | Yang et al. |
| D858,923 S | 9/2019 | Yang et al. |
| D861,076 S | 9/2019 | Chen |
| 10,472,170 B2 | 11/2019 | Yang et al. |
| 10,494,175 B2 | 12/2019 | Yang et al. |
| D874,776 S | 2/2020 | Spadotto |
| 10,683,165 B2 | 6/2020 | Yang et al. |
| 10,723,549 B2 | 7/2020 | Yang et al. |
| D901,815 S | 11/2020 | Yang et al. |
| 10,906,738 B2 | 2/2021 | Barry |
| 11,027,916 B2 | 6/2021 | Yang et al. |
| 2001/0002690 A1 | 6/2001 | Rosky |
| 2001/0020619 A1 | 9/2001 | Pfeifer et al. |
| 2001/0045512 A1 | 11/2001 | Brent |
| 2002/0009567 A1 | 1/2002 | Brand |
| 2002/0066736 A1 | 6/2002 | Pyles |
| 2002/0092853 A1 | 7/2002 | Wang |
| 2002/0096523 A1 | 7/2002 | Pyles |
| 2002/0096524 A1 | 7/2002 | Hardesty |
| 2002/0100758 A1 | 8/2002 | Pyles |
| 2002/0104266 A1 | 8/2002 | Ranaudo |
| 2002/0116924 A1 | 8/2002 | Winkelmann et al. |
| 2003/0089719 A1 | 5/2003 | Berger |
| 2003/0102316 A1 | 6/2003 | Forest |
| 2003/0201265 A1 | 10/2003 | Lin |
| 2003/0205979 A1 | 11/2003 | Papari et al. |
| 2003/0230576 A1 | 12/2003 | Lin |
| 2004/0016744 A1 | 1/2004 | Lin |
| 2004/0028572 A1 | 2/2004 | Sham et al. |
| 2004/0134924 A1 | 7/2004 | Hansen et al. |
| 2004/0140782 A1 | 7/2004 | Okabe et al. |
| 2004/0164077 A1 | 8/2004 | Kuo |
| 2004/0174268 A1 | 9/2004 | Scott et al. |
| 2004/0175303 A1 | 9/2004 | Lin |
| 2004/0199401 A1 | 10/2004 | Wagner |
| 2004/0200938 A1 | 10/2004 | Forlivio |
| 2004/0206758 A1 | 10/2004 | Lin |
| 2004/0206760 A1 | 10/2004 | Gagnebin |
| 2004/0250711 A1 | 12/2004 | Ernst |
| 2004/0251746 A1 | 12/2004 | Ichimaru et al. |
| 2005/0017006 A1 | 1/2005 | Kuo |
| 2005/0017010 A1 | 1/2005 | Siegel et al. |
| 2005/0029281 A1 | 2/2005 | Westermann et al. |
| 2005/0129803 A1 | 6/2005 | Umeda et al. |
| 2005/0258177 A1 | 11/2005 | Woodson |
| 2005/0258794 A1 | 11/2005 | Fukuizumi |
| 2006/0027579 A1 | 2/2006 | Yang et al. |
| 2006/0103086 A1 | 5/2006 | Niemeyer et al. |
| 2006/0138149 A1 | 6/2006 | Tracy |
| 2006/0163257 A1 | 7/2006 | Golbert |
| 2006/0175336 A1 | 8/2006 | Wang |
| 2006/0186121 A1 | 8/2006 | Yang et al. |

| 2006/0196874 A1 | 9/2006 | Yang |
| 2006/0237641 A1 | 10/2006 | Moeller et al. |
| 2006/0249510 A1 | 11/2006 | Lin |
| 2006/0278643 A1 | 12/2006 | Chiou |
| 2007/0012699 A1 | 1/2007 | Yang et al. |
| 2007/0034334 A1 | 2/2007 | Ramsey et al. |
| 2007/0045326 A1 | 3/2007 | Tramontina et al. |
| 2007/0090112 A1 | 4/2007 | Kalman et al. |
| 2007/0114847 A1 | 5/2007 | Ichimaru et al. |
| 2007/0181579 A1 | 8/2007 | Kuo et al. |
| 2007/0209846 A1 | 9/2007 | Wilson |
| 2007/0215622 A1 | 9/2007 | Perez |
| 2007/0241109 A1 | 10/2007 | Lin |
| 2007/0266637 A1 | 11/2007 | McGowan |
| 2007/0272691 A1 | 11/2007 | Wang et al. |
| 2007/0289972 A1 | 12/2007 | Wynn et al. |
| 2008/0011754 A1 | 1/2008 | Ramsey |
| 2008/0011910 A1 | 1/2008 | Ramsey |
| 2008/0041863 A1 | 2/2008 | Forest |
| 2008/0083756 A1 | 4/2008 | Daniels |
| 2008/0083757 A1 | 4/2008 | Parker et al. |
| 2008/0099274 A1 | 5/2008 | Seel |
| 2008/0128428 A1 | 6/2008 | Beckerman |
| 2008/0164257 A1 | 7/2008 | Boll et al. |
| 2008/0236275 A1 | 10/2008 | Breed et al. |
| 2008/0257889 A1 | 10/2008 | Kovacevich et al. |
| 2008/0257890 A1 | 10/2008 | Kovacevich et al. |
| 2008/0257891 A1 | 10/2008 | Kovacevich et al. |
| 2008/0264948 A1 | 10/2008 | Kovacevich et al. |
| 2008/0264950 A1 | 10/2008 | Kovacevich et al. |
| 2008/0272119 A1 | 11/2008 | Efstathiou |
| 2008/0272127 A1 | 11/2008 | Kovacevich et al. |
| 2009/0071959 A1 | 3/2009 | Cheung |
| 2009/0084788 A1 | 4/2009 | Yang et al. |
| 2009/0136341 A1 | 5/2009 | Kenyon |
| 2009/0214606 A1 | 8/2009 | Bujard et al. |
| 2009/0230131 A1 | 9/2009 | McDuffie et al. |
| 2009/0261105 A1 | 10/2009 | Cunningham et al. |
| 2009/0266836 A1 | 10/2009 | Mobley |
| 2010/0006572 A1 | 1/2010 | Chiou |
| 2010/0084235 A1 | 4/2010 | Lu |
| 2010/0096894 A1 | 4/2010 | Fukai |
| 2010/0122985 A1 | 5/2010 | Peters et al. |
| 2010/0147865 A1 | 6/2010 | Yang et al. |
| 2010/0170904 A1 | 7/2010 | Kalman et al. |
| 2010/0176126 A1 | 7/2010 | Shikano |
| 2010/0178105 A1 | 7/2010 | Monneret |
| 2010/0193518 A1 | 8/2010 | Tontarelli |
| 2010/0237074 A1 | 9/2010 | Yang et al. |
| 2010/0252557 A1 | 10/2010 | Clements |
| 2010/0294769 A1 | 11/2010 | Lee et al. |
| 2011/0017735 A1 | 1/2011 | Wang et al. |
| 2011/0049149 A1 | 3/2011 | Shih |
| 2011/0056952 A1 | 3/2011 | Borowski et al. |
| 2011/0139781 A1 | 6/2011 | Jin et al. |
| 2011/0272409 A1 | 11/2011 | Kasbohm |
| 2012/0145932 A1 | 6/2012 | Yao et al. |
| 2012/0234849 A1 | 9/2012 | Hughes et al. |
| 2012/0261423 A1 | 10/2012 | Zawrotny et al. |
| 2013/0048641 A1 | 2/2013 | Romano |
| 2013/0097809 A1 | 4/2013 | Weber et al. |
| 2013/0105487 A1 | 5/2013 | Balk |
| 2013/0240592 A1 | 9/2013 | Woodruff |
| 2013/0248535 A1 | 9/2013 | Wolfe et al. |
| 2013/0300119 A1 | 11/2013 | Anzalon et al. |
| 2014/0183193 A1 | 7/2014 | Hammond et al. |
| 2014/0238989 A1 | 8/2014 | Wang et al. |
| 2014/0240964 A1 | 8/2014 | Adachi et al. |
| 2014/0305946 A1 | 10/2014 | Han |
| 2014/0345453 A1 | 11/2014 | Oh et al. |
| 2015/0251849 A1 | 9/2015 | Yang et al. |
| 2015/0321841 A1 | 11/2015 | Salas et al. |
| 2016/0200508 A1 | 7/2016 | Thoma et al. |
| 2017/0050404 A1 | 2/2017 | Henken et al. |
| 2017/0127669 A1 | 5/2017 | Yang et al. |
| 2017/0166167 A1 | 6/2017 | Heller et al. |
| 2017/0176986 A1 | 6/2017 | High et al. |
| 2019/0077595 A1 | 3/2019 | Wang et al. |
| 2019/0185263 A1 | 6/2019 | Yang et al. |

# US 11,136,186 B2
Page 6

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2019/0276232 A1 | 9/2019 | Yang et al. | |
| 2020/0148467 A1 | 5/2020 | Yang et al. | |
| 2020/0307907 A1 | 10/2020 | Yang et al. | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2182840 | 9/1997 |
| CA | 2519295 | 3/2007 |
| CA | 132181 | 6/2010 |
| CA | 2695086 | 9/2010 |
| CA | 136938 | 5/2011 |
| CA | 141819 | 4/2012 |
| CA | 146601 | 2/2013 |
| CA | 152797 | 4/2014 |
| CA | 158595 | 4/2015 |
| CA | 158685 | 4/2015 |
| CA | 164264 | 10/2016 |
| CA | 164265 | 10/2016 |
| CA | 167073 | 10/2016 |
| CN | 2075182 U | 4/1991 |
| CN | 2378327 Y | 5/2000 |
| CN | 2467467 Y | 12/2001 |
| CN | 200964993 Y | 10/2007 |
| CN | 101177946 A | 5/2008 |
| CN | 201105898 Y | 8/2008 |
| CN | 201330049 Y | 10/2009 |
| CN | 201372076 Y | 12/2009 |
| CN | 201447201 U | 5/2010 |
| CN | 201512253 U | 6/2010 |
| CN | 201597962 U | 10/2010 |
| CN | 201907743 U | 7/2011 |
| CN | 202213911 U | 5/2012 |
| CN | 301947175 S | 6/2012 |
| CN | 103207416 A | 7/2013 |
| CN | 103300590 A | 9/2013 |
| CN | 103303618 A | 9/2013 |
| CN | 302771721 S | 3/2014 |
| CN | 104016030 A | 9/2014 |
| CN | 303188855 S | 4/2015 |
| CN | 303206241 S | 5/2015 |
| CN | 204587817 U | 8/2015 |
| CN | 303611394 S | 3/2016 |
| CN | 303622098 S | 3/2016 |
| CN | 205169479 U | 4/2016 |
| CN | 303967208 S | 12/2016 |
| CN | 304018339 S | 1/2017 |
| CN | 304018340 S | 1/2017 |
| CN | 107032015 A | 8/2017 |
| DE | 1610087 | 7/1950 |
| DE | 822376 | 11/1951 |
| DE | 1283741 | 7/1966 |
| DE | 8436939 | 3/1985 |
| DE | 9108341 | 10/1991 |
| DE | 4225936 | 2/1994 |
| DE | 19525885 | 3/1997 |
| DE | 19617823 | 11/1997 |
| DE | 19809331 | 5/1999 |
| DE | 19811991 A1 | 9/1999 |
| DE | 29918687 | 3/2000 |
| DE | 19933180 | 1/2001 |
| DE | 10148997 | 4/2003 |
| DE | 20305521 U1 | 6/2003 |
| DE | 20217561 | 3/2004 |
| DE | 10337806 A1 | 3/2005 |
| EP | 0582240 | 7/1993 |
| EP | 0903305 A1 | 3/1999 |
| EP | 0906876 A2 | 4/1999 |
| EP | 1094017 A1 | 4/2001 |
| EP | 1162161 | 12/2001 |
| EP | 1361176 A1 | 11/2003 |
| EP | 1136393 B1 | 4/2004 |
| EP | 1447342 A2 | 8/2004 |
| EP | 1600373 A2 | 11/2005 |
| EP | 1647503 A1 | 4/2006 |
| EP | 1686073 A1 | 8/2006 |
| EP | 1918223 A1 | 5/2008 |
| EP | 1700799 B1 | 8/2009 |
| EP | 001164826-0001 | 9/2009 |
| EP | 001232904-0001 | 10/2010 |
| EP | 2343250 A1 | 7/2011 |
| EP | 001908575-0001 | 8/2011 |
| EP | 001317416-0001 | 4/2012 |
| EP | 001317416-0002 | 4/2012 |
| EP | 001335285-0001 | 7/2012 |
| EP | 001335293-0001 | 7/2012 |
| EP | 001381636-0001 | 8/2013 |
| EP | 001381792-0001 | 8/2013 |
| EP | 2636611 A1 | 9/2013 |
| EP | 3144251 A1 | 3/2014 |
| EP | 001420590-0001 | 9/2014 |
| EP | 2772454 A2 | 9/2014 |
| EP | 2636613 B1 | 3/2015 |
| EP | 2915763 A1 | 9/2015 |
| EP | 2918518 A2 | 9/2015 |
| EP | 002766782-0001 | 11/2015 |
| EP | 002766782-0002 | 11/2015 |
| EP | 002766881-0001 | 11/2015 |
| EP | 2364932 B1 | 4/2016 |
| EP | 3042864 A1 | 7/2016 |
| EP | 003177500-0001 | 9/2016 |
| EP | 003177500-0002 | 9/2016 |
| EP | 003362235-0001 | 11/2016 |
| EP | 003362052-0001 | 11/2016 |
| EP | 3214019 A1 | 9/2017 |
| EP | 3549886 A2 | 10/2019 |
| FR | 2887152 | 12/2006 |
| GB | 191004921 | 6/1910 |
| GB | 1555543 A | 11/1979 |
| GB | 2384418 | 7/2003 |
| JP | 02-152670 | 6/1990 |
| JP | H06-56011 | 8/1994 |
| JP | 06-272888 | 9/1994 |
| JP | 2004-106713 | 4/2004 |
| JP | 2004-231237 | 8/2004 |
| JP | D1300450 | 5/2007 |
| JP | D1300451 | 5/2007 |
| JP | D1322056 | 2/2008 |
| JP | D1398668 | 10/2010 |
| JP | D1550907 | 4/2016 |
| JP | D1551184 | 4/2016 |
| KR | 20040087306 A | 10/2004 |
| KR | 3003841370000 | 6/2005 |
| KR | 3004095430000 | 3/2006 |
| KR | 3004095430001 | 7/2006 |
| NL | 6908550 | 12/1970 |
| TW | 183920 | 5/1992 |
| TW | 230977 | 9/1994 |
| TW | 395392 | 6/2000 |
| TW | D112733 | 9/2006 |
| TW | D129485 | 7/2009 |
| TW | D133382 | 2/2010 |
| TW | D136678 | 3/2010 |
| TW | 145989 | 3/2012 |
| TW | D147147 | 5/2012 |
| TW | D154797 | 7/2013 |
| TW | D158187 | 1/2014 |
| TW | D161587 | 7/2014 |
| TW | D162495 | 8/2014 |
| TW | D168957 | 7/2015 |
| TW | D170334 | 9/2015 |
| TW | 201538406 | 10/2015 |
| TW | D176312 | 6/2016 |
| TW | D176313 | 6/2016 |
| TW | 201720729 | 6/2017 |
| TW | D183552 | 6/2017 |
| TW | D184449 | 7/2017 |
| WO | WO 92/02430 A1 | 2/1992 |
| WO | WO 96/33671 | 10/1996 |
| WO | WO 2005/080232 A1 | 9/2005 |
| WO | WO 2006/079263 A1 | 8/2006 |
| WO | WO 2007/139570 | 12/2007 |
| WO | WO 2009/114495 A1 | 9/2009 |

US 11,136,186 B2

Page 7

(56)          **References Cited**

FOREIGN PATENT DOCUMENTS

| WO | WO 2015/134902 A1 | 9/2015 |
| WO | WO 2015/138625 A1 | 9/2015 |
| WO | WO 2016/054109 A1 | 4/2016 |

OTHER PUBLICATIONS

U.S. Appl. No. 15/476,285, filed Mar. 31, 2017, Yang et al.
Trento Corner 23 Trash Can, Hailo product webpage, May 2008, http://www.hailo.de/html/default.asp?site=12_71_107&lang=en.
Simplehuman Liner Rim Dual Bucket Rectangular Recycler with Liner Pocket, Stainless Steel, 58 Liter / 15 Gallon, Item No. CW2025, www.Amazon.com, site visited Dec. 29, 2015.
Web page showing picture of Hero Bullet trash can, archived Nov. 17, 2004, downloaded from http://web.archive.org/web/20041117003115/http://www.simplehuman.com/images/hero_bullet. jpg.
Office Action for Chinese Application No. 201310076306.0, dated Dec. 23, 2015, in 14 pages.
Office Action for Chinese Application No. 201310076306.0, dated Aug. 30, 2016, in 17 pages.
Office Action for Chinese Application No. 201310076306.0, dated Jan. 25, 2017, in 18 pages.
Extended European Search Report for European Application No. 13158229.8, dated Jul. 2, 2013, in 8 pages.
Office Action for European Application No. 13158229.8, dated Jul. 12, 2018, in 5 pages.
Office Action for European Application No. 13158229.8, dated Jun. 27, 2019, in 5 pages.
Search Report for Taiwanese Design Application No. 102302061, dated Jun. 20, 2013, in 1 page.

* cited by examiner



*FIG. 1*



FIG. 2



*FIG. 3*



*FIG. 4*



*FIG. 5*



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



*FIG. 13*

US 11,136,186 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**TRASH CAN ASSEMBLY**

CROSS-REFERENCE TO RELATED
APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 15/783,370, filed Oct. 13, 2017, now U.S. Pat. No. 10,683,165, which is a continuation of U.S. patent application Ser. No. 13/787,638, filed Mar. 6, 2013, now U.S. Pat. No. 9,790,025, which claims the priority benefit under 35 U.S.C. § 119(e) of U.S. Provisional Patent Application No. 61/609,233, filed Mar. 9, 2012. The entirety of each of the aforementioned applications is incorporated herein by reference.

BACKGROUND

Field

Some embodiments relate to power transfer devices, such as mechanisms for operating lids or doors for receptacles.

Description of the Related Art

Receptacles and other devices with mechanisms for transferring power to a subcomponent, such as a lid or a door, are used in a variety of different settings. For example, in both residential and commercial settings, trash cans and other devices often have lids for protecting or preventing the escape of the contents of the receptacle. Some trash cans include lids or doors to prevent odors from escaping and to hide the trash within the receptacle from view. Additionally, the lid of a trash can help prevent contamination from escaping from the receptacle.

Some commercially available trash cans have powered or manually operated lids. Such cans generally include a motor that drives a gear assembly, which in turn drives the lid open and closed. Such trash cans can include a sensor positioned on or near the lid. Such a sensor can be configured to detect movement, such as a user's hand being waived near the sensor, as a signal for opening the lid. When such a sensor is activated, a motor within the trash receptacle opens the lid or door and thus allows a user to place items into the receptacle. Afterwards, the lid can be automatically closed.

However, certain conventional power or manually operated lids present some difficulties. For example, users of current trash cans with power operated lids can experience problems if the trash within the receptacle or can is piled higher than the level of the lid itself. If the trash or other material within the can is higher than the level of the lid itself, the lid will be unable to completely close. This can cause the motor or batteries to wear down, continue running, and/or ultimately fail. It can also force the user to reset the controller, remove trash, or manually compress the trash until the lid can be closed.

A number of other problems are associated with the deployment, use, and removal of receptacle liners, such as trash bags. A common problem is associated with maintaining the trash bag suspended at the top of the trash open with the mouth of the trash bag opened. For example, a user typically needs to fold the top edge of the trash bag over the top edge of the trash can or its internal liner to maintain the mouth of the trash bag opened at the top of the trash can or an internal liner. However, the weight of the waste materials deposited on the trash bag may cause the trash bag to slip from the mouth of the trash can and fall into the interior of the trash can. This can result in the undesirable spillage of the waste material inside the trash bag and/or the inconvenience of having to reach into the interior of the trash can to retrieve and reposition the bag onto the trash can.

Further, problems can exist when a user manually opens and closes the lid or door of a trash receptacle configured to transfer power to the lid or door. Whether intentional or accidental, the act of directly manually opening or closing the lid (e.g., not opened and/or closed by the motor or another power transmission device, such as a foot pedal) may, for example, wear down, strip or lead to the failure of the components and parts of the power operated trash receptacle, such as the motor or gears. For instance, when the lid is manually operated, certain of the gears in connection with the lid are encouraged to move (e.g., rotate and/or translate). However, because the motor may be relatively difficult to rotate when not being operated, the motor may inhibit one or more of the gears from moving. Thus, when the lid is manually operated, a stress can result between the gears that the lid is urging to move and the gears that the motor is inhibiting from moving. Such a stress can result in damage to the gears, motor, lid, or other components of the receptacle. For instance, such stress can strip one or more teeth of the gears. Damage to the gears can, for example, result in reduced control over the motion of the lid, cause noise, and even inhibit or prevent the motor from operating the lid.

SUMMARY

Various embodiments of a trash can assembly (e.g., a receptacle configured to receive refuse, recyclable materials, or otherwise), and related methods, are provided. In some embodiments, the trash can assembly includes a body component, such as a shell or housing. In some embodiments, the body component is made of a metal, such as stainless steel. The body component can be configured to receive a portion of a removable liner, such as a trash bag, bin bag, bin liner, or otherwise.

Various embodiments of the trash can assembly include a trim member, such as a plastic or metal edge, border region, or otherwise. The trim member can be pivotally coupled (e.g., rotatably, hingedly, or otherwise) with the body. The trim member can be configured to move between a closed position and an open position. When the trim member is in the closed position and an upper portion (e.g., edge, ridge, rim, or otherwise) of the removable liner is positioned over an upper edge (e.g., lip, rim, or otherwise) of the body component, the trim member can be configured to engage the upper edge of the body component to secure (e.g., pinch, grasp, or otherwise) the upper portion of the removable liner between the trim member and the upper edge of the body component.

In some embodiments, the trash can assembly includes a lid, such as a cover, top, closure member, or otherwise. The lid can be pivotally coupled with the body component and configured to move between a first position (e.g., closed or shut) and a second position (e.g., open). In some implementations, a periphery (e.g., an edge and/or radially outer portion) of the lid can be generally received in the trim when the trim is in the closed position and the lid is in the first position, the periphery of the lid being positioned generally outside of the trim when the trim is in the closed position and the lid is in the second position. In some embodiments, the lid is made of the same material as the body. In some embodiments, the lid is made of the same material as the trim member.

US 11,136,186 B2

**3**

In some embodiments, the trim member includes a wall extending generally downwardly (e.g., generally transverse direction to a top surface of the trim member, generally toward a base of the trash can assembly, or otherwise) from a top surface of the trim member. In certain variants, the trim member includes a liner retention feature (e.g., one or more hooks, wings, detents, snaps, magnets, or otherwise) positioned on an inside surface of the wall. In some embodiments, the liner retention feature includes an inwardly (e.g., radially inwardly, in a direction generally toward the body, or otherwise) extending flap positioned on an inner surface of the wall. The inwardly extending flap can be configured to receive a portion of the upper edge of the body component. For example, in some embodiments, the upper edge of the body component includes an annular lip and the inwardly extending flap includes an engagement element (e.g., recess, aperture, channel, protrusion, or otherwise) configured to secure a portion of the removable liner between the flap and the annular lip.

In some embodiments, the trim member includes a retaining mechanism, such as a latch, detent, or other securing and/or holding device. The retaining mechanism can be configured to maintain the trim member in the open position, thereby allowing a user to mount the removable liner in the trash can assembly. In some embodiments, the retaining mechanism includes a first cam structure (e.g., arm, wheel, shaft, cylinder, gear, etc.) and a second cam structure. The first cam structure can be configured to be received in a holding feature (e.g., a recess, channel, or otherwise) of the second cam structure as the trim member moves (e.g., rotates, slides, translates, or otherwise) toward the open position.

In some embodiments, the trash can assembly includes a power operated driving mechanism, such as a motor and shaft. The power operated driving mechanism can be configured (e.g., with a linkage or gearing) to move the lid between the first and second positions. In some implementations, the power operated driving mechanism is activated by a sensor, such as an infrared sensor, proximity sensor, ultrasonic sensor, or otherwise. For example, a signal from the sensor can be provided to a controller, which can be configured to regulate the operation of the power operated driving mechanism to move the lid between the first and second positions based on the signal. In certain variants, the sensor is configured to sense (e.g., detect, monitor, measure, or otherwise) the presence and/or lack thereof of an object or user in a vicinity of the trash can assembly. For example, the sensor can sense the presence of a user generally in front and/or above the trash can assembly, and thus signal for the lid to be opened. Some implementations of the sensor are configured to sense the presence and/or lack thereof of an object or user in a volume of space relative to the trash can assembly, such as within a generally conical volume of space above the trash can assembly. In some embodiments, at least one of the power operated driving mechanism and the sensor is deactivated (e.g., generally depowered, turned off, or otherwise) when the trim member is in the open position. Certain such implementations can, for example, reduce the likelihood of false positive readings and/or can conserve energy.

In accordance with some implementations, a trash can assembly includes a body component. The trash can assembly can have a lid mounted relative to the body component. The lid can be configured to move between open and closed positions. In some variants, the lid has a lid driving mechanism. Certain embodiments of the trash can assembly include a power operated driving mechanism that includes a

**4**

motor coupled (e.g., directly or indirectly) with a shaft. In various embodiments, the motor is powered (e.g., by alternating current, direct current, or otherwise). In some implementations, the motor is configured to receive electrical power from one or more batteries. In some implementations, solar panels provide power to at least some components of the trash can, such as the motor.

Certain implementations of the trash can assembly include a clutch mechanism, such as a selectively engageable power and/or torque transfer member. In some variants, the clutch mechanism can be engageable with (e.g., abutted against, securable with, connectable to, or otherwise) the lid driving mechanism. The clutch mechanism can be configured to receive torque from the motor, such as via the shaft, and to transmit the torque to the lid driving mechanism to move the lid between the open and closed positions. The lid driving mechanism and the clutch member can be configured to allow a user to manually move (e.g., push, pull, rotate, translate, lift, etc.) the lid between the open and closed positions substantially without applying a force (e.g., torque) to at least one of: the motor, the shaft, and the clutch mechanism. In some embodiments, the lid driving mechanism and the clutch member can be configured to allow a user to manually move the lid between the open and closed positions substantially without applying a force (e.g., torque) to at least two of: the motor, the shaft, and the clutch mechanism (e.g., the motor and the shaft, the shaft and the clutch, and/or the motor and the clutch). In certain implementations, the lid driving mechanism and the clutch member can be configured to allow a user to manually move the lid between the open and closed positions substantially without applying a force (e.g., torque) to the motor, the shaft, and the clutch mechanism.

In some embodiments, the lid driving mechanism is attached to a bottom surface of the lid, such as an underside, back, and/or surface generally directed toward the base of the trash can assembly. The lid driving mechanism can be configured to directly or indirectly abut (e.g., contact, touch, or otherwise) with the clutch mechanism. In some embodiments, when the clutch mechanism is operated (e.g., rotated by the shaft and/or the motor), such abutment can result in the lid driving mechanism being moved (e.g., rotated), thereby moving the lid between the open and closed positions.

According to some implementations, the lid driving mechanism includes first and second flanges, such as flaps, wings, protrusions, or otherwise. The flanges can be configured to abut with first and second torque transmission members (e.g., arms, shafts, etc.) of the clutch mechanism, respectively. In certain variants, at least one of the first and second flanges extend radially inwardly (e.g., generally toward the body, generally toward a radial center of the trash can assembly, or otherwise). According to certain variants, rotation of the clutch mechanism results in rotation of the first and second flanges, which in turn results in movement (e.g., rotation) of the lid between the open and closed positions. In some embodiments, the first and second flanges are positioned on the lid. For example, the first and second flanges can be molded or otherwise formed with the lid, or joined (e.g., by welding or adhesive) with the lid.

Some implementations include at least one circumferential space (e.g., a gap or recess) between the first and second flanges. In certain embodiments, at least one of the first and second torque transmission members is configured to be positioned within the at least one circumferential space. Certain embodiments include first and second circumferential spaces between the first and second flanges, with the first

US 11,136,186 B2

5

torque transmission member being positioned in the first circumferential space and the second torque transmission member being positioned in the second circumferential space.

In some embodiments, the first and second torque transmission members have at least one arm extending from a central body of the clutch mechanism. For example, some embodiments include first and second arms extending radially outward from the central body. In some variants, at least one of the arms has a first surface and second surface. The first surface can be configured to abut with the first flange and the second surface can be configured to abut with the second flange. In certain implementations, when the first surface is abutted with the first flange, a first circumferential distance is defined between the second surface (e.g., non-abutted surface) and the second flange. In some embodiments, the first circumferential distance is greater than or equal to the amount of rotation of the lid between the closed and open positions. For example, in certain variants, the rotation of the lid between the closed and open positions can be at least about 80° and the circumferential distance can be greater than or equal to about 80°. In some embodiments, the circumferential distance being greater than or equal to the amount of rotation of the lid between the closed and open positions facilitates a user being able to manually (e.g., without operating the driving mechanism, etc.) open and/or close the lid without applying a force to the arms.

In some embodiments, the trash can assembly includes one or more lid position sensing elements, such as flagging members, proximity sensors, interrupt-type sensors, potentiometers, or otherwise. In certain implementations, the lid position sensing elements are communicatively (e.g., electrically connected, etc.) connected with a controller, such as a processor or other electrical circuit configured to execute one or more algorithms. The controller can be configured to determine whether the lid is in the open or closed position, such as based on a signal from the lid position sensing elements.

In accordance with some embodiments, a trash can assembly includes a body component and a lid that is mounted relative to the body component and is configured to move between open and closed positions. The trash can assembly can include a driving mechanism operable to move the lid between the open and closed positions. Some embodiments of the driving mechanism can include a motor, a shaft, and an end member. The motor can be configured to rotate the shaft, and the shaft can be configured to rotate the end member. In some embodiments, the end member is generally rigidly coupled (e.g., fixed or secured) with the shaft such that the end member is generally prevented from rotating relative to the shaft.

In some variants, the driving mechanism includes a clutch mechanism. The clutch mechanism can be rotatably engageable (e.g., able to be engaged and disengaged) with the lid. The driving mechanism can be adapted to receive torque from the end member, so as to move the lid between the open and closed positions. The clutch mechanism can be configured to move (e.g., rotate, translate, slide, etc.) relative to the end member when the lid is moved between the opened and closed positions generally without operation of the driving mechanism (e.g., generally without rotational movement of the motor and/or the shaft relative to the body).

In some embodiments the driving mechanism includes a biasing member, such as a spring, elastic member or otherwise. The biasing member can be configured to bias (e.g., to apply a force to) the clutch mechanism into engagement (e.g., contact, abutment, securement, or otherwise) with the

6

end member. In certain implementations, the bias of the biasing member can facilitate torque from the motor being transmitted to the clutch mechanism via the engagement between the end member and the clutch mechanism.

In some embodiments, the clutch mechanism is configured to move (e.g., translate and/or rotate) relative to the end member and/or the shaft. For example, in some embodiments, the clutch mechanism can move relative to the end member and/or the shaft when the lid is moved between the opened and closed positions generally without operation of the driving mechanism, such as when the lid is opened or closed manually (e.g., by hand). In some embodiments, when the clutch mechanism moves relative to the end member and/or the shaft, the clutch mechanism translates toward the motor along a portion of a longitudinal length of the shaft and/or rotates relative to the end member. In some embodiments, when movement of the clutch mechanism relative to the end member and/or the shaft ceases, the biasing member is configured to move (e.g., to translate and/or rotate) the clutch mechanism towards and/or into engagement with the end member.

In some embodiments, the clutch mechanism and the end member include corresponding cam surfaces. In certain implementations, the corresponding cam surfaces are configured to allow the clutch mechanism to translate and rotate relative to the end member. In some embodiments, the clutch mechanism includes a first inclined cam surface and the end member includes a second inclined cam surface. The first and second inclined cam surfaces can be configured to allow mating engagement between the clutch mechanism and the end member. In some embodiments, when the lid is moved between the opened and closed positions generally without operation of the driving mechanism, the first and second inclined cam surfaces slide (e.g., translate and/or rotate) relative to each other.

BRIEF DESCRIPTION OF THE DRAWINGS

The above-mentioned and other features of the trash cans disclosed herein are described below with reference to the drawings of certain embodiments. The illustrated embodiments are intended to illustrate, but not to limit the disclosure. The drawings contain the following Figures:

FIG. 1 is a top, front, and left side perspective view of an embodiment of an enclosed receptacle, with a lid and a trim member in a closed position.

FIG. 2 is an enlarged top, front, and left side perspective view of the receptacle illustrated in FIG. 1, with the lid in an open position and the trim member is the closed position.

FIG. 3 is a top, rear, and right side perspective view of the receptacle shown in FIG. 1.

FIG. 4 is an exploded top, front, and left side perspective view of an embodiment of an enclosed receptacle with the lid closed.

FIG. 5 is an enlarged rear perspective view of the receptacle shown in FIG. 1, with a back cover removed.

FIG. 6 is an enlarged top, rear, and left side perspective view of the receptacle illustrated in FIG. 1, with the lid and trim member removed to show a lifting mechanism.

FIG. 7 is an enlarged bottom view of a portion of the trim member of FIG. 1.

FIG. 8 is an enlarged partial cross sectional view of the receptacle of FIG. 1.

FIG. 9 is an enlarged partial rear perspective view of the receptacle illustrated in FIG. 1, with the back cover removed.

US 11,136,186 B2

7

FIG. **10** is an enlarged top, rear, and left side perspective view of the receptacle illustrated in FIG. **1**, with the lid and trim member in the open position.

FIG. **11** is an enlarged front, bottom, and left side perspective view of the lid of FIG. **1**.

FIG. **12** is an enlarged perspective view of the motor and gear drive mechanism of the lifting mechanism illustrated in FIG. **6**.

FIG. **13** is an enlarged partial rear perspective view of the receptacle illustrated in FIG. **1**, with the back cover removed.

DETAILED DESCRIPTION OF CERTAIN EMBODIMENTS

The various embodiments of a system for transmitting power for opening and closing a lid or door of a receptacle, such as a trash can, or other device is disclosed in the context of a trash can. The present disclosure describes certain embodiments in the context of a trash can due to particular utility in this context. However, the subject matter of the present disclosure can be used in many other contexts as well, including, for example, commercial trash cans, doors, windows, security gates, and other larger doors or lids, as well as doors or lids for smaller devices such as high precision scales, computer drives, etc. The embodiments and/or components thereof can be implemented in powered or manually operated systems.

With reference to FIGS. 1-3, a trash can assembly **20** can include a body or shell component **22** and lid **24** and other modular pieces or components. The trash can assembly **20** is generally easy to assemble and maintain. It can have minimal parts and have a compact design. Lid **24** can include door components, such as an air filter (not shown). The trash can assembly **20** can be configured to rest on a floor, and can be of varying heights and widths depending on, among other things, consumer need, cost, and ease of manufacture. Additional details and examples of trash can assemblies that can be used with, or instead of, components discussed herein are provided in U.S. Patent Application Publication No. 2011/0220647, filed Mar. 4, 2011, and U.S. Patent Application Publication No. 2009/0194532, filed Feb. 1, 2008, the entirety of each of which is incorporated herein by reference.

The trash can assembly **20** can include the body component **22**. In some embodiments, the trash can assembly can be configured to receive a liner or trash bag (not shown), which can be retained at least partly within the body component **22**. For example, an upper peripheral edge of the body component **22** can be configured to support an upper peripheral edge of the liner such that the liner is suspended and/or restrained by its upper peripheral edge within the body component **22**. In some embodiments, the trash can assembly **20** can include a liner support member (not shown) supported by the body component **22** and configured to support the liner at least partly within the interior of the body component **22**. In some embodiments, the body component **22** is configured such that the liner can be seated on a lower portion of the body component **22**.

With reference to FIG. 4, in some embodiments, the body component **22** includes an upper edge **26**. As illustrated, the upper edge **26** of the body component **22** can be rolled, include an annular lip, or otherwise include features that extend outwardly from a generally vertical wall of the body component **22**. In some embodiments, the upper edge **26** has a generally rounded cross-section. Other designs can also be used.

8

The body component **22** can assume many configurations. The non-limiting embodiments of FIGS. 1-3 illustrate the body component **22** having a generally semi-circular configuration with a rear wall **28** and a curved, front wall **30**. However, other configurations can also be used, for example, rectangular. The liner or trash bag (not shown) can have the same general configuration, or a different configuration from the body component **22**. The body component **22** can be made from plastic, steel, stainless steel, aluminum or any other material.

As illustrated in FIG. 4, the trash can assembly **20** can include a base portion **44**. The base portion **44** can have a generally annular and curved skirt upper portion and a generally flat lower portion for resting on a surface, such as a kitchen floor. The base portion **44** of the trash can assembly **20** can be made integrally, monolithically, or separate from the body component **22**. In some implementations, the base portion **44** comprises plastic, metal (e.g., steel, stainless steel, aluminum, etc.) or any other material. In some embodiments, such as those in which the body component **22** is metal (e.g., stainless steel), the base portion **44** can be a plastic material. In some embodiments, the base portion **44** includes projections **40** that are open or vented to the ambient environment (e.g., thorough the generally flat lower portion of the base portion **44**), as will be discussed in further detail below. As illustrated, certain embodiments of the base portion **44** include a generally centrally located passage thorough the generally flat lower portion of the base portion **44**.

In some embodiments, the base portion **44** can be connected with or attached to the body component **22** by connection components **46**, such as hooks and/or fasteners (e.g., screws). For example, in some embodiments, the base portion **44** includes hooked tabs that are configured to connect with a lower edge (e.g., a rolled edge) of the body component **22**. In some embodiments, the hooked tabs engage the lower edge of the body component **22**, such a by snap-fit connection. In some embodiments, the base portion **44** and the body component **22** are joined with adhesive, welding, hooks and similar attachment mechanisms.

In some embodiments, a liner insert **100** is connected with, or attached to, the base portion **44**. In some embodiments, the liner insert **100** can have support members, such as legs **48**, which can support and/or elevate the liner insert **100** above an interior bottom of the base portion **44**. In some embodiments, the legs **48** are joined with the base portion **44** (e.g., with fasteners, welding, etc.).

In some embodiments, the liner insert **100** is configured to generally support and/or cradle a lower portion of a trash bag disposed in the trash can assembly **20**. For example, as illustrated, the liner insert **100** can be generally concave or bowl-shaped. In some embodiments, the liner insert **100** is configured to protect a trash bag from rupture or damage and retain spills. For instance, the liner insert **100** can have a generally smooth surface to reduce the likelihood of the trash bag being torn or punctured by contact with the liner insert **100**. Several embodiments of the liner insert **100** thus can reduce the chance of damage to the trash bag even in embodiments of the trash can assembly **20** that do not utilize a generally rigid liner that extends along some or all of the height of the body component **22**.

In certain implementations, the liner insert **100** forms a seal (e.g., generally liquid resistant) with a lower portion of the body component **22**. In some embodiments, the liner insert **100** can include openings **42** that are configured to correspond to, or mate with, the projections **40** located on the interior bottom surface of the base portion **44**, thereby

US 11,136,186 B2

9

10

placing the openings 42 and the projections 40 in fluid communication. By aligning the openings 42 of the liner insert 100 and the projections 40 of the base portion 44, the openings 42 can allow ambient air to pass into and out of the interior of the trash can assembly, which can inhibit or prevent the occurrence of a negative pressure region (e.g., in comparison to ambient) inside the trash can assembly 20 when a user removes a trash bag from the trash can assembly 20. Further, in certain variants, when a user inserts refuse or other materials into the trash bag in the trash can assembly 20, air within the trash can assembly 20 can exit via the openings 42 and the projections 40, thereby inhibiting the occurrence of a positive pressure region (e.g., in comparison to ambient) inside the trash can assembly 20 and allowing the trash bag to freely expand.

As described above, the trash can assembly 20 can include the rear wall 28. Along the rear wall 28, the trash can 20 can include a back cover 54. The back cover 54 can enclose and/or protect a back side enclosure 56, as illustrated in FIG. 5. In some embodiments, the back side enclosure 56 can house the power source 66 for the trash can 20. For example, in some embodiments, the back side enclosure 56 can be configured to receive and retain at least one battery. The back side enclosure 56 can have a generally low profile configuration. For example, the back side enclosure 56 can extend rearwardly from the rear wall 28 a distance of less than or equal to about 1 inch, or less than or equal to about ⅓th of the distance between the outside surfaces of the rear wall 28 and the front-most portion of the front wall 30.

With reference to FIG. 6, in some embodiments, a housing 64 for a power operated driving mechanism 58 can be positioned on or near the rear wall 28, such as above or on top of the back side enclosure 56. In the illustrated embodiment, the housing 64 is a generally cylindrical structure or shell. In other embodiments, the housing 64 can be of other various designs and shapes. In some embodiments, the shape and location of the housing 64, the compactness of the driving mechanism 58 within the housing 64, and/or the generally low-profile of the back side enclosure 56 can allow the trash can assembly 20 to be positioned flush or substantially flush with a wall (not shown) or other generally flat vertical structure of a building or home. Thus, the trash can assembly 20 can have a smaller footprint and/or take up less floor space. In some embodiments, the back side enclosure 56 and/or the driving mechanism housing 64 extend rearwardly from the rear wall 28 less than or equal to about 1.5 inches.

Certain embodiments of the trash can assembly 20 include a trim member 38. As illustrated in FIG. 4, in some embodiments, the trim member 38 is connected with the back side enclosure 56 and/or body components, such as by fasteners 29 (e.g., screws). Some embodiments of the trim member 38 are configured to rotate with respect to the body component 22 and/or the lid 24. The trim member 38 can be made of various materials, such as plastic or metal. The trim member 38 and the body component 22 can be made from the same or different materials. For example, the trim member 38 and the body component 22 can comprise a plastic material. Some embodiments of the trim member 38 can engage and/or overlap the upper edge 26 of the trash can assembly 20.

As illustrated in FIG. 7, which shows a bottom portion of the trim member 38, certain embodiments of the trim member 38 are configured to support and/or mask electrical components, such as a sensor assembly 102 and/or wire 112 that connects the sensor assembly 102 to the power source 66 or a controller. One or several guide members 114 can be

positioned underneath a top surface of the trim member 38 to generally inhibit movement of the wire 112 within the trim member 38, thereby generally hiding the wire from view and reducing the chance of rubbing or other damage to the wire 112.

With reference to FIGS. 7-8, in some embodiments, the trim member 38 is configured to secure or retain an upper portion of the trash bag between the trim member 38 and the upper edge 26 of the body component 22. The trim member 38 can include a wall 116 that extends generally downwardly (e.g., in a generally transverse direction to the top surface of the trim member 38). In certain configurations of the trim member 38, the wall 116 extends downwardly beyond the upper edge 26 and along the body component 22. In some embodiments, bag retention features, such as radially inwardly extending flaps 118, are positioned on the inside of the wall 116. The flaps 118 can include an edge engagement element, such as a recess 119. In some embodiments, the recess 119 is positioned at one end of the flap 118 and/or near the top surface of the trim member 38. The flaps 118 can be configured to receive, nest with, and/or or removably lock onto the upper edge 26, such as by a friction fit. In some embodiments, when a trash bag is placed in the body component 22 and the upper portion of the trash bag is positioned over the rolled edge or annular lip of the upper edge 26, the trim member 38 can be positioned (e.g., rotated into position) such that the trash bag is disposed between the trim member 38 and the body component 22. Further, the flaps 118 can be configured to receive the rolled edge or annular lip of the upper edge 26, thereby generally securing a portion of the trash bag between the flaps 118 and the upper edge 26 and inhibiting the trash bag from falling into the body component 22.

In some embodiments as illustrated in FIGS. 9-10, the trim member 38 can be positioned and/or maintained in an open position (e.g., against the force of gravity and/or without requiring a person to hold or otherwise keep the trim member 38 in the open position). The open position can, for example, allow a user to mount a trash bag in the trash can assembly 20 and/or do extended chores, such as cleaning the inside of the trash can assembly 20. As illustrated, in some embodiments, the trim member 38 rotates with respect to the body component to reach the open position. In some embodiments, the trim member 38 includes a retaining mechanism. For example, as shown in FIG. 9, the trim member 38 can include a first cam structure 120, such as a tooth, which can be located at the rear of the trim member 38 and on an adjacent side of the housing 64. The first cam structure 120 can be configured to engage a second cam structure, such as a ramp 122. In some embodiments, the second cam structure includes a recess 124 that is configured to receive some or all of the first cam structure 120. The recess 124 can be located at or near an end of the ramp 122 and may be positioned near the rear of the trash can assembly 20. In some embodiments, as the trim member 38 rotates (e.g., toward the open position), the first cam structures 120 rotate (e.g., clockwise) into abutment with the ramp 122. The first cam structure 120 can engage (e.g., slide and/or ride up) the ramp 122 and into the recess 124, which can retain the first cam structure. Thus, the trim member 38 can remain in the open position while the user switches bags or completes one or more chores. When such tasks are complete, the trim member 38 can be rotated in the generally opposite direction (e.g., counter-clockwise) to a closed position, in which the flaps 118 can be engaged with the upper edge 26 of the body component, as discussed above.

US 11,136,186 B2

11
12

The lid 24 and trim member 38 can be pivotally attached to the trash can assembly 20 by any manner. In the illustrated embodiments, the lid 24 and trim member 38 are pivotally coupled to the trash can assembly 20 generally along the same pivot axis. The pivotal connection can be any type of connection allowing for pivotal movement, such as, hinge elements, pins, or rods. For example, with reference to FIGS. 6 and 9, first pivot features, such as pins 50, 52, extend laterally through the housing 64 of the driving mechanism 28 that opens and closes the lid 24, and can be adapted to be received in corresponding second pivot features, such as through-holes 36, provided at the rear of the trim member 38. The pins 50, 52 can extend through the through-holes 36 to pivotably connect the trim member 38 to the housing 64 of the trash can assembly 20 along a pivot axis. With reference to FIG. 2, in some embodiments, a portion of or the entire lid 24 can be positioned, located, or received in a recess 68 in the interior of the trim member 38. In some embodiments, a damper 110 (e.g., foam, springs, rubber pads, or any other generally pliable, resilient, and/or damping structure) can be positioned between the lid 24 and trim member 38, such as to provide noise reduction when the lid 24 closes onto the trim 38.

In some embodiments, a rear portion of lid 24 can be pivotally coupled to the trash can assembly 20 along the same pivot axis as the trim member 38. For example, the rear portion of lid 24 can be pivotably coupled to the trash can assembly 20 along the same pivot axis as the trim member 38 via the pins 50, 52, which can also connect the trim member 38 to the driving mechanism housing 64 of the trash can assembly 20.

In some embodiments, the pins 50, 52 can extend through the trim member 38 and the housing 64 and are adapted to be received in corresponding through-holes 72 of additional structures secured to the inside of the rear of the lid 24 located adjacent to the driving mechanism components 74. In some embodiments, the pins 50, 52 can pivotably couple the lid 24 and trim member 38 to the trash can assembly 20 along the same pivot axis. In some embodiments, as illustrated in FIG. 5, bias members 126, such as one or more torsion springs, can be positioned on the pins 50, 52. The biasing members 126 can provide a biasing force to assist in opening and/or closing the lid 24, which can reduce the amount of power consumed by the motor 78 when moving the lid 24 between the open and closed positions and/or can allow for the use a smaller motor (e.g., in dimensional size and/or in power output).

With reference to FIG. 11, the lid can include lid driving mechanism components 74. In certain variants, the lid driving mechanism components 74 are configured to abut, mate, contact, receive and/or be received in the drive mechanism 58 in the housing 64 to facilitate opening and closing the lid 24. In some variants, the lid driving mechanism components 74 include a generally C-shaped portion. In certain implementations, the lid driving mechanism components 74 can include rotation support members, such as flanges 88, 90, and lid position sensing elements, such as flagging members 92, 94. As illustrated, the flanges 88, 90 and/or the flagging members 92, 94 can extend radially inwardly and can be attached at or near the rear underside of the lid 24. As described in further detail below, the controller 70 can communicate with a sensing system to determine various functions and parameters of the trash can assembly, such as when to drive the motor 78 so as to open or close the lid 24. As illustrated, in some embodiments, a portion of or the entire lid driving mechanism components 74 can be secured to the inside of the rear of the lid 24.

With reference to FIGS. 5-6 and 11-12, the driving mechanism 58 can include a controller or circuit board 70. In some embodiments, the driving mechanism components in the housing 64 can include a drive motor 78 and shaft or axle 80. Some embodiments include a bias member, such as a spring 82. Certain embodiments include a clutch mechanism 84 and/or a torque transmission member, such as an end member 86. At least some of the driving mechanism components can be removable from the other components. For example, the drive motor 78, or other component, can be removable such so as to facilitate repair, replacement, etc.

With reference to FIG. 9, the driving mechanism 58 can include a first position sensor 96 (e.g., a closed position sensor) and a second position sensor 98 (e.g., an open position sensor). The position sensors 96, 98 can comprise paired optical proximity detectors, such as light emitters, that cooperate with an intermediate sensor 128, such as a light receiver. However, other types of sensors can also be used. As illustrated, the position sensors 96, 98 can be located together in one housing, which can facilitate manufacturability and repair and can reduce the overall space occupied by the position sensors 96, 98. As described in more detail below, in some embodiments, the position sensors 96, 98 can be configured to facilitate detection of the position of the lid 24 as it moves between the open and closed positions. The motor 78 and the position sensors 96, 98 can be configured to communicate with the controller 70 so as to facilitate control of the movement of the lid 24.

In some embodiments, the lid 24 includes the flagging members 92, 94, which can be oriented or otherwise configured as to indicate, in cooperation with the position sensors 96, 98, a position of the lid 24. As shown in FIG. 9, when the lid 24 is in its home or fully closed position, the flagging member 92 is located between the position sensor 96 and the intermediate sensor 128 and the flagging member 94 is not located between the position sensor 98 and the intermediate sensor 128. In some configurations, the flagging member 92 being between the position sensor 96 and the receiver 128 blocks an emission (e.g., a signal) between the position sensor 96 to intermediate sensor 128. In some embodiments, such emission blocking can be interpreted (e.g., by the controller implementing an algorithm) to discern a position of the lid 24. For example, the controller 70 can be configured to determine that the lid 24 is in its home or closed position when flagging member 92 is located in position sensor 96 to block emissions to the intermediate sensor 128.

In some embodiments, as the lid 24 rotates into the fully open position, the flagging member 92 rotates such that it is no longer between the position sensor 96 and the intermediate sensor 128. However, in certain embodiments, as the lid 24 rotates into the fully open position, the flagging member 94 rotates such that it is between the position sensor 98 and the intermediate sensor 128, thereby blocking emissions (e.g., a signal) between the sensor 98 to intermediate sensor 128.

In some embodiments, when the flagging member 94 is located between the position sensor 98 and the intermediate sensor 128, and the flagging member 92 is not located between the position sensor 96 and the intermediate sensor 128, the controller 70 can be configured to determine that the lid 24 is in a fully open position. In certain embodiments, the controller 70 can be configured to determine that the lid 24 is in a fully open position when the opposite orientation occurs. In some embodiments, the intermediate sensor 128 is configured to receive emissions from one or both of the position sensors 96, 98. In some embodiments, the one or

US 11,136,186 B2

13

both of the position sensors 96, 98 are configured to receive emissions from the intermediate sensor 128.

Any combination of flagging members and position sensors can be used to detect various positions of the lid 24. For example, additional positions (e.g., an about half-way opened position) can be detected with additional sensors and flagging members in a manner similar or different than that described above. Some embodiments have flagging members located in the housing 64 and position sensors on the lid 24.

With reference to FIG. 2, the trash can assembly 20 can also include a sensor assembly 102 disposed on a generally outer portion of the trash can assembly 20. In the illustrated embodiment, the sensor assembly 102 is disposed near the front of the trim member 38, in an upper generally central portion. In some embodiments, the sensor assembly 102 can include an outer covering 104 which can include a transparent or translucent structure that permits transmission and/or receipt of light signals. For example, the outer covering 104 can be made of glass or plastics, such as Polycarbonate, Makrolon®, etc. In some embodiments, the outer covering 104 can be substantially flush with a top surface of the trim member 38. In some embodiments, the sensor assembly 102 can sense a user's movements to direct the lid 24 to open or close. For example, the sensor assembly 102 can sense a reflected or emitted signal or characteristic (e.g., light, thermal, conductivity, magnetism, or otherwise) from a user (e.g., a body part). In some embodiments, the sensor assembly 102 is configured as is described in U.S. Patent Application Publication No. 2011/0220647, filed Mar. 4, 2011, the entirety of which is hereby incorporated by reference.

In some embodiments, the lid 24 can be configured to permit manual operation of the lid 24 generally without damage (e.g., stripping or wearing down) to components of the trash can assembly 20, such as the motor 78, shaft 80, or otherwise. As previously noted, and as illustrated in FIG. 11, the lid 24 can include flanges 88, 90, which can be positioned on the rear underside of the lid 24. As illustrated, generally open circumferential spaces exists between the flanges 88, 90.

The flanges 88, 90 can be configured to engage a clutch mechanism 84, which can enable the lid 24 to rotate without, or without substantial, rotation of the motor 78, shaft 80, or certain other components of the trash can assembly 20, as discussed in more detail below. As illustrated in FIG. 12, the clutch mechanism 84 includes one or more torque transmission members, such as arms 106, 108, that can extend radially outward from a body of the clutch mechanism 84. In some embodiments, the arms 106, 108 are spaced apart from each other, such as by about 180 degrees. Various other angles are contemplated, such as at least: about 30°, about 45°, about 60°, about 90°, about 120°, values in between, or otherwise.

The arms can be positioned in the circumferential spaces between the flanges 88, 90. For example, the arms 106, 108 can abut or contact a surface the flanges 88, 90, as illustrated in FIG. 13. In certain such configurations, when the arm 106 is abutted with flange 90 and the arm 108 is abutted with flange 90, a circumferential distance D1 exists between a non-abutted surface 108a of the arm 108 and a non-abutted surface 88a of the flange 88. In some embodiments, a generally equal circumferential distance D2 (not shown) exists between a non-abutted surface 106a of the arm 106 and a non-abutted surface 90a (not shown) of the flange 90. In certain configurations, the circumferential distance D1 and/or D2 is greater than or equal to the amount of rotation

14

of the lid from the open to the closed position. For example, the circumferential distance D1 and/or D2 can be at least about 60° and/or less than or equal to about 125°. In certain variants, the circumferential distance D1 and/or D2 is greater than or equal to about 80°. As discussed below, such a configuration can allow the lid 24 to be manually moved between the open and closed positions.

In some embodiments, the clutch mechanism 84 is positioned on the motor shaft 80 between a biasing member, such as a spring 82, and an end member 86. In some embodiments, the end member 86 is fixed to the motor shaft 80, thus torque from the motor 78 can be transmitted through the shaft 80 and into the end member 86. In some embodiments, the bias on the clutch mechanism 84 against the end member 86 can result in a frictional interface between the clutch 84 and end member 86. The frictional interface between the clutch 84 and end member 86 can result in the clutch 84 rotating when the shaft 80 rotates. For example, torque from the motor 78 can be transmitted through the shaft 80, through the end member 86, and into the clutch mechanism 84. In some variants, certain components (e.g., the spring 82, clutch mechanism 84, and end member 86) are positioned in general coaxial alignment along a portion of the longitudinal length of the shaft 80.

During operation of some embodiments, the motor 78 can turn the shaft 80, which can turn the end member 86, which can turn the clutch mechanism 84 (e.g., by the frictional interface between the end member 86 and clutch mechanism 84). Rotation of the clutch mechanism 84 can result in rotation of the arms 106, 108. Because, in some embodiments, the arms 106, 108 generally abut or contact the flanges 88, 90 of the lid 24, rotation of the arms 106, 108 can result in rotation of the flanges 88, 90, and thus the lid 24 (e.g., from the closed to the open position).

As illustrated in FIG. 13, due to the circumferential distances D1, D2 between the non-abutted surfaces 88a, 90a of the flanges 88, 90 and the non-abutted surfaces 106a, 108a of the arms 106, 108, the lid 24 can be manually opened without turning the motor 78. As an example, manual operation of the lid as illustrated in FIG. 13 will now be discussed. As illustrated in FIG. 13, the lid 24 is in the home or closed position. If a user, were to manually operate the lid 24 toward the open position (e.g., rotate the lid clockwise in the illustrated embodiment), the flange 88 would rotate generally clockwise in an arc path and the flange 90 would rotate about an equivalent distance in generally the same direction (e.g., clockwise). No force would be applied to the arms 106, 108 of the clutch mechanism 84, which, as discussed above, is connected with motor shaft 80 via the end member 86. Similarly, a user could then close the lid 24 and the flanges 88, 90 would rotate in generally the opposite direction (e.g., counterclockwise) as when the lid was opened, back to their original positions when the lid 24 was in the home position, without applying any force to the arms 106, 108 of the clutch mechanism 84. Thus, in certain embodiments, no force is required to be applied to the arms 106, 108 to turn the clutch mechanism 84 and motor shaft 80.

As noted above, in some embodiments, the power operated driving mechanism 58 can be used to open or close the lid 24. For instance, the motor 78 can rotate the shaft 80, which can rotate the end member 86, which can transmit the torque to the clutch mechanism 84, which can rotate the flanges 88, 90 and the lid 24. In some embodiments, a coupling device can be positioned between the motor 78 and the shaft 80 to reduce vibrations from being transferred from the motor 78 to other mechanism being driven, such as the

US 11,136,186 B2

15 16

lid **24**. In certain instances, after or during operation of the driving mechanism **58** (e.g., after or as the lid **24** is being moved between the open and closed positions), a user may accidentally or intentionally try to manually close or open the lid **24**. In certain such situations, the flanges **88**, **90** generally remain in contact with the arms **106**, **108** rather than rotating relative to the arms **106**, **108** as discussed above. In some embodiments, this is because the rotational force produced by the motor **78** (via the shaft **80**, end member **86**, and/or clutch mechanism **84**) encourages rotation of the arms **106**, **108** against the flanges **88**, **90** (e.g., the arms **106**, **108** apply a pushing force to the surfaces of the flanges **88**, **90** to rotate the lid **24**). Thus, in some embodiments, a user who manually closes the lid **24** when the motor has opened, or is in the process of opening the lid **24**, acts against the operation of the motor **78**.

For example, when the motor **78** of FIG. 13 is opening the lid **24**, the motor **78** encourages the arms **106**, **108** to abut against and turn the flanges **88**, **90** to turn in a clockwise direction (viewed from the perspective of FIG. 13). Yet when a user manually attempts to close the lid **24**, the lid and the flanges **88**, **90** are encouraged in a counter-clockwise direction (viewed from the perspective of FIG. 13). Thus, in certain configurations, the arms **106**, **108** are being encouraged to rotate in opposite directions concurrently. Such a scenario can result in damage to the arms **106**, **108** of the clutch mechanism **84**, the shaft **80**, the motor **78**, or otherwise. In some embodiments, to generally avoid such damage, the clutch mechanism **84** or other structure can be configured to rotate with respect to the end member **86** or other components.

In some embodiments, the clutch mechanism **84** includes a first cam surface **180** and a first return surface **182**. As shown in FIG. 12, the first cam surface **180** can be inclined from a first level to a second level, in relation to a plane extending generally transverse to the longitudinal axis of the clutch mechanism **84**. The first return surface **182** can intersect the first cam surface **180** and can be disposed between the first and second levels.

In some embodiments, the end member **86** includes a second cam surface **184** and a second return surface **186**. The second cam surface **184** can be inclined from a first level to a second level, in relation to a plane extending generally transverse to the longitudinal axis of the end member **86** and the shaft **80**. The second return surface **186** can intersect the first cam surface **180** and can be disposed between the first and second levels.

The second cam surface **184** and the second return surface **186** of the end member **86** can be shaped to correspond with the first cam surface **180** and the first return surface **182** of the clutch mechanism **84**, thereby allowing mating engagement of the end member **86** and the clutch mechanism **84**. For example, summits **180***a* of the first cam surface **180** can be nested in the valleys **184***b* of the second cam surface **184**, and summits **184***a* of the second cam surface **184** can be nested in the valleys **180***b* of the first cam surface **180**.

As previously discussed, in some embodiments, torque from the motor **112** can be transmitted through the shaft **80** to the end member **86**. In some embodiments, the end member **86** is generally rigidly connected with the shaft **80**, such as by a fastener (e.g., a screw). Thus, in certain variants, the end member **86** is inhibited or prevented from rotating relative to the shaft **80**. In certain implementations, the end member **86** is configured to transmit torque from the motor **112** to the clutch mechanism **84**, such as by friction between the first and second cam surfaces **180**, **184** and/or between the first and second return surfaces **182**, **186**.

In some embodiments, the clutch mechanism **84** can translate along a portion of the longitudinal length of the shaft **80**. As shown, the biasing member **82** can bias the clutch mechanism **84** into engagement with the end member **86**. In some embodiments, translation of the clutch mechanism **84** (e.g., in a direction generally toward the motor **112**) along a portion of the drive shaft **80** is generally against the bias of the biasing member **82**.

In some embodiments, when the lid **24** is manually operated, the clutch mechanism **84** and the end member **86** rotate relative to each other. For example, in some embodiments, when the lid **24** is manually operated the first and second inclined cam surfaces **180**, **184** move relative to each other. In certain configurations, the inclined cam surfaces **180**, **184** slide relative to each other, which results in the inclined cam surfaces climbing each other. For example, as the inclined cam surfaces **180**, **184** slide relative to each other, the summits **180***a*, **184***a* of the inclined cam surfaces **180**, **184** circumferentially approach each other.

In certain embodiments, the relative movement between the first and second inclined cam surfaces **180**, **184** (e.g., by the interaction of the inclines) urges the clutch mechanism **84** and the end member **86** apart. For example, the clutch mechanism **84** and the end member **86** can be urged in generally opposite directions along the longitudinal axis of the shaft **80**. In some embodiments, the end member **86** is generally restrained from moving longitudinally (e.g., by the fastener). However, certain embodiments of the clutch mechanism **84** are able to move away from end member **86** by translating along the shaft **80** (e.g., against the bias of the biasing member **82**). Thus, in certain implementations, relative rotation of the inclined cam surfaces **180**, **184** results in the clutch mechanism **84** translating along a portion of the longitudinal length of the shaft **80** (e.g., in a direction generally toward from the motor **78**), against the bias of the biasing member **82**. Certain embodiments can facilitate relative rotation of the clutch mechanism **84** and the end member **86** without imposing undue stress on, or damage to, the clutch mechanism **84**, end member **86**, shaft **80**, and/or motor **78**. Accordingly, manual operation of the lid **24** can be performed without imposing undue stress on, or damage to, components of the trash can assembly **20**.

In some implementations, when manual operation of the lid **24** ceases, the bias of the biasing member **82** can return the clutch mechanism **84** into generally full engagement with the end member **86**. For example, after manual operation of the lid **24** ceases, the bias of the biasing member **82** can facilitate re-engagement of the inclined cam surfaces **180**, **184**. In some embodiments, re-engaging the clutch mechanism **84** and the end member **86** allows the transmission of torque from the motor **78** to the clutch mechanism **84**, which can provide powered operation of the lid. Thus, some embodiments provide automatic and/or passive engagement and/or disengagement of the motor **78** and/or drive shaft **80** from the clutch mechanism **84** and/or the lid **24**.

Although the trash cans have been disclosed in the context of certain embodiments and examples, it will be understood by those skilled in the art that the present disclosure extends beyond the specifically disclosed embodiments to other alternative embodiments and/or uses of the trash cans and obvious modifications and equivalents thereof. In addition, while several variations of the trash cans have been shown and described in detail, other modifications, which are within the scope of the present disclosure, will be readily apparent to those of skill in the art. For example, a gear assembly and/or alternate torque transmission components

US 11,136,186 B2

17

18

can be included. For instance, in some embodiments, the trash can assembly **20** includes a gear assembly. Some embodiment of the gear assembly include a gear reduction (e.g., greater than or equal to about 1:5, 1:10, 1:50, values in between, or any other gear reduction that would provide the desired characteristics), which can modify the rotational speed applied to the shaft **80**, clutch mechanism **84**, and/or other components.

It is also contemplated that various combinations or sub-combinations of the specific features and aspects of the embodiments can be made and still fall within the scope of the present disclosure. It should be understood that various features and aspects of the disclosed embodiments can be combined with or substituted for one another in order to form varying modes of the trashcans. Thus, it is intended that the scope of the present disclosure should not be limited by the particular disclosed embodiments described above.

The following is claimed:

1. A trash can assembly comprising:
a body component comprising a lower base, an upper opening, and a front upper edge;
a lid configured to rotate between a lower position and an upper position;
a trim member that extends outwardly beyond a front edge of the lid, the trim member configured to rotate between a closed position and an open position, wherein:
in the closed position, a front of the trim member is in front of the front upper edge of the body component; and
in the open position, the front of the trim member is spaced apart from and vertically higher than the front upper edge of the body component; and
a retaining mechanism configured to maintain the trim member in the open position against the force of gravity in that a user is enabled to switch a bag supported and restrained on an upper peripheral edge of the bag by the body component.

2. The trash can assembly of claim **1**, further comprising an electronic sensor and a motor that is configured to be activated in response to a signal from the electronic sensor.

3. The trash can assembly of claim **2**, wherein the trash can assembly is configured such that at least one of the electronic sensor and the motor are disabled when the trim member is in the open position.

4. The trash can assembly of claim **1**, wherein the retaining mechanism comprises a detent.

5. The trash can assembly of claim **1**, wherein the retaining mechanism comprises a cam structure and a recess, the cam structure configured to be received in the recess when the trim member is in the open position.

6. The trash can assembly of claim **5**, wherein:
the retaining mechanism further comprises a ramp; and
the trash can assembly is configured such that, as the trim member rotates from the closed position to the open position, the cam structure slides along the ramp and engages into the recess.

7. The trash can assembly of claim **1**, wherein, in the open position, the trim member is at an acute angle with respect to a longitudinal axis of the body component.

8. The trash can assembly of claim **1**, wherein the trim member and the lid are configured to rotate about the same axis.

9. The trash can assembly of claim **1**, wherein, when the lid is in the lower position and the trim member is in the closed position, the entire periphery of the lid is received in the trim member.

10. A combination of the trash can assembly of claim **1** and the bag.

11. A trash can assembly comprising:
a body component;
a trim member pivotally coupled with the body component and configured to move between open and closed positions;
a lid configured to move between lower and upper positions;
an electronic sensor;
a motor that is configured to drive the lid toward the upper position in response to a signal from the electronic sensor; and
the trash can assembly being configured such that, when the trim member is in the open position, at least one of the motor and the electronic sensor are deactivated.

12. The trash can assembly of claim **11**, wherein the trash can assembly is further configured such that, when the trim member is in the open position, both of the motor and the electronic sensor are deactivated.

13. The trash can assembly of claim **11**, wherein the electronic sensor comprises an infrared sensor.

14. The trash can assembly of claim **11**, the electronic sensor comprises a proximity sensor.

15. The trash can assembly of claim **11**, wherein the electronic sensor is disposed in a front, upper, central portion of the trim member.

16. The trash can assembly of claim **11**, wherein the lid is pivotally coupled to the trim member.

17. The trash can assembly of claim **11**, wherein a periphery of the lid is received in the trim member when the trim member is in the closed position and the lid is in the closed position, the periphery of the lid being positioned generally outside of the trim member when the trim member is in the closed position and the lid is in the open position.

18. The trash can assembly of claim **11**, further comprising a clutch mechanism that is configured to disengage the lid from the drive of the motor.

19. The trash can assembly of claim **11**, wherein a bottom of the body component comprises a generally concave liner insert comprising an air vent opening.

20. The trash can assembly of claim **11**, further comprising a retaining mechanism configured to maintain the trim member in the open position against the force of gravity.

21. A trash can assembly comprising:
a body component comprising a lower base, an upper opening, and a front upper edge;
a lid configured to rotate between a lower position and an upper position;
a trim member that extends outwardly beyond a portion of a front edge of the lid, the trim member configured to rotate between a closed position and an open position, wherein:
in the closed position, a front of the trim member is in front of the front upper edge of the body component; and
in the open position, the front of the trim member is spaced apart from and vertically higher than the front upper edge of the body component; and
a detent configured to maintain the trim member in the open position against the force of gravity in that a user is enabled to switch a bag supported and restrained on an upper peripheral edge of the bag by the body component.

US 11,136,186 B2

19

20

22. A combination of the trash can assembly of claim 21 and the bag.

* * * * *

# EXHIBIT 3



US011279555B2

(12) **United States Patent**
Yang et al.

(10) Patent No.: **US 11,279,555 B2**
(45) **Date of Patent:** *Mar. 22, 2022

(54) **RECEPTACLE ASSEMBLIES WITH MOTION DAMPERS**

(71) Applicant: **simplehuman, LLC**, Torrance, CA (US)

(72) Inventors: **Frank Yang**, Rancho Palos Verdes, CA (US); **Di-Fong Chang**, Torrance, CA (US); **Zachary Rapoport**, Northridge, CA (US); **Joseph Sandor**, Newport Beach, CA (US)

(73) Assignee: **simplehuman, LLC**, Torrance, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/697,804**

(22) Filed: **Nov. 27, 2019**

(65) **Prior Publication Data**

US 2020/0307907 A1     Oct. 1, 2020

**Related U.S. Application Data**

(63) Continuation of application No. 15/448,245, filed on Mar. 2, 2017, now Pat. No. 10,494,175.
(Continued)

(51) **Int. Cl.**
*B65F 1/16* (2006.01)
*B65F 1/06* (2006.01)

(52) **U.S. Cl.**
CPC ................ *B65F 1/163* (2013.01); *B65F 1/06* (2013.01); *B65F 1/1623* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .... B65F 1/163; B65F 2001/1661; B65F 1/06; B65F 1/1623
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 830,182 A | 9/1906 | Skov | |
| 1,426,211 A | 8/1922 | Pausin | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| AU | 622536 | 4/1992 | |
| CA | 2182840 | 9/1997 | |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 29/484,903, filed Mar. 13, 2014, Yang et al.
(Continued)

*Primary Examiner* — Shawn M Braden
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson & Bear, LLP

(57) **ABSTRACT**
Various embodiments of receptacle assemblies, such as trash cans, are disclosed. In some embodiments, the receptacle assembly includes a body portion with an interior space. The receptacle assembly can include a lid portion configured to move between an open position and a closed position. The receptacle assembly can include a pedal portion operably connected with the lid such that moving the pedal portion moves the lid portion between the open position and the closed position. The receptacle assembly can include a motion damper configured to dampen motion of the lid portion. The motion damper can be positioned near a front of the body portion and/or above a front portion of the pedal portion.

**28 Claims, 19 Drawing Sheets**



US 11,279,555 B2

Page 2

### Related U.S. Application Data

(60) Provisional application No. 62/303,166, filed on Mar. 3, 2016.

(52) **U.S. Cl.**
CPC ..... *B65F 2001/1661* (2013.01); *B65F 2210/00* (2013.01); *B65F 2230/00* (2013.09); *B65F 2250/11* (2013.01); *B65F 2250/111* (2013.01); *B65F 2250/112* (2013.01); *B65F 2250/114* (2013.01)

(58) **Field of Classification Search**
USPC .......................................................... 220/264
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,461,253 A | 7/1923 | Owen |
| 1,754,802 A | 4/1930 | Raster |
| 1,820,555 A | 8/1931 | Man |
| 1,891,651 A | 12/1932 | Padelford et al. |
| 1,922,729 A | 8/1933 | Geibel |
| 1,980,938 A | 11/1934 | Geibel |
| 2,308,326 A | 1/1943 | Calcagno |
| D148,825 S | 2/1948 | Snider |
| 2,457,274 A | 12/1948 | Rifken |
| 2,593,455 A | 4/1952 | James |
| 2,759,625 A | 8/1956 | Ritter |
| 2,796,309 A | 6/1957 | Taylor |
| 2,888,307 A | 5/1959 | Graves et al. |
| 2,946,474 A | 7/1960 | Knapp |
| 3,008,604 A | 11/1961 | Garner |
| 3,023,922 A | 3/1962 | Arrington et al. |
| 3,137,408 A | 6/1964 | Taylor |
| 3,300,082 A | 1/1967 | Patterson |
| 3,392,825 A | 7/1968 | Gale et al. |
| 3,451,453 A | 6/1969 | Heck |
| 3,654,534 A | 4/1972 | Fischer |
| 3,800,503 A | 4/1974 | Maki |
| 3,820,200 A | 6/1974 | Myers |
| 3,825,150 A | 7/1974 | Taylor |
| 3,825,215 A | 7/1974 | Borglum |
| 3,886,425 A | 5/1975 | Weiss |
| 3,888,406 A | 6/1975 | Nippes |
| 3,891,115 A | 6/1975 | Ono |
| 4,014,457 A | 3/1977 | Hodge |
| 4,027,774 A | 6/1977 | Cote |
| 4,081,105 A | 3/1978 | Dagonnet et al. |
| 4,189,808 A | 2/1980 | Brown |
| 4,200,197 A | 4/1980 | Meyer et al. |
| 4,217,616 A | 8/1980 | Jessup |
| 4,303,174 A | 12/1981 | Anderson |
| 4,320,851 A | 3/1982 | Montoya |
| 4,349,123 A | 9/1982 | Yang |
| 4,357,740 A | 11/1982 | Brown |
| 4,416,197 A | 11/1983 | Kehl |
| 4,417,669 A | 11/1983 | Knowles et al. |
| 4,457,483 A | 7/1984 | Gagne |
| 4,535,911 A | 8/1985 | Goulter |
| 4,570,304 A | 2/1986 | Montreuil et al. |
| 4,576,310 A | 3/1986 | Isgar et al. |
| D284,520 S | 6/1986 | Kubic et al. |
| 4,609,117 A | 9/1986 | Pamment |
| 4,630,332 A | 12/1986 | Bisbing |
| 4,630,752 A | 12/1986 | DeMars |
| 4,664,347 A | 5/1987 | Brown et al. |
| 4,697,312 A | 10/1987 | Freyer |
| 4,711,161 A | 12/1987 | Swin et al. |
| 4,729,490 A | 3/1988 | Ziegenbein |
| 4,753,367 A | 6/1988 | Miller et al. |
| 4,763,808 A | 8/1988 | Guhl et al. |
| 4,765,548 A | 8/1988 | Sing |
| 4,765,579 A | 8/1988 | Robbins, III et al. |
| 4,785,964 A | 11/1988 | Miller et al. |
| 4,792,039 A | 12/1988 | Dayton |
| 4,794,973 A | 1/1989 | Perisic |
| 4,813,592 A | 3/1989 | Stolzman |
| 4,823,979 A | 4/1989 | Clark, Jr. |
| 4,834,260 A | 5/1989 | Auten |
| 4,863,053 A | 9/1989 | Oberg |
| 4,867,339 A | 9/1989 | Hahn |
| 4,869,391 A | 9/1989 | Farrington |
| 4,884,717 A | 12/1989 | Bussard et al. |
| 4,888,532 A | 12/1989 | Josson |
| 4,892,223 A | 1/1990 | DeMent |
| 4,892,224 A | 1/1990 | Graham |
| D307,344 S | 4/1990 | Massonnet |
| 4,913,308 A | 4/1990 | Culberston |
| 4,915,347 A | 4/1990 | Iqbal et al. |
| 4,918,568 A | 4/1990 | Stone et al. |
| D308,272 S | 5/1990 | Koepsell |
| 4,923,087 A | 5/1990 | Burrows |
| 4,944,419 A | 7/1990 | Chandler |
| 4,948,004 A | 8/1990 | Chich |
| 4,964,523 A | 10/1990 | Bieltvedt et al. |
| 4,972,966 A | 11/1990 | Craft, Jr. |
| 4,996,467 A | 2/1991 | Day |
| 5,031,793 A | 7/1991 | Chen et al. |
| 5,048,903 A | 9/1991 | Loblein |
| 5,054,724 A | 10/1991 | Hutcheson |
| 5,065,272 A | 11/1991 | Owen et al. |
| 5,065,891 A | 11/1991 | Casey |
| D322,350 S | 12/1991 | Craft, Jr. et al. |
| 5,076,462 A | 12/1991 | Perrone |
| D323,573 S | 1/1992 | Schneider |
| 5,090,585 A | 2/1992 | Power |
| 5,090,785 A | 2/1992 | Stamp |
| 5,100,087 A | 3/1992 | Ashby |
| 5,111,958 A | 5/1992 | Witthoeft |
| D327,760 S | 7/1992 | Donnelly |
| D329,929 S | 9/1992 | Knoedler et al. |
| 5,147,055 A | 9/1992 | Samson et al. |
| 5,156,290 A | 10/1992 | Rodrigues |
| D331,097 S | 11/1992 | Sieren |
| 5,170,904 A | 12/1992 | Neuhaus |
| 5,174,462 A | 12/1992 | Hames |
| D332,852 S | 1/1993 | Delmerico |
| D335,562 S | 5/1993 | Evans |
| 5,213,272 A | 5/1993 | Gallagher et al. |
| 5,222,704 A | 6/1993 | Light |
| D337,181 S | 7/1993 | Warman |
| 5,226,558 A | 7/1993 | Whitney et al. |
| 5,230,525 A | 7/1993 | Delmerico et al. |
| 5,242,074 A | 9/1993 | Conaway et al. |
| D340,333 S | 10/1993 | Duran et al. |
| 5,249,693 A | 10/1993 | Gillispie et al. |
| 5,261,553 A | 11/1993 | Mueller et al. |
| 5,265,511 A | 11/1993 | Itzov |
| 5,295,607 A | 3/1994 | Chang |
| 5,305,916 A | 4/1994 | Suzuki et al. |
| 5,314,151 A | 5/1994 | Carter-Mann |
| 5,322,179 A | 6/1994 | Ting |
| 5,329,212 A | 7/1994 | Feigleson |
| 5,348,222 A | 9/1994 | Patey |
| 5,353,950 A | 10/1994 | Taylor et al. |
| 5,372,272 A | 12/1994 | Jennings |
| 5,381,588 A | 1/1995 | Nelson |
| 5,385,258 A | 1/1995 | Sutherlin |
| 5,390,818 A | 2/1995 | LaBuda |
| 5,404,621 A | 4/1995 | Heinke |
| 5,407,089 A | 4/1995 | Bird et al. |
| 5,419,452 A | 5/1995 | Mueller et al. |
| 5,471,708 A | 12/1995 | Lynch |
| 5,474,201 A | 12/1995 | Liu |
| 5,501,358 A | 3/1996 | Hobday |
| D368,563 S | 4/1996 | Brightbill et al. |
| 5,520,067 A | 5/1996 | Gaba |
| 5,520,303 A | 5/1996 | Bernstein et al. |
| 5,531,348 A | 7/1996 | Baker et al. |
| 5,535,913 A | 7/1996 | Asbach et al. |
| 5,558,254 A | 9/1996 | Anderson et al. |
| 5,560,283 A | 10/1996 | Hannig |
| 5,584,412 A | 12/1996 | Wang |

# US 11,279,555 B2

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D377,554 S | 1/1997 | Adriaansen |
| 5,611,507 A | 3/1997 | Smith |
| 5,628,424 A | 5/1997 | Gola |
| 5,632,401 A | 5/1997 | Hurd |
| 5,636,416 A | 6/1997 | Anderson |
| 5,636,761 A | 6/1997 | Diamond et al. |
| 5,644,111 A | 7/1997 | Cerny et al. |
| 5,645,186 A | 7/1997 | Powers et al. |
| 5,650,680 A | 7/1997 | Chula |
| D383,277 S | 9/1997 | Peters |
| 5,662,235 A | 9/1997 | Nieto |
| 5,671,847 A | 9/1997 | Pedersen et al. |
| 5,690,247 A | 11/1997 | Boover |
| 5,695,088 A | 12/1997 | Kasbohm |
| 5,699,929 A | 12/1997 | Ouno |
| D388,922 S | 1/1998 | Peters |
| D389,631 S | 1/1998 | Peters |
| 5,704,511 A | 1/1998 | Kellams |
| 5,724,837 A | 3/1998 | Shin |
| 5,730,312 A | 3/1998 | Hung |
| 5,732,845 A | 3/1998 | Armaly, Jr. |
| 5,735,495 A | 4/1998 | Kubota |
| 5,738,239 A | 4/1998 | Triglia |
| 5,770,935 A | 6/1998 | Smith et al. |
| 5,799,909 A | 9/1998 | Ziegler |
| 5,816,431 A | 10/1998 | Giannopoulos |
| 5,816,640 A | 10/1998 | Nishimura |
| D401,028 S | 11/1998 | Ahern, Jr. et al. |
| D401,383 S | 11/1998 | Gish |
| D401,719 S | 11/1998 | Leeuwen et al. |
| 5,873,643 A | 2/1999 | Burgess, Jr. et al. |
| 5,881,896 A | 3/1999 | Presnell et al. |
| 5,881,901 A | 3/1999 | Hampton |
| 5,884,237 A | 3/1999 | Kanki et al. |
| 5,887,748 A | 3/1999 | Nguyen |
| D412,552 S | 8/1999 | Burrows |
| 5,961,105 A | 10/1999 | Ehrnsberger et al. |
| 5,967,355 A | 10/1999 | Ragot |
| 5,967,392 A | 10/1999 | Niemi et al. |
| 5,987,708 A | 11/1999 | Newton |
| 6,000,569 A | 12/1999 | Liu |
| 6,010,024 A | 1/2000 | Wang |
| 6,024,238 A | 2/2000 | Jaros |
| 6,036,050 A | 3/2000 | Ruane |
| 6,102,239 A | 8/2000 | Wien |
| 6,105,859 A | 8/2000 | Stafford |
| 6,123,215 A | 9/2000 | Windle |
| D431,700 S | 10/2000 | Roudebush |
| 6,126,031 A | 10/2000 | Reason |
| 6,129,233 A | 10/2000 | Schiller |
| 6,131,861 A | 10/2000 | Fortier, Jr. et al. |
| D435,951 S | 1/2001 | Yang et al. |
| 6,209,744 B1 | 4/2001 | Gill |
| 6,211,621 B1 | 4/2001 | Studer |
| 6,234,339 B1 | 5/2001 | Thomas |
| 6,250,492 B1 | 6/2001 | Verbeek |
| D445,980 S | 7/2001 | Tjugum |
| 6,286,706 B1 | 9/2001 | Tucker |
| 6,328,320 B1 | 12/2001 | Walski et al. |
| 6,345,725 B1 | 2/2002 | Lin |
| 6,364,147 B1 | 4/2002 | Meinzinger et al. |
| 6,386,386 B1 | 5/2002 | George |
| 6,390,321 B1 | 5/2002 | Wang |
| 6,401,958 B1 | 6/2002 | Foss et al. |
| D466,667 S | 12/2002 | Lin |
| 6,519,130 B1 | 2/2003 | Breslow |
| 6,557,716 B1 | 5/2003 | Chan |
| D476,456 S | 6/2003 | Englert et al. |
| D476,457 S | 6/2003 | Verbeek |
| 6,596,983 B2 | 7/2003 | Brent |
| D480,193 S | 9/2003 | Wang |
| 6,612,099 B2 | 9/2003 | Stravitz |
| 6,626,316 B2 | 9/2003 | Yang |
| 6,626,317 B2 | 9/2003 | Pfiefer et al. |
| D481,508 S | 10/2003 | Wang |

| | | |
|---|---|---|
| 6,632,064 B1 | 10/2003 | Walker et al. |
| D481,846 S | 11/2003 | Lin |
| D482,169 S | 11/2003 | Lin |
| 6,659,407 B2 | 12/2003 | Asaro |
| 6,681,950 B2 | 1/2004 | Miller, Jr. et al. |
| 6,701,832 B1 | 3/2004 | Hawkins |
| D488,604 S | 4/2004 | Yang et al. |
| D488,903 S | 4/2004 | Yang et al. |
| D489,503 S | 5/2004 | Lin |
| D489,855 S | 5/2004 | Tseng |
| D489,857 S | 5/2004 | Yang et al. |
| D490,583 S | 5/2004 | Yang et al. |
| D490,954 S | 6/2004 | Brand |
| D491,706 S | 6/2004 | Yang et al. |
| 6,758,366 B2 | 7/2004 | Bourgund et al. |
| D493,930 S | 8/2004 | Wang |
| D494,723 S | 8/2004 | Lin |
| 6,774,586 B1 | 8/2004 | Shih |
| 6,785,912 B1 | 9/2004 | Julio |
| 6,812,655 B1 | 11/2004 | Wang et al. |
| 6,814,249 B2 | 11/2004 | Lin |
| D499,450 S | 12/2004 | Goodman et al. |
| 6,837,393 B1 | 1/2005 | Kuo |
| 6,857,538 B2 | 2/2005 | Lin |
| 6,859,005 B2 | 2/2005 | Boliver |
| D503,021 S | 3/2005 | Yang et al. |
| D503,022 S | 3/2005 | Lai |
| D503,502 S | 3/2005 | Lai |
| 6,866,826 B2 | 3/2005 | Moore et al. |
| 6,883,676 B2 | 4/2005 | Lin |
| D507,090 S | 7/2005 | Yang et al. |
| 6,920,994 B2 | 7/2005 | Lin |
| D509,339 S | 9/2005 | Lin |
| 6,974,948 B1 | 12/2005 | Brent |
| D513,445 S | 1/2006 | Lin |
| 6,981,606 B2 | 1/2006 | Yang et al. |
| D517,764 S | 3/2006 | Wang |
| D517,767 S | 3/2006 | Yang et al. |
| D518,266 S | 3/2006 | Yang et al. |
| 7,017,773 B2 | 3/2006 | Gruber et al. |
| D522,203 S | 5/2006 | Lin |
| D522,204 S | 5/2006 | Lin |
| 7,044,323 B2 | 5/2006 | Yang |
| D522,704 S | 6/2006 | Lin |
| D524,504 S | 7/2006 | Lin |
| D525,756 S | 7/2006 | Yang et al. |
| 7,073,677 B2 | 7/2006 | Richardson et al. |
| 7,077,283 B2 | 7/2006 | Yang et al. |
| 7,080,750 B2 | 7/2006 | Wein et al. |
| D526,457 S | 8/2006 | Lin |
| D526,458 S | 8/2006 | Lin |
| D526,756 S | 8/2006 | Lin |
| 7,086,550 B2 | 8/2006 | Yang et al. |
| D528,726 S | 9/2006 | Lin |
| D530,476 S | 10/2006 | Lin |
| D530,874 S | 10/2006 | Lin |
| 7,121,421 B2 | 10/2006 | Yang et al. |
| D531,499 S | 11/2006 | Zaidman |
| D535,450 S | 1/2007 | Chen |
| D535,799 S | 1/2007 | Epps |
| D535,800 S | 1/2007 | Yang et al. |
| 7,163,591 B2 | 1/2007 | Kim et al. |
| 7,168,591 B1 | 1/2007 | Miller |
| D537,223 S | 2/2007 | Lin |
| D537,597 S | 2/2007 | Bolden |
| D537,599 S | 2/2007 | Lin |
| D537,601 S | 2/2007 | Lin |
| D537,999 S | 3/2007 | Lin |
| D538,995 S | 3/2007 | Lin |
| D539,498 S | 3/2007 | Yang et al. |
| D539,499 S | 3/2007 | Yang et al. |
| D540,001 S | 4/2007 | Zimmerman |
| D542,001 S | 5/2007 | Yang et al. |
| D542,995 S | 5/2007 | Lin |
| D543,673 S | 5/2007 | Yang et al. |
| D544,170 S | 6/2007 | Lin |
| D544,171 S | 6/2007 | Lin |
| D544,671 S | 6/2007 | Saunders et al. |
| D545,024 S | 6/2007 | Liao |

US 11,279,555 B2

Page 4

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,225,943 | B2 | 6/2007 | Yang et al. |
| D547,020 | S | 7/2007 | Chen |
| 7,243,811 | B1 | 7/2007 | Ramsey |
| D550,918 | S | 9/2007 | Wang et al. |
| D552,319 | S | 10/2007 | Gusdorf |
| D552,321 | S | 10/2007 | Yang et al. |
| D552,823 | S | 10/2007 | Yang et al. |
| D552,824 | S | 10/2007 | Zimmerman |
| D552,825 | S | 10/2007 | Yang et al. |
| D555,320 | S | 11/2007 | Yang et al. |
| D557,869 | S | 12/2007 | Hawker et al. |
| D559,494 | S | 1/2008 | Yang et al. |
| D559,495 | S | 1/2008 | Yang et al. |
| D562,522 | S | 2/2008 | Daams |
| 7,328,842 | B2 | 2/2008 | Wagner et al. |
| D564,169 | S | 3/2008 | Wang |
| D564,723 | S | 3/2008 | Yang et al. |
| D566,367 | S | 4/2008 | Lin |
| D566,369 | S | 4/2008 | Shek |
| D566,923 | S | 4/2008 | Lin |
| D567,468 | S | 4/2008 | Yang et al. |
| D568,572 | S | 5/2008 | Yang et al. |
| D569,720 | S | 5/2008 | Lablaine |
| 7,374,060 | B2 | 5/2008 | Yang et al. |
| D571,520 | S | 6/2008 | Lin |
| D574,119 | S | 7/2008 | Sofy |
| 7,395,990 | B1 | 7/2008 | Stevens |
| 7,398,913 | B2 | 7/2008 | McClure |
| 7,404,499 | B1 | 7/2008 | Ramsey |
| D574,569 | S | 8/2008 | Yang et al. |
| D576,371 | S | 9/2008 | Zimmerman |
| D578,265 | S | 10/2008 | Presnell |
| D578,266 | S | 10/2008 | Yang et al. |
| D578,268 | S | 10/2008 | Yang et al. |
| D578,722 | S | 10/2008 | Yang et al. |
| 7,438,109 | B1 | 10/2008 | Tidrick |
| D580,120 | S | 11/2008 | Lin |
| D580,613 | S | 11/2008 | Yang et al. |
| D580,615 | S | 11/2008 | Yang et al. |
| D581,622 | S | 11/2008 | Presnell et al. |
| D582,121 | S | 12/2008 | Wang et al. |
| D584,470 | S | 1/2009 | Bizzell et al. |
| D585,171 | S | 1/2009 | Bizzell et al. |
| D585,172 | S | 1/2009 | Lin |
| D585,618 | S | 1/2009 | Yang et al. |
| D586,065 | S | 2/2009 | Lin |
| D586,066 | S | 2/2009 | Lin |
| D586,069 | S | 2/2009 | Lin |
| D586,070 | S | 2/2009 | Lin |
| 7,494,021 | B2 | 2/2009 | Yang et al. |
| D587,874 | S | 3/2009 | Lin |
| D588,321 | S | 3/2009 | Schoofs |
| D589,670 | S | 3/2009 | Smeets |
| D593,271 | S | 5/2009 | Yang et al. |
| 7,530,578 | B2 | 5/2009 | Niemeyer et al. |
| 7,540,396 | B2 | 6/2009 | Yang et al. |
| 7,543,716 | B2 | 6/2009 | Lin |
| D596,820 | S | 7/2009 | Yang et al. |
| 7,559,433 | B2 | 7/2009 | Yang et al. |
| D599,074 | S | 8/2009 | Bizzell et al. |
| D599,971 | S | 9/2009 | Lin |
| D603,119 | S | 10/2009 | Yang et al. |
| 7,607,552 | B2 | 10/2009 | Efstathiou |
| D604,472 | S | 11/2009 | Blanks et al. |
| 7,614,519 | B2 | 11/2009 | Krauth et al. |
| 7,621,420 | B2 | 11/2009 | Bandoh et al. |
| D608,069 | S | 1/2010 | Schoofs |
| 7,656,109 | B2 | 2/2010 | Yang et al. |
| D611,216 | S | 3/2010 | Yang et al. |
| D611,217 | S | 3/2010 | Bizzell et al. |
| D611,671 | S | 3/2010 | Yang et al. |
| 7,694,838 | B2 | 4/2010 | Yang et al. |
| 7,703,622 | B1 | 4/2010 | Bynoe |
| D615,270 | S | 5/2010 | Yang et al. |
| D615,722 | S | 5/2010 | Yang et al. |
| 7,712,285 | B2 | 5/2010 | Stravitz et al. |
| 7,741,801 | B2 | 6/2010 | Fukulzumi |
| 7,748,556 | B2 | 7/2010 | Yang et al. |
| 7,781,995 | B2 | 8/2010 | Yang et al. |
| D623,817 | S | 9/2010 | Yang et al. |
| D625,068 | S | 10/2010 | Shannon |
| 7,806,285 | B2 | 10/2010 | Yang et al. |
| D627,533 | S | 11/2010 | Yang et al. |
| D627,944 | S | 11/2010 | Wang et al. |
| D629,172 | S | 12/2010 | Liao |
| D629,579 | S | 12/2010 | Lin |
| D630,404 | S | 1/2011 | Yang et al. |
| D631,221 | S | 1/2011 | Yang et al. |
| D632,039 | S | 2/2011 | Yang et al. |
| D632,864 | S | 2/2011 | Yang et al. |
| D634,911 | S | 3/2011 | Yang et al. |
| D635,319 | S | 3/2011 | Meyerhoffer |
| 7,896,187 | B2 | 3/2011 | Haibel |
| 7,922,024 | B2 | 4/2011 | Yang et al. |
| 7,950,543 | B2 | 5/2011 | Yang et al. |
| D639,520 | S | 6/2011 | Lin |
| D644,390 | S | 8/2011 | Smeets et al. |
| 7,992,742 | B1 | 8/2011 | Kim |
| 8,006,857 | B2 | 8/2011 | Lin |
| D644,806 | S | 9/2011 | Yang et al. |
| D644,807 | S | 9/2011 | Yang et al. |
| D649,728 | S | 11/2011 | Campbell |
| 8,074,833 | B2 | 12/2011 | Yang et al. |
| 8,096,445 | B2 | 1/2012 | Yang et al. |
| D655,061 | S | 2/2012 | Scaturro |
| 8,136,688 | B2 | 3/2012 | Lee et al. |
| D657,108 | S | 4/2012 | Yang et al. |
| D657,109 | S | 4/2012 | Liao |
| 8,297,470 | B2 | 10/2012 | Yang et al. |
| 8,317,055 | B2 | 11/2012 | Zawrotny et al. |
| D672,520 | S | 12/2012 | Yang et al. |
| D673,750 | S | 1/2013 | Quan |
| D675,802 | S | 2/2013 | Yang et al. |
| D675,803 | S | 2/2013 | Yang et al. |
| 8,393,489 | B1 | 3/2013 | Stravitz |
| 8,418,869 | B2 | 4/2013 | Yang et al. |
| D684,741 | S | 6/2013 | Harris |
| D689,255 | S | 9/2013 | Sun Ting Kung et al. |
| 8,567,630 | B2 | 10/2013 | Yang et al. |
| 8,569,980 | B2 | 10/2013 | Yang et al. |
| 8,575,537 | B2 | 11/2013 | Yao et al. |
| 8,607,932 | B2 | 12/2013 | Cooper et al. |
| 8,672,171 | B2 | 3/2014 | Wynn et al. |
| 8,678,219 | B1 | 3/2014 | Wang et al. |
| 8,686,676 | B2 | 4/2014 | Yang et al. |
| D704,406 | S | 5/2014 | Kern |
| 8,716,969 | B2 | 5/2014 | Yang et al. |
| 8,720,728 | B2 | 5/2014 | Yang et al. |
| D709,662 | S | 7/2014 | Yang et al. |
| 8,766,582 | B2 | 7/2014 | Yang et al. |
| 8,807,378 | B2 | 8/2014 | Kaberna |
| 8,807,379 | B1 | 8/2014 | Hammond |
| D714,510 | S | 9/2014 | Yang et al. |
| D715,575 | S | 10/2014 | Williams et al. |
| D716,015 | S | 10/2014 | van de Leest |
| 8,851,316 | B2 | 10/2014 | Barrett et al. |
| 8,872,459 | B2 | 10/2014 | Yang et al. |
| D717,012 | S | 11/2014 | Han |
| D717,013 | S | 11/2014 | Han |
| D717,014 | S | 11/2014 | Han |
| D717,015 | S | 11/2014 | Han |
| D719,313 | S | 12/2014 | Kao |
| D725,860 | S | 3/2015 | Spivey et al. |
| D725,861 | S | 3/2015 | Yang et al. |
| D730,008 | S | 5/2015 | Yang et al. |
| 9,051,093 | B2 | 6/2015 | Yang et al. |
| D755,461 | S | 5/2016 | Wall |
| D758,686 | S | 6/2016 | Beumer |
| D759,934 | S | 6/2016 | Yang et al. |
| D762,037 | S | 7/2016 | Chen |
| D765,937 | S | 9/2016 | Chen |
| D766,998 | S | 9/2016 | Kao et al. |
| 9,434,538 | B2 | 9/2016 | Yang et al. |
| D770,121 | S | 10/2016 | Chen |

US 11,279,555 B2
Page 5

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D771,344 S | 11/2016 | Yang et al. |
| D773,145 S | 11/2016 | Yang et al. |
| 9,481,515 B2 | 11/2016 | Yang et al. |
| D773,769 S | 12/2016 | Chen |
| 9,573,759 B2 | 2/2017 | Yang et al. |
| 9,586,755 B1 | 3/2017 | Yang et al. |
| D787,828 S | 5/2017 | Thoma et al. |
| D790,145 S | 6/2017 | Chen |
| D793,642 S | 8/2017 | Yang et al. |
| D798,016 S | 9/2017 | Yang et al. |
| D804,133 S | 9/2017 | Yang et al. |
| 9,751,692 B2 | 9/2017 | Yang et al. |
| 9,790,025 B2 | 10/2017 | Yang et al. |
| 9,856,080 B2 | 1/2018 | Yang et al. |
| D820,544 S | 6/2018 | Joseph |
| D825,876 S | 8/2018 | Chen |
| D829,400 S | 9/2018 | Yang et al. |
| D830,029 S | 10/2018 | Greenspoon et al. |
| D835,374 S | 12/2018 | Yang et al. |
| D835,376 S | 12/2018 | Yang et al. |
| D836,278 S | 12/2018 | Berberet et al. |
| D840,628 S | 2/2019 | Chang |
| D845,576 S | 4/2019 | Lu |
| 10,279,996 B2 | 5/2019 | Yang et al. |
| 10,279,997 B2 | 5/2019 | Yang et al. |
| D851,350 S | 6/2019 | Lu |
| D853,067 S | 7/2019 | Chen |
| D855,919 S | 8/2019 | Yang et al. |
| D858,024 S | 8/2019 | Yang et al. |
| D858,923 S | 9/2019 | Yang et al. |
| D861,076 S | 9/2019 | Chen |
| 10,472,170 B2 | 11/2019 | Yang et al. |
| 10,494,175 B2 | 12/2019 | Yang et al. |
| D874,776 S | 2/2020 | Spadotto |
| 10,683,165 B2 | 6/2020 | Yang et al. |
| 10,723,549 B2 | 7/2020 | Yang et al. |
| D901,815 S | 11/2020 | Yang et al. |
| 10,906,738 B2 | 2/2021 | Barry |
| D925,153 S | 7/2021 | Busch |
| D930,933 S | 9/2021 | Yang et al. |
| 11,136,186 B2 | 10/2021 | Yang et al. |
| 2001/0002690 A1 | 6/2001 | Rosky |
| 2001/0020619 A1 | 9/2001 | Pfeifer et al. |
| 2001/0045512 A1 | 11/2001 | Brent |
| 2002/0009567 A1 | 1/2002 | Brand |
| 2002/0066736 A1 | 6/2002 | Pyles |
| 2002/0092853 A1 | 7/2002 | Wang |
| 2002/0096523 A1 | 7/2002 | Pyles |
| 2002/0096524 A1 | 7/2002 | Hardesty |
| 2002/0100758 A1 | 8/2002 | Pyles |
| 2002/0104266 A1 | 8/2002 | Ranaudo |
| 2002/0116924 A1 | 8/2002 | Winkelmann et al. |
| 2003/0089719 A1 | 5/2003 | Berger |
| 2003/0102316 A1 | 6/2003 | Forest |
| 2003/0201265 A1 | 10/2003 | Lin |
| 2003/0205979 A1 | 11/2003 | Papari et al. |
| 2003/0230576 A1 | 12/2003 | Lin |
| 2004/0016243 A1 | 1/2004 | Lin |
| 2004/0028572 A1 | 2/2004 | Sham et al. |
| 2004/0134924 A1 | 7/2004 | Hansen et al. |
| 2004/0140782 A1 | 7/2004 | Okabe et al. |
| 2004/0164077 A1 | 8/2004 | Kuo |
| 2004/0174268 A1 | 9/2004 | Scott et al. |
| 2004/0175303 A1 | 9/2004 | Lin |
| 2004/0199401 A1 | 10/2004 | Wagner |
| 2004/0200938 A1 | 10/2004 | Forlivio |
| 2004/0206758 A1 | 10/2004 | Lin |
| 2004/0206760 A1 | 10/2004 | Gagnebin |
| 2004/0250711 A1 | 12/2004 | Ernst |
| 2004/0251746 A1 | 12/2004 | Ichimaru et al. |
| 2005/0017006 A1 | 1/2005 | Kuo |
| 2005/0017010 A1 | 1/2005 | Siegel et al. |
| 2005/0029281 A1 | 2/2005 | Westermann et al. |
| 2005/0103788 A1* | 5/2005 | Yang .......................... B65F 1/08 |
| | | 220/263 |
| 2005/0129803 A1 | 6/2005 | Umeda et al. |
| 2005/0258177 A1 | 11/2005 | Woodson |
| 2005/0258794 A1 | 11/2005 | Fukuizumi |
| 2006/0027579 A1 | 2/2006 | Yang et al. |
| 2006/0103086 A1 | 5/2006 | Niemeyer et al. |
| 2006/0138149 A1 | 6/2006 | Tracy |
| 2006/0163257 A1 | 7/2006 | Golbert |
| 2006/0175336 A1 | 8/2006 | Wang |
| 2006/0186121 A1 | 8/2006 | Yang et al. |
| 2006/0196874 A1 | 9/2006 | Yang |
| 2006/0237641 A1 | 10/2006 | Moeller et al. |
| 2006/0249510 A1 | 11/2006 | Lin |
| 2006/0278643 A1 | 12/2006 | Chiou |
| 2007/0012699 A1 | 1/2007 | Yang et al. |
| 2007/0034334 A1 | 2/2007 | Ramsey et al. |
| 2007/0045326 A1 | 3/2007 | Tramontina et al. |
| 2007/0090112 A1 | 4/2007 | Kalman et al. |
| 2007/0114847 A1 | 5/2007 | Ichimaru et al. |
| 2007/0181579 A1 | 8/2007 | Kuo et al. |
| 2007/0209846 A1 | 9/2007 | Wilson |
| 2007/0215622 A1 | 9/2007 | Perret |
| 2007/0241109 A1 | 10/2007 | Lin |
| 2007/0266637 A1 | 11/2007 | McGowan |
| 2007/0272691 A1 | 11/2007 | Wang et al. |
| 2007/0289972 A1 | 12/2007 | Wynn et al. |
| 2008/0011754 A1 | 1/2008 | Ramsey |
| 2008/0011910 A1 | 1/2008 | Ramsey |
| 2008/0041863 A1 | 2/2008 | Forest |
| 2008/0083756 A1 | 4/2008 | Daniels |
| 2008/0083757 A1 | 4/2008 | Parker et al. |
| 2008/0099274 A1 | 5/2008 | Seel |
| 2008/0128428 A1 | 6/2008 | Beckerman |
| 2008/0164257 A1 | 7/2008 | Boll et al. |
| 2008/0236275 A1 | 10/2008 | Breed et al. |
| 2008/0257889 A1 | 10/2008 | Kovacevich et al. |
| 2008/0257890 A1 | 10/2008 | Kovacevich et al. |
| 2008/0257891 A1 | 10/2008 | Kovacevich et al. |
| 2008/0264948 A1 | 10/2008 | Kovacevich et al. |
| 2008/0264950 A1 | 10/2008 | Kovacevich et al. |
| 2008/0272119 A1 | 11/2008 | Efstathiou |
| 2008/0272127 A1 | 11/2008 | Kovacevich et al. |
| 2009/0071959 A1 | 3/2009 | Cheung |
| 2009/0084788 A1 | 4/2009 | Yang et al. |
| 2009/0136341 A1 | 5/2009 | Kenyon |
| 2009/0214606 A1 | 8/2009 | Bujard et al. |
| 2009/0230131 A1 | 9/2009 | McDuffie et al. |
| 2009/0261105 A1 | 10/2009 | Cunningham et al. |
| 2009/0266836 A1 | 10/2009 | Mobley |
| 2010/0006572 A1 | 1/2010 | Chiou |
| 2010/0084235 A1 | 4/2010 | Lu |
| 2010/0096894 A1 | 4/2010 | Fukai |
| 2010/0122985 A1 | 5/2010 | Peters et al. |
| 2010/0147865 A1 | 6/2010 | Yang et al. |
| 2010/0170904 A1 | 7/2010 | Kalman et al. |
| 2010/0176126 A1 | 7/2010 | Shikano |
| 2010/0178105 A1 | 7/2010 | Monneret |
| 2010/0193518 A1 | 8/2010 | Tontarelli |
| 2010/0237074 A1 | 9/2010 | Yang et al. |
| 2010/0252557 A1 | 10/2010 | Clements |
| 2010/0294769 A1 | 11/2010 | Lee et al. |
| 2011/0017735 A1 | 1/2011 | Wang et al. |
| 2011/0049149 A1 | 3/2011 | Shih |
| 2011/0056952 A1 | 3/2011 | Borowski et al. |
| 2011/0139781 A1 | 6/2011 | Jin et al. |
| 2011/0272409 A1 | 11/2011 | Kasbohm |
| 2012/0145932 A1 | 6/2012 | Yao et al. |
| 2012/0234849 A1 | 9/2012 | Hughes et al. |
| 2012/0261423 A1 | 10/2012 | Zawrotny et al. |
| 2013/0048641 A1 | 2/2013 | Romano |
| 2013/0097809 A1 | 4/2013 | Weber et al. |
| 2013/0105487 A1 | 5/2013 | Baik |
| 2013/0240592 A1 | 9/2013 | Woodruff |
| 2013/0248533 A1 | 9/2013 | Wolfe et al. |
| 2013/0300119 A1 | 11/2013 | Anzalon et al. |
| 2014/0183193 A1 | 7/2014 | Hammond et al. |
| 2014/0238989 A1 | 8/2014 | Wang et al. |
| 2014/0240964 A1 | 8/2014 | Adachi et al. |
| 2014/0305946 A1 | 10/2014 | Han |
| 2014/0345453 A1 | 11/2014 | Oh et al. |

US 11,279,555 B2

Page 6

(56)　　　　　**References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2015/0251849 | A1 | 9/2015 | Yang et al. |
| 2015/0321841 | A1 | 11/2015 | Salas et al. |
| 2016/0137411 | A1 | 5/2016 | Rogers |
| 2016/0200508 | A1 | 7/2016 | Thoma et al. |
| 2017/0050404 | A1 | 2/2017 | Henken et al. |
| 2017/0127669 | A1 | 5/2017 | Yang et al. |
| 2017/0166167 | A1 | 6/2017 | Heller et al. |
| 2017/0176986 | A1 | 6/2017 | High et al. |
| 2018/0093827 | A1 | 4/2018 | Yang et al. |
| 2019/0077595 | A1 | 3/2019 | Wang et al. |
| 2019/0185263 | A1 | 6/2019 | Yang et al. |
| 2019/0276232 | A1 | 9/2019 | Yang et al. |
| 2020/0148467 | A1 | 5/2020 | Yang et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2519295 | 3/2007 |
| CN | 2075182 U | 4/1991 |
| CN | 2378327 Y | 5/2000 |
| CN | 2467467 Y | 12/2001 |
| CN | 200964993 Y | 10/2007 |
| CN | 101177946 A | 5/2008 |
| CN | 201105898 Y | 8/2008 |
| CN | 201330049 Y | 10/2009 |
| CN | 201372076 Y | 12/2009 |
| CN | 201447201 U | 5/2010 |
| CN | 201512253 U | 6/2010 |
| CN | 201597962 U | 10/2010 |
| CN | 201907743 U | 7/2011 |
| CN | 202213911 U | 5/2012 |
| CN | 103207416 A | 7/2013 |
| CN | 103303618 A | 9/2013 |
| CN | 204587817 U | 8/2015 |
| CN | 205169479 U | 4/2016 |
| CN | 107032015 A | 8/2017 |
| DE | 1610087 | 7/1950 |
| DE | 822376 | 11/1951 |
| DE | 1283741 | 7/1966 |
| DE | 8436939 | 3/1985 |
| DE | 9108341 | 10/1991 |
| DE | 4225936 | 2/1994 |
| DE | 19525885 | 3/1997 |
| DE | 19617823 | 11/1997 |
| DE | 19809331 | 5/1999 |
| DE | 19811991 A1 | 9/1999 |
| DE | 29918687 | 3/2000 |
| DE | 19933180 | 1/2001 |
| DE | 10148997 | 4/2003 |
| DE | 20305521 U1 | 6/2003 |
| DE | 20217561 | 3/2004 |
| DE | 10337806 A1 | 3/2005 |
| EP | 0582240 | 7/1993 |
| EP | 0903305 A1 | 3/1999 |
| EP | 0906876 | 4/1999 |
| EP | 1094017 A1 | 4/2001 |
| EP | 1162161 | 12/2001 |
| EP | 1361176 A1 | 11/2003 |
| EP | 1136393 B1 | 4/2004 |
| EP | 1447342 A2 | 8/2004 |
| EP | 1600373 A2 | 11/2005 |
| EP | 1647503 A1 | 4/2006 |
| EP | 1686073 A1 | 8/2006 |
| EP | 1918223 A1 | 5/2008 |
| EP | 2343250 A1 | 7/2011 |
| EP | 3042864 A1 | 7/2016 |
| FR | 2887152 | 12/2006 |
| GB | 1555543 A | 11/1979 |

| | | |
|---|---|---|
| GB | 2384418 | 7/2003 |
| JP | 02-152670 | 6/1990 |
| JP | H06-56011 | 8/1994 |
| JP | 06-272888 | 9/1994 |
| JP | 2004-106713 | 4/2004 |
| JP | 2004-231237 | 8/2004 |
| JP | D1300450 | 5/2007 |
| JP | D1300451 | 5/2007 |
| JP | D1322056 | 2/2008 |
| JP | D1398668 | 10/2010 |
| KR | 20040087306 A | 10/2004 |
| KR | 3003841370000 | 6/2005 |
| KR | 3004095430000 | 3/2006 |
| KR | 3004095430001 | 7/2006 |
| NL | 6908550 | 12/1970 |
| TW | 183920 | 5/1992 |
| TW | 230977 | 9/1994 |
| TW | D112733 | 9/2006 |
| TW | D129485 | 7/2009 |
| TW | D133382 | 2/2010 |
| TW | D133678 | 3/2010 |
| TW | 145989 | 3/2012 |
| TW | D162495 | 8/2014 |
| TW | 201720729 | 6/2017 |
| WO | WO 92/02430 A1 | 2/1992 |
| WO | WO 96/33671 | 10/1996 |
| WO | WO 2005/080232 A1 | 9/2005 |
| WO | WO 2006/079263 A1 | 8/2006 |
| WO | WO 2007/139570 | 12/2007 |
| WO | WO 2009/114495 A1 | 9/2009 |
| WO | WO 2015/134902 A1 | 9/2015 |
| WO | WO 2015/138625 A1 | 9/2015 |
| WO | WO 2016/054109 A1 | 4/2016 |

OTHER PUBLICATIONS

U.S. Appl. No. 15/476,285, filed Mar. 31, 2017, Yang et al.
Office Action in corresponding European Patent Application No. 17159265.2, dated Jul. 1, 2019, in 6 pages.
Trento Corner 23 Trash Can, Hailo product webpage, May 2008, http://www.hailo.de/html/default.asp?site=12_71_107&lang=en.
Simplehuman Liner Rim Dual Bucket Rectangular Recycler with Liner Pocket, Stainless Steel, 58 Liter / 15 Gallon, Item No. CW2025, www.Amazon.com, site visited Dec. 29, 2015.
Web page showing picture of Hero Bullet trash can, archived Nov. 17, 2004, downloaded from http://web.archive.org/web/20041117003115/http://www.simplehuman.com/images/hero_bullet.jpg.
Extended European Search Report for European Patent Application No. 17159265.2, dated Jun. 26, 2017, in 10 pages.
Office Action in corresponding European Patent Application No. 17159265.2, dated Nov. 16, 2018, in 6 pages.
U.S. Appl. No. 29/747,968, filed Aug. 26, 2020, Yang et al.
U.S. Appl. No. 29/747,945, filed Aug. 26, 2020, Yang et al.
Alzashop.com, Simplehuman 45L Pedal Rectangular White Plastic Stainless Steel Trash Can, https://www.alzashop.com/simplehuman-45l-pedal-rectangular-white-plastic-stainless-stell-d5841987.htm, site visited Jul. 20, 2021, in 3 pages.
Office Action in corresponding Chinese Patent Application No. 201710123436.3, dated Feb. 1, 2021, in 19 pages.
Office Action in corresponding Chinese Patent Application No. 201710123436.3, dated Aug. 26, 2021, in 16 pages.
Office Action in corresponding Taiwanese Patent Application No. 106106934, dated Dec. 28, 2020, in 11 pages.
Search Report in corresponding Taiwanese Patent Application No. 106106934, dated Dec. 24, 2020, in 1 page.

* cited by examiner



FIG. I

FIG. 2





FIG. 3



FIG. 4



FIG. 5



FIG. 6

Case 4:25-cv-00503-KGB    Document 1    Filed 05/22/25    Page 108 of 191



FIG. 7



FIG. 8



FIG. 9

Case 4:25-cv-00503-KGB    Document 1    Filed 05/22/25    Page 110 of 191

FIG. 10A



# FIG. 10B





FIG. 10C



FIG. IIA

FIG. IIB





FIG. IIC



FIG. 12

Case 4:25-cv-00503-KGB    Document 1    Filed 05/22/25    Page 117 of 191



FIG. 13



FIG. 14



FIG. I5



*300*

Start

Obtain a body unit — *301*

Obtain a lower base portion — *303*

Obtain a foot pedal — *305*

Pivotally connect the foot pedal with the lower base portion — *307*

Insert first end of a motion damper into a recess in the lower base portion — *309*

Insert a second end of the motion damper into a recess in the foot pedal — *311*

End

FIG. 16

US 11,279,555 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# RECEPTACLE ASSEMBLIES WITH MOTION DAMPERS

## CROSS REFERENCE

This application is a continuation of U.S. patent application Ser. No. 15/448,245, filed Mar. 2, 2017, now U.S. Pat. No. 10,494,175, which claims the priority benefit under 35 U.S.C. § 119 of U.S. Patent Application No. 62/303,166, filed Mar. 3, 2016, the entirety of which is incorporated by reference herein. This application also incorporates by reference the entirety of U.S. patent application Ser. No. 29/557,032, filed Mar. 4, 2016.

## BACKGROUND

### Field

This disclosure relates to receptacle assemblies with motion dampers, such as trash cans that have a motion damper for slowing a closing motion of a lid.

### Description of Certain Related Art

Trash cans are containers for holding trash and other waste. Some trash cans have a lid to contain the trash and its associated odor. Some trash cans have a foot pedal positioned adjacent a base of the trash can so that a user can step on the foot pedal to open the lid of the trash can.

## SUMMARY

Various embodiments of receptacle assemblies, such as trash cans, are disclosed. In some embodiments, the receptacle assembly includes a body portion and a base unit. The body portion can comprise an interior space. The receptacle assembly can include a lid portion movably engaged with the body portion. The lid portion can be configured to move between an open position and a closed position. The receptacle assembly can include a pedal portion operably connected with the lid such that moving the pedal portion moves the lid portion between the open position and the closed position. For example, a linkage, such as a rod, can operably connect the lid portion and the pedal portion. The receptacle assembly can include a motion damper configured to dampen motion of the pedal portion and/or the lid portion. The motion damper can be positioned near a front of the body portion and/or above a front portion of the pedal portion. The receptacle assembly can include a secondary motion damper, such as a damper positioned in a rear of the receptacle assembly. The secondary motion damper can be configured to dampen movement of the lid, such as during movement from the closed position to the open position and/or from the open position to the closed position.

For purposes of summarizing the disclosure, certain aspects, advantages and features of the inventions have been described herein. Not necessarily any or all such advantages are achieved in accordance with any particular embodiment of the inventions disclosed herein. No aspects of this disclosure are essential or indispensable. Neither the preceding summary nor the following detailed description purports to limit or define the scope of protection. The scope of protection is defined by the claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

The abovementioned and other features of the embodiments disclosed herein are described below with reference to the drawings. The drawings show embodiments that are intended to illustrate, but not to limit, the scope of this disclosure. Various features of the different disclosed embodiments can be combined to form further embodiments, which are part of this disclosure.

FIG. 1 schematically illustrates an embodiment of a receptacle assembly.

FIG. 2 illustrates a front, top, left side perspective view of an embodiment of a receptacle assembly with a lid in a closed position.

FIG. 3 illustrates a front, top, left side perspective view of the receptacle assembly of FIG. 2 with the lid in an open position.

FIG. 4 illustrates a front elevation view of the receptacle assembly of FIG. 2.

FIG. 5 illustrates a rear elevation view of the receptacle assembly of FIG. 2.

FIG. 6 illustrates a left-side elevation view of the receptacle assembly of FIG. 2, the right side being a mirror image.

FIG. 7 illustrates a top plan view of the receptacle assembly of FIG. 2.

FIG. 8 illustrates a bottom plan view of the receptacle assembly of FIG. 2.

FIG. 9 illustrates a perspective exploded view of a base unit of the receptacle assembly of FIG. 2.

FIGS. 10A and 10B respectively illustrate perspective and side cross-sectional views of the receptacle assembly of FIG. 2.

FIG. 10C illustrates a close-up view of a portion of FIG. 10B.

FIGS. 11A and 11B respectively illustrate perspective and side cross-sectional views of the receptacle assembly of FIG. 3.

FIG. 11C illustrates a close-up view of a portion of FIG. 11B.

FIG. 12 illustrates a cross-sectional view along the line 12-12 of FIG. 5.

FIG. 13 illustrates a front, top, left side perspective view of another embodiment of a receptacle assembly with a lid in a closed position.

FIG. 14 illustrates a side perspective cross-sectional view of the receptacle assembly of FIG. 13.

FIG. 15 illustrates a rear perspective cross-sectional view of the receptacle assembly of FIG. 13.

FIG. 16 schematically illustrates a method of manufacturing a receptacle assembly.

## DETAILED DESCRIPTION OF CERTAIN EMBODIMENTS

Various receptacle assemblies are described. The receptacle assemblies are described in the context of a trash can, due to particular utility in that context. However, the embodiments and inventions disclosed herein can also be applied to other types of devices and other environments, such as recycling bins, diaper pails, medical waste bins, or otherwise. No features, structure, or step disclosed herein is essential or indispensable.

### 1. Overview

FIG. 1 schematically illustrates an embodiment of a receptacle assembly 10, such as a trash can. As shown, the receptacle assembly 10 can include a body unit 12, lid unit 14, and base unit 16. The body unit 12 can have a front F and

US 11,279,555 B2

**3**

a rear R, such as a front wall and a rear wall. The body unit 12 can include a chamber C for receiving articles, such as trash.

The lid unit 14 can be coupled with the body unit 12. The lid unit 14 can include a lid that can be moved (e.g., pivoted) relative to the body unit 12 between open and closed positions. In certain embodiments, in the open position, the lid is generally vertical and, in the closed position, the lid is generally horizontal. With the lid in the open position, a user can readily access the chamber C in the body unit 12.

The base unit 16 can be coupled with the body unit 12. As shown, the base unit 16 can include an actuator, such as a foot pedal 18. The foot pedal 18 can be operably connected with the lid unit 14 such that movement of the foot pedal 18 results in movement of the lid 14. For example, the foot pedal 18 can be operably connected with the lid 14 with a linkage, such as a rod, such that depressing the foot pedal 18 opens the lid 14.

As also shown, the base unit 16 can include a motion damper 20. The motion damper 20 can be configured to dampen movement of the lid 14 and/or the foot pedal 18. As schematically illustrated, in some embodiments, the motion damper 20 is positioned near (e.g., adjacent) the front F of the body unit 12. As also schematically illustrated, a portion of the motion damper 20 can be higher than the foot pedal 18 and/or a portion of the motion damper 20 can be lower than the chamber C. In certain variants, the motion damper 20 is received at least partly in the foot pedal 18, such as in a recess in the foot pedal 18. In some embodiments, when a user depresses a front portion of the foot pedal 18, the lid 14 opens; and when the user releases the foot pedal 18, the lid 14 closes and the motion damper 20 dampens movement of the foot pedal 18 and/or the lid 14.

FIGS. 2-12 illustrate another embodiment of a receptacle assembly 110, which can include any combination of the features of the receptacle assembly 10. Many of the features of the receptacle assembly 110 are the same as, or similar to, the features described above in connection with the receptacle assembly 10. To illustrate such correspondence, many of the numerals used to identify features of the receptacle assembly 110 are incremented by a factor of one hundred relative to the numerals used in connection with the receptacle assembly 10. This numbering system is used throughout this specification. Any component or step disclosed in any embodiment in this specification can be used in any other embodiment.

As shown, the receptacle assembly 110 can include a body unit 112, a lid unit 114, and a base unit 116. The base unit 116 can include a foot pedal 118 and a motion damper 120. These and other features are described in more detail below.

### 2. Body Unit

The body unit 112 can include a front wall F, a rear wall R, and a chamber C that is configured to receive articles, such as trash. In some embodiments, the front and rear walls are connected by sidewalls. For purposes of presentation, the figures show the body unit 112 as having a semi-cylindrical shape (e.g., rounded in front and generally flat in the rear). However, other shapes are also within the scope of this disclosure, such as cylindrical, right rectangular prismatic, rectangular cuboidic, or rectangular parallelepipedic, etc. In certain embodiments, the body unit 112 is formed of metal (e.g., sheet stainless steel, sheet aluminum, etc.), plastic, or other materials. For example, the body unit 112 can comprise a shell formed of stainless sheet, such as 23 to 26 gauge stainless sheet. Further details regarding the body unit 112

**4**

and other features can be found in U.S. Pat. No. 9,051,093, issued Jun. 9, 2015, the entirety of which is hereby incorporated by reference herein.

In various embodiments, the body unit 112 has an upper peripheral edge that is configured to engage with a liner, such as a trash bag. For example, some embodiments have a peripheral edge with an outward flange configured to engage with and retain the lip of a trash bag. In certain variants, the peripheral edge comprises a rounded (e.g., rolled-over) metal edge. The trash bag can hang downwardly from the peripheral edge into the chamber C. In some embodiments, the body unit 112 is configured to directly receive the trash bag, without the need for a separate generally rigid liner bucket that fits inside the body unit 112. For example, as described in more detail below, the base unit 116 can have a generally upwardly facing bottom interior surface that can support a bottom of the trash bag.

Some variants include a generally rigid liner bucket, such as a bucket made from hard plastic. The liner bucket can be received in the chamber C and can include an upper peripheral edge configured to engage with a trash bag. A portion of the trash bag can hang downwardly from the attached upper edge into the liner bucket. In some variants, the liner bucket is configured to contain leaks and/or spills from the trash bag. For example, in some embodiments, a bottom of the liner bucket has no holes visible to a user.

### 3. Lid Unit

The lid unit 114 can include a lid 122 that is moveably coupled with the body unit 112, such as with a hinge. The lid 122 can be configured to pivot relative to the body unit 112. This can enable the lid 122 to rotate into the open position to open the receptacle assembly 110 (e.g., to allow a user to insert trash into a trash bag in the chamber C) and to rotate into the closed position to close the receptacle assembly 110. In various embodiments, in the closed position the lid 122 is at an angle of about 0° (e.g., relative to horizontal) and/or in the open position the lid 122 is at an angle of about 90°. In some embodiments, in the open position, the lid 122 is at an angle of less than 90°, such as less than or equal to about: 65°, 70°, 75°, 80°, 85°, angles between the aforementioned angles, or other angles.

As shown, the lid unit 114 can include a trim member 124. In some embodiments, the trim member 124 can receive the lid 122 (when in the closed position) and/or can obscure the upper peripheral edge of the body unit 112 (which can be engaged with the trash bag). In some implementations, the trim member 124 is pivotally connected with the rear region R of the body unit 112. For example, the trim member 124 can be pivotally coupled to the rear region R and configured to rotate about a pivot axis in common with the lid 122. The trim member 124 can be made of various materials, such as plastic or metal. The trim member 124 and the body unit 112 can be made from the same or different materials. For example, the trim member 124 and the body unit 112 can comprise a plastic material. In some embodiments, the trim member 124 can engage and/or overlap the upper edge of the body unit 112. Further details regarding the trim member and other features can be found in U.S. Patent Application Publication No. 2013/0233857, filed Mar. 6, 2013, the entirety of which is hereby incorporated by reference herein.

The lid unit 114 can be connected with a force-communicating linkage, such as a rod 126. As illustrated, the rod 126 can extend from a region at or near the lid unit 114 to a region at or near the foot pedal 118. The rod 126 can

US 11,279,555 B2

5

include an elongate portion (e.g., a majority of the length of the rod) that is generally parallel to the longitudinal axis of the receptacle assembly 110.

The rod 126 can include an upper portion interfaced with the lid unit 114 and a lower portion interfaced with the foot pedal 118. For example, the upper portion of the rod 126 can engage with an engagement region (e.g., a slotted receiving structure) of the lid 122 and the lower portion can engage with a rear feature (e.g., an aperture) of the foot pedal 118. As described in more detail below, depressing the front portion of the foot pedal 118 can move the rear portion of the foot pedal 118 upward, which drives the rod 126 upward, which in turn drives the lid 122 toward the open position. Releasing the front portion of the foot pedal 118 allows the rear portion of the foot pedal 118 to move downward, which allows the rod 126 to move downward, which in turn allows the lid 122 to move toward the closed position.

In various embodiments, the receptacle assembly 110 is configured such that the rod 126 does not occupy space in the chamber C and/or does not engage with a trash bag in the chamber C. For example, as illustrated, the lower portion of the rod 126 can pass through an opening in the base unit 116 and extend upward external to the body unit 112. As further illustrated, in some embodiments, the entire rod 126 that is higher than the base unit 116 is located external to the body unit 112. In some embodiments, the connection between the rod 126 and the lid unit 114 can be positioned in a rear housing 128 and can be external to the chamber C. In various implementations, some or all of the rod 126 is located outside of the chamber C. For example, in some embodiments, no portion of the rod 126, or at least not a majority of the rod 126, is in the chamber C.

### 4. Base Unit

The receptacle assembly 110 can be configured to rest on the base unit 116. The base unit 116 can be positioned lower than, and configured to support, the body unit 112 and the lid unit 114. The body unit 112 can extend upward from the base unit 116. In some embodiments, the body unit 112 and the base unit 116 are made of different materials, such as the base unit 116 being plastic and the body unit 112 being metal (e.g., stainless steel).

#### 4A. Upper and Lower Base Portions

As illustrated in FIG. 9, the base unit 116 can include a lower base portion 130 and an upper base portion 132. In some embodiments, the lower base portion 130 and the upper base portion 132 are unitary components (e.g., are integrally formed). In certain variants, the lower base portion 130 and the upper base portion 132 are separate components. The lower base portion 130 and the upper base portion 132 can be connected together, such as with fasteners, mating hooks and slots, or otherwise. The lower base portion 130 can include feet or other features to enable the receptacle assembly 110 to rest stably on a floor or other generally horizontal surface. As described in more detail below, the lower base portion 130 can engage with the foot pedal 118.

The upper base portion 132 can include a generally upwardly facing surface S, which can form the bottom boundary of the chamber C that can receive a trash bag. As shown, the surface S can be generally concave or generally bowl-shaped. For example, as shown, the surface S can comprise a generally sloped or slanted region (e.g., positioned generally on or around the periphery) and/or a generally flat or generally planar region (e.g., positioned generally horizontally in a central or inner area). In some

6

embodiments, the surface S is free of moving components (e.g., dampers, foot pedal components, cross bars, linkage rods, etc.) and/or substantial bumps, protrusions, recesses, and/or other features that produce appreciable unevenness.

The surface S can be configured to support and/or inhibit damage to a trash bag in the chamber C. For example, the surface S can be configured to reduce the chance of snagging, rubbing, and/or pinching the trash bag, which could tear or otherwise harm the trash bag. In some embodiments, the surface S is substantially continuous and/or provides substantially constant support for the bottom of the trash bag from one lateral side of the chamber C to an opposite lateral side of the chamber C. In certain variants, the surface S is generally smooth, generally continuous, and/or generally unobstructed. In some embodiments, the surface S facilitates a generally even distribution of articles (such as trash) inside of the trash bag about the interface between the surface S and the trash bag.

In certain variants, a rear portion of the surface S comprises a rear corner S'. The rear corner S' can extend along a rear portion of the chamber C of the receptacle assembly 110. As shown in FIG. 9, the rear corner S' can be rounded. For example, as shown, the rear corner S' can comprise a substantially continuous curve from one lateral side of the chamber C to an opposite lateral side of the chamber C. In some implementations, the rear corner S' is generally smooth, generally continuous, and/or generally unobstructed. For example, in some variants, the rear corner S' does not include an upward and/or radially inward projection (such as a projection to make room for a damper located below beneath the projection). The lack of such a projection can, for example, provide additional room for the trash bag to expand in the chamber C and/or can reduce the chance of damage to the trash bag.

In some embodiments, the height of the lower base portion 130 is less or substantially less than the height of the upper base portion 132. In certain variants, the uppermost surface of the lower base portion 130 is closer to the bottom of the receptacle assembly 110 than to the middle and/or top of the receptacle assembly 110. In some embodiments, the height of the lower base portion 130 is less than or equal to about one-fourth of the height of the upper base portion 132. In certain embodiments, the height of the lower base portion 130 is less than or equal to about one-eighth of the height of the upper base portion 132.

#### 4B. Foot Pedal

As previously mentioned, the receptacle assembly can include an actuator, such as a foot pedal 118. In some embodiments, the foot pedal 118 can include a pedal bar 134 that couples with the lower base portion 130. For example, the pedal bar 134 can be pivotally coupled with the lower base portion 130 such that at least the front portion of the pedal bar 134 can be pivoted relative to the lower base portion 130 (e.g., to enable a user to press on and move the front portion of the pedal). As shown, the pedal bar 134 can extend out from a front region of the lower base portion 130 so as to provide access by a user's hand or foot. For example, the pedal bar 134 can extend through apertures 136 in the lower base portion 130.

As previously mentioned, the foot pedal 118 can be operatively connected with the lid unit 114 with a linkage, such as the rod 126. When the foot pedal 118 is moved from a resting position to an actuated position, the lid 122 can be moved from the closed position to the open position. As used herein, the term "resting position" refers to a position in which the foot pedal 118 normally resides when not being actuated by a user, such as when a front portion of the foot

US 11,279,555 B2

7

8

pedal 118 is pivoted towards an upper position. As used herein, the term "actuated position" refers to a position in which the pedal 118 is located during or upon completion of actuation by a user, such as when a front portion of the foot pedal 118 is pressed downward by a user. In various embodiments, in response to the front portion of the foot pedal 118 being depressed, the rear portion of the pedal bar 134 can pivot upward, which can move the rod 126 generally upward, which in turn can drive the lid 122 toward the open position. In various embodiments, in response to the front portion of the foot pedal 118 being released, the weight of the lid unit 114 can encourage the lid 122 to move toward the closed position, which can move the rod generally downward, which in turn can pivot the rear portion of the pedal bar 134 downward and/or the front portion of the pedal bar 134 upward.

In certain implementations, the lid 122 and/or the foot pedal 118 are biased toward the closed and resting positions, respectively, by way of various devices or configurations. For example, the force of gravity and/or the weight of the lid 122 can encourage the lid 122 toward the closed position, such as when a user has released the pedal 118 or otherwise is applying substantially no downward force on the foot pedal 118. Some embodiments include springs or other force-providing members to bias the lid 122 toward the closed position, and/or the foot pedal 118 to the resting position.

As shown, the pedal bar 134 can include a movement control element, such as a stop block 138. The stop block 138 can be located on the rear portion of the pedal bar 134. When the foot pedal is depressed, the stop block 138 can engage with (e.g., abut against) the upper base portion 132, which can inhibit or prevent further upward movement of the rear portion of the pedal bar 134. In some embodiments, the movement control element includes a dampening feature, such as a rubber bumper, which can reduce the impact with which the stop block 138 contacts the upper base portion 132 and/or can reduce the amount of noise created by such impact.

4C. Motion Damper

As shown in FIGS. 10A-11C, the base unit 116 can include the motion damper 120. The motion damper 120 can be any type of dampening device, rotary dampening device, friction dampening device, fluid dampening device with liquid or gaseous working fluids (e.g., an air damper), biasing member (e.g., a spring), or otherwise. In some embodiments, the motion damper 120 comprises a linear dampening device, such as a device that extends and contracts along a straight line. In some embodiments, the motion damper 120 comprises a single-directional fluid (e.g., air or hydraulic) damper that is configured to slow down linear movement before reaching a final position and/or to provide a controlled return to a starting position. The motion damper 120 can include a housing with an inner cavity, a piston that reciprocates in the cavity, and a connecting rod coupled with the piston. Fluid pressure in the cavity can inhibit movement of the piston, thereby providing a dampening influence. In certain embodiments, the motion damper 120 comprises a Titus damper, such as Item No. 960-0378, available from TitusPlus or Titus Tool Co. Inc. In some implementations, at a temperature of about 20° C., the motion damper 120 operates with a dynamic force of about 200N±30N and/or a velocity of less than or equal to about 740 mm/min. Further details about the motion damper 120 and other features can be found in U.S. Pat. No. 8,418,869, issued Apr. 16, 2013, the entirety of which is hereby incorporated by reference herein.

The motion damper 120 can be configured to dampen and/or regulate the movement of one or more of the components of the receptacle assembly 110. For example, the motion damper 120 can dampen (e.g., slow and/or control) movement of the lid 122 between the open and closed positions, such as from the open position toward the closed position and/or from the closed position toward the open position. In some embodiments, when the lid 122 is in the open position and the user releases the front portion of the foot pedal 118, the weight of the lid 122 and/or the front portion of the foot pedal 118 can encourage the lid unit 114 to move toward the closed position. This can cause the foot pedal 118 to move, which can cause the motion damper's piston to move in the chamber and be inhibited by fluid pressure, thereby causing the foot pedal's movement to be dampened. Such dampening can be transmitted, via the rod 126, from the foot pedal 118 to the lid unit 114. This can provide graceful and controlled movement of the lid 122 and/or can reduce or eliminate an audible noise (e.g., clanging) when the lid 122 closes against the body unit 112.

In certain embodiments, the motion damper 120 is a one-way damper, which provides dampening in only one direction. For example, in some embodiments, the motion damper 120 provides dampening only during a closing movement of the lid 122. In certain variants, the motion damper 120 provides dampening only during an opening movement of the lid 122. In some variants, the motion damper 120 is a two-way damper, which provides dampening when the lid 122 is moved from the closed position toward the open position and from the open position toward the closed position. In some implementations, the motion damper 120 is configured to provide more resistance (e.g., dampening force) when the lid 122 is being closed than when the lid 122 is being opened.

As shown in FIGS. 10B and 11B, a first (e.g., upper) end of the motion damper 120 can be engaged with the lower or upper base portion 130, 132 and a second (e.g., lower) end of the motion damper 120 can be engaged with the foot pedal 118. For example, the first end of the motion damper 120 can be received in a recess 140 in the lower base portion 130 and the second end of the motion damper 120 can be received in a recess 142 in the foot pedal 118. In some implementations, when the foot pedal 118 is in the resting position, a majority of the motion damper 120 is received in the recess 140 in the lower base portion 130. In certain variants, when the foot pedal 118 is in the resting position, a majority of the motion damper 120 is received in the recess 142 in the foot pedal 118. In some implementations, in a vertical plane intersecting the motion damper 120, lower base portion 130, and foot pedal 118, the motion damper 120 is positioned between the lower base portion 130 and foot pedal 118. For example, the motion damper 120 can be sandwiched by the lower base portion 130 and foot pedal 118.

As illustrated, the motion damper 120 can be positioned above the foot pedal 118. For example, a lowest portion (e.g., the second end) of the motion damper 120 can be above a portion (e.g., the base of the recess 142) of the foot pedal 118 and/or an upper portion (e.g., the first end) of the motion damper 120 can be positioned below a portion (e.g., the base of the recess 140) of the lower base portion 130. In certain variants, the motion damper 120 does not engage the rod 126, such as via a bracket. In some embodiments, the motion damper 120 directly engages the foot pedal 118. For example, the motion damper 120 can directly dampen move-

US 11,279,555 B2

9                                                    10

ment of the foot pedal 118, rather than dampening movement of the rod to indirectly dampen movement of the foot pedal.

In some embodiments, the first end of the motion damper 120 remains substantially stationary relative to the lower base portion 130 and the second end of the motion damper 120 is configured to move relative to the foot pedal 118. For example, when the foot pedal 118 is depressed by a user, the second end of the motion damper 120 can slide along a portion of the recess 142 in the foot pedal 118. In certain variants, the second end of the motion damper 120 remains substantially stationary relative to the foot pedal 118 and the first end of the motion damper 120 is configured to move relative to the lower base portion 130. In some embodiments, one or both ends of the motion damper 120, the base of the recess 140, and/or the base of the recess 142 are rounded (e.g., hemispherical). This can facilitate movement of the motion damper 120 relative to the foot pedal 118.

As shown in FIGS. 10B and 10C, in some embodiments, when the foot pedal 118 is in the resting position, the motion damper 120 is substantially completely bounded by the foot pedal 118 and the lower base portion 130. For example, the motion damper 120 can be completely or substantially completely enclosed within, surrounded by, and/or encapsulated between the foot pedal 118 and the lower base portion 130. The motion damper 120 being substantially completely bounded can support the motion damper 120, maintain the motion damper 120 in position, protect the motion damper 120 from dirt and damage, and/or aid in hiding the motion damper 120 from view.

Certain embodiments are configured to compensate for and/or offset the length of the motion damper 120. For example, in some implementations, the sum of the depth of the recess 140, 142 is greater than or equal to the longitudinal length of the housing of the motion damper 120. In some embodiments, the motion damper 120 does not increase the height of the base unit 114 and/or the receptacle assembly 110 overall.

In some embodiments, the motion damper 120 is positioned between the base of the recess 140 and the base of the recess 142. For example, the motion damper 120 can span the length between such bases. The motion damper 120 can be configured to expand and contract to adjust for movement of the bases. For example, when the front portion of the foot pedal 118 is depressed by a user, the front portion of the foot pedal 118 pivots downward. This can move the front portion of the foot pedal 118 away from the upper base portion 132, which moves the base of the recess 142 away from the base of the recess 140. The motion damper 120 can increase in length a corresponding amount to continue to span between the bases. When the front portion of the foot pedal 118 is released by a user, the front portion of the foot pedal 118 can pivot upward, which moves the front portion of the foot pedal 118 toward the upper base portion 132 and moves the base of the recess 142 toward the base of the recess 140. The motion damper 120 can decrease in length a corresponding amount to continue to span between the bases.

The motion damper 120 can be located near the front wall F of the receptacle assembly 110. For example, as shown in FIG. 10B, the motion damper 120 can be positioned closer to a front wall of the body portion than to a rear wall of the body portion. The motion damper 120 can be positioned adjacent or directly adjacent the front wall of the body portion. In certain embodiments, the motion damper 120 is positioned closer to the frontmost portion of the foot pedal 114 than the rearmost portion of the foot pedal 114. As a function of the front-to-rear width of the body unit 112, the

motion damper 120 can be located in the front half, front third, front quarter, front eighth, front sixteenth, or otherwise. In some implementations, the motion damper 120 is not connected with a rear portion of the receptacle assembly, such as not being fastened to a rear wall of the body unit 112. In certain variants, the motion damper 120 is not located in, and/or does not extend into, the chamber C. In some embodiments, the motion damper 120 is not connected to a top of the base unit 116 and/or is not exposed in the chamber C. In some implementations, the motion damper 120 is located inside the base unit 116 and/or is not positioned on an exterior surface of the receptacle assembly 110.

The motion damper 120 can be positioned frontward of a center of the receptacle assembly 110. As illustrated in FIG. 10B, the receptacle assembly 110 can have a longitudinal axis L1 (which is spaced apart from the frontmost portion of the foot pedal 118 by a distance D1) and the motion damper 120 can have a longitudinal axis L2 (which is spaced apart from the frontmost portion of the foot pedal 118 by a distance D2). The distance D1 can be substantially greater than the distance D2. For example, the ratio of D1 to D2 can be at least about: 2.0, 2.25, 2.5, 2.75, 3.0, ratios between the aforementioned ratios, or other ratios. As can be seen in FIG. 10B, the longitudinal axis L2 of the motion damper 120 can be generally parallel with the longitudinal axis L1 of the receptacle assembly 110. In some variants, the longitudinal axis L2 is less than or equal to about 5° from exactly parallel with the longitudinal axis L1. As can be seen in FIG. 10B, in certain embodiments the distance between the motion damper 120 and the front wall F of the body 112 is less than or equal to the distance from the front of the foot pedal 118 to the front wall F of the body 112. In some embodiments, the distance between the motion damper 120 and the front wall F of the body 112 is less than or equal to the distance from the top of the foot pedal 118 to the bottom of the base unit 116 and/or the amount of travel of the front of the foot pedal 118 between the resting and actuated positions.

Locating the motion damper 120 near the front F of the receptacle assembly 110 can have certain benefits. For example, compared to some trash cans with dampers located at a rear of the trash can (e.g., on a rear wall of the trash can), locating the motion damper 120 near the front F of the receptacle assembly 110 can increase the length of travel of the motion damper 120 as the lid 122 moves between the open and closed positions. This increase in length can allow the motion damper 120 to counteract the motion of the foot pedal over a longer distance, which can reduce stress on the motion damper 120, can allow the damper to provide an increased dampening force, and/can enable higher resolution of dampening on the foot pedal 118.

In some embodiments, the motion damper 120 is located in a lateral middle region of the receptacle assembly 110. For example, the motion damper 120 can be located on or near a midpoint of the distance between lateral sidewalls of the body unit 112. As illustrated in FIG. 9, the motion damper 120 can be positioned at or near a lateral middle of the foot pedal 118, such as a lateral middle of a front support section that is contained within the lower base portion 130. This can reduce twisting or rocking of the foot pedal 118 during dampening, facilitate protecting the motion damper 120, or otherwise. As shown, the front support section, or other portions of the foot pedal 118, can include reinforcement members, such as ribs, struts, or otherwise. In some variants, from a top plan view, the reinforcement members form spaces that hexagonal, rectangular, triangular, or another shape. This can reduce the weight of, and/or the amount of material in, the foot pedal 118.

US 11,279,555 B2

11

Certain embodiments are configured to protect, conceal, or obscure the motion damper 120. For example, the motion damper 120 can be positioned entirely inside the base unit 116, which can shield the motion damper 120 and reduce the chance of the motion damper 120 being damaged. As mentioned above, the motion damper 120 can be located under the upper base portion 132 and/or the lower base portion 130. This can protect the motion damper 120 from damage when trash is thrown into a trash bag in the chamber C. In some embodiments, the motion damper 120 is not visible to, and/or accessible by, a user during normal use of the receptacle assembly 110. For example, the motion damper 120 is hidden when the receptacle assembly 110 is viewed from the external front, rear, side, and top (see, e.g., FIGS. 2-7). In certain embodiments, the motion damper 120 is hidden when a user looks down into the interior of the chamber C (see FIG. 12), such as when the user is removing and/or replacing the trash bag. Thus, in some embodiments, the motion damper 120 is hidden both internally and externally.

As illustrated, some embodiments include a single motion damper 120. Some embodiments include a plurality of motion dampers 120, such as two, three, four, or more. For example, certain variants have a first motion damper on a first lateral side of the foot pedal 118 and a second motion damper on a second lateral side of the foot pedal 118. Certain embodiments have multiple motion dampers positioned within the footprint of the foot pedal 118. For example, a plurality of motion dampers can be located on a front-to-rear centerline of the foot pedal 118.

As shown in FIG. 5, the rear wall of the body unit 112 can be substantially continuous and uninterrupted. For example, in some variants, the rear wall of the body unit 112 does not include an opening that permits access to a motion damper 120 and/or a door that covers a motion damper 120. In some embodiments, the rear wall of the body unit 112 includes a single vertical seam (e.g., a seam from ends of sheet metal used to form the body unit 112), yet the rear wall can still be considered to be substantially continuous and uninterrupted.

In some embodiments, an upper part of the recess 140 of the lower base portion 130 can be contained in a protrusion, such as an upwardly extending bulge, as shown in FIG. 10B. The protrusion and/or the first end of the motion damper 120, can be received in a compartment 144 in the upper base portion 132. The compartment 144 can be positioned in the front of the upper base portion 132. As shown, the compartment 144 can project slightly upwardly and inwardly into the chamber C. In certain implementations, the rear of the upper base portion 132 that bounds the chamber C does not include an upward and inward projection. In some embodiments, the compartment 144 extends over and/or shields the motion damper 120. This can inhibit damage to the motion damper 120 and/or separate a trash bag in the chamber C from the motion damper 120, such as to inhibit or prevent the trash bag from contacting the motion damper 120.

As previously mentioned, in some embodiments, the motion damper 120 is received in the recess 140 in the lower base portion 130 and/or the recess 142 in the foot pedal 114. For example, in certain embodiments, the motion damper 120 is secured to the recess with a fastener, adhesive, welding, or otherwise. In some embodiments, the motion damper 120 is received in the recess with an interference fit, which can secure the motion damper 120 in the recess without the need for further securing elements. For example, in certain variants, the motion damper 120 is secured with-

12

out a fastener, adhesive, or welding. In some implementations, the motion damper 120 is positioned, or secured, without using a bracket.

Various embodiments of the receptacle assembly 110 can facilitate manufacturability. For example, some embodiments do not include a bracket for mounting the motion damper 120 (e.g., to a rear wall). As illustrated, some embodiments have the motion damper 120 mounted and retained between the lower base portion 130 and the foot pedal 118. Thus, the total number of parts can be reduced (e.g., the bracket itself, fasteners for mounting the bracket to the body unit, and fasteners for mounting the bracket to the motion damper 120 can be eliminated). The reduction in parts can reduce ease manufacturability, such as by reducing the number of steps to assemble the receptacle assembly 110.

5. Certain Additional Embodiments

FIGS. 13-15 illustrate another embodiment of a receptacle assembly 210. Many of the features of the receptacle assembly 210 are the same as, or similar to, the features described above in connection with the receptacle assembly 10 and/or the receptacle assembly 110. The receptacle assembly 210 can include one, some, or all of the features of the receptacle assembly 10 and/or the receptacle assembly 110, including all combinations and sub-combinations.

As illustrated in FIG. 13, the receptacle assembly 210 can include a body unit 212, a lid unit 214, and a base unit 216. The lid unit 114 can include a lid 222 that is moveably coupled with the body unit 112, such as with a hinge. This can enable the lid 222 to move between open and closed positions. As shown, the lid 222 can be elongate in shape, such as being generally obround in shape. In some embodiments, the front-to-rear length of the lid 222 is greater than the lateral width of the lid 222. For example, the length of the lid 222 can be at least about twice the lateral width of the lid 222.

As shown in FIG. 14, the body unit 212 can include a chamber C for receiving articles, such as trash. The base unit 216 can include a foot pedal 218 and a damper 220. The motion damper 220 can be configured to dampen and/or regulate the movement of one or more of the components of the receptacle assembly 210. For example, the motion damper 220 can dampen (e.g., slow and/or control) movement of the lid 222 from the open position toward the closed position and/or from the closed position toward the open position. As shown, the motion damper 220 can extend above the foot pedal 218. The motion damper 220 can be positioned near the front of the body unit 212, similar to the motion damper 120 described above. In some embodiments, the motion damper 120 directly engages the foot pedal 218. For example, the motion damper 120 can directly dampen movement of the foot pedal 218, rather than dampening movement of a rod to indirectly dampen movement of the foot pedal 218.

As illustrated in FIG. 15, the foot pedal 218 can be operably connected with the lid unit 214 via a force-communicating linkage, such as a rod 226. In response to the front of the foot pedal 218 being depressed, the rod 226 is lifted, which causes an upper portion 246 of the rod 226 to press against an engagement portion 248 (e.g., a flange) of the lid 222, which in turn causes the lid 222 to rotate toward the open position. As shown, in some implementations, the upper portion 246 of the rod 226 is generally "U" shaped.

In some embodiments, the receptacle assembly 210 includes a secondary dampening feature, such as a second-

US 11,279,555 B2

13

ary motion damper 250. As illustrated in FIG. 15, the secondary motion damper 250 can comprise a biasing member, such as a spring (e.g., a helical coil spring). The secondary motion damper 250 can be positioned in a rear housing 228 and/or outside the chamber C. As illustrated, in some embodiments, an upper portion and/or lower portion of the secondary motion damper 250 is engaged with (e.g., abut against) a portion of the rear housing 228. For example, the lower portion (e.g., the bottom) of the secondary motion damper 250 can be secured to a portion of the rear housing 228, such as with an adhesive, fastener, physical interference, or otherwise. In various embodiments, the secondary motion damper 250 is at or near the rear of the assembly 210.

As shown, the secondary motion damper 250 can be positioned over and/or receive a portion of the rod 226. For example, the secondary motion damper 250 can include a longitudinal interior passage that receives a portion of the rod 226. In some embodiments, the secondary motion damper 250 engages with an engagement feature of the rod 226. For example, the secondary motion damper 250 can abut against and/or physically interfere with a flange 252 of the rod 226. As shown, in some implementations, the engagement between the secondary motion damper 250 and the flange 252 occurs at a middle portion of the secondary motion damper 250. In some variants, the engagement between the secondary motion damper 250 and the flange 252 occurs at an end of the secondary motion damper 250.

In certain implementations, when the lid 222 is in the closed position, the secondary motion damper 250 is in an energized (e.g., compressed) state. For example, as shown in FIG. 15, the secondary motion damper 250 can be compressed between the rear housing 228 and a portion of the rod 224, such as a bend in the rod. In the energized state, the secondary motion damper 250 can store an amount of energy (e.g., potential energy).

In some embodiments, when the front of the foot pedal 218 is depressed, the rod 226 is lifted, which releases some of the energy stored in the secondary motion damper 250. For example, in the embodiment of FIG. 15, when the front of the foot pedal 218 is depressed, the rod 226 is lifted, the lid 222 opens, and the spring moves from a compressed state to an extended state. This applies a force to the lid 222 (e.g., via the rod 226), which can aid in driving the lid 222 toward the open position. Using the secondary motion damper 250 to apply force to the lid 222 can be particularly useful in helping to open certain types of lids 222, such as lids that are heavy and/or lids 222 that are elongate in shape (e.g., due to the moment caused by the length of the elongate lid 222 from the pivot axis of the lid 222). In various embodiments, the secondary motion damper 250 is configured to assist a user in opening the lid 222, such as by reducing the amount of force that the user needs to apply to the foot pedal 218.

In several embodiments, when the lid 222 is closing, the secondary motion damper 250 provides dampening, such as by slowing the rate that the lid 222 moves toward the closed position. In some implementations, when the front of the foot pedal 218 is released, the rod 226 moves downward, the lid 222 moves toward the closed position, and the helical coil spring is reenergized (e.g., returns to the compressed state), thereby dampening movement of the lid 222 as it closes.

In some embodiments, the motion damper 220 and the secondary motion damper 250 work together to dampen movement of the lid 222. For example, in certain variants, the motion damper 220 dampens movement of the lid 222 in a first phase of closing movement (e.g., from less than or equal to about 90° to greater than or equal to about 40°) and

14

the secondary motion damper 250 dampens movement of the lid 222 in a second phase of closing movement (e.g., from less than or equal to about 40° to greater than or equal to about 0°). In various embodiments, the motion damper 220 and the secondary motion damper 250 are different types of dampers, such as one being a fluid damper and the other being a biasing member (e.g., a spring).

In some embodiments, when the front of the foot pedal 218 is depressed, the rod 226 is lifted, which acts against and/or energizes (e.g., extends or compresses) the secondary motion damper 250. For example, when the front of the foot pedal 218 is depressed, the rod 226 is lifted, the lid 222 opens, and the helical coil spring is extended. This can be, for example, because the lower portion of the helical coil spring is held fixed to the rear housing 228 and the upper portion of the helical coil spring is moved upward due to the engagement with the flange 252 of the rod 226.

In some variants, the assembly 210 is configured such that the secondary motion damper 250 is compressed when the rod 226 is lifted. For example, the secondary motion damper 250 can be compressed between the rear housing 228 and the upper portion 246 of the rod 226. In certain variants, when the front of the foot pedal 218 is released, the rod 226 moves downward, the lid 222 closes, and the helical coil spring extends.

As mentioned above, in various embodiments, the secondary motion damper 250 can dampen (e.g., act against) movement of the lid 222 and/or the rod 226. For example, the secondary motion damper 250 can provide dampening during at least some of the movement of the lid 222 between the open and closed positions, such as from the open to the closed position. This can, in some implementations, aid in providing a generally smooth movement of the lid 222 (e.g., a substantially consistent speed during at least part of the travel between the closed and open positions) and/or more controlled movement of the lid 222.

In certain embodiments, dampening of the lid 222 can be particularly beneficial. For example, in some embodiments with an elongate lid, when the lid 222 is moved from the open toward the closed position, the front of the lid 222 can appear to move with an overly rapid angular velocity (for example, due to the distance between the front of the lid and the pivot axis of the lid). Such overly rapid movement of the lid 22 can be undesirable, since it can be perceived as the lid 222 being uncontrolled, surprising, and/or indicative of a lesser quality product. In some embodiments, such overly rapid movement of the lid 222 can be reduced or avoided by the secondary motion damper 250. For example, as discussed above, the secondary motion damper 250 can dampen movement of the lid 222, which can reduce the angular velocity at which the front of the lid 222 travels.

### 6. Certain Methods

This disclosure includes methods related to receptacle assemblies, such as methods of making and/or using the receptacle assemblies described above. As shown in FIG. 16, a method of manufacturing a receptacle assembly 300 includes obtaining portions of the receptacle assembly. For example, the method 300 can include obtaining a body unit 301 and obtaining a lower base portion 303. In some embodiments, the method 300 includes connecting the body unit and the lower base portion. The method 300 can include obtaining a foot pedal 305. Some variants include pivotally connecting the foot pedal to the lower base portion 307.

In certain implementations, the method 300 includes obtaining a motion damper. As shown, the method 300 can

15

include inserting a first end of the motion damper into a recess in the lower base portion 309, such as a recess in a front portion of the lower base portion. In some embodiments, inserting the first end into the recess in the lower base portion includes inserting the first end upwardly into the recess. The method 300 can include inserting a second end of the motion damper into a recess in the foot pedal 311, such as a recess in a front portion of the foot pedal. In some embodiments, inserting the second end into the recess in the foot pedal includes inserting the second end downwardly into the recess.

Various embodiments include positioning the damper near a front of the receptacle assembly. For example, some embodiments include inserting the motion damper near (e.g., adjacent) a front of the receptacle assembly, such as a front wall of the body unit. Some embodiments include securing the motion damper to the foot pedal and/or the lower base portion without the use of a fastener, such as a screw or rivet. For example, some embodiments include inserting the motion damper into the recess in the foot pedal and/or the lower base portion with an interference fit. Certain implementations do not include positioning and/or securing the motion damper to a rear portion of the receptacle assembly, such as to a rear wall of the body unit and/or to a rear portion of the lower base portion.

In some embodiments, the method includes connecting the lower base portion with an upper base portion to form a base unit. In some variants, the method includes receiving a part of the recess of the lower base portion in a compartment in the upper base portion. For example, the recess of the lower base portion can be included in an upward projection in the lower base portion, and the upward projection can be received in the compartment.

In some embodiments, the receptacle assembly that is the result of the method of manufacturing has a substantially continuous rear wall. For example, certain implementations do not include forming a damper-access hole in a rear wall of the body portion and/or covering the damper-access hole with a cover.

Some embodiments of the method include installing a secondary motion damper, such as a biasing member (e.g., a spring). For example, the secondary motion damper can be positioned in a rear housing of the receptacle assembly. Certain embodiments include inserting a linkage into the secondary motion damper. Some embodiments include positioning the biasing member around a portion of the linkage. Some variants include engaging a portion (e.g., a flange) of the linkage with the secondary motion damper. Certain embodiments of the method include configuring the receptacle assembly such that the secondary motion damper dampens movement of the linkage and/or the lid. For example, the secondary motion damper can be configured to be energized by and/or to act against movement of the lid, such as at least during a phase of movement of the lid from the open position toward the closed position. In some implementations, the phase comprises movement of the lid from about an angle of greater than or equal to about 0° through an angle of less than or equal to about 45°. In some implementations, the phase comprises movement of the lid from about an angle of less than or equal to about 90° through an angle of greater than or equal to about 40°.

## 7. Certain Terminology

Terms of orientation used herein, such as "top," "bottom," "horizontal," "vertical," "longitudinal," "lateral," and "end" are used in the context of the illustrated embodiment.

16

However, the present disclosure should not be limited to the illustrated orientation. Indeed, other orientations are possible and are within the scope of this disclosure. Terms relating to circular shapes as used herein, such as diameter or radius, should be understood not to require perfect circular structures, but rather should be applied to any suitable structure with a cross-sectional region that can be measured from side-to-side. Terms relating to shapes generally, such as "circular" or "cylindrical" or "semi-circular" or "semi-cylindrical" or any related or similar terms, are not required to conform strictly to the mathematical definitions of circles or cylinders or other structures, but can encompass structures that are reasonably close approximations.

Conditional language, such as "can," "could," "might," or "may," unless specifically stated otherwise, or otherwise understood within the context as used, is generally intended to convey that certain embodiments include or do not include, certain features, elements, and/or steps. Thus, such conditional language is not generally intended to imply that features, elements, and/or steps are in any way required for one or more embodiments.

Conjunctive language, such as the phrase "at least one of X, Y, and Z," unless specifically stated otherwise, is otherwise understood with the context as used in general to convey that an item, term, etc. may be either X, Y, or Z. Thus, such conjunctive language is not generally intended to imply that certain embodiments require the presence of at least one of X, at least one of Y, and at least one of Z.

The terms "approximately," "about," and "substantially" as used herein represent an amount close to the stated amount that still performs a desired function or achieves a desired result. For example, in some embodiments, as the context may dictate, the terms "approximately", "about", and "substantially" may refer to an amount that is within less than or equal to 10% of the stated amount. The term "generally" as used herein represents a value, amount, or characteristic that predominantly includes or tends toward a particular value, amount, or characteristic. As an example, in certain embodiments, as the context may dictate, the term "generally parallel" can refer to something that departs from exactly parallel by less than or equal to 20 degrees.

Unless otherwise explicitly stated, articles such as "a" or "an" should generally be interpreted to include one or more described items. Accordingly, phrases such as "a device configured to" are intended to include one or more recited devices. Such one or more recited devices can also be collectively configured to carry out the stated recitations. For example, "a processor configured to carry out recitations A, B, and C" can include a first processor configured to carry out recitation A working in conjunction with a second processor configured to carry out recitations B and C.

The terms "comprising," "including," "having," and the like are synonymous and are used inclusively, in an open-ended fashion, and do not exclude additional elements, features, acts, operations, and so forth. Likewise, the terms "some," "certain," and the like are synonymous and are used in an open-ended fashion. Also, the term "or" is used in its inclusive sense (and not in its exclusive sense) so that when used, for example, to connect a list of elements, the term "or" means one, some, or all of the elements in the list.

Overall, the language of the claims is to be interpreted broadly based on the language employed in the claims. The language of the claims is not to be limited to the non-exclusive embodiments and examples that are illustrated and

US 11,279,555 B2

17

described in this disclosure, or that are discussed during the prosecution of the application.

### 8. Summary

Although the receptacle assemblies have been disclosed in the context of certain embodiments and examples, the receptacle assemblies extend beyond the specifically disclosed embodiments to other alternative embodiments and/or uses of the embodiments and certain modifications and equivalents thereof. For example, although certain embodiments with a foot pedal are described above, some embodiments include a handle, lever, button, or other actuator that is configured to be actuated by a user to open and close the lid. Any two or more of the components of the receptacle assembly can be made from a single monolithic piece or from separate pieces connected together. Various features and aspects of the disclosed embodiments can be combined with or substituted for one another in order to form varying modes of the invention. The scope of this disclosure should not be limited by the particular disclosed embodiments described herein.

Certain features that are described in this disclosure in the context of separate implementations can also be implemented in combination in a single implementation. Conversely, various features that are described in the context of a single implementation can also be implemented in multiple implementations separately or in any suitable subcombination. Although features may be described above as acting in certain combinations, one or more features from a claimed combination can, in some cases, be excised from the combination, and the combination may be claimed as any subcombination or variation of any subcombination.

Moreover, while operations may be depicted in the drawings or described in the specification in a particular order, such operations need not be performed in the particular order shown or in sequential order, and all operations need not be performed, to achieve the desirable results. Other operations that are not depicted or described can be incorporated in the example methods and processes. For example, one or more additional operations can be performed before, after, simultaneously, or between any of the described operations. Further, the operations may be rearranged or reordered in other implementations. Also, the separation of various system components in the implementations described above should not be understood as requiring such separation in all implementations, and it should be understood that the described components and systems can generally be integrated together in a single product or packaged into multiple products. Additionally, other implementations are within the scope of this disclosure.

Some embodiments have been described in connection with the accompanying drawings. The figures are drawn to scale, but such scale should not be limiting, since dimensions and proportions other than what are shown are contemplated and are within the scope of the disclosed invention. Distances, angles, etc. are merely illustrative and do not necessarily bear an exact relationship to actual dimensions and layout of the devices illustrated. Components can be added, removed, and/or rearranged. Further, the disclosure herein of any particular feature, aspect, method, property, characteristic, quality, attribute, element, or the like in connection with various embodiments can be used in all other embodiments set forth herein. Additionally, any methods described herein may be practiced using any device suitable for performing the recited steps.

18

In summary, various embodiments and examples of receptacle assemblies have been disclosed. Although the receptacle assemblies have been disclosed in the context of those embodiments and examples, this disclosure extends beyond the specifically disclosed embodiments to other alternative embodiments and/or other uses of the embodiments, as well as to certain modifications and equivalents thereof. This disclosure expressly contemplates that various features and aspects of the disclosed embodiments can be combined with, or substituted for, one another. Thus, the scope of this disclosure should not be limited by the particular disclosed embodiments described above, but should be determined only by a fair reading of the claims that follow.

The following is claimed:

1. A trash can comprising:
   a body unit comprising a front wall, a rear wall, and a chamber;
   a lid unit comprising a lid configured to pivot between a closed position and an open position;
   a foot pedal operably connected with the lid such that, in response to a user depressing a front of the foot pedal, the lid moves from the closed position to the open position, the foot pedal comprising a motion damper engaging region; and
   a motion damper that is configured to dampen movement of the foot pedal and the lid, the motion damper positioned closer to the front wall than the rear wall, the motion damper comprising a lower end that is engaged with the motion damper engaging region of the foot pedal and an upper end that is positioned at a height above a bottom portion of the chamber.

2. The trash can of claim 1, wherein the front wall comprises an opening and a portion of the foot pedal is received in the opening.

3. The trash can of claim 1, wherein the lid is the sole lid of the lid unit.

4. The trash can of claim 1, wherein the body unit is rectangular.

5. The trash can of claim 1, wherein the trash can comprises a side-to-side width and a front-to-rear depth, the width being greater than the depth.

6. The trash can of claim 1, wherein a distance from the motion damper to the front wall is less than or equal to the distance from the front of the foot pedal to the front wall.

7. The trash can of claim 1, wherein a longitudinal center of the body unit is spaced apart from a frontmost portion of the foot pedal by a distance D1 and a longitudinal center of the motion damper is spaced apart from the frontmost portion of the foot pedal by a distance D2, wherein D1 is greater than D2.

8. The trash can of claim 7, wherein a ratio of D1 to D2 is greater than or equal to 2.0.

9. A trash can comprising:
   a front wall comprising an opening;
   a rear wall opposite the front wall;
   a chamber;
   a peripheral lip, the peripheral lip configured to mate with a trash bag such that the trash bag is received in the chamber;
   a lid unit coupled to the rear wall, the lid unit comprising:
      a lid configured to pivot between a closed position and an open position; and
      a trim ring configured to pivot between a lower position and an upper position, the trim ring being engaged around a portion of the peripheral lip in the lower

US 11,279,555 B2

19

position, a front of the trim ring being pivoted upward from the peripheral lip in the upper position;

a foot pedal configured to move between a resting position and an actuated position, the foot pedal operably connected with the lid such that movement of the foot pedal from the resting position to the actuated position moves the lid from the closed position to the open position, a portion of the foot pedal received in the opening in the front wall of the body; and

a motion damper positioned near the front wall, the motion damper configured to dampen movement of the foot pedal from the actuated position to the resting position.

**10**. The trash can of claim **9**, wherein the trash can further comprises a bottom wall under the chamber, the trash can configured such that, when the foot pedal is in a resting state, the motion damper is encapsulated by the foot pedal and the bottom wall.

**11**. The trash can of claim **9**, wherein the trash can is configured such that, when the foot pedal is moved from the resting state to the actuated state, a portion of the motion damper slides along the foot pedal.

**12**. The trash can of claim **9**, wherein the distance between the motion damper and the front wall is less than or equal to the amount of vertical travel of the front of the foot pedal between the resting and actuated positions.

**13**. The trash can of claim **9**, wherein the motion damper is positioned adjacent the front wall.

**14**. The trash can of claim **9**, wherein the lid is configured to rotate about a pivot axis that is generally parallel to the rear wall.

**15**. A trash can comprising:

a front wall;

a rear wall opposite the front wall;

a bottom wall;

a chamber bounded at least partly by the front wall, rear wall, and bottom wall;

a lid unit comprising a lid configured to pivot between a closed position and an open position;

a foot pedal located on or protruding from the front wall, the foot pedal configured to move between a resting position and an actuated position, the foot pedal operably connected with the lid such that movement of the foot pedal from the resting position to the actuated position moves the lid from the closed position to the open position, the foot pedal comprising a motion damper engaging region; and

a motion damper configured to dampen movement of the foot pedal and the lid, the motion damper positioned between the foot pedal and the bottom wall, a rear of the motion damper being closer to the front wall than the rear wall, the motion damper engaged with the motion damper engaging region of the foot pedal, wherein with the foot pedal in the resting position the motion damper is substantially completely enclosed by the foot pedal and the bottom wall.

**16**. The trash can of claim **15**, wherein an upper end of the motion damper is positioned at an elevation that is higher than a bottom-most portion of the chamber.

**17**. The trash can of claim **15**, wherein the trash can is configured such that, when the foot pedal is moved from the

20

resting state to the actuated state, a portion of the motion damper slides along the foot pedal.

**18**. The trash can of claim **15**, wherein the bottom wall comprises a bowl.

**19**. The trash can of claim **15**, wherein the lid is configured to rotate about a pivot axis that is generally parallel to the rear wall.

**20**. The trash can of claim **15**, wherein the motion damper comprises a lower end that is engaged with the motion damper engaging region of the foot pedal and an upper end that is positioned at a height above a bottom portion of the chamber.

**21**. The trash can of claim **15**, wherein the entirety of the motion damper is positioned forward of a midpoint between the front and rear walls.

**22**. The trash can of claim **9**, wherein the motion damper comprises a lower end that is engaged with a motion damper engaging region of the foot pedal and an upper end that is positioned at a height above a bottom portion of the chamber.

**23**. The trash can of claim **9**, wherein the entirety of the motion damper is positioned forward of a midpoint between the front and rear walls.

**24**. A trash can comprising:

a front wall;

a rear wall opposite the front wall;

a bottom wall;

a chamber bounded at least partly by the front wall, rear wall, and bottom wall;

a lid unit comprising a lid configured to pivot between a closed position and an open position;

a foot pedal configured to move between a resting position and an actuated position, the foot pedal operably connected with the lid such that movement of the foot pedal from the resting position to the actuated position moves the lid from the closed position to the open position, the foot pedal comprising a motion damper engaging region; and

a motion damper configured to dampen movement of the foot pedal and the lid, the motion damper positioned between the foot pedal and the bottom wall and closer to the front wall than the rear wall, the motion damper engaged with the motion damper engaging region of the foot pedal,

wherein with the foot pedal in the resting position the motion damper is substantially completely enclosed by the foot pedal and the bottom wall, and wherein an upper end of the motion damper is positioned at an elevation that is higher than a bottom-most portion of the chamber.

**25**. The trash can of claim **24**, wherein an end of the motion damper is positioned in a recess of the footpedal.

**26**. The trash can of claim **1**, wherein an end of the motion damper is positioned in a recess of the footpedal.

**27**. The trash can of claim **9**, wherein an end of the motion damper is positioned in a recess of the footpedal.

**28**. The trash can of claim **15**, wherein an end of the motion damper is positioned in a recess of the footpedal.

* * * * *

# EXHIBIT 4

US011603263B2

(12) **United States Patent**
Yang et al.

(10) Patent No.:    **US 11,603,263 B2**
(45) Date of Patent:    **Mar. 14, 2023**

(54) **TRASH CAN ASSEMBLY**

(71) Applicant: **simplehuman, LLC**, Torrance, CA (US)

(72) Inventors: **Frank Yang**, Rancho Palos Verdes, CA (US); **David Wolbert**, Redondo Beach, CA (US); **Joseph Sandor**, Newport Beach, CA (US); **Kenneth Yen**, Torrance, CA (US); **Orlando Cardenas**, Laguna Niguel, CA (US); **Michael Basha**, Brisbane, CA (US); **Christopher Fruhauf**, San Anselmo, CA (US)

(73) Assignee: **simplehuman, LLC**, Torrance, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/449,408**

(22) Filed: **Sep. 29, 2021**

(65) **Prior Publication Data**

US 2022/0135321 A1    May 5, 2022

**Related U.S. Application Data**

(63) Continuation of application No. 16/901,376, filed on Jun. 15, 2020, now Pat. No. 11,136,186, which is a (Continued)

(51) **Int. Cl.**
**B65F 1/16** (2006.01)
**B65F 1/04** (2006.01)
**B65F 1/06** (2006.01)

(52) **U.S. Cl.**
CPC .............. **B65F 1/1638** (2013.01); **B65F 1/04** (2013.01); **B65F 1/06** (2013.01); **B65F 1/068** (2013.01); **B65F 1/1646** (2013.01)

(58) **Field of Classification Search**
CPC .......... B65F 1/1638; B65F 1/068; B65F 1/04
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

830,182 A    9/1906  Skov
1,426,211 A    8/1922  Pausin
(Continued)

FOREIGN PATENT DOCUMENTS

AU        622536    4/1992
CA        2182840    9/1997
(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 15/476,285, filed Mar. 31, 2017, Yang et al.
(Continued)

*Primary Examiner* — David Luo

(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson & Bear, LLP

(57) **ABSTRACT**

Various embodiments of a trash can assembly (e.g., a receptacle configured to receive refuse, recyclable materials, or otherwise), and related methods, are provided. Some embodiments of the trash can assembly include a body component and a lid configured to move between an open position and a closed position. In some variants, the lid can be moved between the open and closed positions by a power operated driving mechanism, such as a motor and/or other drivetrain components. In certain embodiments, the trash can assembly includes a clutch mechanism to facilitate manual operation of the lid while inhibiting or preventing damage to the motor and/or other drivetrain components.

**20 Claims, 13 Drawing Sheets**



US 11,603,263 B2

Page 2

### Related U.S. Application Data

continuation of application No. 15/783,370, filed on Oct. 13, 2017, now Pat. No. 10,683,165, which is a continuation of application No. 13/787,638, filed on Mar. 6, 2013, now Pat. No. 9,790,025.

(60) Provisional application No. 61/609,233, filed on Mar. 9, 2012.

(58) **Field of Classification Search**
USPC ........................................ 318/264, 256, 255
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

<table>
<tr><td>1,461,253</td><td>A</td><td>7/1923</td><td>Owen</td></tr>
<tr><td>1,754,802</td><td>A</td><td>4/1930</td><td>Raster</td></tr>
<tr><td>1,820,555</td><td>A</td><td>8/1931</td><td>Man</td></tr>
<tr><td>1,891,651</td><td>A</td><td>12/1932</td><td>Padelford et al.</td></tr>
<tr><td>1,922,729</td><td>A</td><td>8/1933</td><td>Geibel</td></tr>
<tr><td>1,980,938</td><td>A</td><td>11/1934</td><td>Geibel</td></tr>
<tr><td>2,308,326</td><td>A</td><td>1/1943</td><td>Ambrose</td></tr>
<tr><td>D148,825</td><td>S</td><td>2/1948</td><td>Snider</td></tr>
<tr><td>2,457,274</td><td>A</td><td>12/1948</td><td>Rifken</td></tr>
<tr><td>2,593,455</td><td>A</td><td>4/1952</td><td>James</td></tr>
<tr><td>2,699,368</td><td>A</td><td>1/1955</td><td>Alois</td></tr>
<tr><td>2,759,625</td><td>A</td><td>8/1956</td><td>Ritter</td></tr>
<tr><td>2,796,309</td><td>A</td><td>6/1957</td><td>Taylor</td></tr>
<tr><td>2,888,307</td><td>A</td><td>5/1959</td><td>Graves et al.</td></tr>
<tr><td>2,946,474</td><td>A</td><td>7/1960</td><td>Knapp</td></tr>
<tr><td>3,008,604</td><td>A</td><td>11/1961</td><td>Garner</td></tr>
<tr><td>3,023,922</td><td>A</td><td>3/1962</td><td>Arrington et al.</td></tr>
<tr><td>3,137,408</td><td>A</td><td>6/1964</td><td>Taylor</td></tr>
<tr><td>3,300,082</td><td>A</td><td>1/1967</td><td>Patterson</td></tr>
<tr><td>3,392,825</td><td>A</td><td>7/1968</td><td>Gale et al.</td></tr>
<tr><td>3,451,453</td><td>A</td><td>6/1969</td><td>Heck</td></tr>
<tr><td>3,654,534</td><td>A</td><td>4/1972</td><td>Fischer</td></tr>
<tr><td>3,800,503</td><td>A</td><td>4/1974</td><td>Maki</td></tr>
<tr><td>3,820,200</td><td>A</td><td>6/1974</td><td>Myers</td></tr>
<tr><td>3,825,150</td><td>A</td><td>7/1974</td><td>Taylor</td></tr>
<tr><td>3,825,215</td><td>A</td><td>7/1974</td><td>Borglum</td></tr>
<tr><td>3,886,425</td><td>A</td><td>5/1975</td><td>Weiss</td></tr>
<tr><td>3,888,406</td><td>A</td><td>6/1975</td><td>Nippes</td></tr>
<tr><td>3,891,115</td><td>A</td><td>6/1975</td><td>Ono</td></tr>
<tr><td>4,014,457</td><td>A</td><td>3/1977</td><td>Hodge</td></tr>
<tr><td>4,027,774</td><td>A</td><td>6/1977</td><td>Cote</td></tr>
<tr><td>4,081,105</td><td>A</td><td>3/1978</td><td>Dagonnet et al.</td></tr>
<tr><td>4,189,808</td><td>A</td><td>2/1980</td><td>Brown</td></tr>
<tr><td>4,200,197</td><td>A</td><td>4/1980</td><td>Meyer et al.</td></tr>
<tr><td>4,217,616</td><td>A</td><td>8/1980</td><td>Jessup</td></tr>
<tr><td>4,303,174</td><td>A</td><td>12/1981</td><td>Anderson</td></tr>
<tr><td>4,320,851</td><td>A</td><td>3/1982</td><td>Montoya</td></tr>
<tr><td>4,349,123</td><td>A</td><td>9/1982</td><td>Yang</td></tr>
<tr><td>4,357,740</td><td>A</td><td>11/1982</td><td>Brown</td></tr>
<tr><td>4,416,197</td><td>A</td><td>11/1983</td><td>Kehl</td></tr>
<tr><td>4,417,669</td><td>A</td><td>11/1983</td><td>Knowles et al.</td></tr>
<tr><td>4,457,483</td><td>A</td><td>7/1984</td><td>Gagne</td></tr>
<tr><td>4,535,911</td><td>A</td><td>8/1985</td><td>Goulter</td></tr>
<tr><td>4,570,304</td><td>A</td><td>2/1986</td><td>Montreuil et al.</td></tr>
<tr><td>4,576,310</td><td>A</td><td>3/1986</td><td>Isgar et al.</td></tr>
<tr><td>D284,320</td><td>S</td><td>6/1986</td><td>Kubic et al.</td></tr>
<tr><td>4,609,117</td><td>A</td><td>9/1986</td><td>Pamment</td></tr>
<tr><td>4,630,332</td><td>A</td><td>12/1986</td><td>Bisbing</td></tr>
<tr><td>4,630,752</td><td>A</td><td>12/1986</td><td>DeMars</td></tr>
<tr><td>4,664,347</td><td>A</td><td>5/1987</td><td>Brown et al.</td></tr>
<tr><td>4,697,312</td><td>A</td><td>10/1987</td><td>Freyer</td></tr>
<tr><td>4,711,161</td><td>A</td><td>12/1987</td><td>Swin et al.</td></tr>
<tr><td>4,729,490</td><td>A</td><td>3/1988</td><td>Ziegenbein</td></tr>
<tr><td>4,753,367</td><td>A</td><td>6/1988</td><td>Miller et al.</td></tr>
<tr><td>4,763,808</td><td>A</td><td>8/1988</td><td>Guhl et al.</td></tr>
<tr><td>4,765,548</td><td>A</td><td>8/1988</td><td>Sing</td></tr>
<tr><td>4,765,579</td><td>A</td><td>8/1988</td><td>Robbins, III et al.</td></tr>
<tr><td>4,785,964</td><td>A</td><td>11/1988</td><td>Miller et al.</td></tr>
<tr><td>4,792,039</td><td>A</td><td>12/1988</td><td>Dayton</td></tr>
<tr><td>4,794,973</td><td>A</td><td>1/1989</td><td>Perisic</td></tr>
<tr><td>4,813,592</td><td>A</td><td>3/1989</td><td>Stolzman</td></tr>
<tr><td>4,823,979</td><td>A</td><td>4/1989</td><td>Clark, Jr.</td></tr>
<tr><td>4,834,263</td><td>A</td><td>5/1989</td><td>Auten</td></tr>
<tr><td>4,863,053</td><td>A</td><td>9/1989</td><td>Oberg</td></tr>
<tr><td>4,867,339</td><td>A</td><td>9/1989</td><td>Hahn</td></tr>
<tr><td>4,869,391</td><td>A</td><td>9/1989</td><td>Farrington</td></tr>
<tr><td>4,884,717</td><td>A</td><td>12/1989</td><td>Bussard et al.</td></tr>
<tr><td>4,888,532</td><td>A</td><td>12/1989</td><td>Josson</td></tr>
<tr><td>4,892,223</td><td>A</td><td>1/1990</td><td>DeMent</td></tr>
<tr><td>4,892,224</td><td>A</td><td>1/1990</td><td>Graham</td></tr>
<tr><td>D307,344</td><td>S</td><td>4/1990</td><td>Massonnet</td></tr>
<tr><td>4,913,308</td><td>A</td><td>4/1990</td><td>Culbertson</td></tr>
<tr><td>4,915,347</td><td>A</td><td>4/1990</td><td>Iqbal et al.</td></tr>
<tr><td>4,918,568</td><td>A</td><td>4/1990</td><td>Stone et al.</td></tr>
<tr><td>D308,272</td><td>S</td><td>5/1990</td><td>Koepsell</td></tr>
<tr><td>4,923,087</td><td>A</td><td>5/1990</td><td>Burrows</td></tr>
<tr><td>4,944,419</td><td>A</td><td>7/1990</td><td>Chandler</td></tr>
<tr><td>4,948,004</td><td>A</td><td>8/1990</td><td>Chich</td></tr>
<tr><td>4,964,523</td><td>A</td><td>10/1990</td><td>Bieltvedt et al.</td></tr>
<tr><td>4,972,966</td><td>A</td><td>11/1990</td><td>Craft, Jr.</td></tr>
<tr><td>4,996,467</td><td>A</td><td>2/1991</td><td>Day</td></tr>
<tr><td>5,031,793</td><td>A</td><td>7/1991</td><td>Chen et al.</td></tr>
<tr><td>5,048,903</td><td>A</td><td>9/1991</td><td>Loblein</td></tr>
<tr><td>5,054,724</td><td>A</td><td>10/1991</td><td>Hutcheson</td></tr>
<tr><td>5,065,272</td><td>A</td><td>11/1991</td><td>Owen et al.</td></tr>
<tr><td>5,065,891</td><td>A</td><td>11/1991</td><td>Casey</td></tr>
<tr><td>D322,350</td><td>S</td><td>12/1991</td><td>Craft, Jr. et al.</td></tr>
<tr><td>5,076,462</td><td>A</td><td>12/1991</td><td>Perrone</td></tr>
<tr><td>D323,573</td><td>S</td><td>1/1992</td><td>Schneider</td></tr>
<tr><td>5,090,585</td><td>A</td><td>2/1992</td><td>Power</td></tr>
<tr><td>5,090,785</td><td>A</td><td>2/1992</td><td>Stamp</td></tr>
<tr><td>5,100,087</td><td>A</td><td>3/1992</td><td>Ashby</td></tr>
<tr><td>5,111,958</td><td>A</td><td>5/1992</td><td>Witthoeft</td></tr>
<tr><td>D327,760</td><td>S</td><td>7/1992</td><td>Donnelly</td></tr>
<tr><td>D329,929</td><td>S</td><td>9/1992</td><td>Knoedler et al.</td></tr>
<tr><td>5,147,055</td><td>A</td><td>9/1992</td><td>Samson et al.</td></tr>
<tr><td>5,156,290</td><td>A</td><td>10/1992</td><td>Rodrigues</td></tr>
<tr><td>D331,097</td><td>S</td><td>11/1992</td><td>Sieren</td></tr>
<tr><td>5,170,904</td><td>A</td><td>12/1992</td><td>Neuhaus</td></tr>
<tr><td>5,174,462</td><td>A</td><td>12/1992</td><td>Hames</td></tr>
<tr><td>D332,852</td><td>S</td><td>1/1993</td><td>Delmerico</td></tr>
<tr><td>D335,562</td><td>S</td><td>5/1993</td><td>Evans</td></tr>
<tr><td>5,213,272</td><td>A</td><td>5/1993</td><td>Gallagher et al.</td></tr>
<tr><td>5,222,704</td><td>A</td><td>6/1993</td><td>Light</td></tr>
<tr><td>D337,181</td><td>S</td><td>7/1993</td><td>Warman</td></tr>
<tr><td>5,226,558</td><td>A</td><td>7/1993</td><td>Whitney et al.</td></tr>
<tr><td>5,230,525</td><td>A</td><td>7/1993</td><td>Delmerico et al.</td></tr>
<tr><td>5,242,074</td><td>A</td><td>9/1993</td><td>Conaway et al.</td></tr>
<tr><td>D340,333</td><td>S</td><td>10/1993</td><td>Duran et al.</td></tr>
<tr><td>5,249,693</td><td>A</td><td>10/1993</td><td>Gillispie et al.</td></tr>
<tr><td>5,261,553</td><td>A</td><td>11/1993</td><td>Mueller et al.</td></tr>
<tr><td>5,265,511</td><td>A</td><td>11/1993</td><td>Itzov</td></tr>
<tr><td>5,295,607</td><td>A</td><td>3/1994</td><td>Chang</td></tr>
<tr><td>5,305,916</td><td>A</td><td>4/1994</td><td>Suzuki et al.</td></tr>
<tr><td>5,314,151</td><td>A</td><td>5/1994</td><td>Carter-Mann</td></tr>
<tr><td>5,322,179</td><td>A</td><td>6/1994</td><td>Ting</td></tr>
<tr><td>5,329,212</td><td>A</td><td>7/1994</td><td>Feigleson</td></tr>
<tr><td>5,337,581</td><td>A</td><td>8/1994</td><td>Lott</td></tr>
<tr><td>5,348,222</td><td>A</td><td>9/1994</td><td>Patey</td></tr>
<tr><td>5,353,950</td><td>A</td><td>10/1994</td><td>Taylor et al.</td></tr>
<tr><td>5,372,272</td><td>A</td><td>12/1994</td><td>Jennings</td></tr>
<tr><td>5,381,588</td><td>A</td><td>1/1995</td><td>Nelson</td></tr>
<tr><td>5,385,258</td><td>A</td><td>1/1995</td><td>Sutherlin</td></tr>
<tr><td>5,390,818</td><td>A</td><td>2/1995</td><td>LaBuda</td></tr>
<tr><td>5,404,621</td><td>A</td><td>4/1995</td><td>Heinke</td></tr>
<tr><td>5,407,089</td><td>A</td><td>4/1995</td><td>Bird et al.</td></tr>
<tr><td>5,419,452</td><td>A</td><td>5/1995</td><td>Mueller et al.</td></tr>
<tr><td>5,471,708</td><td>A</td><td>12/1995</td><td>Lynch</td></tr>
<tr><td>5,474,201</td><td>A</td><td>12/1995</td><td>Liu</td></tr>
<tr><td>5,501,358</td><td>A</td><td>3/1996</td><td>Hobday</td></tr>
<tr><td>D368,563</td><td>S</td><td>4/1996</td><td>Brightbill et al.</td></tr>
<tr><td>5,520,067</td><td>A</td><td>5/1996</td><td>Gaba</td></tr>
<tr><td>5,520,303</td><td>A</td><td>5/1996</td><td>Bernstein et al.</td></tr>
<tr><td>5,531,348</td><td>A</td><td>7/1996</td><td>Baker et al.</td></tr>
<tr><td>5,535,913</td><td>A</td><td>7/1996</td><td>Asbach et al.</td></tr>
<tr><td>5,558,254</td><td>A</td><td>9/1996</td><td>Anderson et al.</td></tr>
<tr><td>5,560,283</td><td>A</td><td>10/1996</td><td>Hannig</td></tr>
<tr><td>5,584,412</td><td>A</td><td>12/1996</td><td>Wang</td></tr>
<tr><td>D377,554</td><td>S</td><td>1/1997</td><td>Adriaansen</td></tr>
</table>

US 11,603,263 B2

Page 3

(56)          References Cited

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,611,507 A | 3/1997 | Smith |
| 5,628,424 A | 5/1997 | Gola |
| 5,632,401 A | 5/1997 | Hurd |
| 5,636,416 A | 6/1997 | Anderson |
| 5,636,761 A | 6/1997 | Diamond et al. |
| 5,644,111 A | 7/1997 | Cerny et al. |
| 5,645,186 A | 7/1997 | Powers et al. |
| 5,650,680 A | 7/1997 | Chula |
| D383,277 S | 9/1997 | Peters |
| 5,662,235 A | 9/1997 | Nieto |
| 5,671,847 A | 9/1997 | Pedersen et al. |
| 5,690,247 A | 11/1997 | Boover |
| 5,695,088 A | 12/1997 | Kasbohm |
| 5,699,929 A | 12/1997 | Ouno |
| D388,922 S | 1/1998 | Peters |
| D389,631 S | 1/1998 | Peters |
| 5,704,511 A | 1/1998 | Kellams |
| 5,724,837 A | 3/1998 | Shin |
| 5,730,312 A | 3/1998 | Hung |
| 5,732,845 A | 3/1998 | Armaly, Jr. |
| 5,735,495 A | 4/1998 | Kubota |
| 5,738,239 A | 4/1998 | Triglia |
| 5,770,935 A | 6/1998 | Smith et al. |
| 5,799,909 A | 9/1998 | Ziegler |
| 5,816,431 A | 10/1998 | Giannopoulos |
| 5,816,640 A | 10/1998 | Nishimura |
| D401,028 S | 11/1998 | Ahern, Jr. et al. |
| D401,383 S | 11/1998 | Gish |
| D401,719 S | 11/1998 | Van Leeuwen et al. |
| 5,873,643 A | 2/1999 | Burgess, Jr. et al. |
| 5,881,896 A | 3/1999 | Presnell et al. |
| 5,881,901 A | 3/1999 | Hampton |
| 5,884,237 A | 3/1999 | Kanki et al. |
| 5,887,748 A | 3/1999 | Nguyen |
| D412,552 S | 8/1999 | Burrows |
| 5,961,105 A | 10/1999 | Ehrnsberger et al. |
| 5,967,355 A | 10/1999 | Ragot |
| 5,967,392 A | 10/1999 | Niemi et al. |
| 5,987,708 A | 11/1999 | Newton |
| 6,000,569 A | 12/1999 | Liu |
| 6,010,024 A | 1/2000 | Wang |
| 6,024,238 A | 2/2000 | Jaros |
| 6,036,050 A | 3/2000 | Ruane |
| 6,102,239 A | 8/2000 | Wien |
| 6,105,859 A | 8/2000 | Stafford |
| 6,123,215 A | 9/2000 | Windle |
| D431,700 S | 10/2000 | Roudebush |
| 6,126,031 A | 10/2000 | Reason |
| 6,129,233 A | 10/2000 | Schiller |
| 6,131,861 A | 10/2000 | Fortier, Jr. et al. |
| D435,951 S | 1/2001 | Yang et al. |
| 6,209,744 B1 | 4/2001 | Gill |
| 6,211,637 B1 | 4/2001 | Studer |
| 6,234,339 B1 | 5/2001 | Thomas |
| 6,250,492 B1 | 6/2001 | Verbeek |
| D445,980 S | 7/2001 | Tjugum |
| 6,286,706 B1 | 9/2001 | Tucker |
| 6,328,320 B1 | 12/2001 | Walski et al. |
| 6,345,725 B1 | 2/2002 | Lin |
| 6,364,147 B1 | 4/2002 | Meinzinger et al. |
| 6,386,386 B1 | 5/2002 | George |
| 6,390,321 B1 | 5/2002 | Wang |
| 6,401,958 B1 | 6/2002 | Foss et al. |
| D466,667 S | 12/2002 | Lin |
| 6,519,130 B1 | 2/2003 | Breslow |
| 6,557,716 B1 | 5/2003 | Chan |
| D476,456 S | 6/2003 | Englert et al. |
| D476,457 S | 6/2003 | Verbeek |
| 6,596,983 B2 | 7/2003 | Brent |
| D480,193 S | 9/2003 | Wang |
| 6,612,099 B2 | 9/2003 | Stravitz |
| 6,626,316 B2 | 9/2003 | Yang |
| 6,626,317 B2 | 9/2003 | Pfiefer et al. |
| D481,508 S | 10/2003 | Wang |
| 6,632,064 B1 | 10/2003 | Walker et al. |

| | | |
|---|---|---|
| D481,846 S | 11/2003 | Lin |
| D482,169 S | 11/2003 | Lin |
| 6,659,407 B2 | 12/2003 | Asaro |
| 6,681,950 B2 | 1/2004 | Miller, Jr. et al. |
| 6,701,832 B1 | 3/2004 | Hawkins |
| D488,604 S | 4/2004 | Yang et al. |
| D488,903 S | 4/2004 | Yang et al. |
| D489,503 S | 5/2004 | Lin |
| D489,855 S | 5/2004 | Tseng |
| D489,857 S | 5/2004 | Yang et al. |
| D490,583 S | 5/2004 | Yang et al. |
| D490,954 S | 6/2004 | Brand |
| D491,706 S | 6/2004 | Yang et al. |
| 6,758,366 B2 | 7/2004 | Bourgund et al. |
| D493,930 S | 8/2004 | Wang |
| D494,723 S | 8/2004 | Lin |
| 6,774,586 B1 | 8/2004 | Shih |
| 6,785,912 B1 | 9/2004 | Julio |
| 6,812,655 B1 | 11/2004 | Wang et al. |
| 6,814,249 B2 | 11/2004 | Lin |
| D499,450 S | 12/2004 | Goodman et al. |
| 6,837,393 B1 | 1/2005 | Kuo |
| 6,857,538 B2 | 2/2005 | Lin |
| 6,859,005 B2 | 2/2005 | Boliver |
| D503,021 S | 3/2005 | Yang et al. |
| D503,022 S | 3/2005 | Lai |
| D503,502 S | 3/2005 | Lai |
| 6,866,826 B2 | 3/2005 | Moore et al. |
| 6,883,676 B2 | 4/2005 | Lin |
| D507,090 S | 7/2005 | Yang et al. |
| 6,920,994 B2 | 7/2005 | Lin |
| D509,339 S | 9/2005 | Lin |
| 6,974,948 B1 | 12/2005 | Brent |
| D513,445 S | 1/2006 | Lin |
| 6,981,606 B2 | 1/2006 | Yang et al. |
| D517,764 S | 3/2006 | Wang |
| D517,767 S | 3/2006 | Yang et al. |
| D518,266 S | 3/2006 | Yang et al. |
| 7,017,773 B2 | 3/2006 | Gruber et al. |
| D522,203 S | 5/2006 | Lin |
| D522,204 S | 5/2006 | Lin |
| 7,044,323 B2 | 5/2006 | Yang |
| D522,704 S | 6/2006 | Lin |
| D524,504 S | 7/2006 | Lin |
| D525,756 S | 7/2006 | Yang et al. |
| 7,073,677 B2 | 7/2006 | Richardson et al. |
| 7,077,283 B2 | 7/2006 | Yang et al. |
| 7,080,750 B2 | 7/2006 | Wein et al. |
| D526,457 S | 8/2006 | Lin |
| D526,458 S | 8/2006 | Lin |
| D526,756 S | 8/2006 | Lin |
| 7,086,550 B2 | 8/2006 | Yang et al. |
| D528,726 S | 9/2006 | Lin |
| D530,476 S | 10/2006 | Lin |
| D530,874 S | 10/2006 | Lin |
| 7,121,421 B2 | 10/2006 | Yang et al. |
| D531,499 S | 11/2006 | Zaidman |
| D535,450 S | 1/2007 | Chen |
| D535,799 S | 1/2007 | Epps |
| D535,800 S | 1/2007 | Yang et al. |
| 7,163,591 B2 | 1/2007 | Kim et al. |
| 7,168,591 B1 | 1/2007 | Miller |
| D537,223 S | 2/2007 | Lin |
| D537,597 S | 2/2007 | Bolden |
| D537,599 S | 2/2007 | Lin |
| D537,601 S | 2/2007 | Lin |
| D537,999 S | 3/2007 | Lin |
| D538,995 S | 3/2007 | Lin |
| D539,498 S | 3/2007 | Yang et al. |
| D539,499 S | 3/2007 | Yang et al. |
| D540,001 S | 4/2007 | Zimmerman |
| D542,001 S | 5/2007 | Yang et al. |
| D542,995 S | 5/2007 | Lin |
| D543,673 S | 5/2007 | Yang et al. |
| D544,170 S | 6/2007 | Lin |
| D544,171 S | 6/2007 | Lin |
| D544,671 S | 6/2007 | Saunders et al. |
| D545,024 S | 6/2007 | Liao |
| 7,225,943 B2 | 6/2007 | Yang et al. |

US 11,603,263 B2

Page 4

(56)　　　　References Cited

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D547,020 S | 7/2007 | Chen |
| 7,243,811 B1 | 7/2007 | Ramsey |
| D550,918 S | 9/2007 | Wang et al. |
| D552,319 S | 10/2007 | Gusdorf |
| D552,321 S | 10/2007 | Yang et al. |
| D552,823 S | 10/2007 | Yang et al. |
| D552,824 S | 10/2007 | Zimmerman |
| D552,825 S | 10/2007 | Yang et al. |
| D555,320 S | 11/2007 | Yang et al. |
| D557,869 S | 12/2007 | Hawker et al. |
| D559,494 S | 1/2008 | Yang et al. |
| D559,495 S | 1/2008 | Yang et al. |
| D562,522 S | 2/2008 | Daams |
| 7,328,842 B2 | 2/2008 | Wagner et al. |
| D564,169 S | 3/2008 | Wang |
| D564,723 S | 3/2008 | Yang et al. |
| D566,367 S | 4/2008 | Lin |
| D566,369 S | 4/2008 | Shek |
| D566,923 S | 4/2008 | Lin |
| D567,468 S | 4/2008 | Yang et al. |
| D568,572 S | 5/2008 | Yang et al. |
| D569,720 S | 5/2008 | Lablaine |
| 7,370,919 B2 | 5/2008 | Rapier, III |
| 7,374,060 B2 | 5/2008 | Yang et al. |
| D571,520 S | 6/2008 | Lin |
| D574,119 S | 7/2008 | Sofy |
| 7,395,990 B1 | 7/2008 | Stevens |
| 7,398,913 B2 | 7/2008 | McClure |
| 7,404,499 B1 | 7/2008 | Ramsey |
| D574,569 S | 8/2008 | Yang et al. |
| D576,371 S | 9/2008 | Zimmerman |
| D578,265 S | 10/2008 | Presnell |
| D578,266 S | 10/2008 | Yang et al. |
| D578,268 S | 10/2008 | Yang et al. |
| D578,722 S | 10/2008 | Yang et al. |
| 7,438,199 B1 | 10/2008 | Tidrick |
| D580,120 S | 11/2008 | Lin |
| D580,613 S | 11/2008 | Yang et al. |
| D580,615 S | 11/2008 | Yang et al. |
| D581,622 S | 11/2008 | Presnell et al. |
| D582,121 S | 12/2008 | Wang et al. |
| D584,470 S | 1/2009 | Bizzell et al. |
| D585,171 S | 1/2009 | Bizzell et al. |
| D585,172 S | 1/2009 | Lin |
| D585,618 S | 1/2009 | Yang et al. |
| D586,065 S | 2/2009 | Lin |
| D586,066 S | 2/2009 | Lin |
| D586,069 S | 2/2009 | Lin |
| D586,070 S | 2/2009 | Lin |
| 7,494,021 B2 | 2/2009 | Yang et al. |
| D587,874 S | 3/2009 | Lin |
| D588,321 S | 3/2009 | Schoofs |
| D589,670 S | 3/2009 | Smeets |
| D593,271 S | 5/2009 | Yang et al. |
| 7,530,578 B2 | 5/2009 | Niemeyer et al. |
| 7,540,396 B2 | 6/2009 | Yang et al. |
| 7,543,716 B2 | 6/2009 | Lin |
| D596,869 S | 7/2009 | Yang et al. |
| 7,559,433 B2 | 7/2009 | Yang et al. |
| D599,074 S | 8/2009 | Bizzell et al. |
| D599,971 S | 9/2009 | Lin |
| D603,119 S | 10/2009 | Yang et al. |
| 7,607,552 B2 | 10/2009 | Efstathiou |
| D604,472 S | 11/2009 | Blanks et al. |
| 7,614,519 B2 | 11/2009 | Krauth et al. |
| 7,621,420 B2 | 11/2009 | Bandoh et al. |
| D608,069 S | 1/2010 | Schoofs |
| 7,656,109 B2 | 2/2010 | Yang et al. |
| D611,216 S | 3/2010 | Yang et al. |
| D611,217 S | 3/2010 | Bizzell et al. |
| D611,671 S | 3/2010 | Yang et al. |
| 7,694,838 B2 | 4/2010 | Yang et al. |
| 7,703,622 B1 | 4/2010 | Bynoe |
| D615,270 S | 5/2010 | Yang et al. |
| D615,722 S | 5/2010 | Yang et al. |

| | | | |
|---|---|---|---|
| 7,712,285 B2 | 5/2010 | Stravitz et al. | |
| 7,741,801 B2 | 6/2010 | Fukuizumi | |
| 7,748,556 B2 | 7/2010 | Yang et al. | |
| 7,781,995 B2 | 8/2010 | Yang et al. | |
| D623,817 S | 9/2010 | Yang et al. | |
| D625,068 S | 10/2010 | Shannon | |
| 7,806,285 B2 | 10/2010 | Yang et al. | |
| D627,533 S | 11/2010 | Yang et al. | |
| D627,944 S | 11/2010 | Wang et al. | |
| D629,172 S | 12/2010 | Liao | |
| D629,579 S | 12/2010 | Lin | |
| D630,404 S | 1/2011 | Yang et al. | |
| D631,221 S | 1/2011 | Yang et al. | |
| D632,039 S | 2/2011 | Yang et al. | |
| D632,864 S | 2/2011 | Yang et al. | |
| D634,911 S | 3/2011 | Yang et al. | |
| D635,319 S | 3/2011 | Meyerhoffer | |
| 7,896,187 B2 | 3/2011 | Haibel | |
| 7,922,024 B2 | 4/2011 | Yang et al. | |
| 7,950,543 B2 | 5/2011 | Yang et al. | |
| D639,520 S | 6/2011 | Lin | |
| D644,390 S | 8/2011 | Smeets et al. | |
| 7,992,742 B1 | 8/2011 | Kim | |
| 8,006,857 B2 | 8/2011 | Lin | |
| D644,806 S | 9/2011 | Yang et al. | |
| D644,807 S | 9/2011 | Yang et al. | |
| D649,728 S | 11/2011 | Campbell | |
| 8,074,833 B2 | 12/2011 | Yang et al. | |
| 8,096,445 B2 | 1/2012 | Yang et al. | |
| D655,061 S | 2/2012 | Scaturro | |
| 8,136,688 B2 | 3/2012 | Lee et al. | |
| D657,108 S | 4/2012 | Yang et al. | |
| D657,109 S | 4/2012 | Liao | |
| 8,297,470 B2 | 10/2012 | Yang et al. | |
| 8,317,055 B2 | 11/2012 | Zawrotny et al. | |
| D672,520 S | 12/2012 | Yang et al. | |
| D673,750 S | 1/2013 | Quan | |
| D675,802 S | 2/2013 | Yang et al. | |
| D675,803 S | 2/2013 | Yang et al. | |
| 8,393,489 B1 | 3/2013 | Stravitz | |
| 8,418,869 B2 | 4/2013 | Yang et al. | |
| D684,741 S | 6/2013 | Harris | |
| 8,456,120 B2 * | 6/2013 | Wang | B65F 1/06 |
| | | | 220/523 |
| D689,255 S | 9/2013 | Sun Ting Kung et al. | |
| 8,567,630 B2 | 10/2013 | Yang et al. | |
| 8,569,980 B2 | 10/2013 | Yang et al. | |
| 8,575,537 B2 | 11/2013 | Yao et al. | |
| 8,607,932 B2 | 12/2013 | Cooper et al. | |
| 8,672,171 B2 | 3/2014 | Wynn et al. | |
| 8,678,219 B1 | 3/2014 | Wang et al. | |
| 8,686,676 B2 | 4/2014 | Yang et al. | |
| D704,406 S | 5/2014 | Kern | |
| 8,716,969 B2 | 5/2014 | Yang et al. | |
| 8,720,728 B2 | 5/2014 | Yang et al. | |
| D709,662 S | 7/2014 | Yang et al. | |
| 8,766,582 B2 | 7/2014 | Yang et al. | |
| 8,807,378 B2 | 8/2014 | Kaberna | |
| 8,807,379 B1 | 8/2014 | Hammond | |
| D714,510 S | 9/2014 | Yang et al. | |
| D715,575 S | 10/2014 | Williams et al. | |
| D716,015 S | 10/2014 | van de Leest | |
| 8,851,316 B2 | 10/2014 | Barrett et al. | |
| 8,872,459 B2 | 10/2014 | Yang et al. | |
| D717,012 S | 11/2014 | Han | |
| D717,013 S | 11/2014 | Han | |
| D717,014 S | 11/2014 | Han | |
| D717,015 S | 11/2014 | Han | |
| D719,313 S | 12/2014 | Kao | |
| D725,860 S | 3/2015 | Spivey et al. | |
| D725,861 S | 3/2015 | Yang et al. | |
| D730,008 S | 5/2015 | Yang et al. | |
| 9,051,093 B2 | 6/2015 | Yang et al. | |
| D755,461 S | 5/2016 | Wall | |
| D758,686 S | 6/2016 | Beumer | |
| D759,934 S | 6/2016 | Yang et al. | |
| D762,037 S | 7/2016 | Chen | |
| D765,937 S | 9/2016 | Chen | |
| D766,998 S | 9/2016 | Kao et al. | |

US 11,603,263 B2

Page 5

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 9,434,538 | B2 | 9/2016 | Yang et al. |
| D770,121 | S | 10/2016 | Chen |
| D771,344 | S | 11/2016 | Yang et al. |
| D773,145 | S | 11/2016 | Yang et al. |
| 9,481,515 | B2 | 11/2016 | Yang et al. |
| D773,769 | S | 12/2016 | Chen |
| 9,573,759 | B2 | 2/2017 | Yang et al. |
| 9,586,755 | B1 | 3/2017 | Yang et al. |
| D787,828 | S | 5/2017 | Thoma et al. |
| D790,145 | S | 6/2017 | Chen |
| D793,642 | S | 8/2017 | Yang et al. |
| D798,016 | S | 9/2017 | Yang et al. |
| D804,133 | S | 9/2017 | Yang et al. |
| 9,751,692 | B2 | 9/2017 | Yang et al. |
| 9,790,025 | B2 | 10/2017 | Yang et al. |
| 9,856,080 | B2 | 1/2018 | Yang et al. |
| D820,544 | S | 6/2018 | Joseph |
| D825,876 | S | 8/2018 | Chen |
| D827,968 | S | 9/2018 | Chen |
| D829,400 | S | 9/2018 | Yang et al. |
| D830,029 | S | 10/2018 | Greenspoon et al. |
| D835,374 | S | 12/2018 | Yang et al. |
| D835,376 | S | 12/2018 | Yang et al. |
| D836,278 | S | 12/2018 | Berberet et al. |
| D840,628 | S | 2/2019 | Chang |
| D845,576 | S | 4/2019 | Lu |
| 10,279,996 | B2 | 5/2019 | Yang et al. |
| 10,279,997 | B2 | 5/2019 | Yang et al. |
| D851,350 | S | 6/2019 | Lu |
| D853,067 | S | 7/2019 | Chen |
| D855,919 | S | 8/2019 | Yang et al. |
| D858,024 | S | 8/2019 | Yang et al. |
| D858,923 | S | 9/2019 | Yang et al. |
| D861,076 | S | 9/2019 | Chen |
| 10,413,064 | B1 | 9/2019 | Lu |
| 10,494,175 | B2 | 12/2019 | Yang et al. |
| D874,776 | S | 2/2020 | Spadotto |
| 10,654,648 | B1 | 5/2020 | Rodriguez |
| 10,683,165 | B2 | 6/2020 | Yang et al. |
| 10,723,549 | B2 | 7/2020 | Yang et al. |
| D901,815 | S | 11/2020 | Yang et al. |
| 10,906,738 | B2 | 2/2021 | Barry |
| D925,153 | S | 7/2021 | Busch |
| D930,933 | S | 9/2021 | Yang et al. |
| 11,136,186 | B2 | 10/2021 | Yang et al. |
| D936,927 | S | 11/2021 | Zeng |
| D938,125 | S | 12/2021 | Zhang |
| D939,174 | S | 12/2021 | Zeng |
| 11,279,555 | B2 | 3/2022 | Yang et al. |
| 2001/0002690 | A1 | 6/2001 | Rosky |
| 2001/0020619 | A1 | 9/2001 | Pfeifer et al. |
| 2001/0045512 | A1 | 11/2001 | Brent |
| 2002/0009567 | A1 | 1/2002 | Brand |
| 2002/0066736 | A1 | 6/2002 | Pyles |
| 2002/0092853 | A1 | 7/2002 | Wang |
| 2002/0096523 | A1 | 7/2002 | Pyles |
| 2002/0096524 | A1 | 7/2002 | Hardesty |
| 2002/0100750 | A1 | 8/2002 | Pyles |
| 2002/0104266 | A1 | 8/2002 | Ranaudo |
| 2002/0116924 | A1 | 8/2002 | Winkelmann et al. |
| 2003/0089719 | A1 | 5/2003 | Berger |
| 2003/0102316 | A1 | 6/2003 | Forest |
| 2003/0201265 | A1 | 10/2003 | Lin |
| 2003/0205979 | A1 | 11/2003 | Papari et al. |
| 2003/0230576 | A1 | 12/2003 | Lin |
| 2004/0016756 | A1 | 1/2004 | Lin |
| 2004/0028772 | A1 | 2/2004 | Sham et al. |
| 2004/0134924 | A1 | 7/2004 | Hansen et al. |
| 2004/0140782 | A1 | 7/2004 | Okabe et al. |
| 2004/0164077 | A1 | 8/2004 | Kuo |
| 2004/0174268 | A1 | 9/2004 | Scott et al. |
| 2004/0175303 | A1 | 9/2004 | Lin |
| 2004/0199401 | A1 | 10/2004 | Wagner |
| 2004/0200938 | A1 | 10/2004 | Forlivio |
| 2004/0206758 | A1 | 10/2004 | Lin |
| 2004/0206760 | A1 | 10/2004 | Gagnebin |
| 2004/0250711 | A1 | 12/2004 | Ernst |
| 2004/0251746 | A1 | 12/2004 | Ichimaru et al. |
| 2005/0017006 | A1 | 1/2005 | Kuo |
| 2005/0017010 | A1 | 1/2005 | Siegel et al. |
| 2005/0029281 | A1 | 2/2005 | Westermann et al. |
| 2005/0129803 | A1 | 6/2005 | Umeda et al. |
| 2005/0258177 | A1 | 11/2005 | Woodson |
| 2005/0258794 | A1 | 11/2005 | Fukuizumi |
| 2006/0027579 | A1 | 2/2006 | Yang et al. |
| 2006/0103086 | A1 | 5/2006 | Niemeyer et al. |
| 2006/0138149 | A1 | 6/2006 | Tracy |
| 2006/0163257 | A1 | 7/2006 | Golbert |
| 2006/0175336 | A1 | 8/2006 | Wang |
| 2006/0186121 | A1 | 8/2006 | Yang et al. |
| 2006/0196874 | A1 | 9/2006 | Yang |
| 2006/0237641 | A1 | 10/2006 | Moeller et al. |
| 2006/0249510 | A1 | 11/2006 | Lin |
| 2006/0278643 | A1 | 12/2006 | Chiou |
| 2007/0012699 | A1 | 1/2007 | Yang et al. |
| 2007/0034334 | A1 | 2/2007 | Ramsey et al. |
| 2007/0045326 | A1 | 3/2007 | Tramontina et al. |
| 2007/0090112 | A1 | 4/2007 | Kalman et al. |
| 2007/0114847 | A1 | 5/2007 | Ichimaru et al. |
| 2007/0181579 | A1 | 8/2007 | Kuo et al. |
| 2007/0209846 | A1 | 9/2007 | Wilson |
| 2007/0215622 | A1 | 9/2007 | Perez |
| 2007/0241109 | A1 | 10/2007 | Lin |
| 2007/0266637 | A1 | 11/2007 | McGowan |
| 2007/0272691 | A1 | 11/2007 | Wang et al. |
| 2007/0289972 | A1 | 12/2007 | Wynn et al. |
| 2008/0011754 | A1 | 1/2008 | Ramsey |
| 2008/0011910 | A1 | 1/2008 | Ramsey |
| 2008/0041863 | A1 | 2/2008 | Forest |
| 2008/0083756 | A1 | 4/2008 | Daniels |
| 2008/0083757 | A1 | 4/2008 | Parker et al. |
| 2008/0099274 | A1 | 5/2008 | Seel |
| 2008/0128428 | A1 | 6/2008 | Beckerman |
| 2008/0164257 | A1 | 7/2008 | Boll et al. |
| 2008/0236275 | A1 | 10/2008 | Breed et al. |
| 2008/0245794 | A1 | 10/2008 | Escobar et al. |
| 2008/0257889 | A1 | 10/2008 | Kovacevich et al. |
| 2008/0257890 | A1 | 10/2008 | Kovacevich et al. |
| 2008/0257891 | A1 | 10/2008 | Kovacevich et al. |
| 2008/0264948 | A1 | 10/2008 | Kovacevich et al. |
| 2008/0264950 | A1 | 10/2008 | Kovacevich et al. |
| 2008/0272119 | A1 | 11/2008 | Efstathiou |
| 2008/0272127 | A1 | 11/2008 | Kovacevich et al. |
| 2009/0008888 | A1 | 1/2009 | Boulden |
| 2009/0071959 | A1 | 3/2009 | Cheung |
| 2009/0084788 | A1 | 4/2009 | Yang et al. |
| 2009/0136341 | A1 | 5/2009 | Kenyon |
| 2009/0214606 | A1 | 8/2009 | Bujard et al. |
| 2009/0230131 | A1 | 9/2009 | McDuffie et al. |
| 2009/0261105 | A1 | 10/2009 | Cunningham et al. |
| 2009/0266836 | A1 | 10/2009 | Mobley |
| 2010/0006572 | A1 | 1/2010 | Chiou |
| 2010/0084235 | A1 | 4/2010 | Lu |
| 2010/0096894 | A1 | 4/2010 | Fukai |
| 2010/0122985 | A1 | 5/2010 | Peters et al. |
| 2010/0147865 | A1 | 6/2010 | Yang et al. |
| 2010/0170904 | A1 | 7/2010 | Kalman et al. |
| 2010/0176126 | A1 | 7/2010 | Shikano |
| 2010/0178105 | A1 | 7/2010 | Monneret |
| 2010/0193518 | A1 | 8/2010 | Tontarelli |
| 2010/0219191 | A1 | 9/2010 | Prosa |
| 2010/0237074 | A1 | 9/2010 | Yang et al. |
| 2010/0252557 | A1 | 10/2010 | Clements |
| 2010/0294769 | A1 | 11/2010 | Lee et al. |
| 2011/0017735 | A1 | 1/2011 | Wang et al. |
| 2011/0049149 | A1 | 3/2011 | Shih |
| 2011/0056952 | A1 | 3/2011 | Borowski et al. |
| 2011/0139781 | A1 | 6/2011 | Jin et al. |
| 2011/0272409 | A1 | 11/2011 | Kasbohm |
| 2012/0111895 | A1 | 5/2012 | Fitzpatrick et al. |
| 2012/0145932 | A1 | 6/2012 | Yao et al. |
| 2012/0234836 | A1 | 9/2012 | Barrett et al. |
| 2012/0234849 | A1 | 9/2012 | Hughes et al. |
| 2012/0248149 | A1 | 10/2012 | Pelfrey |

US 11,603,263 B2

Page 6

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2012/0261423 A1 | 10/2012 | Zawrotny et al. |
| 2013/0002100 A1 | 1/2013 | Badri et al. |
| 2013/0048641 A1 | 2/2013 | Romano |
| 2013/0097809 A1 | 4/2013 | Weber et al. |
| 2013/0105487 A1 | 5/2013 | Baik |
| 2013/0240592 A1 | 9/2013 | Woodruff |
| 2013/0248535 A1 | 9/2013 | Wolfe et al. |
| 2013/0300119 A1 | 11/2013 | Anzalon et al. |
| 2014/0183193 A1 | 7/2014 | Hammond et al. |
| 2014/0238989 A1 | 8/2014 | Wang et al. |
| 2014/0240964 A1 | 8/2014 | Adachi et al. |
| 2014/0305946 A1 | 10/2014 | Han |
| 2014/0345453 A1 | 11/2014 | Oh et al. |
| 2015/0251849 A1 | 9/2015 | Yang et al. |
| 2015/0321841 A1 | 11/2015 | Salas et al. |
| 2016/0137411 A1 | 5/2016 | Rogers |
| 2016/0200508 A1 | 7/2016 | Thoma et al. |
| 2017/0050404 A1 | 2/2017 | Henken et al. |
| 2017/0166167 A1 | 6/2017 | Heller et al. |
| 2017/0176986 A1 | 6/2017 | High et al. |
| 2019/0077595 A1 | 3/2019 | Wang et al. |
| 2019/0185263 A1 | 6/2019 | Yang et al. |
| 2019/0276232 A1 | 9/2019 | Yang et al. |
| 2020/0148467 A1 | 5/2020 | Yang et al. |
| 2020/0307907 A1 | 10/2020 | Yang et al. |
| 2022/0097960 A1 | 3/2022 | Yang et al. |
| 2022/0160126 A1 | 5/2022 | Yang et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2519295 | 3/2007 |
| CA | 132181 | 6/2010 |
| CA | 2695086 | 9/2010 |
| CA | 136938 | 5/2011 |
| CA | 141819 | 4/2012 |
| CN | 2075182 U | 4/1991 |
| CN | 2378327 Y | 5/2000 |
| CN | 2467467 Y | 12/2001 |
| CN | 200964993 Y | 10/2007 |
| CN | 101177946 A | 5/2008 |
| CN | 201105898 Y | 8/2008 |
| CN | 201330049 Y | 10/2009 |
| CN | 201367221 Y | 12/2009 |
| CN | 201372076 Y | 12/2009 |
| CN | 201447201 U | 5/2010 |
| CN | 201512253 U | 6/2010 |
| CN | 201597962 U | 10/2010 |
| CN | 201907743 U | 7/2011 |
| CN | 202213911 U | 5/2012 |
| CN | 301947175 S | 6/2012 |
| CN | 103207416 A | 7/2013 |
| CN | 103300590 A | 9/2013 |
| CN | 103303618 A | 9/2013 |
| CN | 204587817 U | 8/2015 |
| CN | 205169479 U | 4/2016 |
| CN | 107032015 A | 8/2017 |
| CN | 109775193 A | 5/2019 |
| DE | 1610087 | 7/1950 |
| DE | 822376 | 11/1951 |
| DE | 1283741 | 7/1966 |
| DE | 8436939 | 3/1985 |
| DE | 9108341 | 10/1991 |
| DE | 4225936 | 2/1994 |
| DE | 19525885 | 3/1997 |
| DE | 19617823 | 11/1997 |
| DE | 19809331 | 5/1999 |
| DE | 19811991 A1 | 9/1999 |
| DE | 19824941 A1 | 12/1999 |
| DE | 29918687 | 3/2000 |
| DE | 19933180 | 1/2001 |
| DE | 10036259 A1 | 11/2001 |
| DE | 10148997 | 4/2003 |
| DE | 20305521 U1 | 6/2003 |
| DE | 20217561 | 3/2004 |
| DE | 10305311 A1 | 8/2004 |

| | | |
|---|---|---|
| DE | 10337806 A1 | 3/2005 |
| EP | 0582240 | 7/1993 |
| EP | 0903305 A1 | 3/1999 |
| EP | 0906876 A2 | 4/1999 |
| EP | 1094017 A1 | 4/2001 |
| EP | 1162161 | 12/2001 |
| EP | 1361176 A1 | 11/2003 |
| EP | 1136393 B1 | 4/2004 |
| EP | 1447342 A2 | 8/2004 |
| EP | 1508537 A1 | 2/2005 |
| EP | 1600373 A2 | 11/2005 |
| EP | 1647503 A1 | 4/2006 |
| EP | 1686073 A1 | 8/2006 |
| EP | 1918223 A1 | 5/2008 |
| EP | 1700799 B1 | 8/2009 |
| EP | 001164826-0001 | 9/2009 |
| EP | 001232904-0001 | 10/2010 |
| EP | 2343250 A1 | 7/2011 |
| EP | 2636613 B1 | 3/2015 |
| EP | 3042864 A1 | 7/2016 |
| FR | 2887152 | 12/2006 |
| GB | 191004921 | 6/1910 |
| GB | 1555543 A | 11/1979 |
| GB | 2384418 | 7/2003 |
| GB | 2559346 A | 8/2018 |
| JP | 02-15670 | 6/1990 |
| JP | H06-56011 | 8/1994 |
| JP | 06-272888 | 9/1994 |
| JP | 2004-106713 | 4/2004 |
| JP | 2004-231237 | 8/2004 |
| JP | D1300450 | 5/2007 |
| JP | D1300451 | 5/2007 |
| JP | 2007-154831 A | 6/2007 |
| JP | D1322056 | 2/2008 |
| JP | D1398668 | 10/2010 |
| JP | 2013-231413 A | 11/2013 |
| JP | 2014-523329 A | 9/2014 |
| KR | 20040087306 A | 10/2004 |
| KR | 3003841370000 | 6/2005 |
| KR | 3004095430000 | 3/2006 |
| KR | 3004095430001 | 7/2006 |
| NL | 6908550 | 12/1970 |
| TW | 183920 | 5/1992 |
| TW | 230977 | 9/1994 |
| TW | 395392 | 6/2000 |
| TW | D112733 | 9/2006 |
| TW | D129485 | 7/2009 |
| TW | D133382 | 2/2010 |
| TW | D133678 | 3/2010 |
| TW | 145989 | 3/2012 |
| TW | D 162495 | 8/2014 |
| TW | 201720729 | 6/2017 |
| WO | WO 92/02430 A1 | 2/1992 |
| WO | WO 96/33671 | 10/1996 |
| WO | WO 2005/080232 A1 | 9/2005 |
| WO | WO 2006/079263 A1 | 8/2006 |
| WO | WO 2007/139570 | 12/2007 |
| WO | WO 2009/114495 A1 | 9/2009 |
| WO | WO 2015/134902 A1 | 9/2015 |
| WO | WO 2015/138625 A1 | 9/2015 |
| WO | WO 2016/054109 A1 | 4/2016 |
| WO | WO 2016/133407 A1 | 8/2016 |

OTHER PUBLICATIONS

YouTube.com, "Automatic trash can pull out cabinet with Arduino (DIY)", dated Oct. 9, 2019, https://www.youtube.com/watch?v=mmcgTaE45_Y, entire video, including screenshot in 1 page.
YouTube.com, "trash pullout with servo drive installed", dated Jun. 17, 2011, https://www.youtube.com/watch?v=tO1SbtllEh8, entire video, including screenshots in 3 pages.
Office Action in corresponding Canadian Patent Application No. 3087343, dated Jan. 26, 2022, in 3 pages.
U.S. Appl. No. 29/484,903, filed Mar. 13, 2014, Yang et al.
U.S. Appl. No. 29/747,968, filed Aug. 26, 2020, Yang et al.
U.S. Appl. No. 29/747,945, filed Aug. 26, 2020, Yang et al.
Trento Corner 23 Trash Can, Hailo product webpage, May 2008, http://www.hailo.de/html/default.asp?site=12_71_107&lang=en.

US 11,603,263 B2

Page 7

(56)    **References Cited**

OTHER PUBLICATIONS

Simplehuman Liner Rim Dual Bucket Rectangular Recycler with Liner Pocket, Stainless Steel, 58 Liter / 15 Gallon, Item No. CW2025, www.Amazon.com, site visited Dec. 29, 2015.

Web page showing picture of Hero Bullet trash can, archived Nov. 17, 2004, downloaded from http://web.archive.org/web/20041117003115/http://www.simplehuman.com/images/hero_bullet.jpg.

Office Action for Chinese Application No. 201310076306.0, dated Dec. 23, 2015, in 14 pages.

Office Action for Chinese Application No. 201310076306.0, dated Aug. 30, 2016, in 17 pages.

Office Action for Chinese Application No. 201310076306.0, dated Jan. 25, 2017, in 18 pages.

Extended European Search Report for European Application No. 13158229.8, dated Jul. 2, 2013, in 8 pages.

Office Action for European Application No. 13158229.8, dated Jul. 12, 2018, in 5 pages.

Office Action for European Application No. 13158229.8, dated Jun. 27, 2019, in 5 pages.

Search Report for Taiwanese Design Application No. 102302061, dated Jun. 20, 2013, in 1 page.

alzashop.com, Simplehuman 45L Pedal Rectangular White Plastic Stainless Steel Trash Can, https://www.alzashop.com/simplehuman-45l-pedal-rectangular-white-plastic-stainless-steel-d5841987.htm, site visited Jul. 20, 2021, in 3 pages.

Extended Search Report in for European Application No. dated Nov. 29, 2022, in 14 pages.

* cited by examiner



*FIG. 1*

Case 4:25-cv-00503-KGB    Document 1    Filed 05/22/25    Page 140 of 191



FIG. 2



FIG. 3



*FIG. 4*



FIG. 5



FIG. 6



*FIG. 7*



*FIG. 8*



*FIG. 9*



FIG. 10



*FIG. 11*



FIG. 12



*FIG. 13*

US 11,603,263 B2

**1**

## TRASH CAN ASSEMBLY

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application. Ser. No. 16/901,376, filed Jun. 15, 2020, which is a continuation of U.S. patent application Ser. No. 15/783,370, filed Oct. 13, 2017, now U.S. Pat. No. 10,683,165, which is a continuation of U.S. patent application Ser. No. 13/787, 638, filed Mar. 6, 2013, now U.S. Pat. No. 9,790,025, which claims the priority benefit under 35 U.S.C. § 119(e) of U.S. Provisional Patent Application No. 61/609,233, filed Mar. 9, 2012. The entirety of each of the aforementioned applications is incorporated herein by reference.

### BACKGROUND

#### Field

Some embodiments relate to power transfer devices, such as mechanisms for operating lids or doors for receptacles.

#### Description of the Related Art

Receptacles and other devices with mechanisms for transferring power to a subcomponent, such as a lid or a door, are used in a variety of different settings. For example, in both residential and commercial settings, trash cans and other devices often have lids for protecting or preventing the escape of the contents of the receptacle. Some trash cans include lids or doors to prevent odors from escaping and to hide the trash within the receptacle from view. Additionally, the lid of a trash can help prevent contamination from escaping from the receptacle.

Some commercially available trash cans have powered or manually operated lids. Such cans generally include a motor that drives a gear assembly, which in turn drives the lid open and closed. Such trash cans can include a sensor positioned on or near the lid. Such a sensor can be configured to detect movement, such as a user's hand being waived near the sensor, as a signal for opening the lid. When such a sensor is activated, a motor within the trash receptacle opens the lid or door and thus allows a user to place items into the receptacle. Afterwards, the lid can be automatically closed.

However, certain conventional power or manually operated lids present some difficulties. For example, users of current trash cans with power operated lids can experience problems if the trash within the receptacle or can is piled higher than the level of the lid itself. If the trash or other material within the can is higher than the level of the lid itself, the lid will be unable to completely close. This can cause the motor or batteries to wear down, continue running, and/or ultimately fail. It can also force the user to reset the controller, remove trash, or manually compress the trash until the lid can be closed.

A number of other problems are associated with the deployment, use, and removal of receptacle liners, such as trash bags. A common problem is associated with maintaining the trash bag suspended at the top of the trash open with the mouth of the trash bag opened. For example, a user typically needs to fold the top edge of the trash bag over the top edge of the trash can or its internal liner to maintain the mouth of the trash bag opened at the top of the trash can or an internal liner. However, the weight of the waste materials deposited into the trash bag may cause the trash bag to slip from the mouth of the trash can and fall into the interior of

**2**

the trash can. This can result in the undesirable spillage of the waste material inside the trash bag and/or the inconvenience of having to reach into the interior of the trash can to retrieve and reposition the bag onto the trash can.

Further, problems can exist when a user manually opens and closes the lid or door of a trash receptacle configured to transfer power to the lid or door. Whether intentional or accidental, the act of directly manually opening or closing the lid (e.g., not opened and/or closed by the motor or another power transmission device, such as a foot pedal) may, for example, wear down, strip or lead to the failure of the components and parts of the power operated trash receptacle, such as the motor or gears. For instance, when the lid is manually operated, certain of the gears in connection with the lid are encouraged to move (e.g., rotate and/or translate). However, because the motor may be relatively difficult to rotate when not being operated, the motor may inhibit one or more of the gears from moving. Thus, when the lid is manually operated, a stress can result between the gears that the lid is urging to move and the gears that the motor is inhibiting from moving. Such a stress can result in damage to the gears, motor, lid, or other components of the receptacle. For instance, such stress can strip one or more teeth of the gears. Damage to the gears can, for example, result in reduced control over the motion of the lid, cause noise, and even inhibit or prevent the motor from operating the lid.

### SUMMARY

Various embodiments of a trash can assembly (e.g., a receptacle configured to receive refuse, recyclable materials, or otherwise), and related methods, are provided. In some embodiments, the trash can assembly includes a body component, such as a shell or housing. In some embodiments, the body component is made of a metal, such as stainless steel. The body component can be configured to receive a portion of a removable liner, such as a trash bag, bin bag, bin liner, or otherwise.

Various embodiments of the trash can assembly include a trim member, such as a plastic or metal edge, border region, or otherwise. The trim member can be pivotally coupled (e.g., rotatably, hingedly, or otherwise) with the body. The trim member can be configured to move between a closed position and an open position. When the trim member is in the closed position and an upper portion (e.g., edge, ridge, rim, or otherwise) of the removable liner is positioned over an upper edge (e.g., lip, rim, or otherwise) of the body component, the trim member can be configured to engage the upper edge of the body component to secure (e.g., pinch, grasp, or otherwise) the upper portion of the removable liner between the trim member and the upper edge of the body component.

In some embodiments, the trash can assembly includes a lid, such as a cover, top, closure member, or otherwise. The lid can be pivotally coupled with the body component and configured to move between a first position (e.g., closed or shut) and a second position (e.g., open). In some implementations, a periphery (e.g., an edge and/or radially outer portion) of the lid can be generally received in the trim when the trim is in the closed position and the lid is in the first position, the periphery of the lid being positioned generally outside of the trim when the trim is in the closed position and the lid is in the second position. In some embodiments, the lid is made of the same material as the body. In some embodiments, the lid is made of the same material as the trim member.

In some embodiments, the trim member includes a wall extending generally downwardly (e.g., generally transverse direction to a top surface of the trim member, generally toward a base of the trash can assembly, or otherwise) from a top surface of the trim member. In certain variants, the trim member includes a liner retention feature (e.g., one or more hooks, wings, detents, snaps, magnets, or otherwise) positioned on an inside surface of the wall. In some embodiments, the liner retention feature includes an inwardly (e.g., radially inwardly, in a direction generally toward the body, or otherwise) extending flap positioned on an inner surface of the wall. The inwardly extending flap can be configured to receive a portion of the upper edge of the body component. For example, in some embodiments, the upper edge of the body component includes an annular lip and the inwardly extending flap includes an engagement element (e.g., recess, aperture, channel, protrusion, or otherwise) configured to secure a portion of the removable liner between the flap and the annular lip.

In some embodiments, the trim member includes a retaining mechanism, such as a latch, detent, or other securing and/or holding device. The retaining mechanism can be configured to maintain the trim member in the open position, thereby allowing a user to mount the removable liner in the trash can assembly. In some embodiments, the retaining mechanism includes a first cam structure (e.g., arm, wheel, shaft, cylinder, gear, etc.) and a second cam structure. The first cam structure can be configured to be received in a holding feature (e.g., a recess, channel, or otherwise) of the second cam structure as the trim member moves (e.g., rotates, slides, translates, or otherwise) toward the open position.

In some embodiments, the trash can assembly includes a power operated driving mechanism, such as a motor and shaft. The power operated driving mechanism can be configured (e.g., with a linkage or gearing) to move the lid between the first and second positions. In some implementations, the power operated driving mechanism is activated by a sensor, such as an infrared sensor, proximity sensor, ultrasonic sensor, or otherwise. For example, a signal from the sensor can be provided to a controller, which can be configured to regulate the operation of the power operated driving mechanism to move the lid between the first and second positions based on the signal. In certain variants, the sensor is configured to sense (e.g., detect, monitor, measure, or otherwise) the presence and/or lack thereof of an object or user in a vicinity of the trash can assembly. For example, the sensor can sense the presence of a user generally in front and/or above the trash can assembly, and thus signal for the lid to be opened. Some implementations of the sensor are configured to sense the presence and/or lack thereof of an object or user in a volume of space relative to the trash can assembly, such as within a generally conical volume of space above the trash can assembly. In some embodiments, at least one of the power operated driving mechanism and the sensor is deactivated (e.g., generally depowered, turned off, or otherwise) when the trim member is in the open position. Certain such implementations can, for example, reduce the likelihood of false positive readings and/or can conserve energy.

In accordance with some implementations, a trash can assembly includes a body component. The trash can assembly can have a lid mounted relative to the body component. The lid can be configured to move between open and closed positions. In some variants, the lid has a lid driving mechanism. Certain embodiments of the trash can assembly include a power operated driving mechanism that includes a

motor coupled (e.g., directly or indirectly) with a shaft. In various embodiments, the motor is powered (e.g., by alternating current, direct current, or otherwise). In some implementations, the motor is configured to receive electrical power from one or more batteries. In some implementations, solar panels provide power to at least some components of the trash can, such as the motor.

Certain implementations of the trash can assembly include a clutch mechanism, such as a selectively engageable power and/or torque transfer member. In some variants, the clutch mechanism can be engageable with (e.g., abutted against, securable with, connectable to, or otherwise) the lid driving mechanism. The clutch mechanism can be configured to receive torque from the motor, such as via the shaft, and to transmit the torque to the lid driving mechanism to move the lid between the open and closed positions. The lid driving mechanism and the clutch member can be configured to allow a user to manually move (e.g., push, pull, rotate, translate, lift, etc.) the lid between the open and closed positions substantially without applying a force (e.g., torque) to at least one of: the motor, the shaft, and the clutch mechanism. In some embodiments, the lid driving mechanism and the clutch member can be configured to allow a user to manually move the lid between the open and closed positions substantially without applying a force (e.g., torque) to at least two of: the motor, the shaft, and the clutch mechanism (e.g., the motor and the shaft, the shaft and the clutch, and/or the motor and the clutch). In certain implementations, the lid driving mechanism and the clutch member can be configured to allow a user to manually move the lid between the open and closed positions substantially without applying a force (e.g., torque) to the motor, the shaft, and the clutch mechanism.

In some embodiments, the lid driving mechanism is attached to a bottom surface of the lid, such as an underside, back, and/or surface generally directed toward the base of the trash can assembly. The lid driving mechanism can be configured to directly or indirectly abut (e.g., contact, touch, or otherwise) with the clutch mechanism. In some embodiments, when the clutch mechanism is operated (e.g., rotated by the shaft and/or the motor), such abutment can result in the lid driving mechanism being moved (e.g., rotated), thereby moving the lid between the open and closed positions.

According to some implementations, the lid driving mechanism includes first and second flanges, such as flaps, wings, protrusions, or otherwise. The flanges can be configured to abut with first and second torque transmission members (e.g., arms, shafts, etc.) of the clutch mechanism, respectively. In certain variants, at least one of the first and second flanges extend radially inwardly (e.g., generally toward the body, generally toward a radial center of the trash can assembly, or otherwise). According to certain variants, rotation of the clutch mechanism results in rotation of the first and second flanges, which in turn results in movement (e.g., rotation) of the lid between the open and closed positions. In some embodiments, the first and second flanges are positioned on the lid. For example, the first and second flanges can be molded or otherwise formed with the lid, or joined (e.g., by welding or adhesive) with the lid.

Some implementations include at least one circumferential space (e.g., a gap or recess) between the first and second flanges. In certain embodiments, at least one of the first and second torque transmission members is configured to be positioned within the at least one circumferential space. Certain embodiments include first and second circumferential spaces between the first and second flanges, with the first

5

torque transmission member being positioned in the first circumferential space and the second torque transmission member being positioned in the second circumferential space.

In some embodiments, the first and second torque transmission members have at least one arm extending from a central body of the clutch mechanism. For example, some embodiments include first and second arms extending radially outward from the central body. In some variants, at least one of the arms has a first surface and second surface. The first surface can be configured to abut with the first flange and the second surface can be configured to abut with the second flange. In certain implementations, when the first surface is abutted with the first flange, a first circumferential distance is defined between the second surface (e.g., non-abutted surface) and the second flange. In some embodiments, the first circumferential distance is greater than or equal to the amount of rotation of the lid between the closed and open positions. For example, in certain variants, the rotation of the lid between the closed and open positions can be at least about 80° and the circumferential distance can be greater than or equal to about 80°. In some embodiments, the circumferential distance being greater than or equal to the amount of rotation of the lid between the closed and open positions facilitates a user being able to manually (e.g., without operating the driving mechanism, etc.) open and/or close the lid without applying a force to the arms.

In some embodiments, the trash can assembly includes one or more lid position sensing elements, such as flagging members, proximity sensors, interrupt-type sensors, potentiometers, or otherwise. In certain implementations, the lid position sensing elements are communicatively (e.g., electrically connected, etc.) connected with a controller, such as a processor or other electrical circuit configured to execute one or more algorithms. The controller can be configured to determine whether the lid is in the open or closed position, such as based on a signal from the lid position sensing elements.

In accordance with some embodiments, a trash can assembly includes a body component and a lid that is mounted relative to the body component and is configured to move between open and closed positions. The trash can assembly can include a driving mechanism operable to move the lid between the open and closed positions. Some embodiments of the driving mechanism can include a motor, a shaft, and an end member. The motor can be configured to rotate the shaft, and the shaft can be configured to rotate the end member. In some embodiments, the end member is generally rigidly coupled (e.g., fixed or secured) with the shaft such that the end member is generally prevented from rotating relative to the shaft.

In some variants, the driving mechanism includes a clutch mechanism. The clutch mechanism can be rotatably engageable (e.g., able to be engaged and disengaged) with the lid. The driving mechanism can be adapted to receive torque from the end member, so as to move the lid between the open and closed positions. The clutch mechanism can be configured to move (e.g., rotate, translate, slide, etc.) relative to the end member when the lid is moved between the opened and closed positions generally without operation of the driving mechanism (e.g., generally without rotational movement of the motor and/or the shaft relative to the body).

In some embodiments the driving mechanism includes a biasing member, such as a spring, elastic member or otherwise. The biasing member can be configured to bias (e.g., to apply a force to) the clutch mechanism into engagement (e.g., contact, abutment, securement, or otherwise) with the

6

end member. In certain implementations, the bias of the biasing member can facilitate torque from the motor being transmitted to the clutch mechanism via the engagement between the end member and the clutch mechanism.

In some embodiments, the clutch mechanism is configured to move (e.g., translate and/or rotate) relative to the end member and/or the shaft. For example, in some embodiments, the clutch mechanism can move relative to the end member and/or the shaft when the lid is moved between the opened and closed positions generally without operation of the driving mechanism, such as when the lid is opened or closed manually (e.g., by hand). In some embodiments, when the clutch mechanism moves relative to the end member and/or the shaft, the clutch mechanism translates toward the motor along a portion of a longitudinal length of the shaft and/or rotates relative to the end member. In some embodiments, when movement of the clutch mechanism relative to the end member and/or the shaft ceases, the biasing member is configured to move (e.g., to translate and/or rotate) the clutch mechanism towards and/or into engagement with the end member.

In some embodiments, the clutch mechanism and the end member include corresponding cam surfaces. In certain implementations, the corresponding cam surfaces are configured to allow the clutch mechanism to translate and rotate relative to the end member. In some embodiments, the clutch mechanism includes a first inclined cam surface and the end member includes a second inclined cam surface. The first and second inclined cam surfaces can be configured to allow mating engagement between the clutch mechanism and the end member. In some embodiments, when the lid is moved between the opened and closed positions generally without operation of the driving mechanism, the first and second inclined cam surfaces slide (e.g., translate and/or rotate) relative to each other.

BRIEF DESCRIPTION OF THE DRAWINGS

The above-mentioned and other features of the trash cans disclosed herein are described below with reference to the drawings of certain embodiments. The illustrated embodiments are intended to illustrate, but not to limit the disclosure. The drawings contain the following Figures:

FIG. 1 is a top, front, and left side perspective view of an embodiment of an enclosed receptacle, with a lid and a trim member in a closed position.

FIG. 2 is an enlarged top, front, and left side perspective view of the receptacle illustrated in FIG. 1, with the lid in an open position and the trim member is the closed position.

FIG. 3 is a top, rear, and right side perspective view of the receptacle shown in FIG. 1.

FIG. 4 is an exploded top, front, and left side perspective view of an embodiment of an enclosed receptacle with the lid closed.

FIG. 5 is an enlarged rear perspective view of the receptacle shown in FIG. 1, with a back cover removed.

FIG. 6 is an enlarged top, rear, and left side perspective view of the receptacle illustrated in FIG. 1, with the lid and trim member removed to show a lifting mechanism.

FIG. 7 is an enlarged bottom view of a portion of the trim member of FIG. 1.

FIG. 8 is an enlarged partial cross sectional view of the receptacle of FIG. 1.

FIG. 9 is an enlarged partial rear perspective view of the receptacle illustrated in FIG. 1, with the back cover removed.

US 11,603,263 B2

7

FIG. **10** is an enlarged top, rear, and left side perspective view of the receptacle illustrated in FIG. **1**, with the lid and trim member in the open position.

FIG. **11** is an enlarged front, bottom, and left side perspective view of the lid of FIG. **1**.

FIG. **12** is an enlarged perspective view of the motor and gear drive mechanism of the lifting mechanism illustrated in FIG. **6**.

FIG. **13** is an enlarged partial rear perspective view of the receptacle illustrated in FIG. **1**, with the back cover removed.

DETAILED DESCRIPTION OF CERTAIN EMBODIMENTS

The various embodiments of a system for transmitting power for opening and closing a lid or door of a receptacle, such as a trash can, or other device is disclosed in the context of a trash can. The present disclosure describes certain embodiments in the context of a trash can due to particular utility in this context. However, the subject matter of the present disclosure can be used in many other contexts as well, including, for example, commercial trash cans, doors, windows, security gates, and other larger doors or lids, as well as doors or lids for smaller devices such as high precision scales, computer drives, etc. The embodiments and/or components thereof can be implemented in powered or manually operated systems.

With reference to FIGS. **1-3**, a trash can assembly **20** can include a body or shell component **22** and lid **24** and other modular pieces or components. The trash can assembly **20** is generally easy to assemble and maintain. It can have minimal parts and have a compact design. Lid **24** can include door components, such as an air filter (not shown). The trash can assembly **20** can be configured to rest on a floor, and can be of varying heights and widths depending on, among other things, consumer need, cost, and ease of manufacture. Additional details and examples of trash can assemblies that can be used with, or instead of, components discussed herein are provided in U.S. Patent Application Publication No. 2011/0220647, filed Mar. 4, 2011, and U.S. Patent Application Publication No. 2009/0194532, filed Feb. 1, 2008, the entirety of each of which is incorporated herein by reference.

The trash can assembly **20** can include the body component **22**. In some embodiments, the trash can assembly can be configured to receive a liner or trash bag (not shown), which can be retained at least partly within the body component **22**. For example, an upper peripheral edge of the body component **22** can be configured to support an upper peripheral edge of the liner such that the liner is suspended and/or restrained by its upper peripheral edge within the body component **22**. In some embodiments, the trash can assembly **20** can include a liner support member (not shown) supported by the body component **22** and configured to support the liner at least partly within the interior of the body component **22**. In some embodiments, the body component **22** is configured such that the liner can be seated on a lower portion of the body component **22**.

With reference to FIG. **4**, in some embodiments, the body component **22** includes an upper edge **26**. As illustrated, the upper edge **26** of the body component **22** can be rolled, include an annular lip, or otherwise include features that extend outwardly from a generally vertical wall of the body component **22**. In some embodiments, the upper edge **26** has a generally rounded cross-section. Other designs can also be used.

8

The body component **22** can assume many configurations. The non-limiting embodiments of FIGS. **1-3** illustrate the body component **22** having a generally semi-circular configuration with a rear wall **28** and a curved, front wall **30**. However, other configurations can also be used, for example, rectangular. The liner or trash bag (not shown) can have the same general configuration, or a different configuration from the body component **22**. The body component **22** can be made from plastic, steel, stainless steel, aluminum or any other material.

As illustrated in FIG. **4**, the trash can assembly **20** can include a base portion **44**. The base portion **44** can have a generally annular and curved skirt upper portion and a generally flat lower portion for resting on a surface, such as a kitchen floor. The base portion **44** of the trash can assembly **20** can be made integrally, monolithically, or separate from the body component **22**. In some implementations, the base portion **44** comprises plastic, metal (e.g., steel, stainless steel, aluminum, etc.) or any other material. In some embodiments, such as those in which the body component **22** is metal (e.g., stainless steel), the base portion **44** can be a plastic material. In some embodiments, the base portion **44** includes projections **40** that are open or vented to the ambient environment (e.g., thorough the generally flat lower portion of the base portion **44**), as will be discussed in further detail below. As illustrated, certain embodiments of the base portion **44** include a generally centrally located passage thorough the generally flat lower portion of the base portion **44**.

In some embodiments, the base portion **44** can be connected with or attached to the body component **22** by connection components **46**, such as hooks and/or fasteners (e.g., screws). For example, in some embodiments, the base portion **44** includes hooked tabs that are configured to connect with a lower edge (e.g., a rolled edge) of the body component **22**. In some embodiments, the hooked tabs engage the lower edge of the body component **22**, such a by snap-fit connection. In some embodiments, the base portion **44** and the body component **22** are joined with adhesive, welding, hooks and similar attachment mechanisms.

In some embodiments, a liner insert **100** is connected with, or attached to, the base portion **44**. In some embodiments, the liner insert **100** can have support members, such as legs **48**, which can support and/or elevate the liner insert **100** above an interior bottom of the base portion **44**. In some embodiments, the legs **48** are joined with the base portion **44** (e.g., with fasteners, welding, etc.).

In some embodiments, the liner insert **100** is configured to generally support and/or cradle a lower portion of a trash bag disposed in the trash can assembly **20**. For example, as illustrated, the liner insert **100** can be generally concave or bowl-shaped. In some embodiments, the liner insert **100** is configured to protect a trash bag from rupture or damage and retain spills. For instance, the liner insert **100** can have a generally smooth surface to reduce the likelihood of the trash bag being torn or punctured by contact with the liner insert **100**. Several embodiments of the liner insert **100** thus can reduce the chance of damage to the trash bag even in embodiments of the trash can assembly **20** that do not utilize a generally rigid liner that extends along some or all of the height of the body component **22**.

In certain implementations, the liner insert **100** forms a seal (e.g., generally liquid resistant) with a lower portion of the body component **22**. In some embodiments, the liner insert **100** can include openings **42** that are configured to correspond to, or mate with, the projections **40** located on the interior bottom surface of the base portion **44**, thereby

US 11,603,263 B2

9

placing the openings 42 and the projections 40 in fluid communication. By aligning the openings 42 of the liner insert 100 and the projections 40 of the base portion 44, the openings 42 can allow ambient air to pass into and out of the interior of the trash can assembly, which can inhibit or prevent the occurrence of a negative pressure region (e.g., in comparison to ambient) inside the trash can assembly 20 when a user removes a trash bag from the trash can assembly 20. Further, in certain variants, when a user inserts refuse or other materials into the trash bag in the trash can assembly 20, air within the trash can assembly 20 can exit via the openings 42 and the projections 40, thereby inhibiting the occurrence of a positive pressure region (e.g., in comparison to ambient) inside the trash can assembly 20 and allowing the trash bag to freely expand.

As described above, the trash can assembly 20 can include the rear wall 28. Along the rear wall 28, the trash can 20 can include a back cover 54. The back cover 54 can enclose and/or protect a back side enclosure 56, as illustrated in FIG. 5. In some embodiments, the back side enclosure 56 can house the power source 66 for the trash can 20. For example, in some embodiments, the back side enclosure 56 can be configured to receive and retain at least one battery. The back side enclosure 56 can have a generally low profile configuration. For example, the back side enclosure 56 can extend rearwardly from the rear wall 28 a distance of less than or equal to about 1 inch, or less than or equal to about ⅛th of the distance between the outside surfaces of the rear wall 28 and the front-most portion of the front wall 30.

With reference to FIG. 6, in some embodiments, a housing 64 for a power operated driving mechanism 58 can be positioned on or near the rear wall 28, such as above or on top of the back side enclosure 56. In the illustrated embodiment, the housing 64 is a generally cylindrical structure or shell. In other embodiments, the housing 64 can be of other various designs and shapes. In some embodiments, the shape and location of the housing 64, the compactness of the driving mechanism 58 within the housing 64, and/or the generally low-profile of the back side enclosure 56 can allow the trash can assembly 20 to be positioned flush or substantially flush with a wall (not shown) or other generally flat vertical structure of a building or home. Thus, the trash can assembly 20 can have a smaller footprint and/or take up less floor space. In some embodiments, the back side enclosure 56 and/or the driving mechanism housing 64 extend rearwardly from the rear wall 28 less than or equal to about 1.5 inches.

Certain embodiments of the trash can assembly 20 include a trim member 38. As illustrated in FIG. 4, in some embodiments, the trim member 38 is connected with the back side enclosure 56 and/or body components, such as by fasteners 29 (e.g., screws). Some embodiments of the trim member 38 are configured to rotate with respect to the body component 22 and/or the lid 24. The trim member 38 can be made of various materials, such as plastic or metal. The trim member 38 and the body component 22 can be made from the same or different materials. For example, the trim member 38 and the body component 22 can comprise a plastic material. Some embodiments of the trim member 38 can engage and/or overlap the upper edge 26 of the trash can assembly 20.

As illustrated in FIG. 7, which shows a bottom portion of the trim member 38, certain embodiments of the trim member 38 are configured to support and/or mask electrical components, such as a sensor assembly 102 and/or wire 112 that connects the sensor assembly 102 to the power source 66 or a controller. One or several guide members 114 can be

10

positioned underneath a top surface of the trim member 38 to generally inhibit movement of the wire 112 within the trim member 38, thereby generally hiding the wire from view and reducing the chance of rubbing or other damage to the wire 112.

With reference to FIGS. 7-8, in some embodiments, the trim member 38 is configured to secure or retain an upper portion of the trash bag between the trim member 38 and the upper edge 26 of the body component 22. The trim member 38 can include a wall 116 that extends generally downwardly (e.g., in a generally transverse direction to the top surface of the trim member 38). In certain configurations of the trim member 38, the wall 116 extends downwardly beyond the upper edge 26 and along the body component 22. In some embodiments, bag retention features, such as radially inwardly extending flaps 118, are positioned on the inside of the wall 116. The flaps 118 can include an edge engagement element, such as a recess 119. In some embodiments, the recess 119 is positioned at one end of the flap 118 and/or near the top surface of the trim member 38. The flaps 118 can be configured to receive, nest with, and/or or removably lock onto the upper edge 26, such as by a friction fit. In some embodiments, when a trash bag is placed in the body component 22 and the upper portion of the trash bag is positioned over the rolled edge or annular lip of the upper edge 26, the trim member 38 can be positioned (e.g., rotated into position) such that the trash bag is disposed between the trim member 38 and the body component 22. Further, the flaps 118 can be configured to receive the rolled edge or annular lip of the upper edge 26, thereby generally securing a portion of the trash bag between the flaps 118 and the upper edge 26 and inhibiting the trash bag from falling into the body component 22.

In some embodiments as illustrated in FIGS. 9-10, the trim member 38 can be positioned and/or maintained in an open position (e.g., against the force of gravity and/or without requiring a person to hold or otherwise keep the trim member 38 in the open position). The open position can, for example, allow a user to mount a trash bag in the trash can assembly 20 and/or do extended chores, such as cleaning the inside of the trash can assembly 20. As illustrated, in some embodiments, the trim member 38 rotates with respect to the body component to reach the open position. In some embodiments, the trim member 38 includes a retaining mechanism. For example, as shown in FIG. 9, the trim member 38 can include a first cam structure 120, such as a tooth, which can be located at the rear of the trim member 38 and on an adjacent side of the housing 64. The first cam structure 120 can be configured to engage a second cam structure, such as a ramp 122. In some embodiments, the second cam structure includes a recess 124 that is configured to receive some or all of the first cam structure 120. The recess 124 can be located at or near an end of the ramp 122 and may be positioned near the rear of the trash can assembly 20. In some embodiments, as the trim member 38 rotates (e.g., toward the open position), the first cam structures 120 rotate (e.g., clockwise) into abutment with the ramp 122. The first cam structure 120 can engage (e.g., slide and/or ride up) the ramp 122 and into the recess 124, which can retain the first cam structure. Thus, the trim member 38 can remain in the open position while the user switches bags or completes one or more chores. When such tasks are complete, the trim member 38 can be rotated in the generally opposite direction (e.g., counter-clockwise) to a closed position, in which the flaps 118 can be engaged with the upper edge 26 of the body component, as discussed above.

US 11,603,263 B2

11

The lid 24 and trim member 38 can be pivotally attached to the trash can assembly 20 by any manner. In the illustrated embodiments, the lid 24 and trim member 38 are pivotally coupled to the trash can assembly 20 generally along the same pivot axis. The pivotal connection can be any type of connection allowing for pivotal movement, such as, hinge elements, pins, or rods. For example, with reference to FIGS. 6 and 9, first pivot features, such as pins 50, 52, extend laterally through the housing 64 of the driving mechanism 28 that opens and closes the lid 24, and can be adapted to be received in corresponding second pivot features, such as through-holes 36, provided at the rear of the trim member 38. The pins 50, 52 can extend through the through-holes 36 to pivotably connect the trim member 38 to the housing 64 of the trash can assembly 20 along a pivot axis. With reference to FIG. 2, in some embodiments, a portion of or the entire lid 24 can be positioned, located, or received in a recess 68 in the interior of the trim member 38. In some embodiments, a damper 110 (e.g., foam, springs, rubber pads, or any other generally pliable, resilient, and/or damping structure) can be positioned between the lid 24 and trim member 38, such as to provide noise reduction when the lid 24 closes onto the trim 38.

In some embodiments, a rear portion of lid 24 can be pivotally coupled to the trash can assembly 20 along the same pivot axis as the trim member 38. For example, the rear portion of lid 24 can be pivotally coupled to the trash can assembly 20 along the same pivot axis as the trim member 38 via the pins 50, 52, which can also connect the trim member 38 to the driving mechanism housing 64 of the trash can assembly 20.

In some embodiments, the pins 50, 52 can extend through the trim member 38 and the housing 64 and are adapted to be received in corresponding through-holes 72 of additional structures secured to the inside of the rear of the lid 24 located adjacent to the driving mechanism components 74. In some embodiments, the pins 50, 52 can pivotably couple the lid 24 and trim member 38 to the trash can assembly 20 along the same pivot axis. In some embodiments, as illustrated in FIG. 5, bias members 126, such as one or more torsion springs, can be positioned on the pins 50, 52. The biasing members 126 can provide a biasing force to assist in opening and/or closing the lid 24, which can reduce the amount of power consumed by the motor 78 when moving the lid 24 between the open and closed positions and/or can allow for the use a smaller motor (e.g., in dimensional size and/or in power output).

With reference to FIG. 11, the lid can include lid driving mechanism components 74. In certain variants, the lid driving mechanism components 74 are configured to abut, mate, contact, receive and/or be received in the drive mechanism 58 in the housing 64 to facilitate opening and closing the lid 24. In some variants, the lid driving mechanism components 74 include a generally C-shaped portion. In certain implementations, the lid driving mechanism components 74 can include rotation support members, such as flanges 88, 90, and lid position sensing elements, such as flagging members 92, 94. As illustrated, the flanges 88, 90 and/or the flagging members 92, 94 can extend radially inwardly and can be attached at or near the rear underside of the lid 24. As described in further detail below, the controller 70 can communicate with a sensing system to determine various functions and parameters of the trash can assembly, such as when to drive the motor 78 so as to open or close the lid 24. As illustrated, in some embodiments, a portion of or the entire lid driving mechanism components 74 can be secured to the inside of the rear of the lid 24.

12

With reference to FIGS. 5-6 and 11-12, the driving mechanism 58 can include a controller or circuit board 70. In some embodiments, the driving mechanism components in the housing 64 can include a drive motor 78 and shaft or axle 80. Some embodiments include a bias member, such as a spring 82. Certain embodiments include a clutch mechanism 84 and/or a torque transmission member, such as an end member 86. At least some of the driving mechanism components can be removable from the other components. For example, the drive motor 78, or other component, can be removable such so as to facilitate repair, replacement, etc.

With reference to FIG. 9, the driving mechanism 58 can include a first position sensor 96 (e.g., a closed position sensor) and a second position sensor 98 (e.g., an open position sensor). The position sensors 96, 98 can comprise paired optical proximity detectors, such as light emitters, that cooperate with an intermediate sensor 128, such as a light receiver. However, other types of sensors can also be used. As illustrated, the position sensors 96, 98 can be located together in one housing, which can facilitate manufacturability and repair and can reduce the overall space occupied by the position sensors 96, 98. As described in more detail below, in some embodiments, the position sensors 96, 98 can be configured to facilitate detection of the position of the lid 24 as it moves between the open and closed positions. The motor 78 and the position sensors 96, 98 can be configured to communicate with the controller 70 so as to facilitate control of the movement of the lid 24.

In some embodiments, the lid 24 includes the flagging members 92, 94, which can be oriented or otherwise configured as to indicate, in cooperation with the position sensors 96, 98, a position of the lid 24. As shown in FIG. 9, when the lid 24 is in its home or fully closed position, the flagging member 92 is located between the position sensor 96 and the intermediate sensor 128 and the flagging member 94 is not located between the position sensor 98 and the intermediate sensor 128. In some configurations, the flagging member 92 being between the position sensor 96 and the receiver 128 blocks an emission (e.g., a signal) between the position sensor 96 to intermediate sensor 128. In some embodiments, such emission blocking can be interpreted (e.g., by the controller implementing an algorithm) to discern a position of the lid 24. For example, the controller 70 can be configured to determine that the lid 24 is in its home or closed position when flagging member 92 is located in position sensor 96 to block emissions to the intermediate sensor 128.

In some embodiments, as the lid 24 rotates into the fully open position, the flagging member 92 rotates such that it is no longer between the position sensor 96 and the intermediate sensor 128. However, in certain embodiments, as the lid 24 rotates into the fully open position, the flagging member 94 rotates such that it is between the position sensor 98 and the intermediate sensor 128, thereby blocking emissions (e.g., a signal) between the sensor 98 to intermediate sensor 128.

In some embodiments, when the flagging member 94 is located between the position sensor 98 and the intermediate sensor 128, and the flagging member 92 is not located between the position sensor 96 and the intermediate sensor 128, the controller 70 can be configured to determine that the lid 24 is in a fully open position. In certain embodiments, the controller 70 can be configured to determine that the lid 24 is in a fully open position when the opposite orientation occurs. In some embodiments, the intermediate sensor 128 is configured to receive emissions from one or both of the position sensors 96, 98. In some embodiments, the one or

US 11,603,263 B2

13

both of the position sensors 96, 98 are configured to receive emissions from the intermediate sensor 128.

Any combination of flagging members and position sensors can be used to detect various positions of the lid 24. For example, additional positions (e.g., an about half-way opened position) can be detected with additional sensors and flagging members in a manner similar or different than that described above. Some embodiments have flagging members located in the housing 64 and position sensors on the lid 24.

With reference to FIG. 2, the trash can assembly 20 can also include a sensor assembly 102 disposed on a generally outer portion of the trash can assembly 20. In the illustrated embodiment, the sensor assembly 102 is disposed near the front of the trim member 38, in an upper generally central portion. In some embodiments, the sensor assembly 102 can include an outer covering 104 which can include a transparent or translucent structure that permits transmission and/or receipt of light signals. For example, the outer covering 104 can be made of glass or plastics, such as Polycarbonate, Makrolon®, etc. In some embodiments, the outer covering 104 can be substantially flush with a top surface of the trim member 38. In some embodiments, the sensor assembly 102 can sense a user's movements to direct the lid 24 to open or close. For example, the sensor assembly 102 can sense a reflected or emitted signal or characteristic (e.g., light, thermal, conductivity, magnetism, or otherwise) from a user (e.g., a body part). In some embodiments, the sensor assembly 102 is configured as is described in U.S. Patent Application Publication No. 2011/0220647, filed Mar. 4, 2011, the entirety of which is hereby incorporated by reference.

In some embodiments, the lid 24 can be configured to permit manual operation of the lid 24 generally without damage (e.g., stripping or wearing down) to components of the trash can assembly 20, such as the motor 78, shaft 80, or otherwise. As previously noted, and as illustrated in FIG. 11, the lid 24 can include flanges 88, 90, which can be positioned on the rear underside of the lid 24. As illustrated, generally open circumferential spaces exists between the flanges 88, 90.

The flanges 88, 90 can be configured to engage a clutch mechanism 84, which can enable the lid 24 to rotate without, or without substantial, rotation of the motor 78, shaft 80, or certain other components of the trash can assembly 20, as discussed in more detail below. As illustrated in FIG. 12, the clutch mechanism 84 includes one or more torque transmission members, such as arms 106, 108, that can extend radially outward from a body of the clutch mechanism 84. In some embodiments, the arms 106, 108 are spaced apart from each other, such as by about 180 degrees. Various other angles are contemplated, such as at least: about 30°, about 45°, about 60°, about 90°, about 120°, values in between, or otherwise.

The arms can be positioned in the circumferential spaces between the flanges 88, 90. For example, the arms 106, 108 can abut or contact a surface the flanges 88, 90, as illustrated in FIG. 13. In certain such configurations, when the arm 106 is abutted with flange 90 and the arm 108 is abutted with flange 90, a circumferential distance D1 exists between a non-abutted surface 108a of the arm 108 and a non-abutted surface 88a of the flange 88. In some embodiments, a generally equal circumferential distance D2 (not shown) exists between a non-abutted surface 106a of the arm 106 and a non-abutted surface 90a (not shown) of the flange 90. In certain configurations, the circumferential distance D1 and/or D2 is greater than or equal to the amount of rotation

14

of the lid from the open to the closed position. For example, the circumferential distance D1 and/or D2 can be at least about 60° and/or less than or equal to about 125°. In certain variants, the circumferential distance D1 and/or D2 is greater than or equal to about 80°. As discussed below, such a configuration can allow the lid 24 to be manually moved between the open and closed positions.

In some embodiments, the clutch mechanism 84 is positioned on the motor shaft 80 between a biasing member, such as a spring 82, and an end member 86. In some embodiments, the end member 86 is fixed to the motor shaft 80, thus torque from the motor 78 can be transmitted through the shaft 80 and into the end member 86. In some embodiments, the bias on the clutch mechanism 84 against the end member 86 can result in a frictional interface between the clutch 84 and end member 86. The frictional interface between the clutch 84 and end member 86 can result in the clutch 84 rotating when the shaft 80 rotates. For example, torque from the motor 78 can be transmitted through the shaft 80, through the end member 86, and into the clutch mechanism 84. In some variants, certain components (e.g., the spring 82, clutch mechanism 84, and end member 86) are positioned in general coaxial alignment along a portion of the longitudinal length of the shaft 80.

During operation of some embodiments, the motor 78 can turn the shaft 80, which can turn the end member 86, which can turn the clutch mechanism 84 (e.g., by the frictional interface between the end member 86 and clutch mechanism 84). Rotation of the clutch mechanism 84 can result in rotation of the arms 106, 108. Because, in some embodiments, the arms 106, 108 generally abut or contact the flanges 88, 90 of the lid 24, rotation of the arms 106, 108 can result in rotation of the flanges 88, 90, and thus the lid 24 (e.g., from the closed to the open position).

As illustrated in FIG. 13, due to the circumferential distances D1, D2 between the non-abutted surfaces 88a, 90a of the flanges 88, 90 and the non-abutted surfaces 106a, 108a of the arms 106, 108, the lid 24 can be manually opened without turning the motor 78. As an example, manual operation of the lid as illustrated in FIG. 13 will now be discussed. As illustrated in FIG. 13, the lid 24 is in the home or closed position. If a user, were to manually operate the lid 24 toward the open position (e.g., rotate the lid clockwise in the illustrated embodiment), the flange 88 would rotate generally clockwise in an arc path and the flange 90 would rotate about an equivalent distance in generally the same direction (e.g., clockwise). No force would be applied to the arms 106, 108 of the clutch mechanism 84, which, as discussed above, is connected with motor shaft 80 via the end member 86. Similarly, a user could then close the lid 24 and the flanges 88, 90 would rotate in generally the opposite direction (e.g., counterclockwise) as when the lid was opened, back to their original positions when the lid 24 was in the home position, without applying any force to the arms 106, 108 of the clutch mechanism 84. Thus, in certain embodiments, no force is required to be applied to the arms 106, 108 to turn the clutch mechanism 84 and motor shaft 80.

As noted above, in some embodiments, the power operated driving mechanism 58 can be used to open or close the lid 24. For instance, the motor 78 can rotate the shaft 80, which can rotate the end member 86, which can transmit the torque to the clutch mechanism 84, which can rotate the flanges 88, 90 and the lid 24. In some embodiments, a coupling device can be positioned between the motor 78 and the shaft 80 to reduce vibrations from being transferred from the motor 78 to other mechanism being driven, such as the

US 11,603,263 B2

15

lid **24**. In certain instances, after or during operation of the driving mechanism **58** (e.g., after or as the lid **24** is being moved between the open and closed positions), a user may accidentally or intentionally try to manually close or open the lid **24**. In certain such situations, the flanges **88**, **90** generally remain in contact with the arms **106**, **108** rather than rotating relative to the arms **106**, **108** as discussed above. In some embodiments, this is because the rotational force produced by the motor **78** (via the shaft **80**, end member **86**, and/or clutch mechanism **84**) encourages rotation of the arms **106**, **108** against the flanges **88**, **90** (e.g., the arms **106**, **108** apply a pushing force to the surfaces of the flanges **88**, **90** to rotate the lid **24**). Thus, in some embodiments, a user who manually closes the lid **24** when the motor has opened, or is in the process of opening the lid **24**, acts against the operation of the motor **78**.

For example, when the motor **78** of FIG. **13** is opening the lid **24**, the motor **78** encourages the arms **106**, **108** to abut against and turn the flanges **88**, **90** to turn in a clockwise direction (viewed from the perspective of FIG. **13**). Yet when a user manually attempts to close the lid **24**, the lid and the flanges **88**, **90** are encouraged in a counter-clockwise direction (viewed from the perspective of FIG. **13**). Thus, in certain configurations, the arms **106**, **108** are being encouraged to rotate in opposite directions concurrently. Such a scenario can result in damage to the arms **106**, **108** of the clutch mechanism **84**, the shaft **80**, the motor **78**, or otherwise. In some embodiments, to generally avoid such damage, the clutch mechanism **84** or other structure can be configured to rotate with respect to the end member **86** or other components.

In some embodiments, the clutch mechanism **84** includes a first cam surface **180** and a first return surface **182**. As shown in FIG. **12**, the first cam surface **180** can be inclined from a first level to a second level, in relation to a plane extending generally transverse to the longitudinal axis of the clutch mechanism **84**. The first return surface **182** can intersect the first cam surface **180** and can be disposed between the first and second levels.

In some embodiments, the end member **86** includes a second cam surface **184** and a second return surface **186**. The second cam surface **184** can be inclined from a first level to a second level, in relation to a plane extending generally transverse to the longitudinal axis of the end member **86** and the shaft **80**. The second return surface **186** can intersect the first cam surface **180** and can be disposed between the first and second levels.

The second cam surface **184** and the second return surface **186** of the end member **86** can be shaped to correspond with the first cam surface **180** and the first return surface **182** of the clutch mechanism **84**, thereby allowing mating engagement of the end member **86** and the clutch mechanism **184**. For example, summits **180**a of the first cam surface **180** can be nested in the valleys **184**b of the second cam surface **184**, and summits **184**a of the second cam surface **184** can be nested in the valleys **180**b of the first cam surface **180**.

As previously discussed, in some embodiments, torque from the motor **112** can be transmitted through the shaft **80** to the end member **86**. In some embodiments, the end member **86** is generally rigidly connected with the shaft **80**, such as by a fastener (e.g., a screw). Thus, in certain variants, the end member **86** is inhibited or prevented from rotating relative to the shaft **80**. In certain implementations, the end member **86** is configured to transmit torque from the motor **112** to the clutch mechanism **84**, such as by friction between the first and second cam surfaces **180**, **184** and/or between the first and second return surfaces **182**, **186**.

16

In some embodiments, the clutch mechanism **84** can translate along a portion of the longitudinal length of the shaft **80**. As shown, the biasing member **82** can bias the clutch mechanism **84** into engagement with the end member **86**. In some embodiments, translation of the clutch mechanism **84** (e.g., in a direction generally toward the motor **112**) along a portion of the drive shaft **80** is generally against the bias of the biasing member **82**.

In some embodiments, when the lid **24** is manually operated, the clutch mechanism **84** and the end member **86** rotate relative to each other. For example, in some embodiments, when the lid **24** is manually operated the first and second inclined cam surfaces **180**, **184** move relative to each other. In certain configurations, the inclined cam surfaces **180**, **184** slide relative to each other, which results in the inclined cam surfaces climbing each other. For example, as the inclined cam surfaces **180**, **184** slide relative to each other, the summits **180**a, **184**a of the inclined cam surfaces **180**, **184** circumferentially approach each other.

In certain embodiments, the relative movement between the first and second inclined cam surfaces **180**, **184** (e.g., by the interaction of the inclines) urges the clutch mechanism **84** and the end member **86** apart. For example, the clutch mechanism **84** and the end member **86** can be urged in generally opposite directions along the longitudinal axis of the shaft **80**. In some embodiments, the end member **86** is generally restrained from moving longitudinally (e.g., by the fastener). However, certain embodiments of the clutch mechanism **84** are able to move away from end member **86** by translating along the shaft **80** (e.g., against the bias of the biasing member **82**). Thus, in certain implementations, relative rotation of the inclined cam surfaces **180**, **184** results in the clutch mechanism **84** translating along a portion of the longitudinal length of the shaft **80** (e.g., in a direction generally toward from the motor **78**), against the bias of the biasing member **82**. Certain embodiments can facilitate relative rotation of the clutch mechanism **84** and the end member **86** without imposing undue stress on, or damage to, the clutch mechanism **84**, end member **86**, shaft **80**, and/or motor **78**. Accordingly, manual operation of the lid **24** can be performed without imposing undue stress on, or damage to, components of the trash can assembly **20**.

In some implementations, when manual operation of the lid **24** ceases, the bias of the biasing member **82** can return the clutch mechanism **84** into generally full engagement with the end member **86**. For example, after manual operation of the lid **24** ceases, the bias of the biasing member **82** can facilitate re-engagement of the inclined cam surfaces **180**, **184**. In some embodiments, re-engaging the clutch mechanism **84** and the end member **86** allows the transmission of torque from the motor **78** to the clutch mechanism **84**, which can provide powered operation of the lid. Thus, some embodiments provide automatic and/or passive engagement and/or disengagement of the motor **78** and/or drive shaft **80** from the clutch mechanism **84** and/or the lid **24**.

Although the trash cans have been disclosed in the context of certain embodiments and examples, it will be understood by those skilled in the art that the present disclosure extends beyond the specifically disclosed embodiments to other alternative embodiments and/or uses of the trash cans and obvious modifications and equivalents thereof. In addition, while several variations of the trash cans have been shown and described in detail, other modifications, which are within the scope of the present disclosure, will be readily apparent to those of skill in the art. For example, a gear assembly and/or alternate torque transmission components

US 11,603,263 B2

17 18

can be included. For instance, in some embodiments, the trash can assembly **20** includes a gear assembly. Some embodiment of the gear assembly include a gear reduction (e.g., greater than or equal to about 1:5, 1:10, 1:50, values in between, or any other gear reduction that would provide the desired characteristics), which can modify the rotational speed applied to the shaft **80**, clutch mechanism **84**, and/or other components.

It is also contemplated that various combinations or sub-combinations of the specific features and aspects of the embodiments can be made and still fall within the scope of the present disclosure. It should be understood that various features and aspects of the disclosed embodiments can be combined with or substituted for one another in order to form varying modes of the trashcans. Thus, it is intended that the scope of the present disclosure should not be limited by the particular disclosed embodiments described above.

The following is claimed:

**1**. A trash can assembly comprising:
a body component comprising an interior configured to receive a trash bag;
a lid rotatable between an upper position and a lower position, the lid comprising a front;
a trim member rotatable between an open position and a closed position, the trim member comprising a recess; and
a retainer configured to maintain the trim member in the open position against the force of gravity;
wherein the recess of the trim member receives the front of the lid when the trim member is in the closed position and the lid is in the lower position.

**2**. The trash can assembly of claim **1**, wherein the recess surrounds an opening into the interior of the trash can assembly.

**3**. The trash can assembly of claim **1**, wherein, when the trim member is in the closed position and the lid is in the lower position, the trim member is visible from outside the trash can assembly.

**4**. The trash can assembly of claim **1**, wherein the lid and the trim member are rotatable about the same axis.

**5**. The trash can assembly of claim **1**, wherein the trim member is graspable by a user when the lid is in the lower position.

**6**. The trash can assembly of claim **1**, wherein the retainer comprises a detent.

**7**. The trash can assembly of claim **1**, further comprising a power transmission device comprising a footpedal.

**8**. A combination of the trash can assembly of claim **1** and the trash bag.

**9**. A trash can assembly comprising:
a body component comprising an upper edge, the upper edge configured to support an upper portion of a trash bag such that the trash bag can be received and retained in the body component;
a lid rotatable between an upper position and a lower position;
a trim member rotatable between an open position and a closed position, the trim member comprising an outer wall; and
a retainer configured to maintain the trim member in the open position against the force of gravity;

wherein, when the trim member is in the closed position, the trim member overlaps the upper edge of the body component such that the outer wall of the trim member is positioned outward of the upper edge of the body component and extends downwardly beyond the upper edge of the body component a sufficient distance to hide the upper portion of the trash bag when the trash bag is received within the body component and retained around an outside portion of the upper edge of the body component.

**10**. The trash can assembly of claim **9**, wherein a peripheral edge of the trim member extends forward and beyond the upper edge of the body component.

**11**. The trash can assembly of claim **9**, wherein the trim member is configured to removably lock onto the upper edge of the body component.

**12**. The trash can assembly of claim **9**, wherein the lid and the trim member are rotatable about the same axis.

**13**. The trash can assembly of claim **9**, wherein the trim member further comprises a recess that receives the front of the lid when the trim member is in the closed position and the lid is in the lower position.

**14**. The trash can assembly of claim **9**, wherein the retainer comprises a detent.

**15**. A combination of the trash can assembly of claim **9** and the trash bag.

**16**. A method of mounting a trash bag in a trash can assembly that comprises a body component, a lid, and a trim member, the method comprising:
rotating the trim member, relative to the body component, from a closed position to an open position;
maintaining the trim member in the open position against the force of gravity with a retainer;
inserting the trash bag into the trash can assembly;
wrapping an upper portion of the trash bag on an upper edge of the body component;
rotating the trim member, relative to the body component and the trash bag, from the open position to the closed position; and
using at least one outer wall of the trim member to obscure, from a vantage point outside the trash can assembly, the upper portion of the trash bag wrapped on the upper edge of the body component.

**17**. The method of claim **16**, wherein using at least an outer wall of the trim member to obscure the upper portion of the trash bag wrapped on the upper edge of the body component further comprises positioning the outer wall such that the outer wall is outward of and extends downwardly beyond the upper edge of the body component.

**18**. The method of claim **16**, further comprising rotating the lid to an upper position simultaneous with rotating the trim member to the open position.

**19**. The method of claim **16**, wherein maintaining the trim member in the open position against the force of gravity with a retainer comprises engaging a cam into a recess.

**20**. The method of claim **16**, wherein wrapping the upper portion of the trash bag on the upper edge of the body component occurs while the trim member is maintained in the open position.

* * * * *

EXHIBIT 5



US012043480B1

(12) **United States Patent**
Yang et al.

(10) Patent No.: **US 12,043,480 B1**
(45) Date of Patent: **Jul. 23, 2024**

(54) **TRASH CAN ASSEMBLY**

(71) Applicant: **simplehuman, LLC**, Torrance, CA (US)

(72) Inventors: **Frank Yang**, Rancho Palos Verdes, CA (US); **David Wolbert**, Redondo Beach, CA (US); **Joseph Sandor**, Newport Beach, CA (US); **Kenneth Yen**, Torrance, CA (US); **Orlando Cardenas**, Laguna Niguel, CA (US); **Michael Basha**, Brisbane, CA (US); **Christopher Fruhauf**, San Anselmo, CA (US)

(73) Assignee: **simplehuman, LLC**, Torrance, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **18/602,917**

(22) Filed: **Mar. 12, 2024**

**Related U.S. Application Data**

(63) Continuation of application No. 18/182,284, filed on Mar. 10, 2023, which is a continuation of application
(Continued)

(51) **Int. Cl.**
*B65F 1/16* (2006.01)
*B65F 1/04* (2006.01)
*B65F 1/06* (2006.01)

(52) **U.S. Cl.**
CPC .............. *B65F 1/1638* (2013.01); *B65F 1/04* (2013.01); *B65F 1/06* (2013.01); *B65F 1/068* (2013.01); *B65F 1/1646* (2013.01)

(58) **Field of Classification Search**
CPC .. B65F 1/1638; B65F 1/04; B65F 1/06; B65F 1/068; B65F 1/1646
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 830,182 | A | 9/1906 | Skov |
| 1,379,677 | A | 5/1921 | Edward |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| AU | 622536 | | 4/1992 |
| BR | 202013004348 | U2 | 11/2014 |

(Continued)

OTHER PUBLICATIONS

Simplehuman Liner Rim Dual Bucket Rectangular Recycler with Liner Pocket, Stainless Steel, 58 Liter / 15 Gallon, Item No. CW2025, www.Amazon.com, site visited Dec. 29, 2015.
(Continued)

*Primary Examiner* — David Luo
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson & Bear, LLP

(57) **ABSTRACT**

Various embodiments of a trash can assembly (e.g., a receptacle configured to receive refuse, recyclable materials, or otherwise), and related methods, are provided. Some embodiments of the trash can assembly include a body component and a lid configured to move between an open position and a closed position. In some variants, the lid can be moved between the open and closed positions by a power operated driving mechanism, such as a motor and/or other drivetrain components. In certain embodiments, the trash can assembly includes a clutch mechanism to facilitate manual operation of the lid while inhibiting or preventing damage to the motor and/or other drivetrain components.

**13 Claims, 13 Drawing Sheets**



US 12,043,480 B1

Page 2

### Related U.S. Application Data

No. 17/449,408, filed on Sep. 29, 2021, now Pat. No. 11,603,263, which is a continuation of application No. 16/901,376, filed on Jun. 15, 2020, now Pat. No. 11,136,186, which is a continuation of application No. 15/783,370, filed on Oct. 13, 2017, now Pat. No. 10,683,165, which is a continuation of application No. 13/787,638, filed on Mar. 6, 2013, now Pat. No. 9,790,025.

(60) Provisional application No. 61/609,233, filed on Mar. 9, 2012.

(58) **Field of Classification Search**
USPC ............... 220/495.68, 495.06, 495.01; 318/3
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,426,211 A | 8/1922 | Pausin |
| 1,461,253 A | 7/1923 | Owen |
| 1,754,802 A | 4/1930 | Raster |
| 1,820,555 A | 8/1931 | Buschman |
| 1,891,651 A | 12/1932 | Padelford et al. |
| 1,922,729 A | 8/1933 | Geibel |
| 1,980,938 A | 11/1934 | Geibel |
| 2,046,777 A | 7/1936 | Geibel |
| 2,308,326 A | 1/1943 | Ambrose |
| D148,825 S | 2/1948 | Snider |
| 2,457,274 A | 12/1948 | Rifken |
| 2,591,104 A | 4/1952 | Stone |
| 2,593,455 A | 4/1952 | James |
| 2,699,368 A | 1/1955 | Alois |
| 2,759,625 A | 8/1956 | Ritter |
| 2,796,309 A | 6/1957 | Taylor |
| 2,888,307 A | 5/1959 | Graves et al. |
| 2,946,474 A | 7/1960 | Knapp |
| 3,008,604 A | 11/1961 | Garner |
| 3,023,922 A | 3/1962 | Arrington et al. |
| 3,137,408 A | 6/1964 | Taylor |
| 3,180,384 A | 4/1965 | Seifert |
| 3,261,545 A | 7/1966 | Frazier |
| 3,300,082 A | 1/1967 | Patterson |
| 3,392,825 A | 7/1968 | Gale et al. |
| 3,450,297 A | 6/1969 | Clerk |
| 3,451,453 A | 6/1969 | Heck |
| 3,618,814 A | 11/1971 | Nagroski |
| 3,654,534 A | 4/1972 | Fischer |
| 3,800,503 A | 4/1974 | Maki |
| 3,820,200 A | 6/1974 | Myers |
| 3,825,150 A | 7/1974 | Taylor |
| 3,825,215 A | 7/1974 | Borglum |
| 3,870,261 A | 3/1975 | McSwain |
| 3,886,425 A | 5/1975 | Weiss |
| 3,888,406 A | 6/1975 | Nippes |
| 3,891,115 A | 6/1975 | Ono |
| 3,893,615 A | 7/1975 | Johnson |
| 3,964,630 A | 6/1976 | Getz |
| 4,014,457 A | 3/1977 | Hodge |
| 4,027,774 A | 6/1977 | Cote |
| 4,081,105 A | 3/1978 | Dagonnet et al. |
| 4,189,808 A | 2/1980 | Brown |
| 4,200,197 A | 4/1980 | Meyer et al. |
| 4,217,616 A | 8/1980 | Jessup |
| 4,223,858 A | 9/1980 | De Salazar |
| 4,303,174 A | 12/1981 | Anderson |
| 4,320,851 A | 3/1982 | Montoya |
| 4,349,123 A | 9/1982 | Yang |
| 4,357,740 A | 11/1982 | Brown |
| 4,416,167 A | 11/1983 | Kehl |
| 4,417,669 A | 11/1983 | Knowles et al. |
| 4,457,483 A | 7/1984 | Gagne |
| 4,535,911 A | 8/1985 | Goulter |
| 4,570,304 A | 2/1986 | Montreuil et al. |

| | | | |
|---|---|---|---|
| 4,576,310 A | 3/1986 | Isgar et al. |
| D284,320 S | 6/1986 | Kubic et al. |
| 4,609,117 A | 9/1986 | Pamment |
| 4,630,332 A | 12/1986 | Bisbing |
| 4,630,752 A | 12/1986 | DeMars |
| 4,664,347 A | 5/1987 | Brown et al. |
| 4,697,312 A | 10/1987 | Freyer |
| 4,711,161 A | 12/1987 | Swin et al. |
| 4,729,490 A | 3/1988 | Ziegenbein |
| 4,753,367 A | 6/1988 | Miller et al. |
| 4,763,808 A | 8/1988 | Guhl et al. |
| 4,765,548 A | 8/1988 | Sing |
| 4,765,579 A | 8/1988 | Robbins, III et al. |
| 4,785,964 A | 11/1988 | Miller et al. |
| 4,792,039 A | 12/1988 | Dayton |
| 4,794,973 A | 1/1989 | Perisic |
| 4,813,592 A | 3/1989 | Stolzman |
| 4,823,979 A | 4/1989 | Clark, Jr. |
| 4,834,260 A | 5/1989 | Auten |
| 4,863,053 A | 9/1989 | Oberg |
| 4,867,339 A | 9/1989 | Hahn |
| 4,869,391 A | 9/1989 | Farrington |
| 4,884,717 A | 12/1989 | Bussard et al. |
| 4,888,532 A | 12/1989 | Josson |
| 4,892,223 A | 1/1990 | DeMent |
| 4,892,224 A | 1/1990 | Graham |
| D307,344 S | 4/1990 | Massonnet |
| 4,913,308 A | 4/1990 | Culberton |
| 4,915,347 A | 4/1990 | Iqbal et al. |
| 4,918,568 A | 4/1990 | Stone et al. |
| D308,272 S | 5/1990 | Koepsell |
| 4,923,087 A | 5/1990 | Burrows |
| 4,944,419 A | 7/1990 | Chandler |
| 4,948,004 A | 8/1990 | Chich |
| 4,953,740 A | 9/1990 | Koda |
| 4,964,523 A | 10/1990 | Bieltvedt et al. |
| 4,972,966 A | 11/1990 | Craft, Jr. |
| 4,996,467 A | 2/1991 | Day |
| 5,031,793 A | 7/1991 | Chen et al. |
| 5,048,903 A | 9/1991 | Loblein |
| 5,054,724 A | 10/1991 | Hutcheson |
| 5,065,272 A | 11/1991 | Owen et al. |
| 5,065,891 A | 11/1991 | Casey |
| D322,350 S | 12/1991 | Craft, Jr. et al. |
| 5,072,852 A | 12/1991 | Smith et al. |
| 5,076,462 A | 12/1991 | Perrone |
| D323,573 S | 1/1992 | Schneider |
| 5,090,585 A | 2/1992 | Power |
| 5,090,785 A | 2/1992 | Stamp |
| 5,100,087 A | 3/1992 | Ashby |
| 5,111,958 A | 5/1992 | Witthoeft |
| D327,760 S | 7/1992 | Donnelly |
| D329,929 S | 9/1992 | Knoedler et al. |
| 5,147,055 A | 9/1992 | Samson et al. |
| 5,156,290 A | 10/1992 | Rodrigues |
| D331,097 S | 11/1992 | Sieren |
| 5,170,904 A | 12/1992 | Neuhaus |
| 5,174,462 A | 12/1992 | Hames |
| D332,852 S | 1/1993 | Delmerico |
| D335,562 S | 5/1993 | Evans |
| 5,213,272 A | 5/1993 | Gallagher et al. |
| 5,222,704 A | 6/1993 | Light |
| D337,181 S | 7/1993 | Warman |
| 5,226,558 A | 7/1993 | Whitney et al. |
| 5,230,525 A | 7/1993 | Delmerico et al. |
| 5,242,074 A | 9/1993 | Conaway et al. |
| D340,333 S | 10/1993 | Duran et al. |
| 5,249,693 A | 10/1993 | Gillispie et al. |
| 5,261,553 A | 11/1993 | Mueller et al. |
| 5,265,511 A | 11/1993 | Itzov |
| 5,295,607 A | 3/1994 | Chang |
| 5,305,916 A | 4/1994 | Suzuki et al. |
| 5,314,151 A | 5/1994 | Carter-Mann |
| 5,322,179 A | 6/1994 | Ting |
| 5,329,212 A | 7/1994 | Feigleson |
| 5,337,581 A | 8/1994 | Lott |
| 5,348,222 A | 9/1994 | Patey |
| 5,353,950 A | 10/1994 | Taylor et al. |
| 5,372,272 A | 12/1994 | Jennings |

# US 12,043,480 B1

Page 3

(56)　　　**References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,381,588 | A | 1/1995 | Nelson |
| 5,385,258 | A | 1/1995 | Sutherlin |
| 5,390,818 | A | 2/1995 | LaBuda |
| 5,404,621 | A | 4/1995 | Heinke |
| 5,407,089 | A | 4/1995 | Bird et al. |
| 5,419,452 | A | 5/1995 | Mueller et al. |
| 5,471,708 | A | 12/1995 | Lynch |
| 5,474,201 | A | 12/1995 | Liu |
| 5,476,187 | A | 12/1995 | Marisco |
| 5,501,358 | A | 3/1996 | Hobday |
| D368,563 | S | 4/1996 | Brightbill et al. |
| 5,520,067 | A | 5/1996 | Gaba |
| 5,520,303 | A | 5/1996 | Bernstein et al. |
| 5,527,840 | A | 6/1996 | Chutko et al. |
| 5,531,348 | A | 7/1996 | Baker et al. |
| 5,535,913 | A | 7/1996 | Asbach et al. |
| 5,558,254 | A | 9/1996 | Anderson et al. |
| 5,560,283 | A | 10/1996 | Hannig |
| 5,584,412 | A | 12/1996 | Wang |
| D377,554 | S | 1/1997 | Adriaansen |
| 5,611,507 | A | 3/1997 | Smith |
| 5,628,424 | A | 5/1997 | Gola |
| 5,632,401 | A | 5/1997 | Hurd |
| 5,636,416 | A | 6/1997 | Anderson |
| 5,636,761 | A | 6/1997 | Diamond et al. |
| 5,644,111 | A | 7/1997 | Cerny et al. |
| 5,645,186 | A | 7/1997 | Powers et al. |
| 5,650,680 | A | 7/1997 | Chula |
| D383,277 | S | 9/1997 | Peters |
| 5,662,235 | A | 9/1997 | Nieto |
| 5,671,847 | A | 9/1997 | Pedersen et al. |
| 5,690,247 | A | 11/1997 | Boover |
| 5,695,088 | A | 12/1997 | Kasbohm |
| 5,699,929 | A | 12/1997 | Ouno |
| D388,922 | S | 1/1998 | Peters |
| D389,631 | S | 1/1998 | Peters |
| 5,704,511 | A | 1/1998 | Kellams |
| 5,724,837 | A | 3/1998 | Shin |
| 5,730,312 | A | 3/1998 | Hung |
| 5,732,845 | A | 3/1998 | Armaly, Jr. |
| 5,735,495 | A | 4/1998 | Kubota |
| 5,738,239 | A | 4/1998 | Triglia |
| 5,770,935 | A | 6/1998 | Smith et al. |
| 5,799,900 | A | 9/1998 | Ziegler |
| 5,816,431 | A | 10/1998 | Giannopoulos |
| 5,816,640 | A | 10/1998 | Nishimura |
| D401,028 | S | 11/1998 | Ahern, Jr. et al. |
| D401,383 | S | 11/1998 | Gish |
| D401,719 | S | 11/1998 | Van Leeuwen et al. |
| 5,873,643 | A | 2/1999 | Burgess, Jr. et al. |
| 5,881,896 | A | 3/1999 | Presnell et al. |
| 5,881,901 | A | 3/1999 | Hampton |
| 5,884,237 | A | 3/1999 | Kanki et al. |
| 5,887,748 | A | 3/1999 | Nguyen |
| D412,552 | S | 8/1999 | Burrows |
| 5,961,165 | A | 10/1999 | Ehrnsberger et al. |
| 5,967,355 | A | 10/1999 | Ragot |
| 5,967,392 | A | 10/1999 | Niemi et al. |
| 5,987,708 | A | 11/1999 | Newton |
| 6,000,569 | A | 12/1999 | Liu |
| 6,010,024 | A | 1/2000 | Wang |
| D420,182 | S | 2/2000 | Roudebush |
| 6,024,238 | A | 2/2000 | Jaros |
| D422,123 | S | 3/2000 | Roudebush |
| 6,036,050 | A | 3/2000 | Ruane |
| 6,079,645 | A | 6/2000 | Henreckson et al. |
| 6,091,064 | A | 7/2000 | Eaton et al. |
| 6,102,239 | A | 8/2000 | Wien |
| 6,105,859 | A | 8/2000 | Stafford |
| 6,123,215 | A | 9/2000 | Windle |
| D431,700 | S | 10/2000 | Roudebush |
| D431,888 | S | 10/2000 | Roudebush |
| 6,126,031 | A | 10/2000 | Reason |
| 6,129,233 | A | 10/2000 | Schiller |
| 6,131,861 | A | 10/2000 | Fortier, Jr. et al. |

| | | | | |
|---|---|---|---|---|
| D435,951 | S | 1/2001 | Yang et al. | |
| 6,176,455 | B1 | 1/2001 | Ma | |
| 6,209,744 | B1 | 4/2001 | Gill | |
| 6,211,637 | B1 | 4/2001 | Studer | |
| 6,234,339 | B1 | 5/2001 | Thomas | |
| 6,250,492 | B1 | 6/2001 | Verbeek | |
| D445,980 | S | 7/2001 | Tjugum | |
| 6,286,706 | B1 | 9/2001 | Tucker | |
| 6,328,320 | B1 | 12/2001 | Walski et al. | |
| 6,345,725 | B1 | 2/2002 | Lin | |
| 6,364,147 | B1 | 4/2002 | Meinzinger et al. | |
| 6,386,386 | B1 | 5/2002 | George | |
| 6,390,321 | B1 | 5/2002 | Wang | |
| 6,401,958 | B1 | 6/2002 | Foss et al. | |
| D466,667 | S | 12/2002 | Lin | |
| 6,519,130 | B1 | 2/2003 | Breslow | |
| 6,557,716 | B1 | 5/2003 | Chan | |
| D476,456 | S | 6/2003 | Englert et al. | |
| D476,457 | S | 6/2003 | Verbeek | |
| 6,596,983 | B2 | 7/2003 | Brent | |
| D480,193 | S | 9/2003 | Wang | |
| 6,612,099 | B2 | 9/2003 | Stravitz | |
| 6,626,316 | B2 | 9/2003 | Yang | |
| 6,626,317 | B2 | 9/2003 | Pfiefer et al. | |
| D481,508 | S | 10/2003 | Wang | |
| 6,632,064 | B1 | 10/2003 | Walker et al. | |
| D481,846 | S | 11/2003 | Lin | |
| D482,169 | S | 11/2003 | Lin | |
| 6,659,407 | B2 | 12/2003 | Asaro | |
| 6,681,950 | B2 | 1/2004 | Miller, Jr. et al. | |
| 6,701,832 | B1 | 3/2004 | Hawkins | |
| D488,604 | S | 4/2004 | Yang et al. | |
| D488,903 | S | 4/2004 | Yang et al. | |
| D489,503 | S | 5/2004 | Lin | |
| D489,855 | S | 5/2004 | Tseng | |
| D489,857 | S | 5/2004 | Yang et al. | |
| D490,583 | S | 5/2004 | Yang et al. | |
| 6,739,474 | B1 * | 5/2004 | Wang | B60N 3/08 |
| | | | | 220/831 |
| D490,954 | S | 6/2004 | Brand | |
| D491,706 | S | 6/2004 | Yang et al. | |
| 6,758,366 | B2 | 7/2004 | Bourgund et al. | |
| D493,930 | S | 8/2004 | Wang | |
| D494,723 | S | 8/2004 | Lin | |
| 6,774,586 | B1 | 8/2004 | Shih | |
| 6,785,912 | B1 | 9/2004 | Julio | |
| 6,812,655 | B1 | 11/2004 | Wang et al. | |
| 6,814,249 | B2 | 11/2004 | Lin | |
| D499,450 | S | 12/2004 | Goodman et al. | |
| 6,837,393 | B1 | 1/2005 | Kuo | |
| 6,857,538 | B2 | 2/2005 | Lin | |
| 6,859,005 | B2 | 2/2005 | Boliver | |
| D503,021 | S | 3/2005 | Yang et al. | |
| D503,022 | S | 3/2005 | Lai | |
| D503,502 | S | 3/2005 | Lai | |
| 6,866,826 | B2 | 3/2005 | Moore et al. | |
| 6,883,676 | B2 | 4/2005 | Lin | |
| D507,090 | S | 7/2005 | Yang et al. | |
| 6,920,994 | B2 | 7/2005 | Lin | |
| D509,339 | S | 9/2005 | Lin | |
| 6,974,948 | B1 | 12/2005 | Brent | |
| D513,445 | S | 1/2006 | Lin | |
| 6,981,606 | B2 | 1/2006 | Yang et al. | |
| D517,764 | S | 3/2006 | Wang | |
| D517,767 | S | 3/2006 | Yang et al. | |
| D518,266 | S | 3/2006 | Yang et al. | |
| 7,017,773 | B2 | 3/2006 | Gruber et al. | |
| 7,033,039 | B2 | 4/2006 | Lin | |
| D522,203 | S | 5/2006 | Lin | |
| D522,204 | S | 5/2006 | Lin | |
| 7,044,323 | B2 | 5/2006 | Yang | |
| D522,704 | S | 6/2006 | Lin | |
| D524,504 | S | 7/2006 | Lin | |
| D525,756 | S | 7/2006 | Yang et al. | |
| 7,073,677 | B2 | 7/2006 | Richardson et al. | |
| 7,077,283 | B2 | 7/2006 | Yang et al. | |
| 7,080,750 | B2 | 7/2006 | Wein et al. | |
| D526,457 | S | 8/2006 | Lin | |
| D526,458 | S | 8/2006 | Lin | |

## US 12,043,480 B1

Page 4

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D526,756 S | 8/2006 | Lin |
| 7,086,550 B2 | 8/2006 | Yang et al. |
| D528,726 S | 9/2006 | Lin |
| D530,476 S | 10/2006 | Lin |
| D530,874 S | 10/2006 | Lin |
| 7,121,421 B2 | 10/2006 | Yang et al. |
| D531,499 S | 11/2006 | Zaidman |
| D535,450 S | 1/2007 | Chen |
| D535,799 S | 1/2007 | Epps |
| D535,800 S | 1/2007 | Yang et al. |
| 7,163,591 B2 | 1/2007 | Kim et al. |
| 7,168,591 B1 | 1/2007 | Miller |
| D537,223 S | 2/2007 | Lin |
| D537,597 S | 2/2007 | Bolden |
| D537,599 S | 2/2007 | Lin |
| D537,601 S | 2/2007 | Lin |
| D537,999 S | 3/2007 | Lin |
| D538,995 S | 3/2007 | Lin |
| D539,498 S | 3/2007 | Yang et al. |
| D539,499 S | 3/2007 | Yang et al. |
| D540,001 S | 4/2007 | Zimmerman |
| 7,204,441 B1 | 4/2007 | Hartnett et al. |
| D542,001 S | 5/2007 | Yang et al. |
| D542,995 S | 5/2007 | Lin |
| D543,673 S | 5/2007 | Yang et al. |
| D544,170 S | 6/2007 | Lin |
| D544,171 S | 6/2007 | Lin |
| D544,671 S | 6/2007 | Saunders et al. |
| D545,024 S | 6/2007 | Liao |
| 7,225,943 B2 | 6/2007 | Yang et al. |
| D547,020 S | 7/2007 | Chen |
| 7,243,811 B1 | 7/2007 | Ramsey |
| D550,918 S | 9/2007 | Wang et al. |
| D552,319 S | 10/2007 | Gusdorf |
| D552,321 S | 10/2007 | Yang et al. |
| D552,823 S | 10/2007 | Yang et al. |
| D552,824 S | 10/2007 | Zimmerman |
| D552,825 S | 10/2007 | Yang et al. |
| D555,320 S | 11/2007 | Yang et al. |
| D557,869 S | 12/2007 | Hawker et al. |
| D559,494 S | 1/2008 | Yang et al. |
| D559,495 S | 1/2008 | Yang et al. |
| D562,522 S | 2/2008 | Daams |
| 7,328,842 B2 | 2/2008 | Wagner et al. |
| D564,169 S | 3/2008 | Wang |
| D564,723 S | 3/2008 | Yang et al. |
| D566,367 S | 4/2008 | Lin |
| D566,369 S | 4/2008 | Shek |
| D566,923 S | 4/2008 | Lin |
| D567,468 S | 4/2008 | Yang et al. |
| D568,572 S | 5/2008 | Yang et al. |
| D569,720 S | 5/2008 | Lablaine |
| 7,370,919 B2 | 5/2008 | Rapier, III |
| 7,374,060 B2 | 5/2008 | Yang et al. |
| D571,520 S | 6/2008 | Lin |
| D574,119 S | 7/2008 | Sofy |
| 7,395,990 B1 | 7/2008 | Stevens |
| 7,398,913 B2 | 7/2008 | McClure |
| 7,404,499 B1 | 7/2008 | Ramsey |
| D574,569 S | 8/2008 | Yang et al. |
| D575,860 S | 8/2008 | Wu |
| 7,416,093 B2 | 8/2008 | Lin et al. |
| D576,371 S | 9/2008 | Zimmerman |
| D578,265 S | 10/2008 | Presnell |
| D578,266 S | 10/2008 | Yang et al. |
| D578,268 S | 10/2008 | Yang et al. |
| D578,722 S | 10/2008 | Yang et al. |
| 7,438,199 B1 | 10/2008 | Tidrick |
| D580,120 S | 11/2008 | Lin |
| D580,613 S | 11/2008 | Yang et al. |
| D580,615 S | 11/2008 | Yang et al. |
| D581,622 S | 11/2008 | Presnell et al. |
| D582,121 S | 12/2008 | Wang et al. |
| D584,470 S | 1/2009 | Bizzell et al. |
| D585,171 S | 1/2009 | Bizzell et al. |

| | | |
|---|---|---|
| D585,172 S | 1/2009 | Lin |
| D585,618 S | 1/2009 | Yang et al. |
| D586,065 S | 2/2009 | Lin |
| D586,066 S | 2/2009 | Lin |
| D586,069 S | 2/2009 | Lin |
| D586,070 S | 2/2009 | Lin |
| 7,494,021 B2 | 2/2009 | Yang et al. |
| D587,874 S | 3/2009 | Lin |
| D588,321 S | 3/2009 | Schoofs |
| D589,670 S | 3/2009 | Smeets |
| D593,271 S | 5/2009 | Yang et al. |
| 7,530,578 B2 | 5/2009 | Niemeyer et al. |
| 7,540,396 B2 | 6/2009 | Yang et al. |
| 7,543,716 B2 | 6/2009 | Lin |
| D596,820 S | 7/2009 | Yang et al. |
| 7,559,433 B2 | 7/2009 | Yang et al. |
| D599,074 S | 8/2009 | Bizzell et al. |
| D599,971 S | 9/2009 | Lin |
| D603,119 S | 10/2009 | Yang et al. |
| 7,607,552 B2 | 10/2009 | Efstathiou |
| D604,472 S | 11/2009 | Blanks et al. |
| 7,614,519 B2 | 11/2009 | Krauth et al. |
| 7,621,420 B2 | 11/2009 | Bandoh et al. |
| D608,069 S | 1/2010 | Schoofs |
| 7,656,109 B2 | 2/2010 | Yang et al. |
| D611,216 S | 3/2010 | Yang et al. |
| D611,217 S | 3/2010 | Bizzell et al. |
| D611,671 S | 3/2010 | Yang et al. |
| 7,694,838 B2 | 4/2010 | Yang et al. |
| 7,703,622 B1 | 4/2010 | Bynoe |
| D615,270 S | 5/2010 | Yang et al. |
| D615,722 S | 5/2010 | Yang et al. |
| 7,712,285 B2 | 5/2010 | Stravitz et al. |
| 7,731,112 B2 | 6/2010 | Matlin et al. |
| 7,741,801 B2 | 6/2010 | Fukuizumi |
| 7,748,556 B2 | 7/2010 | Yang et al. |
| 7,774,202 B2 | 8/2010 | Spengler et al. |
| 7,781,995 B2 | 8/2010 | Yang et al. |
| D623,817 S | 9/2010 | Yang et al. |
| D625,068 S | 10/2010 | Shannon |
| 7,806,285 B2 | 10/2010 | Yang et al. |
| D627,533 S | 11/2010 | Yang et al. |
| D627,944 S | 11/2010 | Wang et al. |
| D629,172 S | 12/2010 | Liao |
| D629,579 S | 12/2010 | Lin |
| D630,404 S | 1/2011 | Yang et al. |
| D631,221 S | 1/2011 | Yang et al. |
| D632,039 S | 2/2011 | Yang et al. |
| D632,864 S | 2/2011 | Yang et al. |
| 7,888,898 B2 | 2/2011 | Wilkerson |
| D634,911 S | 3/2011 | Yang et al. |
| D635,319 S | 3/2011 | Meyerhoffer |
| 7,896,187 B2 | 3/2011 | Haibel |
| 7,906,921 B2 | 3/2011 | Wang et al. |
| 7,922,024 B2 | 4/2011 | Yang et al. |
| 7,950,543 B2 | 5/2011 | Yang et al. |
| D639,520 S | 6/2011 | Lin |
| D644,390 S | 8/2011 | Smeets et al. |
| 7,992,742 B1 | 8/2011 | Kim |
| 8,006,857 B2 | 8/2011 | Lin |
| D644,806 S | 9/2011 | Yang et al. |
| D644,807 S | 9/2011 | Yang et al. |
| D649,728 S | 11/2011 | Campbell |
| 8,074,833 B2 | 12/2011 | Yang et al. |
| 8,096,445 B2 | 1/2012 | Yang et al. |
| D655,061 S | 2/2012 | Scaturro |
| 8,136,688 B2 | 3/2012 | Lee et al. |
| D657,108 S | 4/2012 | Yang et al. |
| D657,109 S | 4/2012 | Liao |
| D658,753 S | 5/2012 | Zhang et al. |
| 8,297,470 B2 | 10/2012 | Yang et al. |
| 8,317,055 B2 | 11/2012 | Zawrotny et al. |
| D672,520 S | 12/2012 | Yang et al. |
| D673,750 S | 1/2013 | Quan |
| D675,802 S | 2/2013 | Yang et al. |
| D675,803 S | 2/2013 | Yang et al. |
| 8,393,489 B1 | 3/2013 | Stravitz |
| 8,418,869 B2 | 4/2013 | Yang et al. |
| D684,741 S | 6/2013 | Harris |

## US 12,043,480 B1

Page 5

(56)　　　　　References Cited

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 8,456,120 B2 | 6/2013 | Wang |
| D689,255 S | 9/2013 | Sun Ting Kung et al. |
| 8,567,630 B2 | 10/2013 | Yang et al. |
| 8,569,980 B2 | 10/2013 | Yang et al. |
| D694,382 S | 11/2013 | Brandenburg et al. |
| 8,575,537 B2 | 11/2013 | Yao et al. |
| 8,607,932 B2 | 12/2013 | Cooper et al. |
| 8,672,171 B2 | 3/2014 | Wynn et al. |
| 8,678,219 B1 | 3/2014 | Wang et al. |
| 8,686,676 B2 | 4/2014 | Yang et al. |
| D704,406 S | 5/2014 | Kern |
| 8,716,969 B2 | 5/2014 | Yang et al. |
| 8,720,728 B2 | 5/2014 | Yang et al. |
| D709,172 S | 7/2014 | Brandenburg et al. |
| D709,662 S | 7/2014 | Yang et al. |
| 8,766,582 B2 | 7/2014 | Yang et al. |
| 8,807,378 B2 | 8/2014 | Kaberna |
| 8,807,379 B1 | 8/2014 | Hammond |
| D714,510 S | 9/2014 | Yang et al. |
| D715,575 S | 10/2014 | Williams et al. |
| D716,015 S | 10/2014 | van de Leest |
| 8,851,316 B2 | 10/2014 | Barrett et al. |
| 8,872,459 B2 | 10/2014 | Yang et al. |
| D717,012 S | 11/2014 | Han |
| D717,013 S | 11/2014 | Han |
| D717,014 S | 11/2014 | Han |
| D717,015 S | 11/2014 | Han |
| D719,313 S | 12/2014 | Kao |
| D725,860 S | 3/2015 | Spivey et al. |
| D725,861 S | 3/2015 | Yang et al. |
| D729,367 S | 5/2015 | Markwick et al. |
| D729,368 S | 5/2015 | Markwick et al. |
| D730,008 S | 5/2015 | Yang et al. |
| 9,051,093 B2 | 6/2015 | Yang et al. |
| D755,461 S | 5/2016 | Wall |
| D758,686 S | 6/2016 | Beumer |
| D759,934 S | 6/2016 | Yang et al. |
| D762,037 S | 7/2016 | Chen |
| D765,937 S | 9/2016 | Chen |
| D766,998 S | 9/2016 | Kao et al. |
| 9,434,538 B2 | 9/2016 | Yang et al. |
| D770,121 S | 10/2016 | Chen |
| D771,344 S | 11/2016 | Yang et al. |
| D773,145 S | 11/2016 | Yang et al. |
| 9,481,515 B2 | 11/2016 | Yang et al. |
| D773,769 S | 12/2016 | Chen |
| 9,573,759 B2 | 2/2017 | Yang et al. |
| 9,586,755 B1 | 3/2017 | Yang et al. |
| D787,828 S | 5/2017 | Thoma et al. |
| D790,145 S | 6/2017 | Chen |
| D793,642 S | 8/2017 | Yang et al. |
| D794,765 S | 8/2017 | Brandenburg et al. |
| D798,016 S | 9/2017 | Yang et al. |
| D804,133 S | 9/2017 | Yang et al. |
| 9,751,692 B2 | 9/2017 | Yang et al. |
| 9,790,025 B2 | 10/2017 | Yang et al. |
| 9,856,080 B2 | 1/2018 | Yang et al. |
| D820,544 S | 6/2018 | Joseph |
| D825,876 S | 8/2018 | Chen |
| D827,968 S | 9/2018 | Chen |
| D829,400 S | 9/2018 | Yang et al. |
| D830,029 S | 10/2018 | Greenspoon et al. |
| D835,374 S | 12/2018 | Yang et al. |
| D835,376 S | 12/2018 | Yang et al. |
| D836,278 S | 12/2018 | Berberet et al. |
| D840,628 S | 2/2019 | Chang |
| D845,576 S | 4/2019 | Lu |
| 10,279,996 B2 | 5/2019 | Yang et al. |
| 10,279,997 B2 | 5/2019 | Yang et al. |
| D851,350 S | 6/2019 | Lu |
| D853,067 S | 7/2019 | Chen |
| D855,919 S | 8/2019 | Yang et al. |
| D858,024 S | 8/2019 | Yang et al. |
| D858,923 S | 9/2019 | Yang et al. |
| D861,076 S | 9/2019 | Chen |

| | | |
|---|---|---|
| 10,413,064 B1 | 9/2019 | Lu |
| 10,472,170 B2 | 11/2019 | Yang et al. |
| D871,564 S | 11/2019 | Brandenburg et al. |
| 10,494,175 B2 | 12/2019 | Yang et al. |
| D874,776 S | 2/2020 | Spadotto |
| 10,654,648 B1 | 5/2020 | Rodriguez |
| 10,683,165 B2 | 6/2020 | Yang et al. |
| 10,723,549 B2 | 7/2020 | Yang et al. |
| D901,815 S | 11/2020 | Yang et al. |
| 10,906,738 B2 | 2/2021 | Barry |
| 11,027,916 B2 | 6/2021 | Yang et al. |
| D925,153 S | 7/2021 | Busch |
| D930,933 S | 9/2021 | Yang et al. |
| 11,136,186 B2 | 10/2021 | Yang et al. |
| D936,927 S | 11/2021 | Zeng |
| D938,125 S | 12/2021 | Zhang |
| D939,174 S | 12/2021 | Zeng |
| 11,279,555 B2 | 3/2022 | Yang et al. |
| D963,277 S | 9/2022 | Yang et al. |
| D969,291 S | 11/2022 | Yang et al. |
| 11,535,449 B2 | 12/2022 | Yang et al. |
| 11,603,263 B2 | 3/2023 | Yang et al. |
| 11,801,996 B2 | 10/2023 | Yang et al. |
| D1,004,069 S | 11/2023 | Yang et al. |
| 2001/0002690 A1 | 6/2001 | Rosky |
| 2001/0013745 A1 | 8/2001 | Fulterer et al. |
| 2001/0020619 A1 | 9/2001 | Pfeifer et al. |
| 2001/0045512 A1 | 11/2001 | Brent |
| 2002/0009567 A1 | 1/2002 | Brand |
| 2002/0066736 A1 | 6/2002 | Pyles |
| 2002/0092853 A1 | 7/2002 | Wang |
| 2002/0096523 A1 | 7/2002 | Pyles |
| 2002/0096524 A1 | 7/2002 | Hardesty |
| 2002/0100758 A1 | 8/2002 | Pyles |
| 2002/0104266 A1 | 8/2002 | Ranaudo |
| 2002/0116924 A1 | 8/2002 | Winkelmann et al. |
| 2002/0185199 A1 | 12/2002 | Myers et al. |
| 2003/0089719 A1 | 5/2003 | Berger |
| 2003/0102316 A1 | 6/2003 | Forest |
| 2003/0201265 A1 | 10/2003 | Lin |
| 2003/0205979 A1 | 11/2003 | Papari et al. |
| 2003/0230576 A1 | 12/2003 | Lin |
| 2004/0016756 A1 | 1/2004 | Lin |
| 2004/0028572 A1 | 2/2004 | Sham et al. |
| 2004/0134924 A1 | 7/2004 | Hansen et al. |
| 2004/0140782 A1 | 7/2004 | Okabe et al. |
| 2004/0164077 A1 | 8/2004 | Kuo |
| 2004/0174268 A1 | 9/2004 | Scott et al. |
| 2004/0175303 A1 | 9/2004 | Lin |
| 2004/0199401 A1 | 10/2004 | Wagner |
| 2004/0200938 A1 | 10/2004 | Forlivio |
| 2004/0206758 A1 | 10/2004 | Lin |
| 2004/0206760 A1 | 10/2004 | Gagnebin |
| 2004/0250711 A1 | 12/2004 | Ernst |
| 2004/0251746 A1 | 12/2004 | Ichimaru et al. |
| 2005/0017006 A1 | 1/2005 | Kuo |
| 2005/0017010 A1 | 1/2005 | Siegel et al. |
| 2005/0029281 A1 | 2/2005 | Westermann et al. |
| 2005/0129803 A1 | 6/2005 | Umeda et al. |
| 2005/0258177 A1 | 11/2005 | Woodson |
| 2005/0258794 A1 | 11/2005 | Fukuizumi |
| 2006/0027579 A1 | 2/2006 | Yang et al. |
| 2006/0103086 A1 | 5/2006 | Niemeyer et al. |
| 2006/0110537 A1 | 5/2006 | Huang et al. |
| 2006/0138149 A1 | 6/2006 | Tracy |
| 2006/0156948 A1 | 7/2006 | Hendriks et al. |
| 2006/0163257 A1 | 7/2006 | Golbert |
| 2006/0175336 A1 | 8/2006 | Wang |
| 2006/0186121 A1 | 8/2006 | Yang et al. |
| 2006/0196874 A1 | 9/2006 | Yang |
| 2006/0237641 A1 | 10/2006 | Moeller et al. |
| 2006/0249510 A1 | 11/2006 | Lin |
| 2006/0278643 A1 | 12/2006 | Chiou |
| 2006/0283863 A1 | 12/2006 | Coles |
| 2007/0012699 A1 | 1/2007 | Yang et al. |
| 2007/0034334 A1 | 2/2007 | Ramsey et al. |
| 2007/0034723 A1 | 2/2007 | Joachim et al. |
| 2007/0045326 A1 | 3/2007 | Tramontina et al. |
| 2007/0090112 A1 | 4/2007 | Kalman et al. |

US 12,043,480 B1

Page 6

(56)                  References Cited

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2007/0114847 A1 | 5/2007 | Ichimaru et al. |
| 2007/0181579 A1 | 8/2007 | Kuo et al. |
| 2007/0209846 A1 | 9/2007 | Wilson |
| 2007/0215622 A1 | 9/2007 | Perez |
| 2007/0241109 A1 | 10/2007 | Lin |
| 2007/0266637 A1 | 11/2007 | McGowan |
| 2007/0272691 A1 | 11/2007 | Wang et al. |
| 2007/0289972 A1 | 12/2007 | Wynn et al. |
| 2008/0011754 A1 | 1/2008 | Ramsey |
| 2008/0011910 A1 | 1/2008 | Ramsey |
| 2008/0041863 A1 | 2/2008 | Forest |
| 2008/0083627 A1 | 4/2008 | Hamm |
| 2008/0083756 A1 | 4/2008 | Daniels |
| 2008/0083757 A1 | 4/2008 | Parker et al. |
| 2008/0099274 A1 | 5/2008 | Seel |
| 2008/0128428 A1 | 6/2008 | Beckerman |
| 2008/0164257 A1 | 7/2008 | Boll et al. |
| 2008/0173648 A1 | 7/2008 | Escobar et al. |
| 2008/0236275 A1 | 10/2008 | Breed et al. |
| 2008/0237249 A1 | 10/2008 | McGee |
| 2008/0245794 A1 | 10/2008 | Escobar et al. |
| 2008/0257889 A1 | 10/2008 | Kovacevich et al. |
| 2008/0257890 A1 | 10/2008 | Kovacevich et al. |
| 2008/0257891 A1 | 10/2008 | Kovacevich et al. |
| 2008/0264948 A1 | 10/2008 | Kovacevich et al. |
| 2008/0264950 A1 | 10/2008 | Kovacevich et al. |
| 2008/0272119 A1 | 11/2008 | Efstathiou |
| 2008/0272127 A1 | 11/2008 | Kovacevich et al. |
| 2009/0008888 A1 | 1/2009 | Boulden |
| 2009/0071959 A1 | 3/2009 | Cheung |
| 2009/0084788 A1 | 4/2009 | Yang et al. |
| 2009/0136341 A1 | 5/2009 | Kenyon |
| 2009/0214606 A1 | 8/2009 | Bujard et al. |
| 2009/0218352 A1 | 9/2009 | Sued et al. |
| 2009/0230131 A1 | 9/2009 | McDuffie et al. |
| 2009/0261105 A1 | 10/2009 | Cunningham et al. |
| 2009/0266836 A1 | 10/2009 | Mobley |
| 2010/0006572 A1 | 1/2010 | Chiou |
| 2010/0084235 A1 | 4/2010 | Lu |
| 2010/0096894 A1 | 4/2010 | Fukai |
| 2010/0122985 A1 | 5/2010 | Peters et al. |
| 2010/0147865 A1 | 6/2010 | Yang et al. |
| 2010/0170904 A1 | 7/2010 | Kalman et al. |
| 2010/0176126 A1 | 7/2010 | Shikano |
| 2010/0178105 A1 | 7/2010 | Monneret |
| 2010/0193518 A1 | 8/2010 | Tontarelli |
| 2010/0219191 A1 | 9/2010 | Prosa |
| 2010/0237074 A1 | 9/2010 | Yang et al. |
| 2010/0252557 A1 | 10/2010 | Clements |
| 2010/0294766 A1 | 11/2010 | Wang et al. |
| 2010/0294769 A1 | 11/2010 | Lee et al. |
| 2011/0017735 A1 | 1/2011 | Wang et al. |
| 2011/0049149 A1 | 3/2011 | Shih |
| 2011/0056952 A1 | 3/2011 | Borowski et al. |
| 2011/0139781 A1 | 6/2011 | Jin et al. |
| 2011/0272409 A1 | 11/2011 | Kasbohm |
| 2012/0000911 A1 | 1/2012 | Wang |
| 2012/0111895 A1 | 5/2012 | Fitzpatrick et al. |
| 2012/0145932 A1 | 6/2012 | Yao et al. |
| 2012/0234836 A1 | 9/2012 | Barrett et al. |
| 2012/0234849 A1 | 9/2012 | Hughes et al. |
| 2012/0248149 A1 | 10/2012 | Pelfrey |
| 2012/0261423 A1 | 10/2012 | Zawrotny et al. |
| 2013/0002100 A1 | 1/2013 | Badri et al. |
| 2013/0036924 A1 | 2/2013 | Ko |
| 2013/0048641 A1 | 2/2013 | Romano |
| 2013/0097809 A1 | 4/2013 | Weber et al. |
| 2013/0105487 A1 | 5/2013 | Baik |
| 2013/0105488 A1 | 5/2013 | Quan |
| 2013/0240592 A1 | 9/2013 | Woodruff |
| 2013/0248535 A1 | 9/2013 | Wolfe et al. |
| 2013/0300119 A1 | 11/2013 | Anzalon et al. |
| 2014/0183193 A1 | 7/2014 | Hammond et al. |
| 2014/0238989 A1 | 8/2014 | Wang et al. |
| 2014/0240964 A1 | 8/2014 | Adachi et al. |

| | | |
|---|---|---|
| 2014/0305946 A1 | 10/2014 | Han |
| 2014/0345453 A1 | 11/2014 | Oh et al. |
| 2015/0028751 A1 | 1/2015 | Dobbins |
| 2015/0213705 A1 | 7/2015 | Ehrman et al. |
| 2015/0251849 A1 | 9/2015 | Yang et al. |
| 2015/0321841 A1 | 11/2015 | Salas et al. |
| 2016/0035209 A1 | 2/2016 | Martin et al. |
| 2016/0137411 A1 | 5/2016 | Rogers |
| 2016/0162832 A1 | 6/2016 | Thompson et al. |
| 2016/0200508 A1 | 7/2016 | Thoma et al. |
| 2016/0239795 A1 | 8/2016 | Burch, V et al. |
| 2017/0050404 A1 | 2/2017 | Henken et al. |
| 2017/0052613 A1 | 2/2017 | Alameh et al. |
| 2017/0127669 A1 | 5/2017 | Yang et al. |
| 2017/0166167 A1 | 6/2017 | Heller et al. |
| 2017/0176986 A1 | 6/2017 | High et al. |
| 2019/0077595 A1 | 3/2019 | Wang et al. |
| 2020/0148467 A1 | 5/2020 | Yang et al. |
| 2022/0097960 A1 | 3/2022 | Yang et al. |
| 2022/0160126 A1 | 5/2022 | Yang et al. |
| 2022/0375320 A1 | 11/2022 | Thompson et al. |
| 2023/0115198 A1 | 4/2023 | Yang et al. |
| 2023/0286740 A1 | 9/2023 | Yang et al. |
| 2023/0356235 A1 | 11/2023 | Yang et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2078813 A1 | 9/1992 |
| CA | 2182840 | 9/1997 |
| CA | 2519295 | 3/2007 |
| CA | 132181 | 6/2010 |
| CA | 2695086 | 9/2010 |
| CA | 136938 | 5/2011 |
| CA | 141819 | 4/2012 |
| CA | 2778535 A1 | 8/2013 |
| CN | 2075182 U | 4/1991 |
| CN | 2378327 Y | 5/2000 |
| CN | 2467467 Y | 12/2001 |
| CN | 200964993 Y | 10/2007 |
| CN | 101177946 A | 5/2008 |
| CN | 201105898 Y | 8/2008 |
| CN | 201330049 Y | 10/2009 |
| CN | 201367221 Y | 12/2009 |
| CN | 201372076 Y | 12/2009 |
| CN | 201447201 U | 5/2010 |
| CN | 201512253 U | 6/2010 |
| CN | 201597962 U | 10/2010 |
| CN | 201625566 | 11/2010 |
| CN | 201907743 U | 7/2011 |
| CN | 202213911 U | 5/2012 |
| CN | 301947175 S | 6/2012 |
| CN | 103207416 A | 7/2013 |
| CN | 103300590 A | 9/2013 |
| CN | 103303618 A | 9/2013 |
| CN | 204587817 U | 8/2015 |
| CN | 205169479 U | 4/2016 |
| CN | 106690938 A | 5/2017 |
| CN | 107032015 A | 8/2017 |
| CN | 107495686 A | 12/2017 |
| CN | 109775193 A | 5/2019 |
| CN | 112407663 A | 2/2021 |
| DE | 1610087 | 7/1950 |
| DE | 822376 | 11/1951 |
| DE | 1283741 | 7/1966 |
| DE | 7503716 U | 8/1975 |
| DE | 8436939 | 3/1985 |
| DE | 9108341 | 10/1991 |
| DE | 4225936 | 2/1994 |
| DE | 19525885 | 3/1997 |
| DE | 19617823 | 11/1997 |
| DE | 19809331 | 5/1999 |
| DE | 19811991 A1 | 9/1999 |
| DE | 19824941 A1 | 12/1999 |
| DE | 29918687 | 3/2000 |
| DE | 19933180 | 1/2001 |
| DE | 10036259 A1 | 11/2001 |
| DE | 10148997 | 4/2003 |
| DE | 10155943 A1 | 5/2003 |
| DE | 20305521 U1 | 6/2003 |

US 12,043,480 B1

Page 7

(56)            References Cited

FOREIGN PATENT DOCUMENTS

| DE | 20217561 | 3/2004 |
|----|----------|--------|
| DE | 10305311 A1 | 8/2004 |
| DE | 10337806 A1 | 3/2005 |
| DE | 202006016420 U1 | 2/2007 |
| DE | 202004021206 U1 | 4/2007 |
| EP | 0582240 | 7/1993 |
| EP | 0903305 A1 | 3/1999 |
| EP | 0906876 A2 | 4/1999 |
| EP | 1094017 A1 | 4/2001 |
| EP | 1162161 | 12/2001 |
| EP | 1172307 A1 | 1/2002 |
| EP | 1193690 A1 | 4/2002 |
| EP | 0957046 B1 | 8/2003 |
| EP | 1361176 A1 | 11/2003 |
| EP | 1136393 B1 | 4/2004 |
| EP | 1447342 A2 | 8/2004 |
| EP | 1457438 A1 | 9/2004 |
| EP | 1508537 A1 | 2/2005 |
| EP | 1600373 A2 | 11/2005 |
| EP | 1602599 A2 | 12/2005 |
| EP | 1623937 A1 | 2/2006 |
| EP | 1647503 A1 | 4/2006 |
| EP | 1686073 A1 | 8/2006 |
| EP | 1816090 A1 | 8/2007 |
| EP | 1918223 A1 | 5/2008 |
| EP | 1700799 B1 | 8/2009 |
| EP | 001164826-0001 | 9/2009 |
| EP | 001232904-0001 | 10/2010 |
| EP | 2343250 A1 | 7/2011 |
| EP | 2636613 B1 | 3/2015 |
| EP | 3042864 A1 | 7/2016 |
| EP | 4292955 A2 | 12/2023 |
| ES | 1022452 U | 4/1993 |
| ES | 2253079 B1 | 12/2007 |
| FR | 2887152 | 12/2006 |
| GB | 191004921 | 6/1910 |
| GB | 968738 A | 9/1964 |
| GB | 1555543 A | 11/1979 |
| GB | 2046694 A | 11/1980 |
| GB | 2384418 | 7/2003 |
| GB | 2559346 A | 8/2018 |
| JP | 02-152670 | 6/1990 |
| JP | H06-56011 | 8/1994 |
| JP | 06-272888 | 9/1994 |
| JP | 2004-106713 | 4/2004 |
| JP | 2004-231237 | 8/2004 |
| JP | D1300450 | 5/2007 |
| JP | D1300451 | 5/2007 |
| JP | 2007-154831 A | 6/2007 |
| JP | D1322056 | 2/2008 |
| JP | D1398668 | 10/2010 |
| JP | 2013-231413 A | 11/2013 |
| JP | 2014-523329 A | 9/2014 |
| JP | 2020-143829 A | 9/2020 |
| KR | 20040087306 A | 10/2004 |
| KR | 3003841370000 | 6/2005 |
| KR | 3004095430000 | 3/2006 |
| KR | 3004095430001 | 7/2006 |
| NL | 6908550 | 12/1970 |
| NL | 1005057 C2 | 7/1998 |
| TW | 183920 | 5/1992 |
| TW | 230977 | 9/1994 |
| TW | 395392 | 6/2000 |
| TW | D112733 | 9/2006 |
| TW | D129485 | 7/2009 |
| TW | D133382 | 2/2010 |
| TW | D133678 | 3/2010 |
| TW | 145989 | 3/2012 |
| TW | D162495 | 8/2014 |
| TW | 201720729 | 6/2017 |
| WO | WO 92/02430 A1 | 2/1992 |
| WO | WO 96/33671 | 10/1996 |
| WO | WO 2005/080232 A1 | 9/2005 |
| WO | WO 2005/097329 A1 | 10/2005 |
| WO | WO 2006/079263 A1 | 8/2006 |
| WO | WO 2007/139570 | 12/2007 |
| WO | WO 2009/114495 A1 | 9/2009 |
| WO | WO 2015/134902 A1 | 9/2015 |
| WO | WO 2015/138625 A1 | 9/2015 |
| WO | WO 2016/054109 A1 | 4/2016 |
| WO | WO 2016/133407 A1 | 8/2016 |
| WO | WO 2021/180516 A1 | 9/2021 |
| WO | WO 2023/064221 A1 | 4/2023 |
| WO | WO 2023/215375 | 11/2023 |

OTHER PUBLICATIONS

Web page showing picture of Hero Bullet trash can, archived Nov. 17, 2004, downloaded from http://web.archive.org/web/20041117003115/http://www.simplehuman.com/images/hero_bullet.jpg.

Simplehuman, LLC's Complaint against Defendant Volume Distributors, Inc.'s, Civil Action No. 2:23-cv-2219, Mar. 24, 2023, in 87 pages.

Volume Distributors, Inc.'s Answer to Complaint of Simplehuman, LLC, Civil Action No. 2:23-cv-2219, May 26, 2023, in 9 pages.

Volume Distributors, Inc.'s Invalidity Contentions (with Exhibits A1-A4 and B1-B3), *Simplehuman, LLC* v. *Volume Distributors, Inc.*, Civil Action No. 2:23-cv-2219, Jul. 28, 2023, in 516 pages.

Volume Distributors, Inc.'s Preliminary Proposed Claim Constructions and Identification of Extrinsic Evidence Pursuant to S.P.R. 3.2, Demand for Jury Trial, *Simplehuman, LLC* v. *Volume Distributors, Inc.*, Civil Action No. 2:23-cv-2219, Aug. 25, 2023, in 7 pages.

Simplehuman, LLC's Proposed Construction for Identified Patent Claim Terms, *Simplehuman, LLC* v. *Volume Distributors, Inc.*, Civil Action No. 2:23-cv-2219, Aug. 25, 2023, in 8 pages.

Volume Distributors, Inc.'s Amended Invalidity Contentions (with Exhibits A1-A4 and B1-B3), *Simplehuman, LLC* v. *Volume Distributors, Inc.*, Civil Action No. 2:23-cv-2219, Sep. 12, 2023, in 527 pages.

Order re Claim Construction, *Simplehuman, LLC* v. *Volume Distributors, Inc.*, Civil Action No. 2:23-cv-2219, Dec. 20, 2023, in 28 pages.

Simplehuman, LLC's Complaint against Defendant Volume Distributors, Inc.'s, Civil Action No. 2:23-cv-09537, Nov. 10, 2023, in 80 pages.

Volume Distributors, Inc.'s Answer to Complaint of Simplehuman, LLC, Civil Action No. 2:23-cv-09537, Dec. 20, 2023, in 6 pages.

Volume Distributors, Inc.'s Invalidity Contentions, *Simplehuman, LLC* v. *Volume Distributors, Inc.*, Civil Action No. 2:23-cv-09537, Feb. 12, 2024, in 103 pages.

Volume Distributors, Inc.'s Petition for Inter Partes Review of U.S. Pat. No. 10,683,165, Case No. IPR2024-00050, Oct. 16, 2023, in 118 pages.

Decision Granting Institution of Inter Partes Review of U.S. Pat. No. 10,683,165, Case No. IPR2024-00050, Apr. 10, 2024, in 42 pages.

U.S. Appl. No. 15/476,285, filed Mar. 31, 2017, Yang et al.

YouTube.com, "Automatic trash can pull out cabinet with Arduino (DIY)", dated Oct. 9, 2019, https://www.youtube.com/watch?v=mmcgTaE45_Y, entire video, including screenshot in 1 page.

YouTube.com, "trash pullout with servo drive installed", dated Jun. 17, 2011, https://www.youtube.com/watch?v=tO1SbtlIEh8, entire video, including screenshots in 3 pages.

Trento Corner 23 Trash Can, Hailo product webpage, May 2008, http://www.hailo.de/html/default.asp?site=12_71_107&lang=en.

alzashop.com, Simplehuman 45L Pedal Rectangular White Plastic Stainless Steel Trash Can, https://www.alzashop.com/simplehuman-45l-pedal-rectangular-white-plastic-stainless-steel-d5841987.htm, site visited Jul. 20, 2021, in 3 pages.

Excerpts of Simplehuman, LLC's Responses to Volume Distributors Inc.'s Third Set of Interrogatories (Nos. 16-18), Inc.'s, Civil Action No. 2:23-cv-2219, Apr. 11, 2024, in 18 pages.

Simplehuman, LLC, photos of a trashcan that was described in a printed publication and/or in public use or on sale in the U.S. more than one year before Mar. 9, 2012, in 8 pages.

Simplehuman, LLC's Complaint against International Textile & Apparel, Inc., Civil Action No. 2:24-cv-02068, Mar. 13, 2024, in 38 pages.

**US 12,043,480 B1**
Page 8

(56)            **References Cited**

OTHER PUBLICATIONS

International Textile & Apparel, Inc.'s Answer to Complaint of Simplehuman, LLC, Civil Action No. 2:24-cv-02068, Jun. 3, 2024, in 23 pages.

* cited by examiner



*FIG. 1*



FIG. 2



*FIG. 3*



*FIG. 4*



FIG. 5



FIG. 6



*FIG. 7*



*FIG. 8*



*FIG. 9*



FIG. 10



*FIG. 11*



FIG. 12



FIG. 13

US 12,043,480 B1

1

# TRASH CAN ASSEMBLY

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 18/182,284, filed Mar. 10, 2023, which is a continuation of U.S. patent application Ser. No. 17/449,408, filed Sep. 29, 2021, now U.S. Pat. No. 11,603,263, which is a continuation of U.S. patent application Ser. No. 16/901, 376, filed Jun. 15, 2020, now U.S. Pat. No. 11,136,186, which is a continuation of U.S. patent application Ser. No. 15/783,370, filed Oct. 13, 2017, now U.S. Pat. No. 10,683, 165, which is a continuation of U.S. patent application Ser. No. 13/787,638, filed Mar. 6, 2013, now U.S. Pat. No. 9,790,025, which claims the priority benefit under 35 U.S.C. § 119(e) of U.S. Provisional Patent Application No. 61/609, 233, filed Mar. 9, 2012. The entirety of each of the afore-mentioned applications is incorporated herein by reference.

## BACKGROUND

### Field

Some embodiments relate to power transfer devices, such as mechanisms for operating lids or doors for receptacles.

### Description of the Related Art

Receptacles and other devices with mechanisms for trans-ferring power to a subcomponent, such as a lid or a door, are used in a variety of different settings. For example, in both residential and commercial settings, trash cans and other devices often have lids for protecting or preventing the escape of the contents of the receptacle. Some trash cans include lids or doors to prevent odors from escaping and to hide the trash within the receptacle from view. Additionally, the lid of a trash can help prevent contamination from escaping from the receptacle.

Some commercially available trash cans have powered or manually operated lids. Such cans generally include a motor that drives a gear assembly, which in turn drives the lid open and closed. Such trash cans can include a sensor positioned on or near the lid. Such a sensor can be configured to detect movement, such as a user's hand being waived near the sensor, as a signal for opening the lid. When such a sensor is activated, a motor within the trash receptacle opens the lid or door and thus allows a user to place items into the receptacle. Afterwards, the lid can be automatically closed.

However, certain conventional power or manually oper-ated lids present some difficulties. For example, users of current trash cans with power operated lids can experience problems if the trash within the receptacle or can is piled higher than the level of the lid itself. If the trash or other material within the can is higher than the level of the lid itself, the lid will be unable to completely close. This can cause the motor or batteries to wear down, continue running, and/or ultimately fail. It can also force the user to reset the controller, remove trash, or manually compress the trash until the lid can be closed.

A number of other problems are associated with the deployment, use, and removal of receptacle liners, such as trash bags. A common problem is associated with maintain-ing the trash bag suspended at the top of the trash open with the mouth of the trash bag opened. For example, a user typically needs to fold the top edge of the trash bag over the top edge of the trash can or its internal liner to maintain the

2

mouth of the trash bag opened at the top of the trash can or an internal liner. However, the weight of the waste materials deposited into the trash bag may cause the trash bag to slip from the mouth of the trash can and fall into the interior of the trash can. This can result in the undesirable spillage of the waste material inside the trash bag and/or the inconve-nience of having to reach into the interior of the trash can to retrieve and reposition the bag onto the trash can.

Further, problems can exist when a user manually opens and closes the lid or door of a trash receptacle configured to transfer power to the lid or door. Whether intentional or accidental, the act of directly manually opening or closing the lid (e.g., not opened and/or closed by the motor or another power transmission device, such as a foot pedal) may, for example, wear down, strip or lead to the failure of the components and parts of the power operated trash receptacle, such as the motor or gears. For instance, when the lid is manually operated, certain of the gears in connec-tion with the lid are encouraged to move (e.g., rotate and/or translate). However, because the motor may be relatively difficult to rotate when not being operated, the motor may inhibit one or more of the gears from moving. Thus, when the lid is manually operated, a stress can result between the gears that the lid is urging to move and the gears that the motor is inhibiting from moving. Such a stress can result in damage to the gears, motor, lid, or other components of the receptacle. For instance, such stress can strip one or more teeth of the gears. Damage to the gears can, for example, result in reduced control over the motion of the lid, cause noise, and even inhibit or prevent the motor from operating the lid.

## SUMMARY

Various embodiments of a trash can assembly (e.g., a receptacle configured to receive refuse, recyclable materials, or otherwise), and related methods, are provided. In some embodiments, the trash can assembly includes a body com-ponent, such as a shell or housing. In some embodiments, the body component is made of a metal, such as stainless steel. The body component can be configured to receive a portion of a removable liner, such as a trash bag, bin bag, bin liner, or otherwise.

Various embodiments of the trash can assembly include a trim member, such as a plastic or metal edge, border region, or otherwise. The trim member can be pivotally coupled (e.g., rotatably, hingedly, or otherwise) with the body. The trim member can be configured to move between a closed position and an open position. When the trim member is in the closed position and an upper portion (e.g., edge, ridge, rim, or otherwise) of the removable liner is positioned over an upper edge (e.g., lip, rim, or otherwise) of the body component, the trim member can be configured to engage the upper edge of the body component to secure (e.g., pinch, grasp, or otherwise) the upper portion of the removable liner between the trim member and the upper edge of the body component.

In some embodiments, the trash can assembly includes a lid, such as a cover, top, closure member, or otherwise. The lid can be pivotally coupled with the body component and configured to move between a first position (e.g., closed or shut) and a second position (e.g., open). In some implemen-tations, a periphery (e.g., an edge and/or radially outer portion) of the lid can be generally received in the trim when the trim is in the closed position and the lid is in the first position, the periphery of the lid being positioned generally outside of the trim when the trim is in the closed position and

US 12,043,480 B1

3

the lid is in the second position. In some embodiments, the lid is made of the same material as the body. In some embodiments, the lid is made of the same material as the trim member.

In some embodiments, the trim member includes a wall extending generally downwardly (e.g., generally transverse direction to a top surface of the trim member, generally toward a base of the trash can assembly, or otherwise) from a top surface of the trim member. In certain variants, the trim member includes a liner retention feature (e.g., one or more hooks, wings, detents, snaps, magnets, or otherwise) positioned on an inside surface of the wall. In some embodiments, the liner retention feature includes an inwardly (e.g., radially inwardly, in a direction generally toward the body, or otherwise) extending flap positioned on an inner surface of the wall. The inwardly extending flap can be configured to receive a portion of the upper edge of the body component. For example, in some embodiments, the upper edge of the body component includes an annular lip and the inwardly extending flap includes an engagement element (e.g., recess, aperture, channel, protrusion, or otherwise) configured to secure a portion of the removable liner between the flap and the annular lip.

In some embodiments, the trim member includes a retaining mechanism, such as a latch, detent, or other securing and/or holding device. The retaining mechanism can be configured to maintain the trim member in the open position, thereby allowing a user to mount the removable liner in the trash can assembly. In some embodiments, the retaining mechanism includes a first cam structure (e.g., arm, wheel, shaft, cylinder, gear, etc.) and a second cam structure. The first cam structure can be configured to be received in a holding feature (e.g., a recess, channel, or otherwise) of the second cam structure as the trim member moves (e.g., rotates, slides, translates, or otherwise) toward the open position.

In some embodiments, the trash can assembly includes a power operated driving mechanism, such as a motor and shaft. The power operated driving mechanism can be configured (e.g., with a linkage or gearing) to move the lid between the first and second positions. In some implementations, the power operated driving mechanism is activated by a sensor, such as an infrared sensor, proximity sensor, ultrasonic sensor, or otherwise. For example, a signal from the sensor can be provided to a controller, which can be configured to regulate the operation of the power operated driving mechanism to move the lid between the first and second positions based on the signal. In certain variants, the sensor is configured to sense (e.g., detect, monitor, measure, or otherwise) the presence and/or lack thereof of an object or user in a vicinity of the trash can assembly. For example, the sensor can sense the presence of a user generally in front and/or above the trash can assembly, and thus signal for the lid to be opened. Some implementations of the sensor are configured to sense the presence and/or lack thereof of an object or user in a volume of space relative to the trash can assembly, such as within a generally conical volume of space above the trash can assembly. In some embodiments, at least one of the power operated driving mechanism and the sensor is deactivated (e.g., generally depowered, turned off, or otherwise) when the trim member is in the open position. Certain such implementations can, for example, reduce the likelihood of false positive readings and/or can conserve energy.

In accordance with some implementations, a trash can assembly includes a body component. The trash can assembly can have a lid mounted relative to the body component.

4

The lid can be configured to move between open and closed positions. In some variants, the lid has a lid driving mechanism. Certain embodiments of the trash can assembly include a power operated driving mechanism that couples a motor coupled (e.g., directly or indirectly) with a shaft. In various embodiments, the motor is powered (e.g., by alternating current, direct current, or otherwise). In some implementations, the motor is configured to receive electrical power from one or more batteries. In some implementations, solar panels provide power to at least some components of the trash can, such as the motor.

Certain implementations of the trash can assembly include a clutch mechanism, such as a selectively engageable power and/or torque transfer member. In some variants, the clutch mechanism can be engageable with (e.g., abutted against, securable with, connectable to, or otherwise) the lid driving mechanism. The clutch mechanism can be configured to receive torque from the motor, such as via the shaft, and to transmit the torque to the lid driving mechanism to move the lid between the open and closed positions. The lid driving mechanism and the clutch member can be configured to allow a user to manually move (e.g., push, pull, rotate, translate, lift, etc.) the lid between the open and closed positions substantially without applying a force (e.g., torque) to at least one of: the motor, the shaft, and the clutch mechanism. In some embodiments, the lid driving mechanism and the clutch member can be configured to allow a user to manually move the lid between the open and closed positions substantially without applying a force (e.g., torque) to at least two of: the motor, the shaft, and the clutch mechanism (e.g., the motor and the shaft, the shaft and the clutch, and/or the motor and the clutch). In certain implementations, the lid driving mechanism and the clutch member can be configured to allow a user to manually move the lid between the open and closed positions substantially without applying a force (e.g., torque) to the motor, the shaft, and the clutch mechanism.

In some embodiments, the lid driving mechanism is attached to a bottom surface of the lid, such as an underside, back, and/or surface generally directed toward the base of the trash can assembly. The lid driving mechanism can be configured to directly or indirectly abut (e.g., contact, touch, or otherwise) with the clutch mechanism. In some embodiments, when the clutch mechanism is operated (e.g., rotated by the shaft and/or the motor), such abutment can result in the lid driving mechanism being moved (e.g., rotated), thereby moving the lid between the open and closed positions.

According to some implementations, the lid driving mechanism includes first and second flanges, such as flaps, wings, protrusions, or otherwise. The flanges can be configured to abut with first and second torque transmission members (e.g., arms, shafts, etc.) of the clutch mechanism, respectively. In certain variants, at least one of the first and second flanges extend radially inwardly (e.g., generally toward the body, generally toward a radial center of the trash can assembly, or otherwise). According to certain variants, rotation of the clutch mechanism results in rotation of the first and second flanges, which in turn results in movement (e.g., rotation) of the lid between the open and closed positions. In some embodiments, the first and second flanges are positioned on the lid. For example, the first and second flanges can be molded or otherwise formed with the lid, or joined (e.g., by welding or adhesive) with the lid.

Some implementations include at least one circumferential space (e.g., a gap or recess) between the first and second flanges. In certain embodiments, at least one of the first and

5

6

second torque transmission members is configured to be positioned within the at least one circumferential space. Certain embodiments include first and second circumferential spaces between the first and second flanges, with the first torque transmission member being positioned in the first circumferential space and the second torque transmission member being positioned in the second circumferential space.

In some embodiments, the first and second torque transmission members have at least one arm extending from a central body of the clutch mechanism. For example, some embodiments include first and second arms extending radially outward from the central body. In some variants, at least one of the arms has a first surface and second surface. The first surface can be configured to abut with the first flange and the second surface can be configured to abut with the second flange. In certain implementations, when the first surface is abutted with the first flange, a first circumferential distance is defined between the second surface (e.g., non-abutted surface) and the second flange. In some embodiments, the first circumferential distance is greater than or equal to the amount of rotation of the lid between the closed and open positions. For example, in certain variants, the rotation of the lid between the closed and open positions can be at least about 80° and the circumferential distance can be greater than or equal to about 80°. In some embodiments, the circumferential distance being greater than or equal to the amount of rotation of the lid between the closed and open positions facilitates a user being able to manually (e.g., without operating the driving mechanism, etc.) open and/or close the lid without applying a force to the arms.

In some embodiments, the trash can assembly includes one or more lid position sensing elements, such as flagging members, proximity sensors, interrupt-type sensors, potentiometers, or otherwise. In certain implementations, the lid position sensing elements are communicatively (e.g., electrically connected, etc.) connected with a controller, such as a processor or other electrical circuit configured to execute one or more algorithms. The controller can be configured to determine whether the lid is in the open or closed position, such as based on a signal from the lid position sensing elements.

In accordance with some embodiments, a trash can assembly includes a body component and a lid that is mounted relative to the body component and is configured to move between open and closed positions. The trash can assembly can include a driving mechanism operable to move the lid between the open and closed positions. Some embodiments of the driving mechanism can include a motor, a shaft, and an end member. The motor can be configured to rotate the shaft, and the shaft can be configured to rotate the end member. In some embodiments, the end member is generally rigidly coupled (e.g., fixed or secured) with the shaft such that the end member is generally prevented from rotating relative to the shaft.

In some variants, the driving mechanism includes a clutch mechanism. The clutch mechanism can be rotatably engageable (e.g., able to be engaged and disengaged) with the lid. The driving mechanism can be adapted to receive torque from the end member, so as to move the lid between the open and closed positions. The clutch mechanism can be configured to move (e.g., rotate, translate, slide, etc.) relative to the end member when the lid is moved between the opened and closed positions generally without operation of the driving mechanism (e.g., generally without rotational movement of the motor and/or the shaft relative to the body).

In some embodiments the driving mechanism includes a biasing member, such as a spring, elastic member or otherwise. The biasing member can be configured to bias (e.g., to apply a force to) the clutch mechanism into engagement (e.g., contact, abutment, securement, or otherwise) with the end member. In certain implementations, the bias of the biasing member can facilitate torque from the motor being transmitted to the clutch mechanism via the engagement between the end member and the clutch mechanism.

In some embodiments, the clutch mechanism is configured to move (e.g., translate and/or rotate) relative to the end member and/or the shaft. For example, in some embodiments, the clutch mechanism can move relative to the end member and/or the shaft when the lid is moved between the opened and closed positions generally without operation of the driving mechanism, such as when the lid is opened or closed manually (e.g., by hand). In some embodiments, when the clutch mechanism moves relative to the end member and/or the shaft, the clutch mechanism translates toward the motor along a portion of a longitudinal length of the shaft and/or rotates relative to the end member. In some embodiments, when movement of the clutch mechanism relative to the end member and/or the shaft ceases, the biasing member is configured to move (e.g., to translate and/or rotate) the clutch mechanism towards and/or into engagement with the end member.

In some embodiments, the clutch mechanism and the end member include corresponding cam surfaces. In certain implementations, the corresponding cam surfaces are configured to allow the clutch mechanism to translate and rotate relative to the end member. In some embodiments, the clutch mechanism includes a first inclined cam surface and the end member includes a second inclined cam surface. The first and second inclined cam surfaces can be configured to allow mating engagement between the clutch mechanism and the end member. In some embodiments, when the lid is moved between the opened and closed positions generally without operation of the driving mechanism, the first and second inclined cam surfaces slide (e.g., translate and/or rotate) relative to each other.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above-mentioned and other features of the trash cans disclosed herein are described below with reference to the drawings of certain embodiments. The illustrated embodiments are intended to illustrate, but not to limit the disclosure. The drawings contain the following Figures:

FIG. 1 is a top, front, and left side perspective view of an embodiment of an enclosed receptacle, with a lid and a trim member in a closed position.

FIG. 2 is an enlarged top, front, and left side perspective view of the receptacle illustrated in FIG. 1, with the lid in an open position and the trim member is the closed position.

FIG. 3 is a top, rear, and right side perspective view of the receptacle shown in FIG. 1.

FIG. 4 is an exploded top, front, and left side perspective view of an embodiment of an enclosed receptacle with the lid closed.

FIG. 5 is an enlarged rear perspective view of the receptacle shown in FIG. 1, with a back cover removed.

FIG. 6 is an enlarged top, rear, and left side perspective view of the receptacle illustrated in FIG. 1, with the lid and trim member removed to show a lifting mechanism.

FIG. 7 is an enlarged bottom view of a portion of the trim member of FIG. 1.

7

FIG. **8** is an enlarged partial cross sectional view of the receptacle of FIG. **1**.

FIG. **9** is an enlarged partial rear perspective view of the receptacle illustrated in FIG. **1**, with the back cover removed.

FIG. **10** is an enlarged top, rear, and left side perspective view of the receptacle illustrated in FIG. **1**, with the lid and trim member in the open position.

FIG. **11** is an enlarged front, bottom, and left side perspective view of the lid of FIG. **1**.

FIG. **12** is an enlarged perspective view of the motor and gear drive mechanism of the lifting mechanism illustrated in FIG. **6**.

FIG. **13** is an enlarged partial rear perspective view of the receptacle illustrated in FIG. **1**, with the back cover removed.

## DETAILED DESCRIPTION OF CERTAIN EMBODIMENTS

The various embodiments of a system for transmitting power for opening and closing a lid or door of a receptacle, such as a trash can, or other device is disclosed in the context of a trash can. The present disclosure describes certain embodiments in the context of a trash can due to particular utility in this context. However, the subject matter of the present disclosure can be used in many other contexts as well, including, for example, commercial trash cans, doors, windows, security gates, and other larger doors or lids, as well as doors or lids for smaller devices such as high precision scales, computer drives, etc. The embodiments and/or components thereof can be implemented in powered or manually operated systems.

With reference to FIGS. 1-3, a trash can assembly **20** can include a body or shell component **22** and lid **24** and other modular pieces or components. The trash can assembly **20** is generally easy to assemble and maintain. It can have minimal parts and have a compact design. Lid **24** can include door components, such as an air filter (not shown). The trash can assembly **20** can be configured to rest on a floor, and can be of varying heights and widths depending on, among other things, consumer need, cost, and case of manufacture. Additional details and examples of trash can assemblies that can be used with, or instead of, components discussed herein are provided in U.S. Patent Application Publication No. 2011/0220647, filed Mar. 4, 2011, and U.S. Patent Application Publication No. 2009/0194532, filed Feb. 1, 2008, the entirety of each of which is incorporated herein by reference.

The trash can assembly **20** can include the body component **22**. In some embodiments, the trash can assembly can be configured to receive a liner or trash bag (not shown), which can be retained at least partly within the body component **22**. For example, an upper peripheral edge of the body component **22** can be configured to support an upper peripheral edge of the liner such that the liner is suspended and/or restrained by its upper peripheral edge within the body component **22**. In some embodiments, the trash can assembly **20** can include a liner support member (not shown) supported by the body component **22** and configured to support the liner at least partly within the interior of the body component **22**. In some embodiments, the body component **22** is configured such that the liner can be seated on a lower portion of the body component **22**.

With reference to FIG. **4**, in some embodiments, the body component **22** includes an upper edge **26**. As illustrated, the upper edge **26** of the body component **22** can be rolled, include an annular lip, or otherwise include features that

8

extend outwardly from a generally vertical wall of the body component **22**. In some embodiments, the upper edge **26** has a generally rounded cross-section. Other designs can also be used.

The body component **22** can assume many configurations. The non-limiting embodiments of FIGS. 1-3 illustrate the body component **22** having a generally semi-circular configuration with a rear wall **28** and a curved, front wall **30**. However, other configurations can also be used, for example, rectangular. The liner or trash bag (not shown) can have the same general configuration, or a different configuration from the body component **22**. The body component **22** can be made from plastic, steel, stainless steel, aluminum or any other material.

As illustrated in FIG. **4**, the trash can assembly **20** can include a base portion **44**. The base portion **44** can have a generally annular and curved skirt upper portion and a generally flat lower portion for resting on a surface, such as a kitchen floor. The base portion **44** of the trash can assembly **20** can be made integrally, monolithically, or separate from the body component **22**. In some implementations, the base portion **44** comprises plastic, metal (e.g., steel, stainless steel, aluminum, etc.) or any other material. In some embodiments, such as those in which the body component **22** is metal (e.g., stainless steel), the base portion **44** can be a plastic material. In some embodiments, the base portion **44** includes projections **40** that are open or vented to the ambient environment (e.g., thorough the generally flat lower portion of the base portion **44**), as will be discussed in further detail below. As illustrated, certain embodiments of the base portion **44** include a generally centrally located passage thorough the generally flat lower portion of the base portion **44**.

In some embodiments, the base portion **44** can be connected with or attached to the body component **22** by connection components **46**, such as hooks and/or fasteners (e.g., screws). For example, in some embodiments, the base portion **44** includes hooked tabs that are configured to connect with a lower edge (e.g., a rolled edge) of the body component **22**. In some embodiments, the hooked tabs engage the lower edge of the body component **22**, such a by snap-fit connection. In some embodiments, the base portion **44** and the body component **22** are joined with adhesive, welding, hooks and similar attachment mechanisms.

In some embodiments, a liner insert **100** is connected with, or attached to, the base portion **44**. In some embodiments, the liner insert **100** can have support members, such as legs **48**, which can support and/or elevate the liner insert **100** above an interior bottom of the base portion **44**. In some embodiments, the legs **48** are joined with the base portion **44** (e.g., with fasteners, welding, etc.).

In some embodiments, the liner insert **100** is configured to generally support and/or cradle a lower portion of a trash bag disposed in the trash can assembly **20**. For example, as illustrated, the liner insert **100** can be generally concave or bowl-shaped. In some embodiments, the liner insert **100** is configured to protect a trash bag from rupture and retain spills. For instance, the liner insert **100** can have a generally smooth surface to reduce the likelihood of the trash bag being torn or punctured by contact with the liner insert **100**. Several embodiments of the liner insert **100** thus can reduce the chance of damage to the trash bag even in embodiments of the trash can assembly **20** that do not utilize a generally rigid liner that extends along some or all of the height of the body component **22**.

In certain implementations, the liner insert **100** forms a seal (e.g., generally liquid resistant) with a lower portion of

US 12,043,480 B1

9

the body component 22. In some embodiments, the liner insert 100 can include openings 42 that are configured to correspond to, or mate with, the projections 40 located on the interior bottom surface of the base portion 44, thereby placing the openings 42 and the projections 40 in fluid communication. By aligning the openings 42 of the liner insert 100 and the projections 40 of the base portion 44, the openings 42 can allow ambient air to pass into and out of the interior of the trash can assembly, which can inhibit or prevent the occurrence a negative pressure region (e.g., in comparison to ambient) inside the trash can assembly 20 when a user removes a trash bag from the trash can assembly 20. Further, in certain variants, when a user inserts refuse or other materials into the trash bag in the trash can assembly 20, air within the trash can assembly 20 can exit via the openings 42 and the projections 40, thereby inhibiting the occurrence of a positive pressure region (e.g., in comparison to ambient) inside the trash can assembly 20 and allowing the trash bag to freely expand.

As described above, the trash can assembly 20 can include the rear wall 28. Along the rear wall 28, the trash can 20 can include a back cover 54. The back cover 54 can enclose and/or protect a back side enclosure 56, as illustrated in FIG. 5. In some embodiments, the back side enclosure 56 can house the power source 66 for the trash can 20. For example, in some embodiments, the back side enclosure 56 can be configured to receive and retain at least one battery. The back side enclosure 56 can have a generally low profile configuration. For example, the back side enclosure 56 can extend rearwardly from the rear wall 28 a distance of less than or equal to about 1 inch, or less than or equal to about ⅓ of the distance between the outside surfaces of the rear wall 28 and the front-most portion of the front wall 30.

With reference to FIG. 6, in some embodiments, a housing 64 for a power operated driving mechanism 58 can be positioned on or near the rear wall 28, such as above or on top of the back side enclosure 56. In the illustrated embodiment, the housing 64 is a generally cylindrical structure or shell. In other embodiments, the housing 64 can be of other various designs and shapes. In some embodiments, the shape and location of the housing 64, the compactness of the driving mechanism 58 within the housing 64, and/or the generally low-profile of the back side enclosure 56 can allow the trash can assembly 20 to be positioned flush or substantially flush with a wall (not shown) or other generally flat vertical structure of a building or home. Thus, the trash can assembly 20 can have a smaller footprint and/or take up less floor space. In some embodiments, the back side enclosure 56 and/or the driving mechanism housing 64 extend rearwardly from the rear wall 28 less than or equal to about 1.5 inches.

Certain embodiments of the trash can assembly 20 include a trim member 38. As illustrated in FIG. 4, in some embodiments, the trim member 38 is connected with the back side enclosure 56 and/or body components, such as by fasteners 29 (e.g., screws). Some embodiments of the trim member 38 are configured to rotate with respect to the body component 22 and/or the lid 24. The trim member 38 can be made of various materials, such as plastic or metal. The trim member 38 and the body component 22 can be made from the same or different materials. For example, the trim member 38 and the body component 22 can comprise a plastic material. Some embodiments of the trim member 38 can engage and/or overlap the upper edge 26 of the trash can assembly 20.

As illustrated in FIG. 7, which shows a bottom portion of the trim member 38, certain embodiments of the trim

10

member 38 are configured to support and/or mask electrical components, such as a sensor assembly 102 and/or wire 112 that connects the sensor assembly 102 to the power source 66 or a controller. One or several guide members 114 can be positioned underneath a top surface of the trim member 38 to generally inhibit movement of the wire 112 within the trim member 38, thereby generally hiding the wire from view and reducing the chance of rubbing or other damage to the wire 112.

With reference to FIGS. 7-8, in some embodiments, the trim member 38 is configured to secure or retain an upper portion of the trash bag between the trim member 38 and the upper edge 26 of the body component 22. The trim member 38 can include a wall 116 that extends generally downwardly (e.g., in a generally transverse direction to the top surface of the trim member 38). In certain configurations of the trim member 38, the wall 116 extends downwardly beyond the upper edge 26 and along the body component 22. In some embodiments, bag retention features, such as radially inwardly extending flaps 118, are positioned on the inside of the wall 116. The flaps 118 can include an edge engagement element, such as a recess 119. In some embodiments, the recess 119 is positioned at one end of the flap 118 and/or near the top surface of the trim member 38. The flaps 118 can be configured to receive, nest with, and/or or removably lock onto the upper edge 26, such as by a friction fit. In some embodiments, when a trash bag is placed in the body component 22 and the upper portion of the trash bag is positioned over the rolled edge or annular lip of the upper edge 26, the trim member 38 can be positioned (e.g., rotated into position) such that the trash bag is disposed between the trim member 38 and the body component 22. Further, the flaps 118 can be configured to receive the rolled edge or annular lip of the upper edge 26, thereby generally securing a portion of the trash bag between the flaps 118 and the upper edge 26 and inhibiting the trash bag from falling into the body component 22.

In some embodiments as illustrated in FIGS. 9-10, the trim member 38 can be positioned and/or maintained in an open position (e.g., against the force of gravity and/or without requiring a person to hold or otherwise keep the trim member 38 in the open position). The open position can, for example, allow a user to mount a trash bag in the trash can assembly 20 and/or do extended chores, such as cleaning the inside of the trash can assembly 20. As illustrated, in some embodiments, the trim member 38 rotates with respect to the body component 22 to reach the open position. In some embodiments, the trim member 38 includes a retaining mechanism. For example, as shown in FIG. 9, the trim member 38 can include a first cam structure 120, such as a tooth, which can be located at the rear of the trim member 38 and on an adjacent side of the housing 64. The first cam structure 120 can be configured to engage a second cam structure, such as a ramp 122. In some embodiments, the second cam structure includes a recess 124 that is configured to receive some or all of the first cam structure 120. The recess 124 can be located at or near an end of the ramp 122 and may be positioned near the rear of the trash can assembly 20. In some embodiments, as the trim member 38 rotates (e.g., toward the open position), the first cam structures 120 rotate (e.g., clockwise) into abutment with the ramp 122. The first cam structure 120 can engage (e.g., slide and/or ride up) the ramp 122 and into the recess 124, which can retain the first cam structure. Thus, the trim member 38 can remain in the open position while the user switches bags or completes one or more chores. When such tasks are complete, the trim member 38 can be rotated in the generally

US 12,043,480 B1

11

opposite direction (e.g., counter-clockwise) to a closed position, in which the flaps 118 can be engaged with the upper edge 26 of the body component, as discussed above.

The lid 24 and trim member 38 can be pivotally attached to the trash can assembly 20 by any manner. In the illustrated embodiments, the lid 24 and trim member 38 are pivotally coupled to the trash can assembly 20 generally along the same pivot axis. The pivotal connection can be any type of connection allowing for pivotal movement, such as, hinge elements, pins, or rods. For example, with reference to FIGS. 6 and 9, first pivot features, such as pins 50, 52, extend laterally through the housing 64 of the driving mechanism 28 that opens and closes the lid 24, and can be adapted to be received in corresponding second pivot features, such as through-holes 36, provided at the rear of the trim member 38. The pins 50, 52 can extend through the through-holes 36 to pivotably connect the trim member 38 to the housing 64 of the trash can assembly 20 along a pivot axis. With reference to FIG. 2, in some embodiments, a portion of or the entire lid 24 can be positioned, located, or received in a recess 68 in the interior of the trim member 38. In some embodiments, a damper 110 (e.g., foam, springs, rubber pads, or any other generally pliable, resilient, and/or damping structure) can be positioned between the lid 24 and trim member 38, such as to provide noise reduction when the lid 24 closes onto the trim 38.

In some embodiments, a rear portion of lid 24 can be pivotably coupled to the trash can assembly 20 along the same pivot axis as the trim member 38. For example, the rear portion of lid 24 can be pivotably coupled to the trash can assembly 20 along the same pivot axis as the trim member 38 via the pins 50, 52, which can also connect the trim member 38 to the driving mechanism housing 64 of the trash can assembly 20.

In some embodiments, the pins 50, 52 can extend through the trim member 38 and the housing 64 and are adapted to be received in corresponding through-holes 72 of additional structures secured to the inside of the rear of the lid 24 located adjacent to the driving mechanism components 74. In some embodiments, the pins 50, 52 can pivotably couple the lid 24 and trim member 38 to the trash can assembly 20 along the same pivot axis. In some embodiments, as illustrated in FIG. 5, bias members 126, such as one or more torsion springs, can be positioned on the pins 50, 52. The biasing members 126 can provide a biasing force to assist in opening and/or closing the lid 24, which can reduce the amount of power consumed by the motor 78 when moving the lid 24 between the open and closed positions and/or can allow for the use a smaller motor (e.g., in dimensional size and/or in power output).

With reference to FIG. 11, the lid can include lid driving mechanism components 74. In certain variants, the lid driving mechanism components 74 are configured to abut, mate, contact, receive and/or be received in the drive mechanism 58 in the housing 64 to facilitate opening and closing the lid 24. In some variants, the lid driving mechanism components 74 include a generally C-shaped portion. In certain implementations, the lid driving mechanism components 74 can include rotation support members, such as flanges 88, 90, and lid position sensing elements, such as flagging members 92, 94. As illustrated, the flanges 88, 90 and/or the flagging members 92, 94 can extend radially inwardly and can be attached at or near the rear underside of the lid 24. As described in further detail below, the controller 70 can communicate with a sensing system to determine various functions and parameters of the trash can assembly, such as when to drive the motor 78 so as to open or close the

12

lid 24. As illustrated, in some embodiments, a portion of or the entire lid driving mechanism components 74 can be secured to the inside of the rear of the lid 24.

With reference to FIGS. 5-6 and 11-12, the driving mechanism 58 can include a controller or circuit board 70. In some embodiments, the driving mechanism components in the housing 64 can include a drive motor 78 and shaft or axle 80. Some embodiments include a bias member, such as a spring 82. Certain embodiments include a clutch mechanism 84 and/or a torque transmission member, such as an end member 86. At least some of the driving mechanism components can be removable from the other components. For example, the drive motor 78, or other component, can be removable such so as to facilitate repair, replacement, etc.

With reference to FIG. 9, the driving mechanism 58 can include a first position sensor 96 (e.g., a closed position sensor) and a second position sensor 98 (e.g., an open position sensor). The position sensors 96, 98 can comprise paired optical proximity detectors, such as light emitters, that cooperate with an intermediate sensor 128, such as a light receiver. However, other types of sensors can also be used. As illustrated, the position sensors 96, 98 can be located together in one housing, which can facilitate manufacturability and repair and can reduce the overall space occupied by the position sensors 96, 98. As described in more detail below, in some embodiments, the position sensors 96, 98 can be configured to facilitate detection of the position of the lid 24 as it moves between the open and closed positions. The motor 78 and the position sensors 96, 98 can be configured to communicate with the controller 70 so as to facilitate control of the movement of the lid 24.

In some embodiments, the lid 24 includes the flagging members 92, 94, which can be oriented or otherwise configured as to indicate, in cooperation with the position sensors 96, 98, a position of the lid 24. As shown in FIG. 9, when the lid 24 is in its home or fully closed position, the flagging member 92 is located between the position sensor 96 and the intermediate sensor 128 and the flagging member 94 is not located between the position sensor 98 and the intermediate sensor 128. In some configurations, the flagging member 92 being between the position sensor 96 and the receiver 128 blocks an emission (e.g., a signal) between the position sensor 96 to intermediate sensor 128. In some embodiments, such emission blocking can be interpreted (e.g., by the controller implementing an algorithm) to discern a position of the lid 24. For example, the controller 70 can be configured to determine that the lid 24 is in its home or closed position when flagging member 92 is located in position sensor 96 to block emissions to the intermediate sensor 128.

In some embodiments, as the lid 24 rotates into the fully open position, the flagging member 92 rotates such that it is no longer between the position sensor 96 and the intermediate sensor 128. However, in certain embodiments, as the lid 24 rotates into the fully open position, the flagging member 94 rotates such that it is between the position sensor 98 and the intermediate sensor 128, thereby blocking emissions (e.g., a signal) between the sensor 98 to intermediate sensor 128.

In some embodiments, when the flagging member 94 is located between the position sensor 98 and the intermediate sensor 128, and the flagging member 92 is not located between the position sensor 96 and the intermediate sensor 128, the controller 70 can be configured to determine that the lid 24 is in a fully open position. In certain embodiments, the controller 70 can be configured to determine that the lid 24 is in a fully open position when the opposite orientation

US 12,043,480 B1

13

occurs. In some embodiments, the intermediate sensor 128 is configured to receive emissions from one or both of the position sensors 96, 98. In some embodiments, the one or both of the position sensors 96, 98 are configured to receive emissions from the intermediate sensor 128.

Any combination of flagging members and position sensors can be used to detect various positions of the lid 24. For example, additional positions (e.g., an about half-way opened position) can be detected with additional sensors and flagging members in a manner similar or different than that described above. Some embodiments have flagging members located in the housing 64 and position sensors on the lid 24.

With reference to FIG. 2, the trash can assembly 20 can also include a sensor assembly 102 disposed on a generally outer portion of the trash can assembly 20. In the illustrated embodiment, the sensor assembly 102 is disposed near the front of the trim member 38, in an upper generally central portion. In some embodiments, the sensor assembly 102 can include an outer covering 104 which can include a transparent or translucent structure that permits transmission and/or receipt of light signals. For example, the outer covering 104 can be made of glass or plastics, such as Polycarbonate, Makrolon®, etc. In some embodiments, the outer covering 104 can be substantially flush with a top surface of the trim member 38. In some embodiments, the sensor assembly 102 can sense a user's movements to direct the lid 24 to open or close. For example, the sensor assembly 102 can sense a reflected or emitted signal or characteristic (e.g., light, thermal, conductivity, magnetism, or otherwise) from a user (e.g., a body part). In some embodiments, the sensor assembly 102 is configured as is described in U.S. Patent Application Publication No. 2011/0220647, filed Mar. 4, 2011, the entirety of which is hereby incorporated by reference.

In some embodiments, the lid 24 can be configured to permit manual operation of the lid 24 generally without damage (e.g., stripping or wearing down) to components of the trash can assembly 20, such as the motor 78, shaft 80, or otherwise. As previously noted, and as illustrated in FIG. 11, the lid 24 can include flanges 88, 90, which can be positioned on the rear underside of the lid 24. As illustrated, generally open circumferential spaces exists between the flanges 88, 90.

The flanges 88, 90 can be configured to engage a clutch mechanism 84, which can enable the lid 24 to rotate without, or without substantial, rotation of the motor 78, shaft 80, or certain other components of the trash can assembly 20, as discussed in more detail below. As illustrated in FIG. 12, the clutch mechanism 84 includes one or more torque transmission members, such as arms 106, 108, that can extend radially outward from a body of the clutch mechanism 84. In some embodiments, the arms 106, 108 are spaced apart from each other, such as by about 180 degrees. Various other angles are contemplated, such as at least: about 30°, about 45°, about 60°, about 90°, about 120°, values in between, or otherwise.

The arms can be positioned in the circumferential spaces between the flanges 88, 90. For example, the arms 106, 108 can abut or contact a surface the flanges 88, 90, as illustrated in FIG. 13. In certain such configurations, when the arm 106 is abutted with flange 90 and the arm 108 is abutted with flange 90, a circumferential distance D1 exists between a non-abutted surface 108a of the arm 108 and a non-abutted surface 88a of the flange 88. In some embodiments, a generally equal circumferential distance D2 (not shown) exists between a non-abutted surface 106a of the arm 106

14

and a non-abutted surface 90a (not shown) of the flange 90. In certain configurations, the circumferential distance D1 and/or D2 is greater than or equal to the amount of rotation of the lid from the open to the closed position. For example, the circumferential distance D1 and/or D2 can be at least about 60° and/or less than or equal to about 125°. In certain variants, the circumferential distance D1 and/or D2 is greater than or equal to about 80°. As discussed below, such a configuration can allow the lid 24 to be manually moved between the open and closed positions.

In some embodiments, the clutch mechanism 84 is positioned on the motor shaft 80 between a biasing member, such as a spring 82, and an end member 86. In some embodiments, the end member 86 is fixed to the motor shaft 80, thus torque from the motor 78 can be transmitted through the shaft 80 and into the end member 86. In some embodiments, the bias on the clutch mechanism 84 against the end member 86 can result in a frictional interface between the clutch 84 and end member 86. The frictional interface between the clutch 84 and end member 86 can result in the clutch 84 rotating when the shaft 80 rotates. For example, torque from the motor 78 can be transmitted through the shaft 80, through the end member 86, and into the clutch mechanism 84. In some variants, certain components (e.g., the spring 82, clutch mechanism 84, and end member 86) are positioned in general coaxial alignment along a portion of the longitudinal length of the shaft 80.

During operation of some embodiments, the motor 78 can turn the shaft 80, which can turn the end member 86, which can turn the clutch mechanism 84 (e.g., by the frictional interface between the end member 86 and clutch mechanism 84). Rotation of the clutch mechanism 84 can result in rotation of the arms 106, 108. Because, in some embodiments, the arms 106, 108 generally abut or contact the flanges 88, 90 of the lid 24, rotation of the arms 106, 108 can result in rotation of the flanges 88, 90, and thus the lid 24 (e.g., from the closed to the open position).

As illustrated in FIG. 13, due to the circumferential distances D1, D2 between the non-abutted surfaces 88a, 90a of the flanges 88, 90 and the non-abutted surfaces 106a, 108a of the arms 106, 108, the lid 24 can be manually opened without turning the motor 78. As an example, manual operation of the lid as illustrated in FIG. 13 will now be discussed. As illustrated in FIG. 13, the lid 24 is in the home or closed position. If a user, were to manually operate the lid 24 toward the open position (e.g., rotate the lid clockwise in the illustrated embodiment), the flange 88 would rotate generally clockwise in an arc path and the flange 90 would rotate about an equivalent distance in generally the same direction (e.g., clockwise). No force would be applied to the arms 106, 108 of the clutch mechanism 84, which, as discussed above, is connected with motor shaft 80 via the end member 86. Similarly, a user could then close the lid 24 and the flanges 88, 90 would rotate in generally the opposite direction (e.g., counterclockwise) as when the lid was opened, back to their original positions when the lid 24 was in the home position, without applying any force to the arms 106, 108 of the clutch mechanism 84. Thus, in certain embodiments, no force is required to be applied to the arms 106, 108 to turn the clutch mechanism 84 and motor shaft 80.

As noted above, in some embodiments, the power operated driving mechanism 58 can be used to open or close the lid 24. For instance, the motor 78 can rotate the shaft 80, which can rotate the end member 86, which can transmit the torque to the clutch mechanism 84, which can rotate the flanges 88, 90 and the lid 24. In some embodiments, a

15

coupling device can be positioned between the motor 78 and the shaft 80 to reduce vibrations from being transferred from the motor 78 to other mechanism being driven, such as the lid 24. In certain instances, after or during operation of the driving mechanism 58 (e.g., after or as the lid 24 is being moved between the open and closed positions), a user may accidentally or intentionally try to manually close or open the lid 24. In certain such situations, the flanges 88, 90 generally remain in contact with the arms 106, 108 rather than rotating relative to the arms 106, 108 as discussed above. In some embodiments, this is because the rotational force produced by the motor 78 (via the shaft 80, end member 86, and/or clutch mechanism 84) encourages rotation of the arms 106, 108 against the flanges 88, 90 (e.g., the arms 106, 108 apply a pushing force to the surfaces of the flanges 88, 90 to rotate the lid 24). Thus, in some embodiments, a user who manually closes the lid 24 when the motor has opened, or is in the process of opening the lid 24, acts against the operation of the motor 78.

For example, when the motor 78 of FIG. 13 is opening the lid 24, the motor 78 encourages the arms 106, 108 to abut against and turn the flanges 88, 90 to turn in a clockwise direction (viewed from the perspective of FIG. 13). Yet when a user manually attempts to close the lid 24, the lid and the flanges 88, 90 are encouraged in a counter-clockwise direction (viewed from the perspective of FIG. 13). Thus, in certain configurations, the arms 106, 108 are being encouraged to rotate in opposite directions concurrently. Such a scenario can result in damage to the arms 106, 108 of the clutch mechanism 84, the shaft 80, the motor 78, or otherwise. In some embodiments, to generally avoid such damage, the clutch mechanism 84 or other structure can be configured to rotate with respect to the end member 86 or other components.

In some embodiments, the clutch mechanism 84 includes a first cam surface 180 and a first return surface 182. As shown in FIG. 12, the first cam surface 180 can be inclined from a first level to a second level, in relation to a plane extending generally transverse to the longitudinal axis of the clutch mechanism 84. The first return surface 182 can intersect the first cam surface 180 and can be disposed between the first and second levels.

In some embodiments, the end member 86 includes a second cam surface 184 and a second return surface 186. The second cam surface 184 can be inclined from a first level to a second level, in relation to a plane extending generally transverse to the longitudinal axis of the end member 86 and the shaft 80. The second return surface 186 can intersect the first cam surface 180 and can be disposed between the first and second levels.

The second cam surface 184 and the second return surface 186 of the end member 86 can be shaped to correspond with the first cam surface 180 and the first return surface 182 of the clutch mechanism 84, thereby allowing mating engagement of the end member 86 and the clutch mechanism 184. For example, summits 180a of the first cam surface 180 can be nested in the valleys 184b of the second cam surface 184, and summits 184a of the second cam surface 184 can be nested in the valleys 180b of the first cam surface 180.

As previously discussed, in some embodiments, torque from the motor 112 can be transmitted through the shaft 80 to the end member 86. In some embodiments, the end member 86 is generally rigidly connected with the shaft 80, such as by a fastener (e.g., a screw). Thus, in certain variants, the end member 86 is inhibited or prevented from rotating relative to the shaft 80. In certain implementations, the end member 86 is configured to transmit torque from the motor

16

112 to the clutch mechanism 84, such as by friction between the first and second cam surfaces 180, 184 and/or between the first and second return surfaces 182, 186.

In some embodiments, the clutch mechanism 84 can translate along a portion of the longitudinal length of the shaft 80. As shown, the biasing member 82 can bias the clutch mechanism 84 into engagement with the end member 86. In some embodiments, translation of the clutch mechanism 84 (e.g., in a direction generally toward the motor 112) along a portion of the drive shaft 80 is generally against the bias of the biasing member 82.

In some embodiments, when the lid 24 is manually operated, the clutch mechanism 84 and the end member 86 rotate relative to each other. For example, in some embodiments, when the lid 24 is manually operated the first and second inclined cam surfaces 180, 184 move relative to each other. In certain configurations, the inclined cam surfaces 180, 184 slide relative to each other, which results in the inclined cam surfaces climbing each other. For example, as the inclined cam surfaces 180, 184 slide relative to each other, the summits 180a, 184a of the inclined cam surfaces 180, 184 circumferentially approach each other.

In certain embodiments, the relative movement between the first and second inclined cam surfaces 180, 184 (e.g., by the interaction of the inclines) urges the clutch mechanism 84 and the end member 86 apart. For example, the clutch mechanism 84 and the end member 86 can be urged in generally opposite directions along the longitudinal axis of the shaft 80. In some embodiments, the end member 86 is generally restrained from moving longitudinally (e.g., by the fastener). However, certain embodiments of the clutch mechanism 84 are able to move away from end member 86 by translating along the shaft 80 (e.g., against the bias of the biasing member 82). Thus, in certain implementations, relative rotation of the inclined cam surfaces 180, 184 results in the clutch mechanism 84 translating along a portion of the longitudinal length of the shaft 80 (e.g., in a direction generally toward from the motor 78), against the bias of the biasing member 82. Certain embodiments can facilitate relative rotation of the inclined cam surfaces 180, 184 and the end member 86 without imposing undue stress on, or damage to, the clutch mechanism 84, end member 86, shaft 80, and/or motor 78. Accordingly, manual operation of the lid 24 can be performed without imposing undue stress on, or damage to, components of the trash can assembly 20.

In some implementations, when manual operation of the lid 24 ceases, the bias of the biasing member 82 can return the clutch mechanism 84 into generally full engagement with the end member 86. For example, after manual operation of the lid 24 ceases, the bias of the biasing member 82 can facilitate re-engagement of the inclined cam surfaces 180, 184. In some embodiments, re-engaging the clutch mechanism 84 and the end member 86 allows the transmission of torque from the motor 78 to the clutch mechanism 84, which can provide powered operation of the lid. Thus, some embodiments provide automatic and/or passive engagement and/or disengagement of the motor 78 and/or drive shaft 80 from the clutch mechanism 84 and/or the lid 24.

Although the trash cans have been disclosed in the context of certain embodiments and examples, it will be understood by those skilled in the art that the present disclosure extends beyond the specifically disclosed embodiments to other alternative embodiments and/or uses of the trash cans and obvious modifications and equivalents thereof. In addition, while several variations of the trash cans have been shown and described in detail, other modifications, which are

US 12,043,480 B1

17

within the scope of the present disclosure, will be readily apparent to those of skill in the art. For example, a gear assembly and/or alternate torque transmission components can be included. For instance, in some embodiments, the trash can assembly **20** includes a gear assembly. Some embodiment of the gear assembly include a gear reduction (e.g., greater than or equal to about 1:5, 1:10, 1:50, values in between, or any other gear reduction that would provide the desired characteristics), which can modify the rotational speed applied to the shaft **80**, clutch mechanism **84**, and/or other components.

It is also contemplated that various combinations or sub-combinations of the specific features and aspects of the embodiments can be made and still fall within the scope of the present disclosure. It should be understood that various features and aspects of the disclosed embodiments can be combined with or substituted for one another in order to form varying modes of the trashcans. Thus, it is intended that the scope of the present disclosure should not be limited by the particular disclosed embodiments described above.

The following is claimed:

**1.** A trash can assembly comprising:

a body comprising a front wall, a rear wall, a lower base, an upper opening, and an upper lip;

a lid that is rotatable between a closed position and an open position;

a trim that is rotatable between a lower resting position and an upper retained position, the trim movable relative to the lid, the trim being visible to a user of the trash can assembly when the lid is in the closed position and the trim is in the lower resting position;

the trim, in the lower resting position, comprising a flat exterior front surface positioned horizontally outward from the upper lip of the body such that the flat exterior front surface is positioned farther frontward than any other portion of the trim, the flat exterior front surface extending downward beyond the upper lip and upward beyond the upper lip; and

a retainer configured to maintain the trim in the upper retained position against the force of gravity;

wherein, when the trim is in the lower resting position and the lid is in the closed position, no part of the lid is positioned directly above the highest point on the trim.

**2.** The trash can assembly of claim **1**, wherein the flat exterior front surface is generally parallel with a longitudinal axis of the trash can assembly.

**3.** The trash can assembly of claim **1**, wherein the trim further comprises a portion on an interior side of the trim behind the exterior front surface, the portion extending horizontally inwardly and configured to contact the upper lip when the trim is in the lower resting position.

**4.** The trash can assembly of claim **1**, wherein the trim is rotatable about an axis of rotation that is rearward of the rear wall of the body.

**5.** A trash can assembly comprising:

a body comprising a front wall, a rear wall, a lower base, an upper opening, and an upper lip;

a lid that is rotatable between a closed position and an open position;

a trim that is rotatable between a lower resting position and an upper retained position, the trim movable relative to the lid, the trim being visible to a user of the

18

trash can assembly when the lid is in the closed position and the trim is in the lower resting position;

the trim comprising an exterior surface that is positioned horizontally outward from the upper lip of the body, the exterior surface having a top-most edge that is above the upper lip and a bottom edge that is below the upper lip, the exterior surface being flat between the top-most and bottom edges, the top-most edge being positioned horizontally in front of the lid when the lid is in the closed position; and

a retainer configured to maintain the trim in the upper retained position against the force of gravity.

**6.** The trash can assembly of claim **5**, wherein the top-most edge is graspable by a user of the trash can assembly when the lid is in the closed position.

**7.** The trash can assembly of claim **5**, wherein the bottom edge of the exterior surface is a bottom-most edge of the trim.

**8.** The trash can assembly of claim **5**, wherein, when the trim is in the lower resting position and the lid is in the closed position, no part of the lid is positioned directly above the highest point on the trim.

**9.** The trash can assembly of claim **5**, wherein the trash can assembly does not include a rigid liner for a trash bag.

**10.** A trash can assembly comprising:

a body comprising a lower base, an upper opening, and an upper lip;

a lid that is rotatable between a closed position and an open position;

a trim that is rotatable between a lower resting position and an upper retained position, the trim movable relative to the lid;

the trim comprising an exterior surface that is positioned horizontally outward from the upper lip of the body, the exterior surface having a top-most edge that is above the upper lip and a bottom-most edge that is below the upper lip, the top-most and bottom-most edges being graspable by a user of the trash can assembly when the lid is in the closed position;

a foot pedal that is configured to move the lid, relative to the trim, between the closed and open positions; and

a retainer configured to maintain the trim in the upper retained position against the force of gravity.

**11.** The trash can assembly of claim **10**, wherein the exterior surface is flat between the top-most and bottom-most edges.

**12.** The trash can assembly of claim **10**, further comprising a back side enclosure, the back side enclosure and the trim forming an assembly that is connected to a rear wall of the body with fasteners.

**13.** The trash can assembly of claim **12**, wherein the retainer comprises:

a cam on one of the trim and a lateral side of the back side enclosure; and

a recess on the other of the trim and the lateral side of the back side enclosure, the recess configured to receive the cam to maintain the trim in the upper retained position against the force of gravity.

* * * * *