IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SIMPLEHUMAN, LLC**                                                                              **PLAINTIFF**

v.                              Case No. 4:25-cv-00503 KGB

**HMS MANUFACTURING**                                                                       **DEFENDANT**
**COMPANY LLC**

### ORDER

Before the Court is plaintiff Simplehuman, LLC's (Simplehuman) unopposed motion for extension of time to respond to defendant HMS Manufacturing Co. LLC's "(MHS Manufacturing") motion to dismiss (Dkt. No. 14). Plaintiff's counsel represents that the current deadline to respond has not expired and requests a one-week extension to submit its response to defendant's motion to dismiss. Plaintiff's counsel also represents that there are ongoing negotiations between Simplehuman and HMS Manufacturing that would resolve the case it is entirety and that defendant does not oppose the extension. For good cause shown, the Court grants plaintiff's motion. The time for Simplehuman to respond to HMS Manufacturing's motion to dismiss is extended to, and including, October 14, 2025.

So ordered this the 3rd day of October, 2025.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge